**LEAVENWORTH DETENTION CENTER**  
MONITORING OF INMATE/DETAINEE TELEPHONE CALLS

Print Date: 8/15/16  2:41PM

Inmate Name: _____   AGENCY #: _____

Corrections Corporation of America reserves the authority to monitor (this includes recording) conversations on any telephone located within its institutions, said monitoring to be done to preserve the security and orderly management of the institution and to protect the public. An inmate's use of institutional telephones constitutes consent to this monitoring. A properly placed phone call to an attorney is not monitored. You must contact your unit team to request an unmonitored attorney call.

I have read or had read to me (cross out one) the above notification on the monitoring of inmate telephone calls. I understand that telephone calls I make from institution telephones may be monitored and recorded.

Signature of Inmate Detainee: _____   Date:   08/15/2016

Printed Name of Staff Member: _____

Signature of Staff Member: _____   Date:   08/15/2016


GOVERNMENT EXHIBIT 1  16-20032-JAR

Page 13 of 14

# CORRECTIONS CORPORATION OF AMERICA

## INMATE HANDBOOK
## PREA PAMPLET
(This handbook is subject to change per the Warden)

Leavenworth Detention Center
100 Highway Terrace
Leavenworth, Kansas 66048



Contracted with the
United States Marshal Service

February 3, 2016



GOVERNMENT EXHIBIT 2 16-20032-JAR

1

facility and visual strip search will occur after any contact visit including attorney visits. Staff will conduct routine unscheduled searches of the facility, inmates/detainees and property as deemed necessary.

Evacuation drills: Per local, state and federal laws, the facility is required to perform at least one (1) practice evacuation drill per quarter, per shift for every department of the facility. These drills are not designed to inconvenience you, but rather to insure that you know where the exits are located in case of an actual danger such as a fire, gas leak, or other damages. Fire exit diagrams are posted throughout all buildings, and are not to be tampered with.

Procedures for telephone use include:

1. Access to telephone: Telephones are provided for inmates/detainees in the housing unit dayroom. Dayroom telephones are subject to monitoring. For access to a Telecommunications Device for the Deaf (TDD), contact the Unit Manager or Case Manager, or Correctional Counselor. The Shift Supervisor should be notified if any of the unit staff are not available.

1. You will be issued a pin number during the intake/booking process, which will be activated within 3 business days after 12:00 p.m. not including weekends and holidays. Your pin number is required to gain access to an outside line. Your pin number is your inmate issued federal number plus four (4) random numbers selected by the computer on the top of your ID badge. Wyandotte County inmates will add a zero (0) to the front of their number and drop the "W". Using another inmates/detainees pin number is not allowed and will result in disciplinary action.

2. CCA Leavenworth Detention Center uses the Securus phone company. Their contact number is 1-800-844-6591, Spanish speaking 1-866-561-6718

3. Outgoing telephone calls may only be made collect or by phone card.

4. Use of the telephones will be on a first come first serve basis. Phone calls are limited to 15 minutes; overuse of the phones will result in disciplinary actions and can result in loss of privileges.

5. Three-way phone calls are not permitted. If detected, your call will be terminated by the phone company and/or phone number blocked. Repeated violations of this rule will result in disciplinary actions and loss of telephone privileges.

6. Your attorney may request of our facility that calls to their office not be recorded to ensure Attorney/Client privilege. They may request this by way of sending CCA/LDC a fax on their office letterhead. This request must include contact information and signature. They may fax it to (913)727-2231. **IT IS YOUR RESPONSIBILITY TO ENSURE THAT YOUR ATTORNEY IS AWARE OF THIS PROCEDURE; THEIR TELEPHONE CALLS ARE SUBJECT TO BEING RECORDED IF THEY DO NOT REQUEST THEY BE RESTRICTED.**

7. Telebranch lines are not permitted. Any inmate caught doing so will be subject to a disciplinary report and may lose their telephone privileges.

