AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____District of Kansas_____

### APPEARANCE

UNITED STATES OF AMERICA,
           Plaintiff,

    vs.                                    CASE NUMBER: 2:16-cr-20032-JAR

LORENZO BLACK, et al.,
           Defendants.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

        FEDERAL PUBLIC DEFENDER, Movant.

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| September 7, 2016 | s/Branden A. Bell        22618 |
| | Name                                  Bar Number |
| | Assistant Federal Public Defender |
| | 117 SW 6th Avenue, Suite 200 |
| | Address |
| | Topeka, Kansas        66603-3840 |
| | City    State                            Zip Code |
| | 785/232-9828        785/232-9886 |
| | Phone Number                  Fax Number |
| | E-mail address: branden_bell@fd.org |