# EXHIBIT SHEET

Case No:   16-20032                                       Government Exhibits

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1 | CCA acknowledgment form regarding "Monitoring of Inmate/Detainee Telephone Call" form | X | X | X | Harrison |
| 2 | CCA Inmate Handbook | X | X | X | Harrison |
| 3 | Photograph of sign at CCA above Securus phone | X | X | X | Bigelow |
| 4 | Photograph of Sign on CCA phone | X | X | X | Bigelow |
| 5 | Photograph of sign on CCA phone | X | X | X | Bigelow |
| 6 | Photograph of Securus sign | X | X | X | Bigelow |
| 7 | Screenshot of Securus computer system showing "block" calling restriction | X | X | X | Bigelow |
| 8 | Copies of emails from SAUSA Erin Tomasic to Counsel regarding CCA video recording | X | X | X | |
| 9 | Email from CCA to USAO sending camera index | X | X | X | |
| 10 | Email from Erin Tomasic to Rick Johnson | X | X | X | |
| 11 | UNDER SEAL - CCA acknowledgment forms for all 40 inmates whose calls were obtained | X | X | X under seal | |
| 12 | | | | | |
| 13 | Transcript of call | X | X | X* | |
| 14 | call | X | X | X* | |
| 15 | Transcript of call | X | X | X* | |
| 16 | call | X | X | X* | |
| 17 | Transcript of call | X | X | X* | |
| 18 | call | X | X | X* | |
| 19 | Transcript of call | X | X | X* | |
| 20 | Call | X | X | X* | |


| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

- The Court admits these exhibits subject to FPD's review.