| No. | Description | I.D. | Off. | Adm./ Stip. | Deposition or Witness |
|---|---|---|---|---|---|
| 450 | Transcript, United States v. Huff (May 16, 2016) | X | X | X | |
| 451 | Affidavit of Gary Hart | X | X | X | |
| 452 | Email from Tomasic to Judge Robinson (Aug. 22, 2016) | X | X | X | |
| 453 | Email from Brannon to Barnett (Aug. 3, 2016) | X | X | X | |
| 454 | Transcript, *United States v. Wright* (Aug. 5, 2016) | X | X | X | |
| 455 | Email from Oakley re: phone calls (Aug. 18, 2016) | X | X | X | |
| 456 | Transcript, *United States v. Huff* (Aug. 22, 2016) | X | X | X | |
| 457 | Transcript, *United States v. Benimon* (Aug. 22, 2016) | X | X | X | |
| 458 | Email from Craig Beam (Aug. 5, 2016) | X | X | X | |
| 459 | Affidavits from CJA Attorneys – Christopher Joseph, Kathleen Ambrosio, Robert Calbi, Cynthia Dodge, John Jenab, Deb Vermillion, Michael Jackson, Jackie Rokusek, Tom Haney, Robin Fowler, Thomas Johnson, Melanie Morgan | X | X | X | |
| 460 | Email from CCA local counsel with CCA inmate intake form (aug. 24, 2016) | X | X | X | |
| 461 | Docket sheet excerpts, *United States v. Dertinger* | | | | |
| 462 | Transcript, *United States v. Black, et al* I (Aug. 9, 2016) | X | X | X | |
| 463 | Transcript, *United States vs. Black, et al II* (Aug. 16, 2016) | X | X | X | |
| 464 | FILED UNDER SEAL – Gary Hart's affidavit and recorded phone calls | X | X | X | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |