# *In the United States District Court*
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff,　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　v.　　　　　　　　　　　　)　　CASE NUMBER: 16-20032-JAR<br>　　　　　　　　　　　　　　　　)<br>LORENZO BLACK,　　　　　　　　)<br>KARL CARTER,　　　　　　　　　)<br>ANTHON AIONO,　　　　　　　　)<br>ALICIA TACKETT,　　　　　　　　)<br>CATHERINE ROWLETTE,　　　　　)<br>and　　　　　　　　　　　　　　)<br>DAVID BISHOP,　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　Defendants.　　　　　　)| |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to D. Kan. Rule 83.5.5, Erin S. Tomasic, Special Assistant United States Attorney for the District of Kansas, hereby withdraws as counsel for plaintiff. The United States will continue to be represented by D. Christopher Oakley, Duston Slinkard, and Debra L. Barnett.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　THOMAS E. BEALL
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney


　　　　　　　　　　　　　　　　　　　　  *s/Erin S. Tomasic*
　　　　　　　　　　　　　　　　　　　　ERIN S. TOMASIC, # 78430
　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　500 State Avenue, Suite 360
　　　　　　　　　　　　　　　　　　　　Kansas City, Kansas   66101-2433
　　　　　　　　　　　　　　　　　　　　(913) 551-6730
　　　　　　　　　　　　　　　　　　　　FAX: (913) 551-6541
　　　　　　　　　　　　　　　　　　　　E-mail: Erin.Tomasic@usdoj.gov
　　　　　　　　　　　　　　　　　　　　ELECTRONICALLY FILED
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of October, 2016, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                     *s/Erin S. Tomasic*
                                     ERIN S. TOMASIC, # 78430
                                     Special Assistant United States Attorney