# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.                            Case No. 16-20032-JAR

**LORENZO BLACK,**
**KARL CARTER,**
**ANTHON AIONO,**
**ALICIA TACKETT, and**
**CATHERINE ROWLETTE**

    **Defendants.**

## ORDER

Pursuant to the Court's October 11, 2016 Appointment Order[1] of David R. Cohen, as Special Master, the United States is ordered to pay the attached Summary Bill for Billing Period January, 2017, in the total amount of $44,826.49, which this Court has approved after *in camera* reviewing a detailed an itemized billing. The United States is directed to make the check payable to David R. Cohen, within 20 days. The United States is directed to mail the check to the following,

Clerk of the Court
Attn: Jeff Breon, Finance
United States District Court
500 State Avenue, Room 259
Kansas City, Kansas 66101
.

    **IT IS SO ORDERED.**

    <u>Dated: February 8, 2017</u>

                                          <u>S/ Julie A. Robinson</u>
                                          JULIE A. ROBINSON
                                          UNITED STATES DISTRICT JUDGE

---

[1] Doc. 146