# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

      Plaintiff,

      v.                                 CASE NO. 16-20032-JAR

**LORENZO BLACK, et al.,**

      Defendants.

## UNITED STATES' MOTION FOR LEAVE TO FILE SUR-REPLY

The United States of America respectfully requests leave of the Court to file a Sur-Reply to the Federal Public Defender's Reply to the United States' Consolidated Response (Doc. 240). The filing of a Sur-Reply is sought for the purpose of clarifying certain potential mischaracterizations in the Federal Public Defender's Reply regarding the government's position and evidence.

A copy of the Sur-Reply is attached. The Federal Public Defender has been contacted concerning the filing of the Sur-Reply and opposes the filing due to the fact that the Federal Public Defender's Reply to the United States' Consolidated Response was filed nine days ago.

Wherefore, the United States respectfully requests leave of the Court to file a Sur-Reply to the Federal Public Defender's Reply to the United States' Consolidated Response (Doc. 240).

        THOMAS E. BEALL
        United States Attorney

        /s/ Debra L. Barnett
        DEBRA L. BARNETT
        Assistant United States Attorney
        United States Attorney's Office
        301 N. Main, Suite 1200
        Wichita, Kansas 67202
        316-269-6481
        K.S.Ct.No. 12729
        debra.barnett@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        s/ Debra L. Barnett
        DEBRA L. BARNETT
        Assistant U.S. Attorney