**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>             Plaintiff,             )<br>                                       )<br> v.                                    ) CASE NO: 16-cr-20032-JAR<br>                                       )<br>LORENZO BLACK, *et al.,*               )<br>             Defendant.                )  | |

**NOTICE OF CHANGE OF ADDRESS**

Attorney Erin Thompson files this Notice of Change of Address in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

Law Firm:   Morgan Pilate

Address:    926 Cherry St.
            Kansas City, MO 64106

E-mail:     ethompson@morganpilate.com


Respectfully submitted,

__s/ Erin Thompson_____
Erin Thompson (#22117)
**MORGAN PILATE**
926 Cherry St.
Kansas City, MO 64106
Telephone:   (816) 471-6694
Fax:         (816) 472-3516
E-mail:      ethompson@morganpilate.com

1

2

**CERTIFICATE OF SERVICE**

    I do hereby certify that on the 2nd day of June, 2017, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing and a copy of the filing to all counsel of record.

                                              /s/Erin C. Thompson
                                              Erin C. Thompson