IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff ) | |
| ) | Case Number 17-0121-CV-W-GAF |
| v. ) | |
| ) | |
| ) | |
| LORENZO BLACK, et al ) | |
|     Defendants ) | |

### *INTERESTED PARTY CHARLES HALL'S MOTION THAT THE COURT DIRECT THE SPECIAL MASTER TO PROVIDE TO HALL CERTAIN INFORMATION IN HIS POSSESSION, WITH SUGGESTIONS*

Comes now Interested Party Charles Hall, by attorney, and does hereby move that this Honorable Court direct that Special Master, David R. Cohen, provide to undersigned counsel for Mr. Hall certain information in Mr. Cohen's possession and control. The grounds underlying this motion, with suggestions in support thereof, will be set forth in the subsequent numbered subparagraphs.

1. From the middle of 2012 until the middle of 2013, Charles Hall was a detainee at the CCA-Leavenworth Detention Center[1] (hereinafter referred to as "CCA") while awaiting trial in connection with charges filed in the United States District Court for the Western District of Missouri under case number 10-3029-02-

---

[1] This facility is now referred to as Core Civic Leavenworth Detention Center.

1

CR-S-GAF.  Mr. Hall's case is currently on direct appeal before the Eighth Circuit Court of Appeals under case number 14-2742.

2. From 2012 until present, Mr. Hall has been represented by undersigned counsel (WDMO Case # 10-3029, Doc. 185).  The business telephone number of undersigned counsel was in 2012 and 2013, and still is, 816-213-0782.  Undersigned counsel is a solo practitioner, and is the only attorney using that telephone number.  During the time that Mr. Hall was a detainee at the CCA-Leavenworth Detention Center, Mr. Hall called undersigned counsel at 816-213-0782 and discussed case-related matters with undersigned counsel.

3. In the above captioned criminal case, this Court is in the midst of a factfinding process regarding the government's obtaining, and possibly putting to use, the recordings of inmate telephone calls, made by CCA.  *United States v. Black*, 2017 WL 2151861, *1-*2 (D.Ks. 2017).  To facilitate this factfinding, this Court has appointed a Special Master, David R. Cohen (Doc. 146).

4. Based upon the fruits from hearings held as well as the investigative efforts of the Special Master, this Court has already determined that the government, in connection with one Grand Jury investigation, sought and obtained from CCA tens of thousands of recordings of inmate telephone calls dating back as long ago as 2011, and that said trove of recordings included inmates' conversations with their attorneys.  *United States v. Black*, *5, *11.  In addition to having

possession of all of these inmate call recordings, the Special Master has additionally sought and obtained from CCA comprehensive information about all of those persons and entities who have made such requests for production of inmate telephone call recordings (Doc. 186, p. 2-3).

5. Both this Court and the Special Master have made references to certain defense attorney subjects of these tens of thousands of audio recordings (Doc. 183, 187).  *United States v. Black*, *10.  However, there has been no comprehensive report regarding which attorneys were recorded and which attorneys were not.

6. A Sixth Amendment violation occurs when the government takes affirmative steps to come into possession of attorney-client communications, and when the substance of the obtained communications, such as discussion of trial strategy, could arguably assist the government in its prosecution efforts. *Weatherford v. Bursey*, 429 U.S. 545, 554 (1977); *Schillinger v. Haworth*, 70 F.3d 1132 (10th Cir. 1995); *United States v. Danielson*, 325 F.3d 1054 (9th Cir. 2003).  And, there is no protection necessarily afforded the government by the fact that the United States Attorney from a different District actually committed the acts to obtain the attorney-client call recordings, since as to all litigation to which the United States is a party, the Department of Justice operates as a unitary whole, with the Attorney General having plenary authority over all Marshals and United States Attorneys, who are considered inferior officers to the Attorney General.  28

U.S.C. 519; ***United States v. Hilario***, 218 F.3d 19, 24-26 (1st Cir. 2000); ***United States v. DiGirlomo***, 393 F.Supp. 997, 1005-1006 (W.D.Mo. 1975).

    7. The Special Master is therefore in possession of information critically important to matters concerning Mr. Hall's case, particularly

- whether calls to the telephone number of undersigned counsel were among the recordings produced to the government, and now in the possession of the Special Master,
- if there are any such recordings of calls to the telephone number of undersigned counsel, whether Mr. Hall is the caller involved in any such recordings, and
- whether the United States Attorney's Office for the Western District of Missouri is one of the entities who made request to CCA for inmate telephone call recordings.

Consequently, it is appropriate that this Court permit undersigned counsel to have access to the aforementioned information. Particularly, undersigned counsel asks that this Court direct the Special Master to report to this Court and to undersigned counsel whether there exist any recordings of telephone calls to telephone number 816-213-0782, and if there are any such recordings, to provide copies of those recordings to undersigned counsel. Undersigned counsel also asks that this Court direct the Special Master to provide to undersigned counsel information about

whether and when the United States Attorney's Office for the Western District of Missouri made requests to CCA for telephone call recordings.

WHEREFORE, Mr. Hall prays that this Honorable Court order that Special Master, David R. Cohen, provide to undersigned counsel for Mr. Hall certain information in Mr. Cohen's possession and control, and as specifically described above..

                              Respectfully submitted

                              /s/Frederick A. Duchardt, Jr.
                              FREDERICK A. DUCHARDT, JR.
                              KSD Bar Enrollment Number 77878
                              P.O. Box 216
                              Trimble MO 64492
                              Phone:  816-213-0782
                              Fax:   816-635-5155
                              ATTORNEY FOR MR. HALL

### *Certificate of Service*

I hereby certify that a copy of the foregoing Motion was served upon the following

Annette B. Gurney
Office of United States Attorney - Wichita
301 North Main Street, Suite #1200
Wichita, KS 67202-4812
316-269-6481
Fax: 316-269-6484
Email: annette.gurney@usdoj.gov

David R. Cohen
David R. Cohen Co., LPA
24400 Chagrin Blvd., Suite 300
Cleveland, OH 44122
216-831-0001
Fax: 866-357-3535
Email: david@specialmaster.biz

John Jenab
Jenab Law Firm, P.A.
7431 Broadway, # 9
Kansas City, MO 64114
816-759-8686
Fax: 816-759-8685
Email: john.jenab@gmail.com

David J. Guastello
The Guastello Law Firm, LLC
811 Grand Blvd., Suite 101
Kansas City, MO 64106
816-753-7171
Email: david@guastellolaw.com

Jason P. Hoffman
Hoffman & Hoffman
CoreFirst Bank & Trust Bldg.
100 E. 9th St. Third Floor East
Topeka, KS 66612
785-233-5887
Fax: 785-233-2173
Email: jphoffman@sbcglobal.net

Cynthia M. Dodge
Cynthia M. Dodge, LLC
233 SW Greenwich Drive, #10
Lee's Summit, MO 64082
816-246-9200
Fax: 816-246-9201
Email: cindy@cdodgelaw.com

Branden A. Bell
Office of Federal Public Defender - Topeka
117 SW 6th Avenue, Suite 200
Topeka, KS 66603
785-232-9828
Fax: 785-232-9886
Email: branden_bell@fd.org

Erin C. Thompson
Morgan Pilate LLC
926 Cherry Street
Kansas City, MO 64106
816-471-6694
Email: ethompson@morganpilate.com

Jonathan L. Laurans
The 1609 Law Building
1609 West 92nd Street
Kansas City, MO 64114
816-421-5200
Email: jlaurans@msn.com

/s/Frederick A. Duchardt, Jr.
FREDERICK A. DUCHARDT, JR.