IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
  *Plaintiff,*

**v.**                              Case No. **16-20032-JAR**

**LORENZO BLACK,** *et al.,*
  *Defendants.*

## OBJECTION TO GOVERNMENT'S REQUESTED DELAY (D.E. 303)

The defense objects to the government's request to postpone the scheduled November 28, 2017 hearing to accommodate out-of-district counsel. The Court entered an Order scheduling this hearing, and other deadlines, on October 25, 2017.[1] All defense counsel are available on November 28, 2017. At least five Assistant United States Attorneys have appeared in this case. None has withdrawn their appearance. None has indicated that they are unavailable or unable to appear on November 28, 2017. No defense counsel were contacted by the government to request their position.[2] The FPD and Defendants Black, Carter, and Bishop object to further delay.[3]

---

[1] D.E. 300.

[2] *See* Kan. D. Ct. R. 6.1(b) ("A party must file motions to continue a pretrial conference, a hearing on a motion, or the trial of an action reasonably in advance of the hearing date and must specify the views of other parties.")

[3] Defendants Rowlette and Tackett have already been sentenced. Defendant Aiono takes no position.

Wherefore, the defense asks the Court to deny the government's request for delay.

Respectfully Submitted,

s/ Melody Brannon
MELODY BRANNON #17612
Federal Public Defender
for the District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: 785.232.9828
Fax: 785.232.9886
Melody_Brannon@fd.org

s/ Branden A. Bell
BRANDEN A. BELL #22618
Assistant Federal Public Defender
for the District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: 785-232-9828
Fax: 785-232-9886
Branden_Bell@fd.org

s/ Kirk C. Redmond
KIRK C. REDMOND #18914
First Assistant Federal Public Defender
for the District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: 785-232-9828
Fax: 785-232-9886
Kirk_Redmond@fd.org

s/ Rich Federico
RICH FEDERICO #22111
Staff Attorney
for the District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: 785-232-9828
Fax: 785-232-9886
Rich_Federico@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2017, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

s/ Melody Brannon
Melody Brannon