**In the United States District Court
for the District of Kansas**

**United States of America**,
   Plaintiff,

v.            Case No. **2:16-cr-20032-JAR**

**LORENZO BLACK, et al.,**
   Defendants.

**Order for Production of Witnesses
Fed. R. Crim. P. 17(b)**

The Federal Public Defender for the District of Kansas seeks one or more subpoenas on behalf of the accused under Rule 17(b) of the Federal Rules of Criminal Procedure. Based on the motion, this Court finds good cause to issue the subpoenas, and that each witness is necessary to present an adequate defense. This Court further finds that the accused is financially unable to pay the costs and fees associated with the subpoena(s).

The clerk shall therefore issue the subpoenas detailed below. The United States shall pay the costs and fees associated with each subpoena. The United States Marshal for the District of Kansas (or a duly appointed deputy) is authorized to disburse the necessary funds to pay the costs and fees associated with each subpoena.

Name(s) of person(s) to be subpoenaed:

1. Deborah Kinney
   16 FM 2296 Road
   Huntsville, Texas 77349

2. Leslie West
   5104 N. Cleveland Avenue
   Kansas City, Missouri 64119

Place and time of appearance:

On January 18, 2018 at 9:00 a.m., in Courtroom No. 427 of the Kansas City, Kansas Courthouse.

IT IS SO ORDERED.

Dated: December 5, 2017

 S/ Julie A. Robinson
JULIE A. ROBINSON
CHIEF UNITED STATES DISTRICT JUDGE
