### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 16-20032-02-JAR-TJJ |
| ) | |
| v. ) | |
| ) | |
| KARL CARTER ) | |
| ) | |
| Defendant. ) | |

### MOTION TO JOIN PRETRIAL MOTIONS

Comes now Carl Carter, through undersigned counsel, and asks to join motions for witness subpoenas and subpoenas duces tecum filed by the Federal Public Defender. Specifically, Mr. Carter asks to join docket entries 318, 319, 324, 325, and 330. Each motion was filed pursuant to Federal Rule of Criminal Procedure 17. Each has already been granted by the Court, and corresponding subpoenas have been issued and served. For the same reasons set forth in each FPD motions, the requested material is relevant and necessary to Mr. Carter's litigation, including his motion to dismiss filed December 18, 2017. D.E. 333.

For the above reasons, Mr. Carter asks the Court to grant this motion.

Respectfully submitted,

*/s/ David J. Guastello*
David J. Guastello, KS #22525
811 Grand Blvd., Suite 101
Kansas City, MO 64106
(816) 753-7171
david@guastellolaw.com

<u>Certificate of Service</u>

I hereby certify that on December 18, 2017, I electronically filed the foregoing motion using the Court's CM/ECF system which will send a notice of electronic filing to all counsel of record.

/*s/ David J. Guastello*