## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 16-CR-20032-JAR** |
| **LORENZO BLACK,** **KARL CARTER,** **ANTHON AIONO,** **ALICIA TACKETT,** **CATHERINE ROWLETTE, and** **DAVID BISHOP** | |
| **Defendants.** | |

## ORDER

On October 25, 2017, the Court ordered this matter be set for hearing on November 28, 2017, to discuss the Special Master's findings concerning the government's failure to comply with the Phase III investigation and the appropriate responses and/or remedies for such; and to consider at this hearing any other issues the parties may want to address related to the Phase III investigation (Doc. 300). The hearing was continued at the government's request and is now scheduled for **January 18, 2018**.

On October 25, 2017, the following motions were pending: the Federal Public Defender's motion for proposed findings of fact and conclusions of law (Doc. 230) and the Federal Public Defender's motion that the Court issue an order to show cause why the government should not be held in contempt of court and sanctioned (Doc 301). Since that time, various motions for relief, for production of evidence, and for quashing of subpoenas have been filed.

The Court orders as follows:

A.   The following are stayed: compliance with the Court's Order for Production on December 29, 2017 (Doc. 329); compliance with the Special Master's Order for Production on January 2, 2018 (Doc. 317); and compliance with the Special Master's Subpoena *Duces Tecum* requiring production on or before January 2, 2018.

B.  The Federal Public Defender's motion to set deadlines is denied without prejudice.

C.  Responses to the following must be filed on or before December 29, 2017:  Defendant Carter's motions to dismiss the superseding indictment and to join the motions filed by the Federal Public Defender (Docs. 333 and 337); the government's motion to terminate Phase III of the investigation (Doc. 336); and the government's corrected motions to quash (Docs. 340, 341).[1]  Movants may file replies on or before January 5, 2018.

IT IS SO ORDERED.

Dated: December 21, 2017

> S/ Julie A. Robinson
> JULIE A. ROBINSON
> CHIEF UNITED STATES DISTRICT JUDGE

---

[1]The Court previously set a deadline of December 27, 2017 for the Federal Public Defender to respond to the Government's Motion to Quash Subpoenas Issued by the Federal Public Defender (Doc. 342).  The deadlines set forth in this Order supersede the deadline set forth in the Court's previous Order.