# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker　　　　　　　　　　　　　　　　　　　　　　Chris Wolpert
Clerk of Court　　　　　　　　　January 16, 2018　　　　　　　Chief Deputy Clerk

Mr. William A. Glaser
U.S. Department of Justice
Appellate Section, Criminal Division
950 Pennsylvania Avenue, NW
1264
Washington, DC 20530

**RE:**　　**18-3007, In re: United States**
　　　　　Dist/Ag docket: 2:16-CR-20032-JAR-1

Dear Counsel:

Your petition for extraordinary writ of mandamus was docketed today. Please note the case number above. You will be notified as soon as the court takes action on this matter.

Please contact this office if you have questions.

　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　Elisabeth A. Shumaker
　　　　　　　　　　　　　　　　　　Clerk of the Court

cc:　　　Melody Brannon
　　　　David R. Cohen
　　　　Frederick A. Duchardt Jr.
　　　　John Jenab
　　　　Jonathan Laurans
　　　　Melanie Susan Morgan
　　　　Shahzad "Shazzie" Naseem
　　　　Erin C. Thompson

EAS/jm