# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
       *Plaintiff,*

**v.**　　　　　　　　　　　　　　　　Case No. **2:16-cr-20032-JAR**

**LORENZO BLACK, et al.,**
       *Defendants.*

## MOTION FOR PRODUCTION OF WITNESS
## PURSUANT TO FED. R. CRIM. PROC. 17(b)

Melody Brannon, undersigned counsel, asks the Court, pursuant to subsection (b) of Rule 17 of the Federal Rules of Criminal Procedure, for authority to subpoena the following witness in the above-captioned case:

1.    <u>Patricia Cook</u>
      ▮▮▮▮▮▮▮▮
      Kansas City, MO 64155

Place and time of appearance:

On April 6, 2018 at 9:00 a.m., in Courtroom No. 427 of the Kansas City, Kansas Courthouse.

### Basis for Subpoenas

The Court set a hearing to discuss the Special Master's findings concerning the government's failure to comply with the Phase III

1

investigation.[1] The Court's Phase III Order[2] makes clear the current investigation is focused on the conduct of the U.S. Attorneys' Office and whether the government committed misconduct and violated CCA-Leavenworth inmates' Sixth Amendment rights. Many factual questions remain concerning the government's conduct that the Special Master has not yet been able to answer due to the government's failure to comply and participate with his investigation.

At the next hearing, the Federal Public Defender intends to present evidence that will assist the Court in making findings and conclusions about the government's failure to comply with the Phase III investigation and, ultimately, whether any Sixth Amendment violations occurred. This evidence will be limited to matters not previously put forward as evidence or discussed in a Special Master report, or will serve to further explain or provide context to information previously presented to the Court.

The witness requested is a former employee of the United States Marshals Service for the District of Kansas. As such, a *Touhy* request was submitted to counsel representing the government in this matter, in compliance with Department of Justice regulations. The *Touhy* request summarizes the testimony the witness will provide that is relevant to matters before the

---

[1] Docket Entry (D.E.) 300.
[2] D.E. 253.

Court at the next hearing. The *Touhy* request is attached to this motion as an exhibit and its contents, including the witness testimony summary, are incorporated herein.

## Conclusion

The Federal Public Defender Office operates under the Criminal Justice Act, providing representation to defendants that have been determined indigent and financially unable to pay the fees and expenses for the procurement and production of said witnesses.  The witness requested in this Rule 17(b) motion is necessary to litigate the pending motion.

WHEREFORE, counsel asks the Court for an order directing that a subpoena be issued for the above-named witness; the United States Marshal for the District of Kansas (or a duly appointed deputy) be ordered to serve the subpoena or arrange for service, at the defense request, and authorized to disburse the necessary funds to pay the costs and fees incurred for the procurement and production of said witness at the Motion Hearing on April 6, 2018, at 9:00 a.m.

        Respectfully submitted,

        <u>s/Melody Brannon</u>
        MELODY BRANNON, #17612
        Federal Public Defender
        117 SW 6th Avenue, Suite 200
        Topeka, Kansas  66603
        Telephone: (785)-232-9828,
        Fax: (785)232-9886
        E-mail: melody_brannon@fd.org

## CERTIFICATE OF SERVICE

    I hereby certify that on March 19, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the Special Master and all parties, including Movant Parties and Interested Parties in the case.

                                            <u>s/ Melody Brannon</u>
                                              Melody Brannon