## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 16-20032-JAR** |
| **LORENZO BLACK, et al.,** | |
| **Defendant.** | |

## <u>ORDER</u>

This matter comes before the Court on the Federal Public Defender's ("FPD") Motion to Produce in Camera Document (Doc. 389). The FPD moves for production of the document that the Government produced to the Court for in camera review.[1] The FPD argues for production of the document to the parties in this case to the extent it may be relevant to this litigation. The Government responds that the document was provided on an ex parte basis, under seal, and for in camera review, and that the document should not be disclosed to the parties.

The document appears relevant to the case at hand, as it contains potential Fed. R. Evid. 404(b) evidence. The Court therefore finds that the document is discoverable, and that the named and interested parties in this case are entitled to its production. The Court will produce the document to the parties under seal following the submission of a protective order governing the use of the document.

**IT IS THEREFORE ORDERED BY THE COURT** that the FPD's Motion to Produce in Camera Document (Doc. 389) is **granted**. The named and interested parties to this case shall

---

[1]*See* Doc. 365.

submit to the Court by no later than April 25, 2018 a protective order governing the use of the

document at issue.

**IT IS SO ORDERED.**

Dated: April 18, 2018

S/ Julie A. Robinson
JULIE A. ROBINSON
CHIEF UNITED STATES DISTRICT JUDGE
