IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>     Plaintiff                                             )<br>         v.                                                  )<br>                                                              )<br>LORENZO BLACK, et al.,                     )<br>     Defendants                                         ) | Case No. 16-20032-JAR |

## NOTICE OF WITHDRAWAL OF MOTION

The undersigned attorney, Jonathan Laurans, as counsel for Defendant David Lougee, notifies the Court and counsel for the Government that Mr. Lougee's "motion for joinder," as an interested party (Document 94) is hereby withdrawn at this time. Mr. Lougee will no longer be participating in this matter.

**Certificate of Service**
I certify that a copy of the above and foregoing was transmitted to all counsel of record by the ECF system on April 24, 2018.

*/s/ Jonathan Laurans*
Jonathan Laurans, #15807

Respectfully submitted,
*/s/ Jonathan Laurans*
Jonathan Laurans  #15807
The 1609 Law Building
1609 West 92nd Street
Kansas City, Missouri  64114
(816)421-5200/jlaurans@msn.com
Counsel for David Lougee

1