## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
          *Plaintiff,*

**v.**                                        Case No. **2:16-cr-20032-JAR**

**LORENZO BLACK, et al.,**
          *Defendants.*

---

## MOTION FOR PRODUCTION OF WITNESS
## PURSUANT TO FED. R. CRIM. PROC. 17(b)

---

Melody Brannon, undersigned counsel, asks the Court, pursuant to

subsection (b) of Rule 17 of the Federal Rules of Criminal Procedure, for

authority to subpoena the following witness in the above-captioned case:

1.  Deborah Kinney
    ██████████████████

Place and time of appearance:

> On April 15, 2018 at 9:00 a.m., in Courtroom No. 427 of the Kansas
> City, Kansas Courthouse.

### Basis for Subpoenas

The Court set a hearing to discuss the Special Master's findings

concerning the government's failure to comply with the Phase III

1

investigation.[1]  The Court's Phase III Order[2] makes clear the current investigation is focused on the conduct of the U.S. Attorneys' Office and whether the government committed misconduct and violated CCA-Leavenworth inmates' Sixth Amendment rights. Many factual questions remain concerning the government's conduct that the Special Master has not yet been able to answer due to the government's failure to comply and participate with his investigation.

At the next hearing, the Federal Public Defender intends to present evidence that will assist the Court in making findings and conclusions about the government's failure to comply with the Phase III investigation and, ultimately, whether any Sixth Amendment violations occurred. This evidence will be limited to matters not previously put forward as evidence or discussed in a Special Master report, or will serve to further explain or provide context to information previously presented to the Court.

Ms. Kinney is a former employee for CoreCivic who, until a few months ago, worked at CCA-Leavenworth as an investigator. She can testify and speak to the relationship between CoreCivic and the U.S. Marshals Service, including her interactions with the U.S. Marshals Service and occasions

---

[1] Docket Entry (D.E.) 300.
[2] D.E. 253.

when the Marshals' requested information from CCA-Leavenworth or

directed certain investigations occur within the facility.

### Conclusion

The Federal Public Defender Office operates under the Criminal Justice

Act, providing representation to defendants that have been determined

indigent and unable to financially unable to pay the fees and expenses for the

procurement and production of said witness.  Its clients have been

determined to be indigent. The witness requested in this Rule 17(b) motion is

necessary to litigate the pending motion.

WHEREFORE, counsel asks the Court for an order directing that a

subpoena be issued for the above-named witness; that the costs incurred for

the procurement and production of said witness be paid by the United States;

and that the United States Marshal for the District of Kansas, or his duly

appointed deputies, be authorized to disburse such funds necessary to pay

the fees and costs incurred for the procurement and production of said

witness at the Motion Hearing on May 15, 2018, at 9:00 a.m.

Respectfully submitted,

s/Melody Brannon
MELODY BRANNON, #17612
Federal Public Defender
117 SW 6th Avenue, Suite 200
Topeka, Kansas  66603
Telephone: (785)-232-9828,
Fax: (785)232-9886
E-mail: melody_brannon@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the Special Master and all parties, including Movant Parties and Interested Parties in the case.


s/ Melody Brannon
Melody Brannon