# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16-20032-02-JAR |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KARL CARTER | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO JOIN
## MOTION FOR ORDER LIFTING STAY

Comes now Karl Carter, through undersigned counsel, and asks to join the Motion for

Order Lifting Stay filed by the Federal Public Defender.[1]  Prior to the evidentiary hearing in this

case, both this Court[2] and the Special Master[3] entered orders or production.  This Court stayed

the government's obligations to comply with these orders.[4]

Mr. Carter, moves to join in the request filed by the FPD that this Court lift the stay and

order that:

(1) CoreCivic comply with the Court's December 6, 2017 order[5] no later than May 8,

2018.

(2) The United States Attorney's Office comply with the Special Master's December 4,

2017 order[6] no later than May 8, 2018.

---

[1] DCD 451
[2] DCD 329
[3] DCD 317
[4] DCD 345
[5] DCD 329
[6] DCD 317

Respectfully submitted,

*/s/ David J. Guastello*
David J. Guastello, KS #22525
811 Grand Blvd., Suite 101
Kansas City, MO 64106
(816) 753-7171
david@guastellolaw.com

Certificate of Service

I hereby certify that on May 2, 2018, I electronically filed the foregoing motion using the Court's CM/ECF system which will send a notice of electronic filing to all counsel of record.

/*s/ David J. Guastello*