## In the United States District Court
## for the District of Kansas

---

**United States of America**,
              Plaintiff,

v.                                                  Case No. **16-cr-20032-JAR**

**Lorenzo Black, et al.,**
              Defendant.

---

## Order for Production of Documents and Objects Pursuant to
## Fed. R. Crim. P. 17(b) and (c)

---

The Federal Public Defender for the District of Kansas seeks a subpoena duces tecum under Rules 17(b) and (c) of the Federal Rules of Criminal Procedure, and a records-custodian affidavit under Rule 902(11) of the Federal Rules of Evidence. Based on the motion, this Court finds good cause to issue the subpoena and order the affidavit. This Court further finds that the accused is financially unable to pay the costs and fees associated with the subpoena.

The clerk shall therefore issue the subpoena detailed below. The United States shall pay the costs and fees associated with the subpoena.

Name of person or entity to be subpoenaed:

Securus Technologies
Attn: Joshua Martin
14651 Dallas Parkway, Suite 600
Dallas, Texas 75254

Documents and objects to be produced:

1.  The name and address of all detention facilities in Kansas where
    Securus provided phone services between January 1, 2010 and July
    20, 2018.

2.  The identity of any government or law enforcement agencies or
    individual agents, including prosecutor offices, who were registered
    as subscribers to Securus or who could directly access phone calls
    recorded by Securus, or who had real-time access to detainee phone
    calls, without the assistance, involvement, or knowledge of the
    detention facilities.

Deadline and place for production:

On or before **August 1, 2018**, to the Federal Public Defender's Office,
117 S.W. 6th Street, Suite 200, Topeka, Kansas, 66603.

The subpoena shall further direct the custodian of the subpoenaed records

to execute an affidavit that complies with Federal Rule of Evidence 902(11).

The affidavit may be drafted by the Federal Public Defender and attached to

the subpoena for the records custodian to complete.

So ordered on this 23rd day of July, 2018.


S/ Julie A. Robinson
Honorable Julie A. Robinson
Chief United States District Court Judge

2