**In the United States District Court
for the District of Kansas**

---

**United States of America**,
        Plaintiff,

v.                               Case No. **16-cr-20032-JAR-02**

**Karl Carter,**
        Defendant.

---

## ORDER FOR THE DEPARTMENT OF JUSTICE TO RETURN DEFENSE DOCUMENTS

---

On August 1, 2018, this matter came on for hearing before this Court. The Department of Justice appeared by phone through Special Counsel for DOJ Steven D. Clymer. The United States Attorney's Office for the District of Kansas appeared in person through United States Attorney Stephen McAllister and AUSA Criminal Chief Duston Slinkard. The Federal Public Defender appeared in person through FPD Melody Brannon, First Assistant FPD Kirk Redmond, and AFPD Branden Bell.

The FPD asked the Court to Order the Department of Justice to return documents and other information that the FPD provided in the course of negotiations. The FPD researched and compiled a significant amount of information about pending and impending post-conviction litigants.  This

information, and supporting data, was provided to the USAO, who in turn provided it to the Deputy Attorney General. The FPD advises that the negotiation has ended, unsuccessfully, and asks that material be returned. The USAO voluntarily agreed and has complied with the FPD request. The Department of Justice objected and wants to retain the information.

After hearing the arguments of the parties, the Court Orders the Department of Justice to return all written material, including supporting documentation generated by the FPD and received by DOJ during the negotiations. The DOJ representative, Mr. Clymer, will affirm in writing that he has recovered the information from any other person within the Department of Justice who received it; that he has returned any written copies to the FPD; that any electronic version of the material has been destroyed; and that any information the DOJ derived from the FPD's material has been recovered and destroyed. The Department of Justice shall return the material and provide the written affirmation no later than August 13, 2018.

IT IS SO ORDERED.

Dated: August 6, 2018

      S/ Julie A. Robinson
      JULIE A. ROBINSON
      CHIEF UNITED STATES DISTRICT JUDGE