# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 16-20032-02-JAR |
| v. | ) |
| | ) |
| KARL CARTER | ) |
| | ) |
| Defendant. | ) |

## WAIVER OF APPEARANCE

Defendant Karl Carter, by and through undersigned counsel, and in accordance with Fed. R. Crim. P. 43 and 47, waives his presence at the status conference scheduled for August 14, 2018. Undersigned counsel has discussed the purpose of the hearing with Mr. Carter, who freely, voluntarily, and intelligently waives his right to be present at the hearing.

Respectfully submitted,

*/s/ David J. Guastello*
David J. Guastello, KS #22525
811 Grand Blvd., Suite 101
Kansas City, MO 64106
(816) 753-7171
david@guastellolaw.com

<u>Certificate of Service</u>

   I hereby certify that on August 14, 2018, I electronically filed the foregoing waiver using the Court's CM/ECF system which will send a notice of electronic filing to all counsel of record.

                        */s/ David J. Guastello*