# In the United States District Court
# for the District of Kansas

**United States of America**,

                Plaintiff,

v.                                Case No. **2:16-cr-20032-JAR-02**

**Karl Carter,**

                Defendant.

## Motion for Production of Witness Pursuant to
## Fed. R. Crim. P. 17(b)

Melody Brannon, undersigned counsel, asks the Court, pursuant to subsection (b) of Rule 17 of the Federal Rules of Criminal Procedure, for authority to subpoena the following witness in the above-captioned case:

> Joshua Martin
> Assistant General Counsel & Chief Compliance Officer
> Securus Technologies, Inc.
> 4000 International Parkway
> Carrollton, TX 75007

Place and time of appearance:

> On **October 2, 2018 at 9:00 a.m.**, in Courtroom No. 427 of the Kansas City, Kansas Courthouse.

**Basis for Subpoena**

Josh Martin is counsel for Securus and has worked with the FPD to respond to our subpoenas. Securus was, until recently, the phone service provider for CCA. Mr. Martin knows and understands how the phone recordings and access procedures work and can explain some of the documentary exhibits the defense plans to offer.  Mr. Martin can explain how calls were recorded, who controlled the recordings, how the recordings were accessed, and what the significance is of the call detail reports and call access logs. He can also explain Securus's response to subpeona duces tecum from the FPD in both Brenda Wood's case and in the Black case. This is essential for understanding the exhibits that will be offered through other witnesses. Mr. Martin has worked diligently with the FPD to provide and explain this information and is available for the hearing.

**Conclusion**

The Federal Public Defender Office operates under the Criminal Justice Act, providing representation to defendants that have been determined indigent and financially unable to pay the fees and expenses for the procurement and production of said witness.  The witness requested in this Rule 17(b) motion is necessary to litigate the pending issues.

WHEREFORE, counsel asks the Court for an order directing that a subpoena be issued for the above-named witness; that the costs incurred for the procurement and production of said witness be paid by the United States; and that the United States Marshal for the District of Kansas, or his duly appointed deputies, be authorized to disburse such funds necessary to pay the fees and costs incurred for the procurement and production of said witness at the Evidentiary Hearing on October 2, 2018, at 9:00 a.m.

Respectfully submitted,

s/Melody Brannon
MELODY BRANNON, #17612
Federal Public Defender
117 SW 6th Avenue, Suite 200
Topeka, Kansas  66603
Telephone: (785)-232-9828,
Fax: (785)232-9886
E-mail: melody_brannon@fd.org

## CERTIFICATE OF SERVICE

 I hereby certify that on August 29, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the Special Master and all parties, including Movant Parties and Interested Parties in the case.

           s/ Melody Brannon
           Melody Brannon