In the United States District Court
for the District of Kansas

**United States of America**,
                Plaintiff,

v.

                              Case No. **16-cr-20032-JAR-2**

**Karl Carter,**
                Defendant.

**Reply to Government's Response (D.E. 587) to Motions for Discovery (D.E. 572 & 573)**

The Government has responded to the FPD request asking for the Government to identify cases in which it requested recorded phone calls of District of Kansas detainees.[1] The government argues, in part, there is no authority for the requested discovery.

We reply only to remind that the Government has agreed to return any Fed. R. Crim. P. 41(g) material to the Federal Public Defender.[2] This includes attorney-client phone calls.[3] Now they resist any effort to identify that Rule 41(g) material.

---

[1] D.E. 572.
[2] Tr. Hearing, August 1, 2018, at 26; Tr. Hearing August 14, 2018, at 11-13, 14 ("MR. CLYMER: We're conceding that they're entitled to the relief that Rule 41 provides, Your Honor, which is the return of property.").
[3] Tr. Hearing, August 1, 2018, at 26; Tr. Hearing August 14, 2018, at 28-29.

The government has yet to make a full accounting of attorney-client phone calls in its possession that should be returned to defense counsel. The Court has appointed the FPD to represent any District of Kansas defendant who may have a Sixth Amendment claim.[4] We cannot identify all claimants without this discovery. Recorded attorney-client calls are both attorney work-product and privileged attorney-client communications—that is beyond dispute, and we will not belabor the record here with additional authority when review and knowledge of this record establishes that legal point.

Remarkably, the government claims attorney-work product to protect the information we seek, D.E. 587 at 2, when our purpose is, in part, to identify the USAO possession of our work-product. This is information in the possession and control of the USAO, and it should identify and provide the information.

We ask the Court to order the government to perform a systematic and comprehensive review of its files to identify this information, to report how the files were reviewed, and to provide the recordings and the related discovery.

Because both parties have been heard, we ask the Court to grant the motion in full.

---

[4] Standing Order 18-3.

        Respectfully submitted,

        <u>s/ Melody Brannon</u>
        MELODY BRANNON #17612
        Federal Public Defender
        for the District of Kansas
        117 SW 6th Avenue, Suite 200
        Topeka, Kansas 66603-3840
        Phone: 785-232-9828
        Fax: 785-232-9886
        E-mail: Melody_Brannon@fd.org

## CERTIFICATE OF SERVICE

I certify that on 9/4/18, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the Special Master and all parties, including Movant Parties and Interested Parties.

s/ Melody Brannon
Melody Brannon
