In the United States District Court
for the District of Kansas

**United States of America**,

                      Plaintiff,

v.                                    Case No. **16-cr-20032-JAR-02**

**Karl Carter,**

                      Defendant.

## Motion for Production of Witnesses
## Pursuant to Fed. R. Crim. P. 17(b) and (c)

Melody Brannon, undersigned counsel, asks the Court, pursuant to subsection (b) and (c) of Rule 17 of the Federal Rules of Criminal Procedure, for authority to subpoena the following witnesses in the above-captioned case:

    Captain Jared Schechter
    Sedgwick County Detention Facility
    141 W. Elm Street
    Wichita, KS 67203

    Captain Toby Stewart
    Butler County Detention Facility
    701 S. Stone Road
    El Dorado, KS 67042

Capt. Schechter and Capt. Stewart should bring the following:

    The name and profession or job title of each person or entity that was provided access to the Securus phone system using the facilities PIN, code, or other access authorization. Further, any written documents,

emails, correspondance, memos or other information that reflects the followng: who authorized that outside access; whether there was any limitation or restriction imposed; how outside use was recorded or documented; how to handle attorney-client communication; and whether that authorization was ever cancelled or revoked.

Place and time of appearance:

On **October 2, 2018 at 9:00 a.m.**, in Courtroom No. 427 of the Kansas City, Kansas Courthouse.

## Bases for Subpoenas

Each facility houses District of Kansas detainees. Each uses or used the Securus phone system to record calls. Each facility had access to the Securus system, and each allowed people or entities outside the facility to use its PIN or password, or issued a separate PIN or password, or other means of access Securus without going through the facility to do so. Also each can testify which outside person or entity was authorized to do so, whether that access was ever revoked, whether and how access records were kept by the facility and accessible by employees at the facility; and all persons or entities who have, or had, a PIN or password issued, and whether it was possible for the PIN or other access codes to be redistributed by the outside persons or entities.

## Conclusion

The Federal Public Defender Office operates under the Criminal Justice Act, providing representation to defendants that have been determined indigent and financially unable to pay the fees and expenses for the procurement and production of said witnesses. The witnesses requested in this Rule 17(b) motion is necessary to litigate the pending issues, as are the data requested pursuant to Rule 17(c).

WHEREFORE, counsel asks the Court for an order directing that subpoenas be issued for the above-named witnesses; that the costs incurred for the procurement and production of said witnesses be paid by the United States; and that the United States Marshal for the District of Kansas, or his duly appointed deputies, be authorized to disburse such funds necessary to pay the fees and costs incurred for the procurement and production of said witness at the Evidentiary Hearing on October 2, 2018, at 9:00 a.m.

Respectfully submitted,

s/Melody Brannon_____
MELODY BRANNON, #17612
Federal Public Defender
117 SW 6th Avenue, Suite 200
Topeka, Kansas  66603
Telephone: (785)-232-9828,
Fax: (785)232-9886
E-mail: melody_brannon@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the Special Master and all parties, including Movant Parties and Interested Parties in the case.

s/ Melody Brannon
Melody Brannon
