## In the United States District Court
## for the District of Kansas

---

**United States of America**,

Plaintiff,

v.

Case No. **16-cr-20032-JAR-02**

**Karl Carter,**

Defendant.

---

## Motion for Production of Witnesses
## Pursuant to Fed. R. Crim. P. 17(b) and (c)

---

Melody Brannon, undersigned counsel, asks the Court, pursuant to

subsection (b) and (c) of Rule 17 of the Federal Rules of Criminal Procedure,

for authority to subpoena the following witnesses in the above-captioned case:

> Jabari Wamble
> Assistant United States Attorney
> 500 State Avenue, Suite 360
> Kansas City, Kansas 66101

> Trent Krug
> Assistant United States Attorney
> 500 State Avenue, Suite 360
> Kansas City, Kansas 66101

> Terra Morehead
> Assistant United States Attorney
> 500 State Avenue, Suite 360
> Kansas City, Kansas 66101

Tanya Treadway
5914 Longleaf Drive
Lawrence, KS 66049

Place and time of appearance:

On **October 2, 2018 at 9:00 a.m.**, in Courtroom No. 427 of the Kansas City, Kansas Courthouse.

## Basis for Subpoenas

We have complied with our obligations under 28 C.F.R. §§ 16.21 and 16.23(c) (*Touhy*). These witnesses can testify to file retention policies; policy and practices regarding collection of recorded phone calls; preservation of information related to this investigation; how attorney-client calls were to be handled, including issues of waiver, notice to counsel, and resolution by the courts; experience in obtaining recorded attorney-client calls; education and training on these topics; whether they were directed to cooperate or not cooperate with the Special Master, by who, how this was communicated, and the AUSAs' response; whether they filed any inaccurate or misleading pleadings and whether those representations were corrected.

These witnesses were not included on the Special Master's list of subpoenaed witnesses.

## Conclusion

The Federal Public Defender Office operates under the Criminal Justice Act, providing representation to defendants that have been determined indigent and financially unable to pay the fees and expenses for the procurement and production of said witnesses.  The witnesses requested in this Rule 17(b) motion is necessary to litigate the pending issues.

WHEREFORE, counsel asks the Court for an order directing that subpoenas be issued for the above-named witnesses; that the United States Marshal for the District of Kansas (or a duly appointed deputy) be ordered to serve these subpoenas and file returns, upon request of the FPD; and that the United States Marshal for the District of Kansas, or his duly appointed deputies, be authorized to disburse such funds necessary to pay the fees and costs incurred for the procurement and production of said witnesses at the Evidentiary Hearing on October 2, 2018, at 9:00 a.m.

Respectfully submitted,

s/Melody Brannon
MELODY BRANNON, #17612
Federal Public Defender
117 SW 6th Avenue, Suite 200
Topeka, Kansas  66603
Telephone: (785)-232-9828,
Fax: (785)232-9886
E-mail: melody_brannon@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the Special Master and all parties, including Movant Parties and Interested Parties in the case.


s/ Melody Brannon
Melody Brannon