# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**United States of America,**
    *Plaintiff,*
    **v.**                       Case No. **16-cr-20032-JAR**

**Karl Carter, *et al.*,**
    *Defendants.*

---

## Notice of Expert Testimony

---

At the hearing commencing on October 2, 2018, the FPD will present a number of expert witnesses. For the convenience of the Court and parties, we summarize here the expected testimony of these expert witnesses.[1]

### 1. Professor Peter Joy

Professor Joy teaches professional ethics at Washington University law school, and is the co-author of Professional Responsibility: A Contemporary Approach (West, 3d ed. 2017). His *curriculum vitae* is included as attachment A. He will testify about the following topics:

---

[1] Though Fed. R. Cr. Pro. 16(a)(1)(G) does not apply in this context, the FPD provides this notice as a courtesy to facilitate efficient use of the Court's time.

- Whether non-verbal communications between attorneys and clients communicate protected information under the facts of this case;

- The legal and ethical responsibilities of a lawyer or law office who comes into possession of protected information;

- The interplay between the rules of ethics, the attorney-client privilege, and the Sixth Amendment;

- Whether a recorded message indicating that a phone call between an attorney and a client "is subject to recording or monitoring" constitutes a waiver of the attorney-client privilege under the facts of this case;

- Whether the facts of this case justify the USAO's unilateral determination that the recorded message had waived the attorney-client privilege, authorizing the USAO to listen to affected phone calls;

- The legal and ethical reasonableness of an attorney's belief that the recorded message did not waive the attorney-client privilege under the facts of this case;

- The legal propriety of a presumption, under the facts of this case, that attorney-client communications concern the client's legal matter;

2

- The legal and ethical duties of an attorney or law office to notify another attorney or law office of the receipt of privileged communications.

## 2. Justin Gelfand

Formerly an attorney with the U.S. Department of Justice Tax Division's Southern Criminal Enforcement Section, Mr. Gelfand is now in private practice in Saint Louis, Missouri and a law school professor. Information about his education, experience, publications, and presentations can be found at https://margulisgelfand.com/team/justingelfand/. He will testify about the following topics.

- The obligations of a federal prosecutor with regard to potential attorney-client privileged information;

- His experience in the use of various procedures to avoid inadvertently acquiring attorney-client information;

- His experience regarding the obligation to notify opposing counsel of the government's receipt of attorney-client information;

- His experience regarding how evidence which potentially includes attorney-client information is handled by federal prosecutors;

- His experience regarding the proper forum for determination of whether there has been a waiver of the attorney-client privilege.

## 3. Tami Loehrs

Tami Loehrs works as a digital forensic specialist at Loehrs & Associates. She is a an EnCase Certified Examiner (EnCE), Access Data Certified Examiner (ACE), Certified Computer Forensic Examiner (CCFE), and Certified Hacking Forensic Investigator (CHFI). Her full credentials may be found at

http://computerforensicscompany.com/who-we-are/tami-loehrs/

She will testify about:

- The design and function of a computer, including the computer's hard drive;

- The effect of "formatting" on a hard drive;

- The ability to retrieve information from a hard drive that existed on it before it was "formatted;"

- The necessity, or lack thereof, of "formatting" a hard drive before installing a new operating system on that hard drive;

- How electronic data is typically preserved;

- How a hard drive is effected by removing it from use and leaving it idle.

Respectfully submitted,

s/ Melody Brannon
MELODY BRANNON, #17612
Federal Public Defender
117 SW 6th Avenue, Suite 200
Topeka, Kansas  66603
Telephone: (785)-232-9828,
Fax: (785)232-9886
E-mail: melody_brannon@fd.org

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court on September 21, 2018 by using the CM/ECF system.

s/ Melody Brannon
Melody Brannon