**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Case No. 16-CR-20032-JAR** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Government's Motion re: Limited** |
| | ) | **Contacts with Sequestered Witnesses** |
| **KARL CARTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

      The United States of America, by and through its counsel of record, Assistant United States Attorney Steven Clymer, appointed as Special Attorney pursuant to 28 U.S.C. § 515 to represent the United States in connection with Phase III of the Special Master Investigation, hereby moves the Court, without opposition from the Federal Public Defender ["FPD"] or the Special Master, for an order permitting limited contacts with sequestered witnesses.  During the evidentiary hearing on May 15, 2018, the Court orally ordered that no one present in the courtroom should "discuss the content of any of the testimony that's happened in this courtroom with any witnesses that are sequestered."  Transcript at p. 144.

      Since then, counsel for the Special Master and the Federal Public Defender have requested agreement from the government that, in addition to the Court's sequestration order, it (a) not share a *Touhy* summary with any subpoenaed witness other than the witness to whom the summary pertains; (b) not share with any sequestered witness any exhibits introduced on May 15-16, 2018; and (c) refrain from reviewing any proposed exhibits that the Special Master and FPD identify

before the hearing with any subpoenaed witness.  In exchange, these parties stated that they did not oppose the government posing questions to some of the subpoenaed witnesses before their testimony at the upcoming hearing.   Further, government counsel notified the Special Master and FPD of its intent to communicate to witnesses the Department of Justice's authorization decisions regarding the *Touhy* notices submitted under 28 C.F.R. § 16.23(c).

Accordingly, although it would not violate the Court's oral sequestration order for government counsel to pose questions to sequestered witnesses about *anticipated* testimony at the upcoming hearing, in an abundance of caution, the government moves for an order expressly permitting it to do so.

Respectfully submitted this 27th day of September, 2018.

Steven D. Clymer
Assistant United States Attorney
Special Attorney for the United States

**Certificate of Service**

I hereby certify that on the 27th day of September, 2018, the foregoing was electronically filed with the clerk of the court for the District of Kansas using the CM/ECF system, which will send a notice of electronic filing to all counsel.

*S/Deanna Lieberman*
Deanna Lieberman
Paralegal Specialist
United States Attorney's Office
Northern District of New York
