# In the United States District Court
## for the District of Kansas

**United States of America**,

                Plaintiff,

v.   Case No. **16-cr-20032-JAR-02**

**Karl Carter,**

                Defendant.

## Motion for Production of Witnesses
## Pursuant to Fed. R. Crim. P. 17(b) and (c)

Melody Brannon, undersigned counsel, asks the Court, pursuant to subsection (b) and (c) of Rule 17 of the Federal Rules of Criminal Procedure, for authority to subpoena the following witnesses in the above-captioned case:

Names of persons to be subpoenaed:

Michael Bussell
Archangel Investigations
4414 Aminda Street
Shawnee, KS 66226

Tom Haney
Stevens & Brand, LLP
917 SW Topeka Blvd.
Topeka, KS 66612

1

Christopher Joseph
Joseph, Hollander & Craft, LLC
1508 SW Topeka Blvd.
Topeka, KS 66612

Jacquelyn Rokusek
Rokusek Stein Law, LLC
11658 W 75th Street
Shawnee, KS 66214

Mark Thomason
Law Office of Mark Thomason, LLC
929 Walnut Street, Suite 101
Kansas City, MO 64106

Warden Linda Thomas
Corrections Corporation of America/CoreCivic
100 Highway Terrace
Leavenworth, KS 66048

Place and time of appearance:

On **October 9, 2018 at 9:00 a.m.**, in Courtroom No. 427 of the Kansas City, Kansas Courthouse.

## Bases for Subpoenas

**Michael Bussell**

Mr. Bussell will testify as to the clarity of the videos, supplementing his earlier testimony. He has agreed to appear with a subpoena.

**Tom Haney, Christopher Joseph, Jaquelyn Rokusek, and Mark Thomason**

Mr. Haney, Mr. Joseph, Ms. Rokusek and Mr. Thomason will testify about whether and how they privatized their numbers, their experience with

2

recorded attorney/client calls, and whether the United States Attorney's Office ever notified them of recorded attorney/client calls in its possession.

**Warden Linda Thomas**

Warden Thomas will supplement her testimony on CCA's policy of recording and privatization of numbers, and how these processes were handled after August 9, 2016.

## Conclusion

The Federal Public Defender Office operates under the Criminal Justice Act, providing representation to defendants that have been determined indigent and financially unable to pay the fees and expenses for the procurement and production of said witnesses. The witnesses requested in this Rule 17(b) motion are necessary to litigate the pending issues.

WHEREFORE, counsel asks the Court for an order directing that subpoenas be issued for the above-named witnesses; that the costs incurred for the procurement and production of said witnesses be paid by the United States; and that the United States Marshal for the District of Kansas, or his duly appointed deputies, be authorized to disburse such funds necessary to pay the fees and costs incurred for the procurement and production of said witnesses at the Evidentiary Hearing on October 9 and 10, 2018, at 9:00 a.m.

Respectfully submitted,

s/Melody Brannon
MELODY BRANNON, #17612
Federal Public Defender
117 SW 6th Avenue, Suite 200
Topeka, Kansas  66603
Telephone: (785)-232-9828,
Fax: (785)232-9886
E-mail: melody_brannon@fd.org

4

## CERTIFICATE OF SERVICE

    I hereby certify that on September 28, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the Special Master and all parties, including Movant Parties and Interested Parties in the case.


                                            <u>s/ Melody Brannon</u>
                                            Melody Brannon