IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      **v.**                                                    Case No. 16-20032-02-JAR

**KARL CARTER,**

      **Defendant.**

## ORDER

On October 1, 2018, former-Assistant United States Attorney Tanya Treadway filed a pro se Motion to Quash Subpoena (Doc. 627) sought by the Federal Public Defender ("FPD") for the evidentiary hearing in this case that began on October 2, 2018. She indicates that she will require medically-assisted transportation to the courthouse from her home in Lawrence, Kansas due to a foot injury, which will be a burdensome expense, and thus asks to be excused from the subpoena. According to her motion, the FPD represented that her testimony is anticipated for October 10, 11, or 12. At the beginning of the evidentiary hearing on October 2, 2018, the Court asked the FPD if she intends to respond to Ms. Treadway's motion, and she presented oral argument opposing the motion.

The Court made an oral ruling denying Ms. Treadway's motion because her compliance with the FPD's subpoena would not be "unreasonable or oppressive" under Fed. R. Crim. P. 17(c)(2). The FPD has worked with Ms. Treadway's schedule to avoid a conflict with her medical appointments. Further, to the extent she requires medically-assisted transportation to the courthouse, there is a mechanism in place through the United States Marshal Service for her to obtain reimbursement for such expenses. The Court urged the FPD to make Ms. Treadway's

accommodations less burdensome by identifying the date of her testimony, and by ensuring that the courthouse's wheelchair is available to her when she arrives.

The Court's complete findings of fact and conclusions of law were read into the record. For the reasons stated on the record,

**IT IS THEREFORE ORDERED BY THE COURT** that Movant Tanya Treadway's Motion to Quash Subpoena (Doc. 627) is **denied**.

**IT IS SO ORDERED.**

Dated: October 3, 2018

S/ Julie A. Robinson
JULIE A. ROBINSON
CHIEF UNITED STATES DISTRICT JUDGE
