In the United States District Court
for the District of Kansas

**United States of America**,
                      Plaintiff,

v.

                                   Case No. **16-cr-20032-JAR-02**

**Karl Carter,**
                      Defendant.

## MOTION FOR LIMITED DISCLOSURE OF MATERIALS UNDER PROTECTIVE ORDER

The Federal Public Defender moves this Court for an order allowing it to disclose certain materials produced as part of this litigation to the appropriate disciplinary authorities.

On October 3, 2018, the Court entered a protective order that limited the use of materials provided in response to the Special Master's subpoena duces tecum. Doc. 633. Specifically, the parties may only use those materials "solely in connection litigation in the above-captioned case, as well as related litigation pursuant to 28 U.S.C. § 2255." *Id.* Given the testimony from the October 11 hearing, the Federal Public Defender now asks the Court for permission to disseminate certain exhibits, which contain materials produced by the government in response to the subpoena duces tecum, with the

1

District of Kansas Disciplinary Panel and the State of Kansas Disciplinary Administrator. Those exhibits are: 592, 592-A, 592-B, 592-C, 592-D, 592-E, 592-F.

The government does not object to this request.

Respectfully submitted,

s/Melody Brannon_____
MELODY BRANNON, #17612
Federal Public Defender
117 SW 6th Avenue, Suite 200
Topeka, Kansas  66603
Telephone: (785)-232-9828,
Fax: (785)232-9886
E-mail: melody_brannon@fd.org


s/ Branden A. Bell
Branden A. Bell, #22618
Assistant Federal Public Defender
117 SW 6th Avenue, Suite 200
Topeka, KS 66603-3840
Phone: 785-232-9828
Fax: 785-232-9886
Email: branden_bell@fd.org

3

## CERTIFICATE OF SERVICE

      I hereby certify that on October 12, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the Special Master and all parties, including Movant Parties and Interested Parties in the case.

                                s/ Melody Brannon
                                Melody Brannon