**CLERK'S COURTROOM MOTIONS/MISCELLANEOUS MINUTE SHEET**
**CASE NO. 16-20032-JAR**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | **APPEARANCES:**<br>US Attorney Stephen McAllister<br>AUSA Steve Clymer<br>AUSA Duston Slinkard |
| Plaintiff |  |
| v. |  |
| KARL CARTER (02) – waived appearance | Def. Atty:   David Guastello |

*************************************************************************

| | |
|---|---|
| FEDERAL PUBLIC DEFENDER<br>*(MOVANT)* | Attys:  Branden A. Bell<br>Kirk Redmond<br>Melody Brannon |

*************************************************************************

| | |
|---|---|
| SPECIAL MASTER,<br>DAVID R. COHEN | Atty:  Alleen C. Vanbebber |

| JUDGE: | Julie A. Robinson | DATE: | Oct. 2-4, Oct. 9-12, 2018 |
|---|---|---|---|
| DEPUTY CLERK: | Bonnie Wiest | REPORTER: | Kelli Stewart |
| INTERPRETER: |  | PRETRIAL/PROBATION: |  |

# EVIDENTIARY HEARING

**OCTOBER 2, 2018**

This case comes on before the Court for continuance of the evidentiary hearing that was conducted on May 15 and 16, 2018.

The Court discusses preliminary matters and pending motions.  The Court rules on the following motions:

  Doc. 605 – Motion for Discovery of Impeachment Information filed by FPD - DENIED
  Doc. 627 -  Motion to Quash Subpoena filed by Tanya Treadway - DENIED

The Court will issue an order.

The Court reminds the parties the rule of sequestration remains invoked.

Opening statements begin at 9:43 a.m.

Special Master begins presentation of evidence and testimony.  Testimony of recalled witness, Erin Tomasic, begins at 10:10 a.m.  Ms. Tomasic's attorneys, Nathan Garrett and Kathleen Fisher, are present in the courtroom.

Recess for lunch break (12:21 p.m. to 1:32 p.m.)

Testimony of Ms. Tomasic continues.

Court adjourns at 5:50 p.m. and will reconvene at 8:30 a.m. on October 3, 2018.

## OCTOBER 3, 2018

Court reconvenes at 8:33 a.m. The government continues with its cross-examination of Witness Tomasic. Witness excused at 11:21 a.m. subject to recall – remains under sequestration order.

Testimony of Agent John Seubert (FPD) begins at 11:23 a.m.

Recess for lunch break (12:09 p.m. to 1:06 p.m.)

Testimony of Witness Seubert continues.  Witness excused at 1:37 p.m.

Testimony of Jabari Wamble, AUSA (FPD) begins at 1:39 p.m.  Witness excused at 2:40 p.m.

Testimony of Thomas Christian Cox, Attorney, (FPD) begins at 2:41 p.m.  Witness excused at 2:59 p.m.

Testimony of Capt. Jared Schechter, Sedgwick County Sheriff's Office, begins at 3:19 p.m. (FPD).  Witness excused at 3:35 p.m.

Testimony of Capt. Toby Stewart, Butler Co. Detention Facility, begins at 3:36 p.m. (FPD). Witness excused at 3:53 p.m.

Testimony of Pauletta Boyd, Litigation Assistant for USA, begins at 3:54 p.m. (SM).  Witness excused at 5:25 p.m.

Court adjourns at 5:27 p.m. and will reconvene on October 4, 2018 at 8:30 a.m.

**OCTOBER 4, 2018**

Court reconvenes at 8:35 a.m.  Preliminary discussion regarding Tanya Treadway.  FPD requests the Court for an order for the US Marshal's Service to cover cost in transporting Ms. Treadway to the hearing on Thursday, October 11, 2018.  The Court approves.

Witness Erin Tomasic is recalled for testimony (FPD).  Witness excused at 9:01 a.m.

Testimony of David Steeby, USA District Systems Manager, IT (SM) begins at 9:03 a.m.  Witness excused at 10:26 a.m.

Testimony of David Zabel begins at 10:50 a.m. (SM).  Witness excused at 12:19 p.m.

Recess for lunch break (12:20 p.m. to 1:27 p.m.).

Testimony of Carlos Moran, attorney, begins at 1:27 p.m. (FPD).  Witness excused at 1:52 p.m.

Testimony of Lanny Welch, US Attorney's Office, begins at 1:57 p.m. (SM).  Witness excused at 2:41 p.m.

Testimony of Emily Metzger, US Attorney's Office, begins at 3:03 p.m. (SM).  Witness excused at 5:08 p.m.

Court adjourns at 5:10 p.m. and will reconvene on Tuesday, October 9, 2018 at 8:30 a.m.


**OCTOBER 9, 2018**

Court reconvenes at 8:36 a.m.  Testimony of Joshua Martin, attorney for Securus Technologies, begins at 8:36 a.m. (FPD).  Witness excused at 11:17 a.m.

