# DEFENDANT'S EXHIBIT LIST

## US v. Black, et al., Case No. 2:16-cr-20032-JAR

*Exhibits 401-554 were previously admitted/stipulated to at the hearing held on 5/16/2018.*

| Exh # | Description | Offered | Admitted | Witness |
|---|---|---|---|---|
| 401 | Evacuation Diagram of rooms at CCA | x | x | Thompson |
| 402 | Room 107A Hallway | x | x | Thompson |
| 403 | Room 107A Intercom | x | x | Thompson |
| 404 | Room 107B & 107 Hallway | x | x | Thompson |
| 405 | Room 107B Intercom | x | x | Thompson |
| 406 | Room 107 Camera | x | x | Thompson |
| 407 | Room 107 Intercom | x | x | Thompson |
| 408 | Visitation hallway | x | x | Thompson |
| 409 | Visitation hallway | x | x | Thompson |
| 410 | Visitation hallway | x | x | Thompson |
| 411 | Room 4 Camera | x | x | Thompson |
| 412 | Room 4 Intercom | x | x | Thompson |
| 413 | Room 5 Intercom | x | x | Thompson |
| 414 | Room 5 Camera | x | x | Thompson |
| 415 | Room 6 Table | x | x | Thompson |
| 416a | Room 6 Table | x | x | Thompson |
| 416b | Room 6 Table | x | x | Thompson |
| 417 | Room 6 Intercom | x | x | Thompson |
| 418 | Room 6 Camera | x | x | Thompson |
| 419 | Visitation Hallway Intersection | x | x | Thompson |
| 420 | Room 7 Intercom | x | x | Thompson |
| 421 | Room 7 Camera | x | x | Thompson |
| 422 | Room 7 Light | x | x | Thompson |
| 423 | Room 8 Light button | x | x | Thompson |
| 424 | Room 8 Intercom | x | x | Thompson |
| 425 | Room 8 Camera | x | x | Thompson |
| 426 | Room 9 Camera | x | x | Thompson |
| 427 | Room 9 Intercoms & light button | x | x | Thompson |
| 428 | Visitation Hallway-Room 8 & 9 lights | x | x | Thompson |
| 429 | Visitation Hallway-Room 7 & 8 lights | x | x | Thompson |
| 430 | Visitation Hallway-end | x | x | Thompson |
| 431 | Foyer & bathroom area | x | x | Thompson |
| 432 | Foyer & bathroom area-camera 1 | x | x | Thompson |

# DEFENDANT'S EXHIBIT LIST

## US v. Black, et al., Case No. 2:16-cr-20032-JAR

*Exhibits 401-554 were previously admitted/stipulated to at the hearing held on 5/16/2018.*

| | | | | |
|---|---|---|---|---|
| 433 | Foyer & bathroom area-camera 2 | x | x | 5/16/2018 |
| 434 | Investigative Report of Zay Thompson | x | x | 5/16/2018 |
| 435 | CCA - Protecting Inmate Rights | x | x | 5/16/2018 |
| 436 | CCA Policies Produced by 17(c) Subpoena | x | x | 5/16/2018 |
| 437 | Affidavit of Michael Bussell | x | x | 5/16/2018 |
| 438 | Grand Jury Subpoena | x | x | 5/16/2018 |
| 439 | Index | x | x | 5/16/2018 |
| 440 | Index w Properties | x | x | 5/16/2018 |
| 441 | Email string: Rokusek/Tomasic/Flannigan re viewing videos of attorney-client conferences | x | x | 5/16/2018 |
| 442 | Email string: Rokusek/Tomasic re asserting attorney-client privilege in videotaped conferences | x | x | 5/16/2018 |
| 443 | Email from Barnett relaying information from USM Deputy Oberly | x | x | 5/16/2018 |
| 444 | Email from USMS, WDMO re CCA videotapes attorney-client conferences | x | x | 5/16/2018 |
| 445 | Email: Tomasic to Black counsel and Bonnie Wiest re videotapes of attorney-client conferences | x | x | 5/16/2018 |
| 446 | Email string: Tomasic/Shaneyfelt re USAO created videotape index | x | x | 5/16/2018 |
| 447 | Transcript of July 22, 2016 Status Conference, US v. Black [pp 5-6: index] [pp 11-12: videos][pp 15, 23 additional defendants] | x | x | 5/16/2018 |
| 448 | CV of Professor Peter Joy | x | x | 5/16/2018 |
| 449 | Index of recorded attorney-client phone calls | x | x | 5/16/2018 |
| 450 | 2016-05-16 US v. Huff Transcript | x | x | 5/16/2018 |
| 451 | Affidavit of Gary Hart (to be provided) | x | x | 5/16/2018 |
| 452 | 2016-08-22 Tomasic email to Judge Robinson | x | x | 5/16/2018 |
| 453 | 2016-08-03 Brannon email to Barnett | x | x | 5/16/2018 |
| 454 | 2016-08-05 *US v. Wright* Transcript | x | x | 5/16/2018 |
| 455 | 2016-08-18 Oakley email re: phone calls | x | x | 5/16/2018 |
| 456 | 2016-08-22 *US v. Huff* Transcript | x | x | 5/16/2018 |
| 457 | 2016-08-22 *US v. Benimon* Transcript | x | x | 5/16/2018 |
| 458 | 2016-08-05 Beam Email | x | x | 5/16/2018 |

