# AMENDED EXHIBIT LIST

CASE NO. 16-20032                                                                                         Special Master's Exhibits

| Exhibit | Description | I.D. | Off. | Adm./ Stip. | Deposition or Witness |
|---|---|---|---|---|---|
| 1001 (FNA Stokes 1) | No exhibit | | | | |
| 1002 (FNA Stokes 2) | Email authored by Stokes to Erin Tomasic | X | X | X | Stokes 5/16 |
| 1003 (FNA Stokes 3) | No Exhibit | | | | |
| 1004 (FNA Stokes 4) | Email authored by Stokes to Pauletta Boyd | X | X | X | Stokes 5/16 |
| 1005 (FNA Rask 1) | Email exchange between Metger and Tomasic 8/15/2016 | X | X | X | Rask 5/16 |
| 1006 (FNA Rask 2) | Email exchange between Mr. Welch and Deb Barnett | X | X | X | Rask 5/16 |
| 1007 (FNA Rask 3) | No Exhibit | | | | |
| 1008 (FNA Rask 4) | Email exchange from Erin Tomasic to Emily Metzger | X | X | X | Rask 5/16 |
| 1009 (FNA Rask 5) | Email exchange between Rask, Flannigan and Tomasic | X | X | X | Rask 5/16 |
| 1010 (FNA Rask 6) | Email exchange between Rask, Flannigan, Tomasic and Oakley | X | X | X | Rask 5/16- reoffered 10/10 |
| 1011 (FNA Rask 7) | Email exchange from Tomasic to Rask and Flannigan | X | X | X | Rask 5/16- reoffered 10/10 |
| 1012 (FNA Rask 8) | Email exchange from Barnett to Oakley, Tomasic, Rask, Flannigan, Beall, Slinkard, Metzber, MacNeil 8/9/2016 | X | X | X | Rask 5/16 |
| 1013 (FNA Tom 1) | August 26, 2016 emails | X | X | X | Tomasic 5/16 – reoffered 10/10 |
| 1014 (FNA Tom 2) | September 8, 2016 emails | X | X | X | Tomasic 5/16 – reoffered 10/10 |
| 1015 (FNA Tom 3) | September 8–9, 2016 emails between Flannigan and Beall | X | X | X | Tomasic 5/16 – reoffered 10/10 |
| 1016 (FNA Tom 4) | September 8–11, 2016 emails between Tomasic, Beall, Metzger | X | X | X | Tomasic 5/16 – reoffered 10/10 |
| 1017 (FNA Tom 5) | September 8, 2016 emails between Zabel, Hunt, Beall | X | X | X | Tomasic 5/16 – reoffered 10/10 |
| 1018 (FNA Tom 6) | (Withdrawn) | | | | |
| 1019 (FNA Tom 7) | August 17–18, 2016 emails between Boyd and Tomasic | X | X | X | Tomasic 5/16 – reoffered 10/10 |
| 1020 (FNA Tom 8) | August 17, 2016 email from Flannigan | X | X | X | Tomasic 5/16 – reoffered 10/10 |
| 1021 (FNA Tom 9) | August 19, 2016 emails between Tomasic and Shew | X | X | X | Tomasic 5/16 |

# AMENDED EXHIBIT LIST

CASE NO. 16-20032                                                                 Special Master's Exhibits

