## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 16-20032-02-JAR** |
| **KARL CARTER,** | |
| **Defendant.** | |

### AMENDED NOTICE AND ORDER SETTING EVIDENTIARY HEARING

An evidentiary hearing is currently set in this matter for November 16, 2018 (Doc. 649) regarding the discovery production and other matters identified by the Court at the recess of the hearing on October 12, 2018.  The Court now sets the Federal Public Defender's Second Supplemental Motion to Show Cause (Doc. 668) for evidentiary hearing that same date, **November 16, 2018, at 9:00 a.m. in Kansas City, Kansas Courtroom 427**.  The Government's response to the Second Supplemental Motion to Show Cause, if any, shall be filed on or before **November 9, 2018**.  The Court has set aside the entire day for this hearing.

**IT IS SO ORDERED.**

Dated: October 31, 2018

S/ Julie A. Robinson
JULIE A. ROBINSON
CHIEF UNITED STATES DISTRICT JUDGE