**Metzger, Emily (USAKS)**

| | |
|---|---|
| From: | Metzger, Emily (USAKS) |
| Sent: | Monday, March 13, 2017 1:42 PM |
| To: | 'David R. Cohen' |
| Subject: | Updated Litigation Hold Information |
| Attachments: | ResponsiveUSAOLitHoldInfo.docx |

Mr. Cohen,

I am attaching an updated litigation hold list for your use. The only changes to this list are for the Kansas City Office (the list adds criminal attorneys Trent Krug, David Zabel and Jabari Wamble to the list of attorneys who believe they have or may have information responsive to the litigation hold).

Additionally, Kansas City criminal attorney Kim Flannigan has learned from KBI Agent Jeff Stokes that you may wish to speak with her. (I don't know if she learned this directly from Agent Stokes or through other individuals to whom Agent Stokes may have spoken). In any event, Kim is willing to meet with you at your convenience. If you would like to do so, please just let me know what date and time works for you and I will let her know.

May we assume that Kim's meeting, as was the situation with Erin Tomasic, will not waive any objections our office has made or may make in the future to the scope, breadth or payment of the investigation?

Thank you. I hope you are not in the middle of a storm – it seemed to be headed your way.

Emily
Emily B. Metzger
Assistant United States Attorney
301 N. Main St., Suite 1200
Wichita, KS 67202
Telephone: (316) 269-6685
Fax: (316) 269-6484
E-mail: Emily.metzger@usdoj.gov



DEFENDANT'S EXHIBIT
706
16-20032-02-JAR

1

## USAO Employees Who Believe They Have or May Have Responsive Material:

### KANSAS CITY OFFICE

Criminal Attorneys:

Carrie Capwell (Appellate Attorney – material related to one appeal motion)
Chris Oakley
David Zabel
Erin Tomasic
Jabari Wamble (maybe)
James Ward
Kim Flannigan
Scott Rask
Sheri Catania
Terra Morehead (maybe)
Trent Krug
Tris Hunt (maybe)

Civil Attorneys

Robin Anderson (maybe)*

Criminal Support Staff:

Bonnie Kaiser – works for Sheri Catania, Trent Krug & James Ward
David Steeby - IT Specialist
Linda Smith – works for Tom Beall, Chris Oakley & David Zabel
Maria Gallup – works for Terra Morehead, Scott Rask, Jabari Wamble and occasionally Carrie Capwell
Merry Baxter (maybe) – Works for Kim Flannigan, Tris Hunt, Leon Patton & Erin Tomasic
Sandie Kistler – Criminal Paralegal who works for all Kansas City Criminal attorneys

*Robin Anderson is a civil AUSA and her potential material is likely not within the scope of the litigation hold or of the nature of the material under review. Emily Metzger, however, can provide further explanation should you wish.

**TOPEKA OFFICE**

Criminal Attorneys:

Christine Kenney

**TOPEKA OFFICE (cont.)**

Criminal Attorneys (cont.)

Duston Slinkard
Jared Maag
Skip Jacobs
Tanya Treadway
Tony Mattivi (maybe)

Note: Tom Beall (USA/Topeka Civil Division) has never had or used any video or calls, but has post-*Black* litigation e-mails.

**WICHITA OFFICE**

Criminal Attorneys:

Alan Metzger (had calls introduced at trial; likely no electronic information)
Mona Furst (had calls produced to defense counsel in discovery)
Michelle Jacobs (maybe) – Michelle became a civil attorney in June 2016, but worked in the
    criminal division prior to that date.

Note: Deb Barnett (Wichita Criminal Division) and Emily Metzger (Wichita Civil Division) have never had or used any video or calls, but have post-*Black* litigation e-mails.

Support Staff:

Robin Wilson (maybe) – works for Mona Furst