IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
                            *Plaintiff,*

**v.**                                              Case No. 16-cr-20032-JAR-02

**KARL CARTER,**
                            *Defendant.*

**MOTION OF THE ETHICS BUREAU AT YALE FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* IN SUPPORT OF DEFENDANT AND THE FEDERAL PUBLIC DEFENDER**

*Motion Unopposed*

Cheryl A. Pilate
*Counsel of Record*
Morgan Pilate LLC
926 Cherry Street
Kansas City, MO 64106
M: (816) 471-6694
F: (816) 472-3516
cpilate@morganpilate.com

Lawrence J. Fox
*Of Counsel*
Yale Law School
127 Wall Street
New Haven, CT 06511
M: (203) 432-9358
F: (212) 687-2123
lawrence.fox@yale.edu                       Dated: November 9, 2018

# MOTION OF ETHICS BUREAU AT YALE FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* IN SUPPORT OF DEFENDANT AND THE FEDERAL PUBLIC DEFENDER

The Ethics Bureau at Yale moves, pursuant to the Rules of Practice of the United States District Court for the District of Kansas, Rule 15.1, for leave to file a Brief of *Amicus Curiae* in the above captioned case in support of Defendant and the Federal Public Defender. All parties have consented to the filing of this brief.

1. The Ethics Bureau at Yale[1] ("the Bureau") is a clinic composed of fourteen law school students supervised by Lawrence J. Fox, an experienced practicing lawyer and lecturer in legal ethics. The Bureau has submitted *amicus* briefs in matters involving lawyer and judicial ethics to various adjudicative bodies; has assisted defense counsel with ineffective assistance of counsel claims implicating issues of professional responsibility; and has provided assistance, counsel, and guidance on a pro bono basis to not-for-profit legal services providers, courts, and law schools. The U.S Supreme Court accepted the Bureau's most recent *amicus* brief on August 17, 2018.

2. The clinic's supervisor, Lawrence J. Fox, is a Visiting Lecturer in Law and the George W. and Sadella D. Crawford Lecturer at Yale Law School,

---

[1] The Ethics Bureau at Yale is a student clinic of Yale Law School. The views expressed herein are not necessarily those of Yale University or Yale Law School. No counsel for a party authored this brief in whole or in part and no person other than the Bureau and its counsel made a monetary contribution to its preparation or submission.

2

where he teaches professional responsibility and legal ethics. He is currently a partner at Schoeman Updike Kaufman & Gerber LLP and formerly served as the managing partner of Drinker Biddle & Reath LLP, a general practice law firm of approximately 650 lawyers with its principal office in Philadelphia. He has regularly been consulted and testified about ethics and professional responsibility of lawyers in various proceedings in both state and federal courts throughout the United States. He was the chair of the American Bar Association's standing Committee on Ethics and Professional Responsibility and has served as an advisor to the *Restatement (Third) of the Law Governing Lawyers*. He is a Fellow of the American College of Trial Lawyers and was the founder and a member of Ethics 2000, the ABA Commission established to rewrite the Model Rules of Professional Conduct.

3.      The local counsel is Cheryl A. Pilate, a founding partner at Morgan Pilate LLC, whose practice includes the representation of criminal defendants and of plaintiffs in federal civil rights cases. She has worked thousands of hours for little or no compensation on behalf of innocent clients and has served for more than ten years on the board of the Midwest Innocence Project, an organization that advocates for and seeks the release of the wrongfully convicted. She has also represented clients in capital cases and served on the board of the Kansas Coalition Against the Death Penalty.

3.     The Bureau has an interest in the fair application of the laws and professional responsibility rules that regulate the trust between clients and their lawyers. The Bureau's proposed *amicus* brief would provide this Court with an additional perspective on prosecutors' ethical obligations as they pertain to attorney-client communications. In particular, the Bureau explains the normative and legal importance of the right to confidentiality and how the government violated the Sixth Amendment when it intruded on confidential attorney-client communications. The Bureau reasons that the government was obligated to disclose its possession of confidential communications, regardless of whether the defendant actually demanded the disclosure. By failing to disclose, the government not only acted unconstitutionally, but also undermined the core values of our legal system.

4.     District courts have discretion whether to grant leave to file *amicus* briefs. *See* Hammond v. City of Junction City, No. 00-2146JWL, 2002 U.S. Dist. LEXIS 4117, at *3 (D. Kan. Jan. 23, 2002).

5.     Counsel for all parties have consented to the Bureau filing an *amicus* brief.

6.     For the foregoing reasons, the Bureau respectfully requests that the Court grant its Motion for Leave To File Brief of *Amicus Curiae* in Support of Defendant and the Federal Public Defender.

Dated: November 9, 2018

Respectfully submitted,

/s/ Cheryl A. Pilate
Cheryl A. Pilate #14601
*Counsel of Record*
Morgan Pilate LLC
926 Cherry Street
Kansas City, MO 64106
M: (816) 471-6694
F: (816) 472-3516
cpilate@morganpilate.com


Lawrence J. Fox
*Of Counsel*
Yale Law School
127 Wall Street
New Haven, CT 06511
M: (203) 432-9358
F: (212) 687-2123
lawrence.fox@yale.edu

5

## CERTIFICATE OF SERVICE

I hereby certify that on the November 9, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the Special Master and all parties, including Movant Parties and Interested Parties in the case.

/s/ Cheryl A. Pilate
Cheryl A. Pilate #14601
*Counsel of Record*
Morgan Pilate LLC
926 Cherry Street
Kansas City, MO 64106
M: (816) 471-6694
F: (816) 472-3516
cpilate@morganpilate.com