Montgomery Akers #02866-081
P.O. Box 1000 U.S. Penitentiary
Marion, IL. 62959



**RECEIVED**
NOV 13 2018
CLERK, U.S. DISTRICT COURT
KANSAS CITY, KANSAS

Mailed: 11/07/18

⇔02866-081⇔
-U-S District Court
District Of Kansas
500 State AVE
Clerk's Office
Kansas CITY, KS 66101
United States

Office of the Clerk
U.S. District Court
District of Kansas
500 State Avenue
Kansas City, KS. 66101