### CLERK'S COURTROOM MOTIONS/MISCELLANEOUS MINUTE SHEET
### CASE NO. 16-20032-JAR

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | **APPEARANCES:** |
|  | US Attorney Stephen McAllister |
|  | AUSA Steve Clymer |
| Plaintiff | AUSA   Duston Slinkard |
| v. |  |
| KARL CARTER (02) – waived appearance | Def. Atty:   David Guastello |

*************************************************************

|  |  |
|---|---|
| FEDERAL PUBLIC DEFENDER | Attys:  Branden A. Bell |
| *(MOVANT)* | Kirk Redmond |
|  | Melody Brannon |

*************************************************************

|  |  |
|---|---|
| SPECIAL MASTER, | Atty:  Alleen C. Vanbebber |
| DAVID R. COHEN |  |

| JUDGE: | Julie A. Robinson | DATE: | 11/16/2018 |
|---|---|---|---|
| DEPUTY CLERK: | Bonnie Wiest | REPORTER: | Kelli Stewart |
| INTERPRETER: |  | PRETRIAL/PROBATION: |  |

## EVIDENTIARY HEARING

This case comes on before the Court for continuance of the evidentiary hearing that was conducted on October 2 - 12, 2018.

The Court discusses preliminary matters and pending motions.  The rule of sequestration is invoked for this hearing.

Special Master begins presentation of evidence and testimony.  Testimony of David Steeby begins at 9:14 a.m.  Witness excused at 10:23 a.m.  Testimony of Tom Beall begins at 10:24 a.m.

Recess for lunch break (12:45 p.m. to 1:35 p.m.)

Testimony of Emily Metzger begins at 1:37 p.m.  Witness excused at 3:46 p.m.

Bench conference regarding rebuttal testimony of Special Master.  Testimony of Special Master David Cohen begins.  Witness excused at 4:56 p.m.

The Court grants FPD's Motion for Leave to Admit Exhibits (Doc. 679).  Exhibits that were attached to the motion, 706 through 714 are admitted.

Further issues discussed regarding discovery.  The Court rules orally that government should cease destruction of any backup files on the discovery network. The Court will issue written order specific to production issues.

Court adjourns at 5:38 p.m.