# In the United States District Court for the District of Kansas

**United States of America**,

      Plaintiff,

v.

      Case No. **16-cr-20032-JAR-02**

**Karl Carter,**

      Defendant.

## Motion to Admit Exhibit

 The Federal Public Defender's Office moves this Court to admit the attached exhibit (Exhibit No. 715). Pursuant to the Order Regarding Recorded Phone Calls (D.E. 705), on January 7, 2019, and amended on DATE, the USAO surrendered to the Court recordings and derivative evidence related to defendants whose calls were accessed by the government or its agents. The USAO also provided the Court and the FPD with a written inventory, which is the attached proposed exhibit. Neither the government not the Special Master objects.

2

Respectfully submitted,


s/ Melody Brannon
MELODY BRANNON #17612
Federal Public Defender
for the District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: 785-232-9828
Fax: 785-232-9886
E-mail Address: Melody_Brannon@fd.org

## CERTIFICATE OF SERVICE

    I hereby certify that on January 16, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the Special Master and all parties, including Movant Parties and Interested Parties in the case.

                                    s/ Melody Brannon
                                      Melody Brannon