In the United States District Court
for the District of Kansas

---

**United States of America**,
        Plaintiff,

v.                                        Case No. 16-cr-20032-02-JAR

**Karl Carter,**
        Defendant.

---

### Order Extending Deadline

---

Now on this 15th day of February, 2019, the above matter comes before the Court on the Federal Public Defender's Motion to Extend Deadline (Doc. 724 ). Neither counsel for Mr. Carter nor the government oppose this request.

Having reviewed the motion, and being familiar with the case history, this Court finds good cause to extend the deadline for filing proposed findings of fact and conclusions of law and the corrolary deadline for submitting exhibits.

This Court therefore imposes the following deadlines:

1. Deadline for the Special Master and the Federal Public Defender to submit proposed exhibits is set for **March 7, 2019**.

2. Deadline for the government and the Federal Public Defender to file proposed findings of fact and conclusions of law is set for **March 21, 2019.**

2

It is therefore ordered that the Motion to Extend Deadline (Doc. 724) is granted.

Dated: February 15, 2019

                                        S/ Julie A. Robinson
                                       JULIE A. ROBINSON
                                       CHIEF UNITED STATES DISTRICT JUDGE

Case 2:16-cr-20032-JAR   Document 725   Filed 02/15/19   Page 2 of 2