IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 16-20032-02-JAR |
| ) | |
| KARL CARTER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## MOTION TO SUPPLEMENT THE RECORD

The United States of America, by and through First Assistant United States Attorney Duston J. Slinkard, hereby moves to supplement the record in this case with the sworn Declaration of Roger D. Moore, Jr., Chief of Security at CoreCivic, which Mr. Moore prepared in connection with civil litigation involving CoreCivic, *Johnson v. CoreCivic* et al, No. 4:16-cv-00947-SRB, pending in the Western District of Missouri.

The government moves that the record be supplemented to include Moore's Declaration because it contains information that is relevant and material to issues now before this Court in the above-entitled matter. In Moore's Declaration, Moore provides information relating to the intake and orientation procedures at the Leavenworth Detention Center operated by CoreCivic, which formerly operated

1

under the name Corrections Corporation of America.  Moore's Declaration touches on aspects of those procedures, which are at issue in the instant case, including, among other matters:  (1) the monitoring and recording of inmate telephone calls; (2) the procedures and policies in place for the for making unmonitored and unrecorded telephone calls to attorneys; (3) the process for privatizing telephone calls to attorney-associated telephone numbers, and (4) and the playing of messages warning of recording on monitored calls.  Because the instant litigation touches on each of these matters, Moore's Declaration is relevant and material to the instant case.

Moore's Declaration and relevant attachments are attached hereto in the form in which they were filed in Johnson v. CoreCivic, as Document 199-2 in that case.

WHEREFORE, the government prays that the recorded be supplemented to include Moore's Declaration, as described above.

    Respectfully submitted,

    s/Duston J. Slinkard
    Duston J. Slinkard, # 21294

    First Assistant United States Attorney
    444 SE Quincy Ave., Ste. 290
    Topeka, KS  66683
    Tel:  785-295-2850
    Fax:  785-295-2853
    Duston.Slinkard@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on 7th day of March, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the counsel of record in this case.

    s/Duston J. Slinkard  
    Duston J. Slinkard  
    First Assistant United States Attorney