# DEFENDANT'S EXHIBIT LIST

## US v. Black, et al., Case No. 2:16-cr-20032-JAR

| Exh # | Description | Offered | Admitted | Witness |
|---|---|---|---|---|
| 401 | Evacuation Diagram of rooms at CCA | x | x | **Thompson** |
| 402 | Room 107A Hallway | x | x | **Thompson** |
| 403 | Room 107A Intercom | x | x | **Thompson** |
| 404 | Room 107B & 107 Hallway | x | x | **Thompson** |
| 405 | Room 107B Intercom | x | x | **Thompson** |
| 406 | Room 107 Camera | x | x | **Thompson** |
| 407 | Room 107 Intercom | x | x | **Thompson** |
| 408 | Visitation hallway | x | x | **Thompson** |
| 409 | Visitation hallway | x | x | **Thompson** |
| 410 | Visitation hallway | x | x | **Thompson** |
| 411 | Room 4 Camera | x | x | **Thompson** |
| 412 | Room 4 Intercom | x | x | **Thompson** |
| 413 | Room 5 Intercom | x | x | **Thompson** |
| 414 | Room 5 Camera | x | x | **Thompson** |
| 415 | Room 6 Table | x | x | **Thompson** |
| 416a | Room 6 Table | x | x | **Thompson** |
| 416b | Room 6 Table | x | x | **Thompson** |
| 417 | Room 6 Intercom | x | x | **Thompson** |
| 418 | Room 6 Camera | x | x | **Thompson** |
| 419 | Visitation Hallway Intersection | x | x | **Thompson** |
| 420 | Room 7 Intercom | x | x | **Thompson** |
| 421 | Room 7 Camera | x | x | **Thompson** |
| 422 | Room 7 Light | x | x | **Thompson** |
| 423 | Room 8 Light button | x | x | **Thompson** |
| 424 | Room 8 Intercom | x | x | **Thompson** |
| 425 | Room 8 Camera | x | x | **Thompson** |
| 426 | Room 9 Camera | x | x | **Thompson** |
| 427 | Room 9 Intercoms & light button | x | x | **Thompson** |
| 428 | Visitation Hallway-Room 8 & 9 lights | x | x | **Thompson** |
| 429 | Visitation Hallway-Room 7 & 8 lights | x | x | **Thompson** |
| 430 | Visitation Hallway-end | x | x | **Thompson** |
| 431 | Foyer & bathroom area | x | x | **Thompson** |
| 432 | Foyer & bathroom area-camera 1 | x | x | **Thompson** |

# DEFENDANT'S EXHIBIT LIST

## US v. Black, et al., Case No. 2:16-cr-20032-JAR

| | | | | |
|---|---|---|---|---|
| 433 | Foyer & bathroom area-camera 2 | x | x | **Thompson** |
| 434 | Investigative Report of Zay Thompson | x | x | **Thompson** |
| 435 | CCA - Protecting Inmate Rights | x | x | **Thompson** |
| 436 | CCA Policies Produced by 17(c) Subpoena | x | x | **Thompson** |
| 437 | 2016-08-05 Affidavit of Michael Bussell | x | x | **Thompson** |
| 438 | 2016-04-12 Grand Jury Subpoena | x | x | **Thompson** |
| 439 | Index – Camera Roster | x | x | **Thompson** |
| 440 | Index – Camera Roster w Properties | x | x | **Thompson** |
| 441 | 2016-08-03 Email string between Rokusek, Tomasic, Flannigan re: viewing A/C videos conferences | x | x | **Thompson** |
| 442 | 2016-08-05 Email string: Rokusek/Tomasic re: asserting A/C privilege in videotaped conferences | x | x | **Thompson** |
| 443 | 2016-08-04 Email from Barnett relaying information from USM Deputy Oberly | x | x | **Thompson** |
| 444 | 2016-08-04 Email from USMS, WDMO re CCA videotapes attorney-client conferences | x | x | **Thompson** |
| 445 | 2016-08-05 Email from Tomasic to Black counsel and Bonnie Wiest re videotapes of attorney-client conferences | x | x | **Thompson** |
| 446 | 2016-07-21 Email string Tomasic/Shaneyfelt re USAO created videotape index | x | x | **Thompson** |
| 447 | 2016-07-22 Status Conference Transcript, *US v. Black,* pp 5-6: index; pp 11-12: videos; pp 15, 23 additional defendants | x | x | **Thompson** |
| 448 | CV of Professor Peter Joy | x | x | **Thompson** |
| 449 | 2016-08-16 Index of recorded attorney-client phone calls | x | x | |
| 450 | 2016-05-16 *US v. Huff* Transcript | x | x | |
| 451 | 2016-09-06 Affidavit of Gary Hart | x | x | |
| 452 | 2016-08-22 Tomasic email to Judge Robinson | x | x | |
| 453 | 2016-08-03 Brannon email to Barnett | x | x | |
| 454 | 2016-08-05 *US v. Wright* Transcript | x | x | |
| 455 | 2016-08-18 Oakley email re: phone calls | x | x | |
| 456 | 2016-08-22 *US v. Huff* Transcript | x | x | |
| 457 | 2016-08-22 *US v. Benimon* Transcript | x | x | |
| 458 | 2016-08-05 Beam Email | x | x | |

