## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF KANSAS
### (Kansas City Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   **Case No. 16-20032-JAR** |
| | ) |
| LORENZO BLACK, | ) |
| KARL CARTER, | ) |
| ANTHON AIONO, | ) |
| ALICIA TACKETT, and | ) |
| CATHERINE ROWLETTE, | ) |
| and | ) |
| DAVID BISHOP, | ) |
| | ) |
| **Defendants.** | ) |

## GOVERNMENT'S AMENDED EXHIBIT LIST

The United States of America by and through the undersigned, First Assistant United States

Attorney Duston J. Slinkard, submit the following attached amended list of exhibits for the

government's case in the above referenced matter.

Respectfully submitted,

STEPHEN R. MCALLISTER
United States Attorney


s/ Duston J. Slinkard
DUSTON SLINKARD
First Assistant United States Attorney
444 SE Quincy, Suite 290
Topeka, KS  66683
Tele:   785-295-2850
Fax:    785-295-2853
duston.slinkard@usdoj.gov
Ks S.Ct.No. 21294

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2019, the foregoing was electronically filed with the

clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record in the above-captioned case.

s/ Duston J. Slinkard
DUSTON SLINKARD
First Assistant United States Attorney

2

## GOVERNMENT'S AMENDED EXHIBIT LIST

**U.S. v. Alonzo Black, et al.**
**Case No. 16-20032-JAR**

| Exh. | Description | Witness | ID | Offered | Admitted |
|---|---|---|---|---|---|
| 1 | CCA acknowledgment form regarding "Monitoring of Inmate/Detainee Telephone Call" form | Lori Harrison | | | |
| 2 | CCA Inmate Handbook | Lori Harrison | | | |
| 3 | Photograph of sign at CCA above Securus phone | Wayne Bigelow | | | |
| 4 | Photograph of sign on CCA phone | Wayne Bigelow | | | |
| 5 | Photograph of sign on CCA phone | Wayne Bigelow | | | |
| 6 | Photograph of Securus Sign | Wayne Bigelow | | | |
| 7 | Screenshot of Securus computer system showing "block" calling restriction | Wayne Bigelow | | | |
| 8 | Copies of e-mails from SAUSA Erin Tomasic to counsel regarding CCA video recording | | | | |
| 9 | E-mail from CCA to USAO sending camera index | | | | |
| 10 | E-mail from Erin Tomasic to Rick Johnson | | | | |
| 11 | CCA acknowledgment forms for all 40 inmates whose calls were obtained | | | | |
| 12-21 | SEALED | | | | |
| 22 | Barnett-Brannon e-mail exchange re: CCA recordings of attorney/client meetings | -- | | | |
| 23 | Tomasic e-mail re: CCA surveillance footage | Tomasic | | | |
| 24 | Rokusek-Tomasic e-mails on August 4, 2016 | Tomasic | | | |
| 25 | E-mail traffic re attorney-client meetings | Tomasic | | | |
| 26 | Barnett e-mail re CCA warden's response re: video of attorney-client meetings | Tomasic | | | |
| 27 | Rokusek privilege assertion and resulting e-mail traffic | Tomasic | | | |
| 28 | Tomasic-Rokusek e-mail traffic re viewing CCA video | Tomasic | | | |

| Exh. | Description | Witness | ID | Offered | Admitted |
|---|---|---|---|---|---|
| 29 | CM/ECF notification re filing of Dkt. #82 | Tomasic | | | |
| 30 | E-mail traffic re CCA video and audio | Tomasic | | | |
| 31 | CM/ECF notification re filing of Dkt. #85 | Tomasic | | | |
| 32 | Table showing events related to Rokusek privilege assertion | | | | |
| 33 | E-mail traffic regarding attorney-inmate telephone calls | Tomasic | | | |
| 34 | Docket #82: FPD Rule 41(g) motion | Tomasic | | | |
| 35 | Docket #85: FPD amended Rule 41(g) motion | Tomasic | | | |
| 36 | Docket #146: Special Master Appointment Order | Tomasic | | | |
| 37 | Docket #253: Phase III Order | Tomasic | | | |
| 38 | Docket #214: Special Master Report | Tomasic | | | |
| 39 | Docket #298: Special Master Report | Tomasic | | | |
| 40 | E-mail Chris Oakley and Agents regarding jail calls | | | | |
| 41 | E-mail 8/4/2016 | | | | |
| 42 | E-mail Maria Gallup to Ryan Roberts USMS Regarding Calls | | | | |
| 43 | Page from Def. Exh 562A (Black Phone Data) | | | | |
| 44 | Subpoena to produce documents, information or objects in a criminal case to USA | | | | |
| 45 | Email from 8/21-24/2018 regarding subpoena | | | | |
| 46 | Email from Duston Slinkard 10/11/2018 | | | | |
| 47 | Declaration of Roger D. Moore, Jr., WDMO Case # 4:16-cv-00947-SRB Admitted by Order, Doc. 742 | | | | |