8. 40-minute phone cards are available for purchase from the Commissary on assigned commissary days.

9. You may purchase a maximum of five phone cards each week. The cost of phone cards is not counted against your weekly commissary limit.

10. Incoming telephone calls are not authorized at this facility.

11. Emergency messages will be accepted through the Chaplain during duty hours, Monday through Friday; If the Chaplain is unavailable the Unit Management staff or Shift Supervisor will relay the message to the inmate.

12. Attorneys/Legal Aids may fax a message to the Facility to have their client contact them. This call will be made from the dayroom phone by the inmate, unless it requires a three-way call.

13. A copy of the faxed message will be provided to you after you have signed and verified that you have received the message.

14. Do not tamper with or cause damage to telephone equipment.

15. Do not try to contact a victim or alleged victim of another detainee on his/her behalf.

16. Do not place calls for another detainee, do not allow another detainee to use your PIN. Report all telephones not working properly to an officer.

17. 911 services are not allowed and do not work using the telephone equipment.

18. International telephone calls: Using a calling card purchased from the commissary you are able to call the following countries from the pod phones:

| | | | | | | |
|---|---|---|---|---|---|---|
| AB | Cape Verde | Ghana | Libya | Norway | Sudan | |
| | Afghanistan | Central African | Gibraltar | Liechtenstein | NS | Suriname |
| AI | | Chad | GN | Lithuania | NT | Swaziland |
| | Albania | Chile | Greece | Luxembourg | | Sweden |
| | Algeria | China | Greenland | Macao | ON | Switzerland |
| | American Samoa | Christmas Island | GU | Macedonia | Pakistan | Syria |
| AN | | Colombia | Guadeloupe | Madagascar | Palau | Tadjikistan |
| | Andorra | Congo | Guatemala | Malawi | Panama | Taiwan |
| | Angola | Cook Island | Guinea | Malaysia | Papua New Guinea | Tanzania |
| | Antarctica | Costa Rica | Guinea Bissau | Maldives | Paraguay | TC |
| | Argentina | CQ | Guyana | Mali | Peru | Thailand |
| | Armenia | Croatia | Haiti | Malta | Philippines | Togo |
| | Aruba | Cuba | Honduras | Marshall Islands | Poland | Tokelau |
| | Ascension Island | Cyprus | Hong Kong | Mauritania | Portugal | Tonga |
| | Australia | Czechoslovakia | Hungary | Mauritius | PQ | TR |
| | Austria | Denmark | Iceland | Mayotte Island | Qatar | Tunisia |
| | Azerbaijan | Diego Garcia | India | MB | Reunion Island | Turkey |
| BA | | Djibouti | Indonesia | Mexico | Romania | Turkmenistan |
| | Bahrain | DM | Iran | Micronesia | RT | Tuvalu |
| | Bangladesh | DR | Iraq | Moldova | Russia | Uganda |
| BC | | Ecuador | Ireland | Monaco | Rwanda | Ukraine |
| BD | | Egypt | Israel | Mongolia | SA | United Arab Emir |
| | Belarus | El Salvador | Italy | Morocco | San Marino | United Kingdom |
| | Belgium | Equatorial Guine | Ivory Coast | Mozambique | Sao Tome | Uruguay |
| | Belize | Eritrea | Japan | MX | Saudi Arabia | Uzbekistan |
| | Benin | Estonia | JM | Myanmar/Burma | Senegal | Vanuatu |
| | Bhutan | Ethiopia | Jordan | Namibia | Seychelles | Vatican City |
| BM | | Faeroe Islands | KA | Nauru | Sierra Leone | Venezuela |
| | Bolivia | Falkland Islands | Kenya | NB | Singapore | Vietnam |
| | Bosnia | Fiji Islands | Kiribati | Nepal | SK | Wallis/Futuna |
| | Botswana | Finland | Korea North | Netherlands | Slovakia | Western Samoa |
| | Brazil | France | Korea South | Netherlands Anti | Slovenia | Yemen |
| | Brunei | French Antilles | Kuwait | New Caledonia | Solomon Island | Yugoslavia |
| | Bulgaria | French Guiana | Kyrgystan | New Zealand | Somalia | Zaire |
| | Burkina Faso | French Polynesia | Laos | NF | South Africa | Zambia |
| BV | | Gabon | Latvia | Nicaragua | Spain | ZF |
| | Burundi | Gambia | Lebanon | Niger | Sri Lanka | Zimbabwe |
| | Cambodia | Georgia | Lesotho | Nigeria | St Helena | |
| | Cameroon | Germany | Liberia | Niue | St Pierre/Miquel | |