Testimony of Wayne Bigelow, CoreCivic begins at 11:18 a.m.  Witness excused at 11:28 a.m.

Testimony of Nick Harris, Digital Forensic Analyst, begins at 11:29 a.m. (FPD).   Witness excused at 11:49 a.m.

Recess for lunch break (11:50 a.m. to 1:05 p.m.)

Testimony of Rich Federico, Assistant United States Federal Public Defender, begins (FPD).  Witness excused at 4:17 p.m.

Testimony of Sheri Catania, AUSA, at 4:18 p.m. (SM).  Witness excused at 5:52 p.m.

The Court takes under advisement the government's Motion to Exclude Improper Expert Testimony About Law and Legal Conclusions filed on October 8, 2018.

Court adjourns at 5:58 p.m. and will reconvene on October 10, 2018 at 8:30 a.m.

**OCTOBER 10. 2018**

Court reconvenes at 8:30 a.m.  Testimony of Peter Joy, Law Professor and Attorney, begins (FPD).  Witness excused at 9:55 a.m.

Testimony of Justin Gelfand, Attorney, begins at 9:55 a.m. (FPD).  Witness excused at 10:30 a.m.

Testimony of Tami Loehrs, Computer Forensic Expert, begins at 10:46 a.m. (FPD).  Witness excused at 11:22 a.m.

The Court notes for the record the AVPC hard drives in the Court's possession and control have never been imaged.

Testimony of Leon Patton, AUSA, begins at 11:33 a.m. (SM).  Witness excused at 11:49 a.m.

Recess for lunch break (11:50 a.m. to 1:03 p.m.).

Testimony of Chris Oakley, AUSA, begins at 1:03 p.m. (SM).  Witness excused at 3:57 p.m.

Testimony of Terra Morehead, AUSA, begins at 3:58 p.m.  Witness excused at 5:29 p.m.

Court adjourns at 5:30 p.m. and will reconvene on October 11, 2018 at 8:30 a.m.

**OCTOBER 11, 2018**

Court reconvenes at 8:36 a.m.  Testimony of Mike Warner, attorney, begins (FPD).  Witness excused at 9:34 a.m.

Testimony of Melanie Morgan, attorney, begins at 9:35 a.m. (FPD)  Witness excused at 10:21 a.m.

Matter taken up at sidebar regarding testimony of Tanya Treadway.

Testimony of Tanya Treadway, former AUSA, begins at 10:51 a.m. (FPD).  Witness excused.

Recess for lunch break (12:01 p.m. to 1:01 p.m.).

Court reconvenes at 1:01 p.m.  Matter taken up regarding discovery and thumb drives provided to Special Master from the government.

The Federal Public Defender recalls Melanie Morgan at 1:23 p.m.  Witness excused at 1:35 p.m.

Testimony of Christopher Joseph, attorney, begins at 1:36 p.m. (FPD).  Witness excused at 1:49 p.m.

Testimony of Trent Krug, AUSA, begins at 2:02 p.m. (FPD).  Witness excused at 2:51 p.m.

The Court grants FPD's oral motion for Rule 41 turnover of the disc in the US Attorney's possession of Uriarte calls and should be returned forthwith.  Witness Krug is not released under subpoena and remains sequestered.

Testimony of Tris Hunt, AUSA, begins at 3:16 p.m. (Gov't).   Witness excused at 4:12 p.m.

Court adjourns at 4:13 p.m. and will reconvene on October 12, 2018 at 8:30 a.m.

## **OCTOBER 12, 2018**

Court reconvenes at 8:53 a.m.  The Court grants FPD's Motion for Disclosure of Materials Under Protective Order (Doc. 646).

Testimony of Kim Flannigan, AUSA, begins at 8:57 a.m. (SM).   Witness excused at 11:00 a.m.

Testimony of Debra Barnett, Kansas US Attorney's Office, begins at 11:23 a.m.

Recess for lunch break (12:20 p.m. to 1:33 p.m.).

Continue with testimony of Debra Barnett (SM).  Witness excused at 3:37 p.m.

Testimony of Tom Haney, Attorney, begins at 3:41 p.m. (FPD).  Witness excused at 4:00 p.m.

Testimony of Scott Rask, AUSA, begins at 4:01 p.m. (Gov't).   Witness excused at 4:09 p.m.

Testimony of Tom Beall, Kansas US Attorney's Office, begins at 4:10 p.m. (SM).  Witness excused at 4:45 p.mm.

All parties rest on their testimony and evidence.  The Court takes the matter under advisement.  Discussion regarding production of further discovery.  The Court sets a one-hour evidentiary hearing for November 16, 2018 at 9:00 a.m.  The Court retains original admitted exhibits.

Witness and Exhibits lists attached.