## DEFENDANT'S EXHIBIT LIST

### US v. Black, et al., Case No. 2:16-cr-20032-JAR

*Exhibits 401-554 were previously admitted/stipulated to at the hearing held on 5/16/2018.*

| | | | | |
|---|---|---|---|---|
| **459** | Affidavits from CJA attorneys – Christopher Joseph, Kathleen Ambrosio, Robert Calbi, Cynthia Dodge, John Jenab, Deb Vermillion, Michael Jackson, Jackie Rokusek, Tom Haney, Robin Fowler, Thomas Johnson, and Melanie Morgan | x | x | 5/16/2018 |
| **460** | 2016-08-24 CCA counsel email with CCA inmate intake form | x | x | 5/16/2018 |
| **461** | *US v. Dertinger* Docket sheet excerpts | x | x | 5/16/2018 |
| **462** | 2016-08-16 *US v. Black* Transcript | x | x | 5/16/2018 |
| **463** | 2016-08-16 *US v. Black* Transcript | x | x | 5/16/2018 |
| 464 | Under Seal: Audio Recordings Subpoenaed by Gary Hart from Securus | x | x | 5/16/2018 |
| **465** | 2016-03-24 Tomasic Email to Kinney | x | x | 5/16/2018 |
| **466** | 2016-03-24 Kinney Email to Tomasic | x | x | 5/16/2018 |
| **467** | 2016-03-24 Kinney Email to Tomasic | x | x | 5/16/2018 |
| **468** | 2016-03-24 Seubert Email to Thomas | x | x | 5/16/2018 |
| **469** | Grand Jury Subpoena attached to Ex. 469 | x | x | 5/16/2018 |
| **470** | 2016-03-28 Email from Seubert to Thomas | x | x | 5/16/2018 |
| **471** | Grand Jury Subpoena attached to Ex. 471 | x | x | 5/16/2018 |
| **472** | 2016-04-06 Email from Seubert to Thomas | x | x | 5/16/2018 |
| **473** | Grand Jury Subpoena attached to Ex. 473 | x | x | 5/16/2018 |
| **474** | 2016-04-16 Email from Seubert to Thomas | x | x | 5/16/2018 |

# DEFENDANT'S EXHIBIT LIST

## US v. Black, et al., Case No. 2:16-cr-20032-JAR

*Exhibits 401-554 were previously admitted/stipulated to at the hearing held on 5/16/2018.*

| | | | | |
|---|---|---|---|---|
| 475 | Grand Jury Subpoena attached to Ex. 475 | x | x | 5/16/2018 |
| 476 | 2016-08-03 US v. Huff Sentencing Transcript | x | x | 5/16/2018 |
| 477 | 2016-09-12 Response to Huff's Rule 41(g) motion | x | x | 5/16/2018 |
| 478 | 2017-06-20 US v. Dertinger Transcript - Seubert testimony | x | x | 5/16/2018 |
| 479 | 2017-03-07 US v. Huff Sentencing Agreement | x | x | 5/16/2018 |
| 480 | 2017-07-06 US v. Huff Supplement to Motion to Clarify | x | x | 5/16/2018 |
| 481 | 2017-10-20 Special Master First Report on Phase III Investigation | x | x | 5/16/2018 |
| 482 | 2018-01-12 Letter Denying Permission to Testify | x | x | 5/16/2018 |
| 483 | 2016-11-17 Bigelow and Andrew email chain | x | x | 5/16/2018 |
| 484 | 2016-11-17 Bigelow and Andrew email chain | x | x | 5/16/2018 |
| 485 | 2016-11-17 Email from Securus to Bigelow | x | x | 5/16/2018 |
| 486 | 2016-11-22 Email from Bigelow to Securus | x | x | 5/16/2018 |
| 487 | 2016-08-23 US v. Black Doc 120 | x | x | 5/16/2018 |
| 488 | 2016-08-23 US v. Black Doc 121 | x | x | 5/16/2018 |
| 489 | 2016-09-06 US v. Black Doc 133 | x | x | 5/16/2018 |
| 490 | 2016-09-07 US v. Black Hearing Tran | x | x | 5/16/2018 |