| | | | | | |
|---|---|---|---|---|---|
| 1022 (FNA Tom 10) | January 20, 2016 email from Agent Stokes | | | | |
| 1023 (FNA Tom 11) | March 31, 2016 email from DUSM Cahill | X | X | X | Tomasic 5/16 |
| 1024 (FNA Tom 12) | September 6, 2016 email from Herron | | | | |
| 1025 (FNA Tom 13) | August 5, 2016 emails between Barnett and Tomasic | | | | |
| 1026 (FNA Tom 14) | August 8, 2016 email from Flannigan | | | | |
| 1027 (FNA Tom 15) | April 2016 emails between Barnett and Tomasic   REDACTED | | | X Stipulated | 5/16 |
| 1028 (FNA Tom 16) | August 5, 2016 email from Tomasic | | | X Stipulated | 5/16 – reoffered 10/10 |
| 1029 (FNA Tom 17) | August 9, 2016 email from Tomasic | | | X Stipulated | 5/16 – reoffered 10/10 |
| 1030 (FNA Tom 19) | August 24, 2016 email from Rask | | | X Stipulated | 5/16 – reoffered 10/10 |
| 1031 (FNA Tom 20) | January 17, 2017 email from Tomasic | | | X Stipulated | 5/16 – reoffered 10/10 |
| 1032 (FNA Tom 21) | February 2017 emails between Tomasic and Metzger | | | X Stipulated | 5/16 – reoffered 10/10 |
| 1033 (FNA Tom 22) | August 2016 emails between Seubert and Barnett | | | X Stipulated | 5/16 – reoffered 10/10 |
| 1034 (FNA Tom 25) | E-mail from Welch to Tomasic, 8/7/16 re: CCA surveillance footage | | | X Stipulated | 5/16 – reoffered 10/10 |
| 1035 (FNA Tom 46) | August 2016 emails between Rask, Flannigan, Tomasic | | | X Stipulated | 5/16 – reoffered 10/10 |
| 1036 (FNA Big 1) | Administrative subpoena | X | X | X Stipulated | Bigelow 5/16 |
| 1037 (FNA Big 2) | Request for CCA phone calls | X | X | X Stipulated | Bigelow 5/16 |
| 1038 (FNA Big 3) | Request for CCA phone calls | X | X | X Stipulated | Bigelow 5/16 |
| 1039 (FNA Big 4) | May 2013 Securus email | X | X | X Stipulated | Bigelow 5/16 |
| 1040 (FNA Big 5) | February 13, 2015 Stokes email | X | X | X Stipulated | Bigelow 5/16 |
| 1041 (FNA Big 6) | March 3, 2015 email from Hundley | X | X | X Stipulated | Bigelow 5/16 |
| 1042 (FNA Big 7) | April 7, 2016 emails between Cook and Bigelow | X | X | X Stipulated | Bigelow 5/16 |
| 1043 (FNA Big 8) | June 2016 emails between Lajiness and Duncan | X | X | X Stipulated | Bigelow 5/16 |
| 1044 (FNA Big 9) | June 20, 2016 email re administrative subpoena | X | X | X Stipulated | Bigelow 5/16 |

## AMENDED EXHIBIT LIST

CASE NO. 16-20032                                              Special Master's Exhibits

| | | | | | |
|---|---|---|---|---|---|
| 1045 (FNA Big 10) | June 2016 emails between Lajiness, Bigelow, Ryan | X | X | X Stipulated | Bigelow 5/16 |
| 1046 (FNA Big 11) | August 4, 2016 email from Bigelow | X | X | X Stipulated | Bigelow 5/16 |
| 1047 (FNA Big 12) | October 31, 2016 emails between Bigelow and Kenyon | X | X | X Stipulated | Bigelow 5/16 |
| 1048 (FNA Big 13) | November 17, 2016 emails between Bigelow, Andrew, Kinney | X | X | X Stipulated | Bigelow 5/16 |
| 1049 (FNA Big 14) | December 19, 2016 email from Bigelow | X | X | X Stipulated | Bigelow 5/16 |
| 1050 (FNA Big 15) | May 2014 emails between Buell and Rhodes | X | X | X Stipulated | Bigelow 5/16 |
| 1051 (FNA Big 16) | September 12, 2016 emails between Bigelow and Whitaker | X | X | X Stipulated | Bigelow 5/16 |
| 1052 (FNA Thom 1) | October 26, 2016 CCA Memo | X | X | X Stipulated | Bigelow 5/16 |
| 1053 (FNA Barn 1) | August 13, 2016 email from Barnett | | | X Stipulated | 5/16 |
| 1054 (FNA Barn 2) | August 2016 emails between Barnett, Rask, Welch | | | X Stipulated | 5/16 |
| 1055 (FNA Barn 3) | August 17, 2016 Flannigan email | | | X Stipulated | 5/16 |
| 1056 (FNA Barn 4) | August 23, 2016 emails between Tomasic, Barnett, Rask | | | X Stipulated | 5/16 |
| 1057 (FNA Barn 5) | May 2014 emails between Buell and Rhodes | | | X Stipulated | 5/16 |
| 1058 (FNA Barn 6) | August 2016 emails between Tomasic, Barnett, Flannigan | | | X Stipulated | 5/16 |
| 1059 (FNA Barn 7) | August 24, 2016 emails between Barnett, Papish, Graham | | | X Stipulated | 5/16 |
| 1060 (FNA Barn 8) | April 2016 emails between Barnett and Tomasic | | | X Stipulated | 5/16 |
| 1061 (FNA Barn 9) | August 9, 2016 email from Barnett | | | X Stipulated | 5/16 |
| 1062 (FNA Barn 10) | September 8, 2016 emails between Beall, Flannigan | | | X Stipulated | 5/16 |
| 1063 (FNA Barn 11) | February 6, 2017 email from Tomasic | | | X Stipulated | 5/16 |
| 1064 (FNA Barn 13) | August 15, 2016 email between Flannigan and Beal | | | X Stipulated | 5/16 |
| 1065 (FNA Barn 14) | August 15, 2016 email from Tomasic to Barnett | | | X Stipulated | 5/16 |
| 1066 (FNA Barn 16) | September 11, 2016 email from Metzger to Beal | | | X Stipulated | 5/16 |
| 1067 (FNA Beall 1) | August 23, 2016 emails between Tomasic, Barnett, Metzger | | | X* Stipulated | 5/16 |