# DEFENDANT'S EXHIBIT LIST

## US v. Black, et al., Case No. 2:16-cr-20032-JAR

| | | | | |
|---|---|---|---|---|
| [459](#) | 2016 Affidavits from CJA attorneys – Christopher Joseph, Kathleen Ambrosio, Robert Calbi, Cynthia Dodge, John Jenab, Deb Vermillion, Michael Jackson, Jackie Rokusek, Tom Haney, Robin Fowler, Thomas Johnson, and Melanie Morgan | x | x | |
| [460](#) | 2016-08-24 CCA counsel email with CCA inmate intake form | x | x | |
| [461](#) | *US v. Dertinger* Docket sheet excerpts | x | x | |
| [462](#) | 2016-08-16 *US v. Black* Transcript | x | x | |
| [463](#) | 2016-08-16 *US v. Black* Transcript | x | x | |
| 464 | Under Seal: Audio Recordings Subpoenaed by Gary Hart from Securus | x | x | |
| [465](#) | 2016-03-24 Tomasic Email to Kinney | x | x | |
| [466](#) | 2016-03-24 Kinney Email to Tomasic | x | x | |
| [467](#) | 2016-03-24 Kinney Email to Tomasic | x | x | |
| [468](#) | 2016-03-24 Seubert Email to Thomas | x | x | |
| [469](#) | (SEALED) Attached to Exh. 469: 2016-03-23 Grand Jury Subpoena to CCA | x | x | |
| [470](#) | 2016-03-28 Email from Seubert to Thomas | x | x | |
| [471](#) | (SEALED) Attached to Exh. 471: 2016-03-28 Grand Jury Subpoena CCA | x | x | |
| [472](#) | 2016-04-06 Email from Seubert to Thomas | x | x | |
| [473](#) | (SEALED) Attached to Exh. 473: 2016-04-06 Grand Jury Subpoena to CCA | x | x | |
| [474](#) | 2016-04-16 Email from Seubert to Thomas | x | x | |
| [475](#) | (SEALED) Attached to Exh. 475: 2016-04-12 Grand Jury Subpoena to CCA | x | x | |

## DEFENDANT'S EXHIBIT LIST

## US v. Black, et al., Case No. 2:16-cr-20032-JAR

| | | | | |
|---|---|---|---|---|
| 476 | 2016-08-03 *US v. Huff* Sentencing Transcript | x | x | |
| 477 | 2016-09-12 Response to Huff's Rule 41(g) motion | x | x | |
| 478 | 2017-06-20 *US v. Dertinger* Transcript - Seubert testimony | x | x | |
| 479 | 2017-03-07 *US v. Huff* Sentencing Agreement | x | x | |
| 480 | 2017-07-06 *US v. Huff* Supplement to Motion to Clarify | x | x | |
| 481 | 2017-10-20 Special Master First Report on Phase III Investigation | x | x | |
| 482 | 2018-01-12 Letter Denying Permission to Testify | x | x | |
| 483 | 2016-11-17 Bigelow and Andrew email chain **(DUPLICATE OF SM EXH 1048 AND 1104)** | x | x | |
| 484 | 2016-11-17 Bigelow and Andrew email chain | x | x | |
| 485 | 2016-11-17 Email from Securus to Bigelow | x | x | |
| 486 | 2016-11-22 Email from Bigelow to Securus **(DUPLICATE OF SM EXH 1105)** | x | x | |
| 487 | 2016-08-23 *US v. Black* Doc 120 | x | x | |
| 488 | 2016-08-23 *US v. Black* Doc 121 | x | x | |
| 489 | 2016-09-06 *US v. Black* Doc 133 | x | x | |
| 490 | 2016-09-07 *US v. Black* Hearing Transcript | x | x | |
| 491 | 2017-01-05 Tomasic and Rask email chain re: PRAO issue | x | x | |
| 492 | 2017-06-19 *US v. Huff* Motion to Clarify | x | x | |