> ALL CALLS MAY BE RECORDED/MONITORED
>
> LAS LLAMADAS PUEDEN SER GRAVADAS O MONITOREADAS

SECURUS

GOVERNMENT
EXHIBIT
3
16-20032-JAR

DIALING INSTRUCTIONS
ALL CALLS ARE COLLECT CALLS
CALLER
1) PRESS "1" FOR ENGLISH
   "2" FOR SPANISH
2) DIAL AREA CODE PLUS NUMBER
3) AFTER BEEP STATE YOUR NAME
   (PROCESSING CALL MAY TAKE UP TO 25 SEC...)
CALLS ARE SUBJECT TO MONITORING AND RECOR...
5010/7010                    SECURUS

GOVERNMENT
EXHIBIT
4
16-20032-JAR





# SECURUS
TECHNOLOGIES

## DIALING INSTRUCTIONS
*Calls are subject to monitoring and recording*

- Select your language preference
- Select your payment option
- Follow the prompts to complete your call

### PHONE ACCOUNTS
Your Friends & Family members can set up accounts by calling or visiting:

**1-800-844-6591**

**www.securustech.net**

## INSTRUCCIONES PARA HACER LLAMADAS
*Las llamadas estarán sujetas a inspección y grabación.*

- Elija el idioma deseado
- Elija la opción de pago
- Siga las instrucciones para realizar su llamada

### CUENTAS TELEFÓNICAS
Sus amigos y parientes pueden establecer cuentas llamando o visitando:

Securus Correctional Billing Services, a division of Securus Technologies and T-Netix Inc.:

5000SERIES

GOVERNMENT EXHIBIT 6 0032-JAR

**SECURUS Technologies**

wbigelow@l(
| Hel

# Secure Call Platform

| HOME | SYSTEM | MONITOR | TOOLS | ADMIN | FACILITY PORTAL |

**MANAGEMENT LEVEL**

| Facility | | Site | | Phone Group | | Phone |
|---|---|---|---|---|---|---|
| CCA Leavenworth Detention Cente ⌄ | >> | All Sites ⌄ | >> | All Phone Groups ⌄ | >> | All Phones ⌄ |

| General | Global Lists | Calling Restrictions |

🔄 **Return to Dial List**

⊟ **GENERAL DIAL LIST INFORMATION**   ( * Indicates Required Fields )

(Use * for wild card / partial searches)

| | |
|---:|:---|
| Dialed Number: | 1       * |
| | Ctry Code / Phone |
| Blocked: | ☐    Reason: [ --- ⌄ ] |
| Private(Use for Attorney/Client Privilege): | ☐    Set Private Schedule? ☐ |
| Watch: | ☐ |
| Record Calls: | ☐ |
| Passive Acceptance: | ☐ |
| Dialing Class of Service: | [ --- ⌄ ] |
| Status: | [ ACTIVE ⌄ ] |
| Speed Dial Code: | [     ] |
| 3-Way Call Detection: | [ DEFAULT ⌄ ] |
| Description: | [                    ] (4000) |
| Create Date: | N/A |

GOVERNMENT
EXHIBIT
7
16-20032-JAR

Create    Reset    Cancel

Terms and Conditions
© 2005, 2011, 2015 Securus Technologies, Inc. All Rights Reserved.