## DEFENDANT'S EXHIBIT LIST

### US v. Black, et al., Case No. 2:16-cr-20032-JAR

*Exhibits 401-554 were previously admitted/stipulated to at the hearing held on 5/16/2018.*

| | | | | |
|---|---|---|---|---|
| **491** | 2017-01-05 Tomasic and Rask email chain | x | x | 5/16/2018 |
| **492** | 2017-06-19 US v. Huff Motion to Clarify | x | x | 5/16/2018 |
| **493** | 2017-02-20 US v. Herrera-Zamora Post-Trial Motion | x | x | 5/16/2018 |
| **494** | 2017-03-07 Zabel and Treadway email chain | x | x | 5/16/2018 |
| **495** | 2017-03-10 Email from Treadway to Zabel | x | x | 5/16/2018 – 10/11 - Treadway |
| **496** | 2017-03-07 Email from Zabel to Moran | x | x | 5/16/2018 |
| **497** | 2017-06-19 US v. Herrera-Zamora Correction of Record | x | x | 5/16/2018 |
| **498** | 2016-08-09 US v. Wright Hearing Tran | x | x | 5/16/2018 |
| **499** | 2016-10-07 Email from Tomasic to Hunt | x | x | 5/16/2018 |
| **500** | 2017-03-15 Letter from Hunt to Moran | x | x | 5/16/2018 |
| **501** | CCA IT Subpoena spreadsheet | x | x | 5/16/2018 |
| **502** | 2017-06-20 US v. Dertinger Excerpt of Hearing Transcript Boyd testimony | x | x | 5/16/2018 |
| **503** | 2017-05-01 US v. Dertinger Doc 503 | x | x | 5/16/2018 |
| **504** | 2017-06-21 US v. Dertinger Excerpt of Hearing Transcript Flannigan testimony | x | x | Flannigan 10/12/2018 |
| **505** | 2015-07-07 Kinney and Hoffer email chain | x | x | Flannigan 10/12/2018 |
| **506** | 2016-04-21 Lajiness and Cahill email chain | x | x | 5/16/2018 |

# DEFENDANT'S EXHIBIT LIST

## US v. Black, et al., Case No. 2:16-cr-20032-JAR

*Exhibits 401-554 were previously admitted/stipulated to at the hearing held on 5/16/2018.*

| | | | | |
|---|---|---|---|---|
| **507** | 2016-03-08 Stokes and Cahill email chain | x | x | 5/16/2018 |
| **508** | 2017-06-20 US v. Dertinger Excerpt of Hearing Transcript Stokes testimony | x | x | 5/16/2018 |
| **509** | 2016-07-12 Email between Tomasic and Kinney | x | x | 5/16/2018 |
| **510** | 2016-01-12 Subpoena acknowledgement form from Tomasic | x | x | 5/16/2018 |
| **511** | 2016-07-13 Email chain between Tomasic and Bigelow | x | x | 5/16/2018 |
| **512** | 2016-03-14 Lajiness and Cahill email chain | x | x | 5/16/2018 |
| **513** | 2016-03-11 Tomasic and Cahill email chain | x | x | 5/16/2018 |
| **514** | 2016-08-05 Email between Tomasic and Flannigan | x | x | 5/16/2018 |
| **515** | 2016-06-02 Cahill and Lajiness email chain | x | x | 5/16/2018 |
| **516** | Rokusek and Tomasic email chain | x | x | 5/16/2018 |
| **517** | Herrera-Zamora sub 1 | x | x | 5/16/2018 |
| **518** | Herrera-Zamora sub 2 | x | x | 5/16/2018 |
| **519** | Herrera-Zamora call log | x | x | 5/16/2018 |
| **520** | Federal Public Defender attorney affidavits | x | x | 5/16/2018 |
| **521** | 2017-05-23 Tomasic letter to Judge Robinson | x | x | Order (Doc. 430) |
| **522** | CCA contract – Effective 1/1/07 | x | x | 5/16/2018 |