# AMENDED EXHIBIT LIST

CASE NO. 16-20032                                                              Special Master's Exhibits

| Exhibit | Description | | | Admitted | Date |
|---|---|---|---|---|---|
| 1068 (FNA Beall 4) | August 15, 2016 email from Flannigan | | | X Stipulated | 5/16  10/10 |
| 1069 (FNA Beall 5) | September 8, 2016 emails between Beall and Flannigan | | | X Stipulated | 5/16  10/10 |
| 1070 (FNA Beall 6) | September 8, 2016 emails between Beall, Zabel, Hunt | | | X Stipulated | 5/16  10/10 |
| 1071 (FNA Beall 7) | September 2016 emails between Flannigan and Beall | | | X Stipulated | 5/16  10/10 |
| 1072 (FNA Beall 8) | September 2016 emails between Beall, Metzger, Tomasic | | | X Stipulated | 5/16  10/10 |
| 1073 (FNA Beall 9) | October 8, 2016 email from Catania | | | X Stipulated | 5/16  10/10 |
| 1074 (FNA Boyd 1) | December 7, 2016 emails from Rask | | | X Stipulated | 5/16  10/10 |
| 1075 (FNA Boyd 2) | August 19, 2016 email from Oakley | | | X Stipulated | 5/16  10/10 |
| 1076 (FNA Boyd 3) | August 2016 emails between Boyd and Tomasic | | | X Stipulated | 5/16  10/10 |
| 1077 (FNA Boyd 4) | August 17, 2016 email from Boyd | | | X Stipulated | 5/16   10/10 |
| 1078 (FNA Boyd 5) | July 12, 2016 emails between Stokes and Boyd | | | X Stipulated | 5/16  10/10 |
| 1079 (FNA Boyd 6) | July 12, 2016 email from Stokes | | | X Stipulated | 5/16   10/10 |
| 1080 (FNA Cat 1) | December 7, 2016 emails from Rask | | | X Stipulated | 5/16  10/10 |
| 1081 (FNA Cat 3) | October 8, 2016 email from Catania | | | X Stipulated | 5/16  10/10 |
| 1082 (FNA Flan 1) | August 17, 2016 email from Flannigan | | | X | 10/12/2018 Flannigan |
| 1083 (FNA Flan 2) | August 8, 2016 emails between Flannigan and Tomasic | | | X Stipulated | 5/16  10/10 |
| 1084 (FNA Flan 4) | August 8, 2016 emails between Flannigan and Rask | | | X Stipulated | 5/16  10/10 |
| 1085 (FNA Flan 5) | August 9, 2016 email from Tomasic | | | X Stipulated | 5/16  10/10 |
| 1086 (FNA Flan 60 | August 24, 2016 emails between Tomasic and Rask | | | X Stipulated | 5/16  10/10 |
| 1087 (FNA Flan 7) | January 17, 2017 email from Tomasic | | | X Stipulated | 5/16  10/10 |
| 1088 (FNA Flan 8) | December 7, 2016 emails from Rask | | | X Stipulated | 5/16  10/10 |
| 1089 (FNA Flan 9) | September 9, 2016 email from Flannigan | | | X Stipulated | 5/16  10/10 |
| 1090 (FNA Flan 10) | August 26, 2016 emails between Flannigan and Metzger | | | X Stipulated | 5/16  10/10 |