# DEFENDANT'S EXHIBIT LIST

## US v. Black, et al., Case No. 2:16-cr-20032-JAR

| | | | | |
|---|---|---|---|---|
| 493 | 2017-02-20 US v. Herrera-Zamora Post-Trial Motion | x | x | |
| 494 | 2017-03-07 Zabel and Treadway email chain re: Carlos Moran, Rule 16(a)(1)(B) motion | x | x | |
| 495 | 2017-03-10 Email from Treadway to Zabel re: Carlos Moran, Rule 16(a)(1)(B) motion | x | x | |
| 496 | 2017-03-07 Email from Zabel to Moran re: second batch of calls | x | x | |
| 497 | 2017-06-19 US v. Herrera-Zamora Notice of Record Correction | x | x | |
| 498 | 2016-08-09 US v. Wright Hearing Transcript | x | x | |
| 499 | 2016-10-07 Email from Tomasic to Hunt re: JHZ manila folder in her inbox | x | x | |
| 500 | 2017-03-15 Letter from Hunt to Moran re: JHZ CCA Phone calls | x | x | |
| 501 | CCA IT Subpoena spreadsheet | x | x | |
| 502 | 2017-06-20 US v. Dertinger Excerpt of Hearing Transcript re: Boyd testimony | x | x | |
| 503 | 2017-05-01 US v. Dertinger Doc 503 | x | x | |
| 504 | 2017-06-21 US v. Dertinger Excerpt of Hearing Transcript re: Flannigan testimony | x | x | |
| 505 | 2015-07-07 Kinney and Hoffer email chain re: Theis CCA calls | x | x | |
| 506 | 2016-04-21 Lajiness and Cahill email chain re: Preservation of Video Footage | x | x | |
| 507 | 2016-03-08 Stokes and Cahill email chain re: Dertinger | x | x | |
| 508 | 2017-06-20 US v. Dertinger Excerpt of Hearing Transcript re: Stokes testimony | x | x | |

Updated 2019-03-08 – 12:40 PM

# DEFENDANT'S EXHIBIT LIST

## US v. Black, et al., Case No. 2:16-cr-20032-JAR

| | | | | |
|---|---|---|---|---|
| 509 | 2016-07-12 Email between Tomasic and Kinney re: JZH calls subpoenaed | x | x | |
| 510 | 2016-01-12 CCA Subpoena acknowledgement form from Tomasic re: Rapp, Dertinger and Huff | x | x | |
| 511 | 2016-07-13 Email chain between Tomasic and Bigelow re: phone calls 270-705-8520 | x | x | |
| 512 | 2016-03-14 Lajiness and Cahill email chain re: reverse call search Dertinger's dad, Mom's Lawyer Friend, Dertinger's Uncle | x | x | |
| 513 | 2016-03-11 Tomasic and Cahill email chain re: re: reverse call search Dertinger's dad, Mom's Lawyer Friend, Dertinger's Uncle | x | x | |
| 514 | 2016-08-05 Email between Tomasic, Boyd and Flannigan re: CCA surveillance footage | x | x | |
| 515 | 2016-06-02 Cahill and Lajiness email chain re: Tomasic request for Younger's CCA calls | x | x | |
| 516 | Rokusek and Tomasic email chain re: Dertinger Discovery (Rapp, et al.) | x | x | |
| 517 | 2016-07-14 Herrera-Zamora Subpoena 1 to CCA Bigelow | x | x | |
| 518 | 2016-07-14 Herrera-Zamora Subpoena 2 to CCA Bigelow | x | x | |
| 519 | 2016-07-13 Herrera-Zamora CCA Call Detail Report (call log) | x | x | |
| 520 | 2018-January Federal Public Defender Attorney Affidavits | x | x | |
| 521 | 2017-05-23 Tomasic letter to Judge Robinson re; inaccurate, misleading or incomplete statements at 2017-09-07 | x | x | **Order (Doc. 430)** |
| 522 | 2007-01-01 (effective date) CCA contract | x | x | |
| 523 | 2017-05-15 *US v. Dertinger* Rokusek Affidavit | x | x | |
| 524 | 2013-05-17 Email chain between Cook and others re: obtaining inmate recordings from CCA | x | x | **Martin** |
| 525 | 2013-07-08 Email chain between Collins and others re: CCA visitor list request | x | x | |

# DEFENDANT'S EXHIBIT LIST

## US v. Black, et al., Case No. 2:16-cr-20032-JAR

| | | | | |
|---|---|---|---|---|
| 526 | 2016-03-08 Email chain between Cahill and others re: Dertinger calls | x | x | |
| 527 | 2016-03-14 Lajiness and Cahill email chain re: reverse call search **(DUPLICATE OF DEF EXH 512)** | x | x | |
| 528 | 2016-04-07 Email chain between Bigelow and Cook re: call request for Tabares-Aviles **(DUPLICATE OF SM EXH 1042)** | x | x | |
| 529 | 2016-04-27 Email chain between Guthrie and others re: call request for Ryan | x | x | |
| 530 | 2015-12-29 Cook and Moore email chain re: videos of Law Library | x | x | |
| 531 | 2016-01-06 Cook and Moore email chain re: videos of Law Library | x | x | |
| 532 | 2016-01-20 Email from Cook to Lajiness re: phone call requests for Rowlette and other infor requested | x | x | |
| 533 | 2015-12-08 Cook and Moore email chain re: Dertinger and Rapp phone calls | x | x | |
| 534 | 2015-12-16 Cook and Moore email chain re: request for inmate visitor logs | x | x | |
| 535 | 2017-06-20 *US v. Dertinger* Excerpt of Hearing Transcript Bussell testimony | x | x | |
| 536 | 2017-09-08 *US v. Dertinger* Show Cause Motion DE 551 | x | x | |
| 537 | 2018-01-25 Declaration of Carlos Moran | x | x | **Order (Doc. 430)** |
| 538 | 2016-08-15 Brannon lettter to Roger Moore, Jr., CCA Chief of Security re: A/C phone calls – FPD privatization request | x | x | |
| 539 | 2016-08-19 Bigelow fax to KS FPD confirming numbers in privatization request letter have been restricted | x | x | |
| 540 | 2016-11-16 Laura Shaneyfelt and Alyssa Brockert email chain re: privatization process | x | x | |
| 541 | 2017-06-19 *US v. Ashley Huff* Notice of Clarification and Correction | x | x | |
| 542 | 2017-07-06 *US v. Ashley Huff* Supplemental Notice of Clarification and Correction | x | x | |