## DEFENDANT'S EXHIBIT LIST

## US v. Black, et al., Case No. 2:16-cr-20032-JAR

*Exhibits 401-554 were previously admitted/stipulated to at the hearing held on 5/16/2018.*

| | | | | |
|---|---|---|---|---|
| 523 | 2017-05-15 US v. Dertinger Rokusek Affidavit | x | x | 5/16/2018 |
| 524 | 2013-05-17 Email chain between Cook and others | x | x | 5/16/2018 |
| 525 | 2013-07-08 Email chain between Collins and others | x | x | 5/16/2018 |
| 526 | 2016-03-08 Email chain between Cahill and others | x | x | 5/16/2018 |
| 527 | 2016-03-14 Email chain between Tomasic and others | x | x | 5/16/2018 |
| 528 | 2016-04-07 Email chain between Bigelow and Cook | x | x | 5/16/2018 |
| 529 | 2016-04-127 Email chain between Guthrie and others | x | x | 5/16/2018 |
| 530 | 2015-12-29 Cook and Moore email chain | x | x | 5/16/2018 |
| 531 | 2016-01-06 Cook and Moore email chain | x | x | 5/16/2018 |
| 532 | 2016-01-20 Email from Cook to Lajiness | x | x | 5/16/2018 |
| 533 | 2015-12-08 Cook and Moore email chain | x | x | 5/16/2018 |
| 534 | 2015-12-16 Cook and Moore email chain | x | x | 5/16/2018 |
| 535 | 2017-06-20 US v. Dertinger Excerpt of Hearing Transcript Bussell testimony | x | x | 5/16/2018 |
| 536 | 2017-09-08 US v. Dertinger Show Cause Motion DE 551 | x | x | 5/16/2018 |
| 537 | 2018-01-25 Declaration of Carlos Moran | x | x | Order (Doc. 430) |
| 538 | 2016-08-15 Brannon lettter to Roger Moore, Jr. | x | x | 5/16/2018 |

# DEFENDANT'S EXHIBIT LIST

## US v. Black, et al., Case No. 2:16-cr-20032-JAR

*Exhibits 401-554 were previously admitted/stipulated to at the hearing held on 5/16/2018.*

| | | | | |
|---|---|---|---|---|
| 539 | 2016-08-19 Bigelow fax to KS FPD | x | x | 5/16/2018 |
| 540 | 2016-11-16 Laura Shaneyfelt and Alyssa Brockert email chain | x | x | 5/16/2018 |
| 541 | 2017-06-19 US v. Ashley Huff Notice of Clarification and Correction | x | x | 5/16/2018 |
| 542 | 2017-07-06 US v. Ashley Huff Supplemental Notice of Clarification and Correction | x | x | 5/16/2018 |
| 543 | 2017-06-19 US v. Black Notice of Record Clarification and Correction | x | x | 5/16/2018 |
| 544 | US v. Herrera-Zamora – Notice of Submission of Interview Summary | x | x | 5/16/2018 |
| 545 | 2018-01-26 Rask and Metzger Summary of Sara Gardner Interview | x | x | 5/16/2018 |
| 546 | 2018-01-26 Allman and Britton Summary of Sara Gardner Interview | x | x | 5/16/2018 |
| 547 | Notice of Inquiry – Filed In Camera | x | x | 5/16/2018 |
| 548 | 2016-09-12 Kenyon Bigelow Email chain | x | x | 5/16/2018 |
| 549 | List of phone numbers | x | x | 5/16/2018 |
| 550 | 2016-07-27 Kenyon Bigelow Email chain | x | x | 5/16/2018 |
| 551 | 2015-12-10 Kenyon Bigelow Email chain | x | x | 5/16/2018 |
| 552 | 2016-11-05 Slinkard letter to David Cohen | x | x | 5/16/2018 |
| 553 | Reply to Government's Recommendation Related to Scope of Special Master (D.E. 120) and Government's Response to Motion to Impound Evidence (D.E. 121) | x | x | 5/16/2018 |
| 554 | 2018-03-21 Transcript Sara Gardner Interview | x | x | 5/16/2018 |

# DEFENDANT'S EXHIBIT LIST

## US v. Black, et al., Case No. 2:16-cr-20032-JAR

*Exhibits 401-554 were previously admitted/stipulated to at the hearing held on 5/16/2018.*