## AMENDED EXHIBIT LIST

CASE NO. 16-20032                                              Special Master's Exhibits

| | | | | | |
|---|---|---|---|---|---|
| 1091 (FNA Flan 11) | September 2016 emails between Flannigan and Beall | | | X* Stipulated | 5/16  10/10 |
| 1092 (FNA Kinn 1) | May 2013 emails between Collins and Andrew | | | X* Stipulated | 5/16  10/10 |
| 1093 (FNA Kinn 2) | January 2015 emails between Kinney and Hoffer | | | X* Stipulated | 5/16  10/10 |
| 1094 (FNA Kinn 3) | March 2015 emails between Hoffer, Hall, Kinney | | | X Stipulated | 5/16  10/10 |
| 1095 (FNA Kinn 4) | March 2015 emails between Kinney and Quick | | | X Stipulated | 5/16  10/10 |
| 1096 (FNA Kinn 5) | March 2015 emails between Hoffer, Hall, Kinney | | | X Stipulated | 5/16   10/10 |
| 1097 (FNA Kinn 6) | March 2015 emails between Anderson, Hundley | | | X Stipulated | 5/16   10/10 |
| 1098 (FNA Kinn 7) | April 9, 2015 emails between Hoffer and Hundley | | | X Stipulated | 5/16   10/10 |
| 1099 (FNA Kinn 8) | April 2016 emails between Bigelow, Cook, Kinney | | | X Stipulated | 5/16  10/10 |
| 1100 (FNA Kinn 9) | June 2016 emails between Lajiness and Duncan | | | X Stipulated | 5/16   10/10 |
| 1101 (FNA Kinn 10) | June 16, 2016 email from Hoffer | | | X Stipulated | 5/16  10/10 |
| 1102 (FNA Kinn 11) | June 21, 2016 emails between Ryan, Lajiness, Bigelow, Kinney | | | X Stipulated | 5/16   10/10 |
| 1103 (FNA Kinn 12) | August 4, 2016 email from Bigelow | | | X Stipulated | 5/16  10/10 |
| 1104 (FNA Kinn 13) | November 17, 2016 emails from Andrew, Bigelow | | | X Stipulated | 5/16  10/10 |
| 1105 (FNA Kinn 14) | November 22, 2016 email from Bigelow | | | X Stipulated | 5/16   10/10 |
| 1106 (FNA Metz 1) | December 7, 2016 emails from Rask | | | X Stipulated | 5/16 – reoffered 10/10 |
| 1107 (FNA Metz 2) | February 21, 2017 emails between Metzger and Tomasic | | | x | 10/10 |
| 1108 (FNA Metz 3) | August 9, 2016 email from Barnett | | | X Stipulated | 5/16 |
| 1109 (FNA Metz 4) | August 16, 2016 emails between Metzger, Tomasic, Barnett **- REDACTED** | | | X Stipulated | 5/16 |
| 1110 (FNA Metz 5) | September 8, 2016 emails between Beall and Flannigan | | | X Stipulated | 5/16 |
| 1111 (FNA Metz 6) | September 11, 2016 emails between Metzger, Beall, Tomasic | | | X Stipulated | 5/16 |
| 1112 (FNA Metz 7) | August 15, 2016 email from Flannigan | | | X Stipulated | 5/16 |
| 1113 (FNA Welch 1) | August 7, 2016 emails between Barnett, Tomasic, Welch | | | X Stipulated | 5/16 – 10/10 |