# DEFENDANT'S EXHIBIT LIST

## US v. Black, et al., Case No. 2:16-cr-20032-JAR

| | | | | |
|---|---|---|---|---|
| 543 | 2017-06-19 *US v. Black* Notice of Record Clarification and Correction | x | x | |
| 544 | *US v. Herrera-Zamora* – Notice of Submission of Interview Summary (SEALED) | x | x | |
| 545 | 2018-01-26 Rask and Metzger Summary of Sara Gardner Interview (SEALED) | x | x | |
| 546 | 2018-01-26 Allman and Britton Summary of Sara Gardner Interview (SEALED) | x | x | |
| 547 | *US v. Herrera-Zamora* – Notice of Inquiry – Filed In Camera (SEALED) | x | x | |
| 548 | 2016-09-12 Kenyon Bigelow Email chain re: Securus Inmate Phone Platform | x | x | |
| 549 | List of phone numbers | x | x | |
| 550 | 2016-07-27 Kenyon Bigelow Email chain re: Flagging Attorney Calls | x | x | **Martin** |
| 551 | 2015-12-10 Kenyon Bigelow Email chain re: Bigelow new STG for Leavenworth and setting up Securus account | x | x | |
| 552 | 2016-11-05 Slinkard letter to David Cohen re: Correction and Supplementation of Information on Computer Preservation Issues in *US v. Black* **(DUPLICATE OF EXH 556)** | x | x | |
| 553 | 2016-09-02 *US v. Black* Reply to Government's Recommendation Related to Scope of Special Master (D.E. 120) and Government's Response to Motion to Impound Evidence (D.E. 121) | x | x | |
| 554 | 2018-03-21 Transcript Sara Gardner Interview | x | x | |
| 555 | 2018-07-27 Letter from Deputy AG to David Cohen | | | |
| 556 | 2016-11-05 Letter from Slinkard to David Cohen **(DUPLICATE OF EXH 552)** | x | X | **Steeby** |
| 557 | CV of Peter Joy | x | x | **Joy** |
| 558 | CV of Justin Gelfand | x | x | **Gelfand** |

# DEFENDANT'S EXHIBIT LIST

## US v. Black, et al., Case No. 2:16-cr-20032-JAR

| | | | | |
|---|---|---|---|---|
| 559 | CV of Tami Loehrs | | | |
| 560 | CV of Nicholas Harris | x | x | Martin |
| 561 | Declaration of Nicholas Harris | x | x | Martin |
| 562 | Report by Rich Federico | x | x conditional | Federico |
| 562A | Black Phone Data | x | X | Federico |
| 563 | 2018-05-04 Securus Subpoena and Response (under seal) | x | x (under seal) | Martin |
| 564 | 2018-07-10 Securus Subpoena and Response (under seal) | x | x (under seal) | Martin |
| 565 | 2018-07-24 Securus Subpoena #1 and Response (under seal) | x | x (under seal) | Martin |
| 566 | 2018-07-24 Securus Subpoena #2 and Response (under seal) | x | x (under seal) | Martin |
| 567 | 2018-07-24 Securus Subpoena #4 and Response (under seal) | x | x (under seal) | Martin |
| 568 | 2018-09-17 Securus Subpoena #1 and Response (under seal) | x | x (under seal) | Martin |
| 569 | 2018-09-17 Securus Subpoena #2 Securus Subpoena and Response (under seal) | x | x (under seal) | Martin |
| 570 | 2018-05-30 Cox Affidavit | x | x | Wamble |
| 571 | 2018-02-23 Wable letter to Brannon re: Brenda Wood | x | x | Wamble |
| 572 | Brenda Wood Privatization Report | x | x | Martin |
| 573 | Brenda Wood Recording Access Log | x | x (under seal) | Martin |
| 574 | 2017-12-06 Subpoena 17(c) to Securus re: JHZ phone logs | | | |