| | | | | |
|---|---|---|---|---|
| 555 | 2018-07-27 Letter from Deputy AG to David Cohen | | | |
| 556 | 2016-11-05 Letter from Slinkard to David Cohen | x | x | Steeby 10/4 |
| 557 | CV of Peter Joy | x | x | Joy 10/10 |
| 558 | CV of Justin Gelfand | x | x | Gelfand 10/10 |
| 559 | CV of Tami Loehrs | | | |
| 560 | CV of Nicholas Harris | x | x | Martin 10/9 |
| 561 | Declaration of Nicholas Harris | x | x | Martin 10/9 |
| 562 | Report by Rich Federico | x | x **conditionally** | Federico 10/9 |
| 562A | Black Phone Data | x | x **demonstrative** | Federico 10/9 |
| 563 | Securus Subpoena 2018-05-04 and Response (under seal) | x | x **under seal** | Martin 10/9 |
| 564 | Securus Subpoena 2018-07-10 and Response (under seal) | x | x **under seal** | Martin 10/9 |
| 565 | Securus Subpoena 2018-07-24 - 1 and Response (under seal) | x | x **under seal** | Martin 10/9 |
| 566 | Securus Subpoena 2018-2018-07-24 - 2 and Response (under seal) | x | x **under seal** | Martin 10/9 |
| 567 | Securus Subpoena 2018-2018-07-24 - 4 and Response (under seal) | x | x **under seal** | Martin 10/9 |
| 568 | Securus Subpoena 2018-2018-09-17 - 1 and Response (under seal) | x | x **under seal** | Martin 10/9 |
| 569 | Securus Subpoena 2018-2018-09-17 - 2 and Response (under seal) | x | x **under seal** | Martin 10/9 |
| 570 | Cox Affidavit | x | x | Wamble 10/3 |

## DEFENDANT'S EXHIBIT LIST

## US v. Black, et al., Case No. 2:16-cr-20032-JAR

*Exhibits 401-554 were previously admitted/stipulated to at the hearing held on 5/16/2018.*

| | | | | |
|---|---|---|---|---|
| 571 | 2018-02-23 Wable letter to Brannon | x | x | Wamble 10/3 |
| 572 | Brenda Wood Privatization Report | x | x | Martin 10/9 |
| 573 | Brenda Wood Recording Access Log | x | x **under seal** | Martin 10/9 |
| 574 | 2017-12-06 17(c) to Securus JHZ phone logs | | | |
| 575 | 2017-01-05 AUSA emails re PRAO JHZ | x | x | Barnett 10/12 |
| 576 | 2017-03-06 Rask email re JHZ calls | | | |
| 577 | 2018-01-08 Zabel email re JHZ | | | |
| 578 | Rask Memo re Herrera-Zamora calls and Flannigan | | | |
| 578A | 2017-05-17 Rask Memo re JHZ calls and Flannigan | | | |
| 579 | Rask Memo re Herrera-Zamora calls and Oakley | | | |
| 579A | 2017-05-17 Rask Memo re JHZ calls and Oakley | x | x | Oakley 10/10 |
| 580 | Rask Memo re Herrera-Zamora calls and Zabel | | | |
| 580A | 2017-05-17 Rask Memo re JHZ calls and Zabel | x | x | Zabel 10/4 |
| 581 | Rask Memo re Herrera-Zamora calls and Hunt | | | |
| 581A | 2017-05-17 Rask Memo re JHZ calls and Hunt | x | x | Hunt 10/11 |
| 582 | Tomasic letter re: Birdsong | x | x | Tomasic 10/2 |
| 583 | Email with Warner and Tomasic re: Birdsong | x | x | Tomasic 10/2 |

# DEFENDANT'S EXHIBIT LIST

## US v. Black, et al., Case No. 2:16-cr-20032-JAR

*Exhibits 401-554 were previously admitted/stipulated to at the hearing held on 5/16/2018.*

| | | | | |
|---|---|---|---|---|
| 584 | 2017-05-17 Rask memo re Tomasic JHZ | x | x | Tomasic 10/2 |
| 585 | Potential video clients | x | x subject to further obj. | Federico 10/9 |
| 586 | Hunt memo re Zabel Threat Investigation | x | x | Hunt 10/11 |
| 587 | 2016-11-08 USAO emails re: Preservation Logs | | | |
| 588 | 2016-11-07 USAO emails re: AV-PC | x | x | Barnett 10/12 |
| 589 | 2016-08-31 USAO emails re: SM and Computers | x | x | Steeby 10/4 Barnett 10/12 |
| 590 | 2017-02-21 Rask email re KY atty | | | |
| 591 | 2017-03-07 Barnett email re SM and Stokes | | | |
| 592 | Handwritten Notes re Treadway Reulet | x | x | Morgan Treadway 10/11 |
| 592A | CCA Call Summary Report – Michelle Reulet | | | |
| 592B | Michelle Reulet Call Detail Report (6/20/16 – 6/27/16) | | | |
| 592C | Michelle Reulet Call Detail Report (7/6/16 – 7/21/16) | x | x | Treadway 10/11 |
| 592D | Michelle Reulet Call Detail Report (6/4/16 – 6/12/16) | x | x | Treadway 10/11 |
| 592E | Michelle Reulet Call Detail Report (6/28/16 – 7/5/16) | | | |
| 592F | Michelle Reulet Call Detail Report (6/13/16 – 6/19/16) | | | |
| 592G | 2016-11-03 *Reulet* US Resp in Opp to Def 41(g) Mtn | x | x | Morgan - Treadway 10/11 |
| 592H | 2016-12-28 *Crabtree* Mtn Hrng Transcript | x | x | Morgan - Treadway 10/11 |