# AMENDED EXHIBIT LIST

CASE NO. 16-20032                                                                 Special Master's Exhibits

| | | | | | |
|---|---|---|---|---|---|
| 1114 (FNA Seub 1) | March 31, 2016 email from Cahill | | | X Stipulated | 5/16 – 10/10 |
| 1115 (FNA Seub 2) | August 8, 2016 emails between Seubert and Dougherty | | | X Stipulated | 5/16 – 10/10 |
| 1116 (FNA Seub 3) | September 6, 2016 email from Herron | | | X Stipulated | 5/16 – 10/10 |
| 1117 (FNA Seub 4) | August 2016 emails between Barnett and Seubert | | | X Stipulated | 5/16 – 10/10 |
| 1118 (FNA Seub 5) | No Exhibit | | | | |
| 1119 (FNA Seub 6) | August 2016 emails between Flannigan and Seubert | | | X Stipulated | 5/16 – 10/10 |
| 1120 (FNA Steeb 1) | August 17, 2016 email from Boyd | | | X Stipulated | 5/16 – 10/10 |
| 1121 (FNA Steeb 2) | August 2016 emails between Tomasic and Boyd | | | X Stipulated | 5/16 – 10/10 |
| 1122 (FNA Steeb 3) | November 4, 2016 letter from Slinkard | | | X Stipulated | 5/16 – 10/10 |
| 1123 (FNA Zabel 1) | September 8, 2016 emails between Zabel, Hunt, Beall | | | X Stipulated | 5/16 – 10/10 |
| 1124 (FNA Oakley 1) | E-mail from Oakley to Seubert, 11/18/16 re: CCA calls | | | X Stipulated | 5/16 – 10/10 |
| 1125 (FNA Oakley 2) | E-mail from Barnett to Oakley, 8/9/16 re: hearing | | | X Stipulated | 5/16 – 10/10 |
| 1126 (FNA Oakley 3) | E-mail from Metzger to Tomasic, 8/16/16 re: facts | | | X Stipulated | 5/16 – 10/10 |
| 1127 (FNA Oakley 4) | E-mail from Shew to Tomasic, 8/19/16 re: availability of unrecorded legal calls | | | X Stipulated | 5/16 – 10/10 |
| 1128 (FNA Oakley 5) | E-mail from Rask to Flannigan, 8/24/16 re: activity in case | | | X Stipulated | 5/16 – 10/10 |
| 1129 (FNA Oakley 6) | E-mail from Flannigan to Beal, 8/15/16 re: meeting | | | X Stipulated | 5/16 – 10/10 |
| 1130 (FNA Oakley 7) | E-mail from Oakley to Barnett, 8/19/16 re: CCA calls | | | X Stipulated | 5/16 – 10/10 |
| 1131 (FNA Oakley 8) | E-mail from Boyd to Steeby, 8/17/16 re: CCA calls | | | X Stipulated | 5/16 – 10/10 |
| 1132 (FNA Oakley 9) | E-mail from Herron to Tomasic, 9/6/16 re: Ashley Huff transcript | | | X Stipulated | 5/16 – 10/10 |
| 1133 | Seubert Manual INV-18, 6/3/15 | X | X | X | Seubert 10/3 |
| 1134 | Seubert Manual Chapter III, 2/27/15 | X | X | X | Seubert 10/3 |
| 1135 | Seubert Manual Chapter II, 8/6/09 | X | X | X | Seubert 10/3 |
| 1136 | E-mail from Seubert to Howard 8/10/16 cca dvr videos | X | X | X | By stipulation 10/3 |