# DEFENDANT'S EXHIBIT LIST

## US v. Black, et al., Case No. 2:16-cr-20032-JAR

| | | | | |
|---|---|---|---|---|
| 575 | 2017-01-05 AUSA emails re: PRAO JHZ | x | x | |
| 576 | 2017-03-06 Rask email re: JHZ calls | | | |
| 577 | 2018-01-08 Zabel email re: JHZ | | | |
| 578 | Rask Memo re Herrera-Zamora calls and Flannigan | | | |
| 578A | 2017-05-17 Rask Memo re JHZ calls and Flannigan | | | |
| 579 | Rask Memo re Herrera-Zamora calls and Oakley | | | |
| 579A | 2017-05-17 Rask Memo re JHZ calls and Oakley | x | x | **Oakley** |
| 580 | Rask Memo re Herrera-Zamora calls and Zabel | | | |
| 580A | 2017-05-17 Rask Memo re JHZ calls and Zabel | x | x | **Zabel** |
| 581 | Rask Memo re Herrera-Zamora calls and Hunt | | | |
| 581A | 2017-05-17 Rask Memo re JHZ calls and Hunt | x | x | **Hunt** |
| 582 | Tomasic letter re: Birdsong | x | x | **Tomasic** |
| 583 | 2013-10-02 Email with Warner and Tomasic re: Birdsong and A/C Privilege and Waiver | x | x | **Tomasic** |
| 584 | 2017-05-17 Rask memo re Tomasic JHZ | x | x | **Tomasic** |
| 585 | Potential video clients | x | x **Subject to further objection** | **Federico** |
| 586 | Hunt memo re Zabel Threat Investigation | x | x | **Hunt** |
| 587 | 2016-11-08 USAO emails re: Preservation Logs | | | |

# DEFENDANT'S EXHIBIT LIST

## US v. Black, et al., Case No. 2:16-cr-20032-JAR

| | | | | |
|---|---|---|---|---|
| 588 | 2016-11-07 USAO emails re: AV-PC **(DUPLICATE OF SM EXH 1147)** | x | x | **Barnett** |
| 589 | 2016-08-31 USAO emails re: SM and Computers **(DUPLICATE OF SM EXH 1176)** | x | x | **Steeby** |
| 590 | 2017-02-21 Rask email re: KY atty | | | |
| 591 | 2017-03-07 Barnett email re: SM and Stokes | | | |
| 592 | Handwritten Notes re: Treadway Reulet | x | x | **Treadway** |
| 592A | CCA Call Summary Report – Michelle Reulet | | | |
| 592B | Michelle Reulet Call Detail Report (6/20/16 – 6/27/16) | | | |
| 592C | Michelle Reulet Call Detail Report (7/6/16 – 7/21/16) | x | x | **Treadway** |
| 592D | Michelle Reulet Call Detail Report (6/4/16 – 6/12/16) | x | x | **Treadway** |
| 592E | Michelle Reulet Call Detail Report (6/28/16 – 7/5/16) | | | |
| 592F | Michelle Reulet Call Detail Report (6/13/16 – 6/19/16) | | | |
| 592G | 2016-11-03 *Reulet* US Resp in Opp to Def 41(g) Mtn | x | x | **Treadway** |
| 592H | 2016-12-28 *Crabtree* Motion Hearing Transcript | x | x | **Treadway** |
| 593 | Sedgwick County User Management Report Inactive | x | x (under seal) | **Schechter** |
| 594 | Sedgwick County User Management Report Active | x | x (under seal) | **Schechter** |
| 595 | Notice to Counsel Sedgwick County | x | x | **Schechter** |
| 596 | Butler County User Management Report | x | x (under seal) | **Stewart** |

# DEFENDANT'S EXHIBIT LIST

## US v. Black, et al., Case No. 2:16-cr-20032-JAR

| | | | | |
|---|---|---|---|---|
| 597 | Securus Template – Investigator CID Level I | x | x | **Stewart** |
| 598 | Securus Template - Investigator | x | x | **Stewart** |
| 599 | Butler County User Activity Log Report | x | x | **Stewart** |
| 600 | Catania Call Requests | x | x | **Federico** |
| 600A | Catania Summary of Requested-Accessed Calls | x | x | **Federico** |
| 601 | Flannigan Call Requests | x | x | **Federico** |
| 601A | Flannigan Summary of Requested-Accessed Calls | x | x | **Federico** |
| 602 | Krug Call Requests | x | x | **Federico** |
| 602A | Krug Summary of Requested-Accessed Calls | x | x | **Federico** |
| 603 | Morehead Call Requests | x | x | **Federico** |
| 603A | Morehead Summary of Requested-Accessed Calls | x | x | **Federico** |
| 604 | Oakley Call Requests | x | x | **Federico** |
| 604A | Oakley Summary of Requested-Accessed Calls | x | x | **Federico** |
| 605 | Rask Call Requests | x | x | **Federico** |
| 605A | Rask Summary of Requested-Accessed Calls | x | x | **Federico** |
| 606 | Tomasic Call Requests | x | x | **Tomasic** |
| 606A | Tomasic Summary of Requested-Accessed Calls | x | x | **Federico** |