# DEFENDANT'S EXHIBIT LIST

## US v. Black, et al., Case No. 2:16-cr-20032-JAR

*Exhibits 401-554 were previously admitted/stipulated to at the hearing held on 5/16/2018.*

| | | | | |
|---|---|---|---|---|
| **593** | Sedgwick County User Management Report Inactive | x | x under seal | Schechter 10/3 |
| **594** | Sedgwick County User Management Report Active | x | x under seal | Schechter 10/3 |
| **595** | Notice to Counsel Sedgwick County | x | x | Schechter 10/3 |
| **596** | Butler County User Management Report | x | x under seal | Stewart 10/3 |
| **597** | Securus Template – Investigator CID Level I | x | x | Stewart 10/3 |
| **598** | Securus Template - Investigator | x | x | Stewart 10/3 |
| **599** | Butler County User Activity Log Report | x | x | Stewart 10/3 |
| **600** | Catania Call Requests | x | x | Federico 10/9 |
| **600A** | Catania Summary of Requested-Accessed Calls | x | x | Federico 10/9 |
| **601** | Flannigan Call Requests | x | x | Federico 10/9 |
| **601A** | Flannigan Summary of Requested-Accessed Calls | x | x | Federico 10/9 |
| **602** | Krug Call Requests | x | x | Federico 10/9 |
| **602A** | Krug Summary of Requested-Accessed Calls | x | x | Federico 10/9 |
| **603** | Morehead Call Requests | x | x | Federico 10/9 |
| **603A** | Morehead Summary of Requested-Accessed Calls | x | x | Federico 10/9 |
| **604** | Oakley Call Requests | x | x | Federico 10/9 |
| **604A** | Oakley Summary of Requested-Accessed Calls | x | x | Federico 10/9 |

# DEFENDANT'S EXHIBIT LIST

## US v. Black, et al., Case No. 2:16-cr-20032-JAR

*Exhibits 401-554 were previously admitted/stipulated to at the hearing held on 5/16/2018.*

| | | | | |
|---|---|---|---|---|
| 605 | Rask Call Requests | x | x | Federico 10/9 |
| 605A | Rask Summary of Requested-Accessed Calls | x | x | Federico 10/9 |
| 606 | Tomasic Call Requests | x | x | Tomasic 10/2 |
| 606A | Tomasic Summary of Requested-Accessed Calls | x | x | Federico 10/9 |
| 607 | Wamble Call Requests | x | x | Wamble 10/3 |
| 607A | Wamble Summary of Requested-Accessed Calls | x | x | Federico 10/9 |
| 608 | Zabel Call Requests | x | x | Federico |
| 608A | Zabel Summary of Requested-Accessed Calls | x | x | Frederico 10/9 |
| 609 | 8/19/16 Email from Chris Oakley | | | |
| 610 | 8/19/16 Email from Emily Metzger to Chris Oakley | | | |
| 611 | 8/20/16 Email from Jeff Stokes to Chris Oakley | x | x | Oakley 10/10 |
| 612 | 8/20/16 Email from Chris Oakley to Jeff Stokes | x | | Tomasic 10/2 |
| 613 | 8/19/16 Email from Chris Oakley To Treadway | | | |
| 614 | PC Refresh 2016 Implementation Plan | x | x | Steeby 10/4 |
| 615 | Appendix A07 | x | x | Steeby 10/4 |
| 616 | 8/19/16 Email from Chris Oakley | x | x | Seubert 10/3 |
| 617 | 2/6/17 Email from Erin Tomasic to Kim Flannigan | x | x | Tomasic 10/2<br>Flannigan 10/12 |