# AMENDED EXHIBIT LIST

CASE NO. 16-20032                                       Special Master's Exhibits

| | | | | | |
|---|---|---|---|---|---|
| 1137 | June 11, 2017 Letter from David Cohen to Craig Beam, John Seubert, and Kelly McPherron | X | X | X | By stipulation 10/3 |
| 1138 | E-mail from Todd Wallace to David Cohen 8/11/17 re: RFIs | X | X | X | By stipulation 10/3 |
| 1139 | E-mail from Jeff Stokes to Chris Oakley 8/20/2016 re: Verify info related to videos | X | X | X | By stipulation 10/3 |
| 1140 | E-mail from Chris Oakley to Barnett, Rask 10/19/16 re: Hi Chris, here is my contact | X | X | X | By stipulation 10/3 |
| 1141 | E-mail from Sheri Catania to Emily Metzger 2/21/17 re: URGENT – Litigation hold | X | X | X | By stipulation 10/3 |
| 1142 | E-mail from Emily Metzger to Sheri Catania 1/30/17 re: Litigation hold | X | X | X | By stipulation 10/3 |
| 1143 | E-mail Pauletta Boyd 8/19/16 re: CCA Calls | X | X | X | By stipulation 10/3 |
| 1144 | Tomasic E-mail to Court & Counsel 11/5/16 | X | X | X | Tomasic 10/2 |
| 1145 | E-mail chain 9/8/16 – Tom Beall, Kim Flannigan, Deb Barnett | X | X | X | Tomasic 10/2 |
| 1146 | E-mail from David Cohen to Emily Metzger 1/26/17 | X | X | X | Metzger 10/4 |
| 1147 | E-mail chain 11/7/16 from Pauletta Boyd to David Steeby, Deb Barnet, Randy Miller, Thomas Beall, Emily Metzger, Duston Slinkard | X | X | X | Steeby 10/4 |
| 1148 | E-mail 9/8/16 from David Zabel to Kim Flannigan | | X | X | 10/10 |
| 1149 | E-Mail chain 7/2/16 - D Zabel, E Tomasic, S Gardner | X | X | X | Zabel 10/4 |
| 1150 | E-mail 9/8/16 from David Zabel to Erin Tomasic, Kim Flannigan, Chris Oakley, Scott Rask | X | X | X | Steeby 10/4 |
| 1151 | E-mail 2/21/17 from Emily Metzger to Erin Tomasic, Scott Rask | X | X | X | Metzger 10/4 |
| 1152 | E-mail 1/20/16 from Lanny Welch to Erin Tomasic re PRAO investigation | X | X | X | Welch 10/4 |
| 1153 | E-mail 1/20/16 from Erin Tomasic to Lanny Welch | | X | X | 10/10 |
| 1154 | E-mail 1/30/17 from E Metzger to D Steeby, cc T Beall, D Barnett, D Slinkard, S Rask, R Miller | X | X | X | Metzger 10/4 |
| 1155 | E-mail 1/26/17 from E Metzger to D Cohen, cc T Beall, D Barnett, D Slinkard, S Rask, K Smiley | X | X | X | Steeby 10/4 |
| 1156 | E-mail 5/18/17 from David Cohen to E. Metzger, D. Steeby, T. Beall, D. Barnett | X | X | X | Steeby 10/4 |

# AMENDED EXHIBIT LIST

CASE NO. 16-20032                                            Special Master's Exhibits