# DEFENDANT'S EXHIBIT LIST

## US v. Black, et al., Case No. 2:16-cr-20032-JAR

| | | | | |
|---|---|---|---|---|
| 607 | Wamble Call Requests | x | x | **Wamble** |
| 607A | Wamble Summary of Requested-Accessed Calls | x | x | **Federico** |
| 608 | Zabel Call Requests | x | x | **Federico** |
| 608A | Zabel Summary of Requested-Accessed Calls | x | x | **Federico** |
| 609 | 2016-08-19 Email from Chris Oakley to Barnett re: CCA calls | | | |
| 610 | 2016-08-19 Email from Emily Metzger to Chris Oakley re: CCA calls **(DUP OF SM EXH 1075 AND 1130)** | | | |
| 611 | 2016-08-20 Email from Jeff Stokes to Chris Oakley re: verify info related to videos | x | x | **Oakley** |
| 612 | 2016-08-20 Email from Chris Oakley to Jeff Stokes re: verify info related to videos | | | |
| 613 | 2016-08-19 Email from Chris Oakley To Treadwell re: Question on possible taint team issue in Black | | | |
| 614 | USAO PC Refresh 2016 Implementation Plan | x | x | **Steeby** |
| 615 | USAO PC Refresh 2016 Implementation Plan - Appendix A07 | x | x | **Steeby** |
| 616 | 2016-08-19 Email from Chris Oakley to Seubert re: CCA recorded phone calls | x | x | **Seubert** |
| 617 | 2017-02-06 Email from Erin Tomasic to Kim Flannigan re: meeting with Special Master (per Pauletta Boyd) | x | x | **Tomasic** |
| 618 | 2017-04-17 Email from Kim Flannigan to Scott Rask re: Jeff and Attorney Room video | x | x | **Flannigan** |
| 619 | 2016-08-19 Email from Kim Flannigan to Chris Oakley and Erin Tomasic re: Order 113 Final Draft | | | |
| 620 | 2016-10-03 Email from Kim Flannigan to Thomas Beall re: resignation as Criminal Coordinator KCK division | x | x | **Flannigan** |
| 621 | Supervising Attorney's Memo to Monitoring Agents, Officers, and Translators | | | |

# DEFENDANT'S EXHIBIT LIST

## US v. Black, et al., Case No. 2:16-cr-20032-JAR

| | | | | |
|---|---|---|---|---|
| 622 | 2017-05-25 Email from Kim Flannigan to Scott Rask re: Black Motion to Reconsider | x | x | **Flannigan** |
| 623 | 2016-08-17 Email from Pauletta Boyd to David Steeby re: CCA calls **(DUP OF SM EXHS 1077, 1120 and 1131)** | | | |
| 624 | 2017-01-06 Email from Scott Rask to Erin Tomasic re: Susan Khampannha, Phommaseng calls | | | |
| 625 | 2015-04-08 Email from Mike McAtee to Roland Hoffer re: Phommaseng calls | | | |
| 626 | 2015-05-11 Email from Sheri McCracken to Hoffer re: CCA call requests for Griffin, Phommaseng and Soto | | | |
| 627 | 2014-09-09 Email from Hoffer to Wayne Hall re: CCA call requests for Griffin, Clifton, Wheeler, Martinez, White, Timm | | | |
| 628 | Phone Call from Emily Metzger | x | x | **Catania** |
| 629 | 2016-08-04 Email from Rask to Tomasic re: CCA Recordings of A/C meetings | | | |
| 630 | 2015-10-15 Email from Hoffer to Lajiness and Hundley re: requests for CCA calls - Knox, Ontiveros, Santana-Martinez | | | |
| 631 | 2016-09-13 *US v. Perez-Madrigal* Response to Motion for Fed.R.Crim.P. 16(E) Discovery, Motion for Confidential Legal Visitation, and the "Return" of Property Pursuant to Fed.R.Crim.P. 14(g) | | | |
| 632 | 2016-08-29 *US v. Pryor* Response to Motion for Discovery, Confidential Legal Visitation and the "Return" of Property | | | |
| 633 | 2016-08-29 Email 1 from Tomasic to Treadway re: potential privileged emails | | | |
| 634 | 2016-08-29 Email 2 from Tomasic to Treadway re: potential privileged emails | | | |
| 635 | 2016-08-29 Email from Treadway to Tomasic re: potential privileged emails | x | x | |
| 636 | 2011-10-25 Praeses emails re: Free and Private FPD calls | | | |
| 637 | 2013-07-29 SM Investigation - Catalyst | x | x | **Wamble** |

# DEFENDANT'S EXHIBIT LIST

## US v. Black, et al., Case No. 2:16-cr-20032-JAR

| | | | | |
|---|---|---|---|---|
| 638 | 2016-01-20 Tomasic Welch emails re: A/C calls, privilege, waiver **(DUP OF SM EXH 1153)** | | | |
| 639 | 2016-01-20 Welch Tomasic emails re: A/C calls, privilege, waiver | x | x | **Tomasic** |
| 640 | 2016-01-21 Welch Tomasic emails re: A/C calls, privilege, waiver | | | |
| 641 | 2016-01-22 AUSA email exchanges re: A/C calls, privilege, waiver | x | x | **Tomasic** |
| 642 | 2017-03-10 Rask email to Metzger re: responsive materials due 2017-02-28 for litigation hold | x | x | **Metzger** |
| 643 | 2016-06-28 CCA emails re: CCA calls | | | |
| 644 | 2016-07-12 Boyd Stokes emails re: CCA Video, Index of each DVR, Camera Roster **(DUP OF SM EXH 1078)** | x | x | **Boyd** |
| 645 | 2016-08-24 AUSA email exchange re: Threat Case on Dave Zabel | | | |
| 646 | 2016-08-24 USMS AUSA email exchange re: Threat Case on Dave Zabel, A/C calls privilege, waiver | | | |
| 647 | 2016-12-05 Barnett email re: agents found additional calls | | | |
| 648 | RESERVED | | | |
| 649 | 2016-12-15 CAA Inmate Atty Verification Form | | | |
| 650 | 2016-12-23 Flannigan email re: Report of the Special Master | | | |
| 651 | 2017-01-12 Barnett email re: Litigation Hold | x | x | **Metzger** |
| 652 | 2017-03-07 Zabel email to Treadway re: Moran and Rule 16(a)(1)(B) | | | |
| 653 | 2017-06-19 Allman Slinkard emails re: Black Notice of Correction | | | |
| 654 | 2017-06-20 Dertinger Motion Hearing Notice | | | |

## DEFENDANT'S EXHIBIT LIST

## US v. Black, et al., Case No. 2:16-cr-20032-JAR

| | | | | |
|---|---|---|---|---|
| 655 | 2017-07-11 Metzger Beall email re: response to the Special Master | x | x | |
| 656 | 2018-10-03 Declaration of Fernando Hurtado | x | x | |
| 656A | Puede | x | x | |
| 657 | 2018-03-08 Securus call log – Wood | | | |
| 658 | 2018-09-15 CCA Securus Users List | | | |
| 659 | 2018-09-18 Barnett response to Cohen re: SM Subpoena Paragraph 11 and 12 | x | x | **Barnett** |
| 660 | Beall memo re: Request for Office Wide Recusal, *US v. Black* **(DUPLICATE OF SM EXH 1183)** | x | x **(under seal)** | |
| 660A | Screenshot of Beall memo dated 2016-10-12 re: Request for Office Wide Recusal, *US v. Black* | x | x **(under seal)** | |
| 661 | 2017-01-18 Emails re: Wichita DEA Response, recorded jail calls | | | |
| 662 | 2016-12-12 USAO emails re: Litigation Hold | | | |
| 663 | 2016-12-09 USAO emails re: Searching IMs | | | |
| 664 | 2016-11-18 USAO emails re: Revised Litigation Hold | x | x | |
| 665 | 2018-09-26 Cahill letter re Touhy response - Seubert | | | |
| 666 | Zabel Memo re Herrera-Zamora calls and Moran | x | x | **Zabel** |
| 667 | 2018-09-14 Securus Screenshots | x | x | **Martin** |
| 668 | Securus Call Access - Reulet | | | |
| 669 | 2016-08-31 Slinkard Email re: Special Master and Computers; 2016-09-07 Slinkard email to Barnett re: Old Hard Drives | | | |

## DEFENDANT'S EXHIBIT LIST

## US v. Black, et al., Case No. 2:16-cr-20032-JAR

| | | | | |
|---|---|---|---|---|
| 670 | 2017-12-29 Catania email to Metzger re: Assistance | x | x | Catania |
| 671 | 2016-07-15 Interpreters Invoice for Zabel JHZ | | | |
| 672 | 2015-07-29 Tomasic email to Welch re: Professional Responsibilty Question | | | |
| 673 | Flannigan Memo to Rask re: Ashley Huff call | | | |
| 674 | 2017-05-22 Beall email to Rask re: Black Order | | | |
| 675 | 2017-05-17 Rask memo re: Tomasic JHZ | | | |
| 676 | Spreadsheet of Rapp calls | | | |
| 677 | 2016-12-06 Treadway email re: Filter Team Training | x | x (under seal) | Gelfand |
| 678 | 2016-09-20 Boyd email re: Taint Review Form | | | |
| 679 | 2016-09-08 Treadway PRAO emails re: Filter Teams | | | |
| 680 | 2017-05-24 AUSA emails re: Tomasic Req to Supp Record | | | |
| 681 | 2016-12-06 Beall email to All re: Filter Team Training | x | x | |
| 682 | 2016-10-26 Treadway email re: Def 41(g) Motion | | | |
| 683 | 2016-11-29 Treadway email re: Melanie Morgan Response | | | |
| 684 | 2016-05-16 Metzger Rask emails re: Tomasic Notebook | | | |
| 685 | 2017 May Revision - Procedure for Requesting and Using Recorded Inmate Phone Calls, Video and Emails in Criminal and Civil Cases | | | |
| 686 | 2017-06-30 Email from Beall to Special Master re: Response | | | |

Updated 2019-03-08 – 12:40 PM

# DEFENDANT'S EXHIBIT LIST

## US v. Black, et al., Case No. 2:16-cr-20032-JAR

| | | | | |
|---|---|---|---|---|
| 687 | *US v. Reulet* - In Camera Submission Related to the U.S.'s Response in Opposition to Defendant's 41g Motion | | | |
| 688 | Black Special Master Subpoena Response – Hunt (Zabel Threat Investigation) | | | |
| 689 | 2016-08-24 Hunt Email to Chris Johnson re: Threat Case on Dave Zabel, jail calls preamble – no A/C privilege | x | x (under seal) | Hunt |
| 690 | 2016-08-24 Hunt Email to Barnett, Flannigan and Zabel re: email to Picerno to privatize | x | x (under seal) | Hunt |
| 691 | Barnett Handwritten Notes | x | x | Barnett |
| 692 | Slides regarding Treadway and Reynal | x | X | Treadway |
| 693 | Slides regarding Treadway and Metzger/Grimes | x | x | Treadway |
| 694 | 2017-07-11 Beall email to Special Master re: procedure for requesting and using recorded inmate phone calls | | | |
| 695 | 2017-05-26 Beall email regarding new procedure requesting and using recorded inmate phone calls | x | x (under seal) | |
| 696 | RESERVED | | | |
| 697 | RESERVED | | | |
| 698 | RESERVED | | | |
| 699 | RESERVED | | | |
| 700 | 2017-12-28 Beall letter to Brannon re: response to Brannon 2017-12-19 request for ID of attorneys, agents, who accessed A/C communication | x | x | |
| 701 | 2017-07-27 Brannon letter to Beall and Barnett re: A/C phone calls | x | x | |
| 702 | 2017-12-19 Brannon letter to Beall re: request for ID of attorneys, agents, who accessed A/C communication | x | x | |
| 703 | 2016-08-17 Flannigan email re: CCA phone system, hearing allegations, fact finding **(DUP OF SM EXHs 1020, 1055 and 1082)** | x | x | |
| 704 | 2016-11-17 Oakley email to Special Master re: Inventory, response to SM questions | x | x | |

# DEFENDANT'S EXHIBIT LIST

## US v. Black, et al., Case No. 2:16-cr-20032-JAR

| | | | | |
|---|---|---|---|---|
| 705 | 2014-02-26 Kaiser email to Collins re: Devosha CCA subpoena | | | |
| 706 | 2017-03-13 Email fr Emily Metzger | | | |
| 707 | 2016-04-01 Email fr Trent Krug | | | |
| 708 | 2016-09-05 Email fr Erin Tomasic | | | |
| 709 | 2016-09-06 Email fr Scott Rask | | | |
| 710 | 2016-09-30 Email fr Kim Flannigan | | | |
| 711 | 2016-11-08 Email fr Erin Tomasic | | | |
| 712 | 2017-03-27 Email fr Emily Metzger | | | |
| 713 | 2017-05-01 Email fr Scott Rask | | | |
| 714 | 2016-08-23 Email fr Emily Metzger | | | |
| 715 | 2019-01-11 USAO Phone Production Inventory List | | | |
| 715A | 2019-02-14 Updated USAO Phone Production Inventory List | | | |
| 715B | Additional Requests for Recorded CCA Inmate Calls | | | |
| 715C | Spreadsheet Comparison of USAO and FPD Phone Requests | | | |
| 716 | 2012-08-17 Chris Oakley Email re: Kurt Kerns | | | |
| 717 | Kurt Kerns Affidavit | | | |
| 718 | 2016-03-31 AUSA Krug Request for Villa-Valencia Calls | | | |

# DEFENDANT'S EXHIBIT LIST

## US v. Black, et al., Case No. 2:16-cr-20032-JAR

| | | | | |
|---|---|---|---|---|
| **718A** | Stipulation re: Sara Gardner summary of Villa-Valencia Calls | | | |
| **719** | Michelle Reulet Subpoenas | | | |
| **720** | Request for Quentin Lawton Phone Calls | | | |
| **721** | 2016-05-25 Email fr Tanya Treadway requesting Reulet calls | | | |
| **722** | 2014-05-24 Email exchange between Tomasic, Zabel and Diaz | | | |
| **723** | 2014-01-29 Email fr Collins to Hoffer re: Griffin calls | | | |
| **724** | 2019-01-16 FPD Letter to McAllister and Slinkard | | | |