# DEFENDANT'S EXHIBIT LIST

## US v. Black, et al., Case No. 2:16-cr-20032-JAR

*Exhibits 401-554 were previously admitted/stipulated to at the hearing held on 5/16/2018.*

| | | | | |
|---|---|---|---|---|
| 618 | 4/17/17 Email from Kim Flannigan to Scott Rask | x | x | Flannigan 10/12 |
| 619 | 8/19/16 Email from Kim Flannigan to Chris Oakley and Erin Tomasic | | | |
| 620 | 10/03/16 Email from Kim Flannigan to Thomas Beall | x | x | Flannigan 10/12 |
| 621 | Supervising Attorney's Memo to Monitoring Agents, Officers, and Translators | | | |
| 622 | 5/25/17 Email from Kim Flannigan to Scott Rask | x | x | Flannigan 10/12 |
| 623 | 8/17/16 Email from Pauletta Boyd to David Steeby | | | |
| 624 | 1/6/17 Email from Scott Rask to Erin Tomasic | | | |
| 625 | 4/8/15 Email from Mike McAtee to Roland Hoffer | | | |
| 626 | 5/11/15 Email from Sheri McCracken | | | |
| 627 | 9/9/14 Email from Roland Hoffer to Wayne Hall | | | |
| 628 | Phone Call from Emily Metzger | x | x | Catania 10/9/2018 |
| 629 | 8/4/16 Email from Scott Rask to Erin Tomasic | | | |
| 630 | 10/15/15 Email from Roland Hoffer to Lajiness Hundley | | | |
| 631 | Response to Motion for Fed.R.Crim.P. 16(E) Discovery, Motion for Confidential Legal Visitation, and the "Return" of Property Pursuant to Fed.R.Crim.P. 14(g) (U.S. v. Perez-Madrigal) | | | |
| 632 | Response to Motion for Discovery, Confidential Legal Visitation and the "Return" of Property (U.S. v. Pryor) | | | |
| 633 | 8/29/16 Email from Tomasic to Treadway | | | |

# DEFENDANT'S EXHIBIT LIST

## US v. Black, et al., Case No. 2:16-cr-20032-JAR

*Exhibits 401-554 were previously admitted/stipulated to at the hearing held on 5/16/2018.*

| | | | | |
|---|---|---|---|---|
| 634 | 8/29/16 Email from Tomasic to Treadway | | | |
| 635 | 8/29/16 Email from Treadway to Tomasic | x | x | Barnett 10/12 |
| 636 | 2011-10-25 Praeses emails | | | |
| 637 | 2013-07-29 SM Investigation - Catalyst | x | x | Wamble 10/3 |
| 638 | 2016-01-20 Tomasic Welch emails | | | |
| 639 | 2016-01-20 Welch Tomasic emails | x | x | Tomasic 10/2 |
| 640 | 2016-01-21 Welch Tomasic emails | | | |
| 641 | 2016-01-22 AUSA email exchanges | x | x | Tomasic 10/2 |
| 642 | 2017-03-10 Rask email to Metzger | x | x | Metzger 10/4 |
| 643 | 2016-06-28 CCA emails | | | |
| 644 | 2016-07-12 Boyd Stokes emails | x | x | Boyd 10/3 |
| 645 | 2016-08-24 AUSA email exchange | | | |
| 646 | 2016-08-24 USMS AUSA email exchange | | | |
| 647 | 2016-12-05 Barnett email | | | |
| 648 | RESERVED | | | |
| 649 | 2016-12-15 CAA Inmate Atty Verification Form | x | | Bigelow |
| 650 | 2016-12-23 Flannigan email | | | |

# DEFENDANT'S EXHIBIT LIST

## US v. Black, et al., Case No. 2:16-cr-20032-JAR

*Exhibits 401-554 were previously admitted/stipulated to at the hearing held on 5/16/2018.*

| | | | | |
|---|---|---|---|---|
| 651 | 2017-01-12 Barnett email | x | x | Metzger 10/4 |
| 652 | 2017-03-07 Zabel email to Treadway | | | |
| 653 | 2017-06-19 Allman Slinkard emails | | | |
| 654 | 2017-06-20 Dertinger Mtn Hrng Notice | | | |
| 655 | 2017-07-11 Metzger Beall email | x | x | Barnett 10/12 Beall 10/12 |
| 656 | 2018-10-03 Declaration of Fernando Hurtado | x | x | |
| 656A | Puede | x | x | |
| 657 | 2018-03-08 Securus call log – Wood | | | |
| 658 | 2018-09-15 CCA Securus Users List | | | |
| 659 | 2018-09-18 Barnett response to Cohen | x | x | Barnett 10/12 |
| 660 | Beall memo | x | x **Under seal** | Barnett 10/12 |
| 660A | Screenshot | x | x **Under seal** | Barnett 10/12 |
| 661 | 2017-01-18 Wichita DEA Response | | | |
| 662 | 2016-12-12 USAO emails re: Litigation Hold | | | |
| 663 | 2016-12-09 USAO emails re: Searching IMs | | | |
| 664 | 2016-11-18 USAO emails re: Revised Litigation Hold | x | x | Barnett 10/12 |
| 665 | 2018-09-26 Cahill letter re Touhy response - Seubert | | | |

# DEFENDANT'S EXHIBIT LIST

## US v. Black, et al., Case No. 2:16-cr-20032-JAR

*Exhibits 401-554 were previously admitted/stipulated to at the hearing held on 5/16/2018.*

| | | | | |
|---|---|---|---|---|
| **666** | Zabel Memo re Herrera-Zamora calls and Moran | x | x | Zabel 10/4 |
| **667** | 2018-09-14 Securus Screenshots | x | x | Martin 10/9 |
| **668** | Securus Call Access - Reulet | | | |
| **669** | Slinkard Emails re Hard Drives | | | |
| **670** | 2017-12-29 Catania email to Metzger re Assistance | x | x | Catania 10/9 |
| **671** | 2016-07-15 Interpreters Invoice for Zabel JHZ | | | |
| **672** | 2015-07-29 Tomasic email to Welch re Prof Resp | | | |
| **673** | Flannigan Memo to Rask re Ashley Huff call | | | |
| **674** | 2017-05-22 Beall email to Rask re Black Order | | | |
| **675** | 2017-05-17 Rask memo re Tomasic JHZ | | | |
| **676** | Spreadsheet of Rapp calls | | | |
| **677** | 2016-12-06 Treadway email re Filter Team Training | x | x under seal | Gelfand 10/10 |
| **678** | 2016-09-20 Boyd email re Taint Review Form | | | |
| **679** | 2016-09-08 Treadway PRAO emails re Filter Teams | | | |
| **680** | 2017-05-24 AUSA emails re Tomasic Req to Supp Record | | | |
| **681** | 2016-12-06 Beall email to All re Filter Team Training | x | x | Barnett 10/12 |
| **682** | 2016-10-26 Treadway email re Def 41(g) Motion | | | |

# DEFENDANT'S EXHIBIT LIST

## US v. Black, et al., Case No. 2:16-cr-20032-JAR

*Exhibits 401-554 were previously admitted/stipulated to at the hearing held on 5/16/2018.*

| | | | | |
|---|---|---|---|---|
| **683** | 2016-11-29 Treadway email re Melanie Morgan Response | | | |
| **684** | 2016-05-16 Metzger Rask emails re Tomasic Notebook | | | |
| 685 | Procedure for Requesting and Using Recorded Inmate Phone Calls, Video and Emails in Criminal and Civil Cases – May 2017 Revision | | | |
| 686 | 2017-6-30 Email from Beall to Special Master | | | |
| 687 | U.S. v. Reulet – In Camera Submission Related to the U.S.'s Response in Opposition to Defendant's 41g Motion | | | |
| 688 | Black Special Master Subpoena Response – Hunt (Zabel Threat Investigation) | | | |
| 689 | 2016-08-24 Hunt Email to Chris Johnson | x | x **Under seal** | Hunt 10/11 |
| 690 | 2016-08-24 Hunt Email to Barnett, Flannigan and Zabel | x | x **Under seal** | Hunt 10/11 |
| 691 | Barnett Handwritten Notes | x | x | Barnett 10/12 |
| 692 | Slides regarding Treadway and Reynal | x | x demonstrative | Treadway 10/11 |
| 693 | Slides regarding Treadway and Metzger/Grimes | x | x demonstrative | Treadway 10/11 |
| 694 | 2017-07-11 Beall email to Special Master | | | |
| 695 | 2017-05-26 Beall email regarding new procedure | x | x **Under seal** | Barnett 10/12/18 |
| 696 | | | | |
| 697 | | | | |
| 698 | | | | |

# DEFENDANT'S EXHIBIT LIST

## US v. Black, et al., Case No. 2:16-cr-20032-JAR

*Exhibits 401-554 were previously admitted/stipulated to at the hearing held on 5/16/2018.*

| | | | | |
|---|---|---|---|---|
| **699** | | | | |
| **700** | 2017-12-27 Beall letter to Brannon | **x** | **x** | Barnett 10/12 |
| **701** | 2017-07-27 Brannon letter to Beall and Barnett | **x** | **x** | Barnett 10/12 |
| **702** | 2017-12-19 Brannon letter to Beall | **x** | **x** | Barnett 10/12 |
| **703** | 2016-8-17 Flannigan email | **x** | **x** | Barnett 10/12 |
| **704** | 2016-11-17 Oakley email to Special Master | **x** | **x** | Barnett 10/12 |
| | | | | |
| | | | | |
| | | | | |