| | | | | | |
|---|---|---|---|---|---|
| 1157 | E-mail 6/5/17 from David Cohen to D Steeby, cc K Smiley, E Metzger, S. Rask | X | X | X | Metzger 10/4 |
| 1158 | E-mail 1/9/217 from E. Metzger to D. Cohen, D. Steeby. | X | X | X | |
| 1159 | E-mail 2/6/17 from E. Metzger to D. Steeby | X | X | X | Metzger 10/4 |
| 1160 | E-mail 1/11/17 from E. Metzger to D. Cohen, cc T. Beall, D. Barnett, D. Slinkard, S. Rask | X | X | X | Metzger 10/4 |
| 1161 | E-mail 10/8/2016, Sheri Catania to Scott Rask and Tom Beall | X | X | X | Catania 10/9 |
| 1162 | E-mail 8/4/2016, Sheri Catania to Tom Beall and other AUSA's | X | X | X | Catania 10/9 |
| 1163 | Agent e-mail 12/19/2016, Sheri Catania re email from E. Metzger | | X | X | |
| 1164 | E-mail 2/20/2017, Emily Metzger | | X | X | |
| 1165 | E-Mail 1/5/2017, Sheri Catania | X | X | X | Catania 10/9 |
| 1166 | E-mail 12/10/2016, Deb Barnett to Thomas Beall | X | X | X | Barnett 10/12 |
| 1167 | E-mail 8/26/2016, Emily Metzger to Kim Flannigan | x | x | x | 10/12 |
| 1168 | E-mail, 11/3/2016, Deb Barnett to Emily Metzger | x | x | x | 10/12 |
| 1169 | E-mail, 4/18/2017, Kim Flannigan to Scott Rask | x | x | x | 10/12 |
| 1170 | Tomasic email re clarification – meeting on Tuesday, Aug 9, 8/11/2016 | x | x | x | 10/12 |
| 1171 | Deb Barnett to Scott Rask e-mail dated 10/31/2016 re inventory | x | x | x | Barnett 10/12 |
| 1172 | Deb Barnett to Erin Tomasic email dated 8/8/2016 re upcoming hearing | x | x | x | 10/12 |
| 1173 | Erin Tomasic to Tanya Treadway email dated 8/29/2016 re potential privileged emails | x | x | x | 10/12 |
| 1174 | Deb Barnett to Emily Metzger email dated 9/22/2016 re Black discovery | x | x | x | Barnett 10/12 |
| 1175 | Scott Rask to Metzger email dated 3/27/2017 re Special Master | x | x | x | 10/12 |
| 1176 | Emily Metzger to Duston Slinkard email dated 8/31/2016 re Special Master and | x | x | x | Barnett 10/12 same as Ex 589 |
| 1177 | John Seubert email dated 8/10/2016 re CCA DVR Videos | x | x | x | Barnett 10/12 |
| 1178 | Scott Rask to Chris Oakley and Erin Tomasic dated 10/11/2016 re Black, et al | x | x | x | 10/12 |

# AMENDED EXHIBIT LIST

CASE NO. 16-20032                                                                 Special Master's Exhibits

| | | | | | |
|---|---|---|---|---|---|
| 1179 | Deb Barnett to Tom Beall email dated 12/10/2016 re Special Master meeting, Black | x | x | x | 10/12 |
| 1180 | David Cohen to Alleen VanBebber email dated 10/10/2018 re letter correcting and supplementing info on computer preservation | x | x | x | 10/12 |
| 1181 | USDOJ procedure for requesting and using recorded inmate phone calls, et al | x | x | x - under seal | 10/12 |
| 1182 | Emily Metzger to Thomas Beall email dated 7/10/2017 re motion to dismiss | x | x | x | 10/12 |
| 1183 | Memorandum from Tom Beall re Request for office-wide recusal by the District of KS in USA v. Black | x | x | x | 10/12 |
| 1184 | David Cohen to Emily Metzger, David Steeby email dated 6/7/2017 re production of documents | x | x | x | 10/12 |
| 1185 | Emily Metzger to David Cohen et al email dated 6/6/2017 re results of updated search (Group 3) | x | x | x | 10/12 |
| 1186 | Debra Barnett to Emily Metzger, Duston Slinkard email dated 10/5/2016 re Memorandum Regarding Case History | x | x | x | 10/12 |
| 1187 | Emily Metzger to Thomas Beall, Scott Rask email dated 6/29/2017 re response; special master notes | x | x | x | 10/12 |
| 1188 | Emily Metzger to David Steeby email dated 2/6/2017 re Special Master's Search Terms | x | x | x | 10/12 |
| 1189 | Reserved | x | x | x | 10/12 |
| 1190 | Emily Metzger to David Cohen, Thomas Beall email dated 1/11/2017 re Preservation Email in US v. Black | x | x | x | 10/12 |
| 1191 | David Steeby to Emily Metzger email dated 12/5/2016 re Preservation Email in US v. Black | x | x | x | 10/12 |
| 1192 | Emily Metzger to David Cohen, David Steeby dated 1/26/2017 re Preservation Email, USA v. Black | x | x | x | 10/12 |
| 1193 | E-mail 5/18/17 from David Cohen to E. Metzger, D. Steeby, T. Beall, D. Barnett (duplicate of 1156) - **WITHDRAWN** | | | | |
| | | | | | |
| | | | | | |

AMENDED EXHIBIT LIST

CASE NO. 16-20032                                                                 Special Master's Exhibits

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |