# In the United States District Court
# for the District of Kansas

**United States of America**,

                Plaintiff,

v.

                                                      Case No. **16-cr-20032-JAR-02**

**Karl Carter,**

                Defendant.

## Motion to Admit Exhibit
## Out of Time

On March 21, 2019, the Court closed the record in this case.[1] On March 25, 2019, counsel received an email from the government, with handwritten notes attached. The government explained, "AUSA Scott Rask took [these notes] during a June 19, 2017 telephone conference involving USAO officials and the Special Master." Further, "the notes themselves were not part of the USAO production related to the Special Master's August 17, 2018 subpoena duces tecum.  Accordingly, I am producing them now."[2] The government does not object to the Court admitting this exhibit out of time.

---

[1] D.E. 725.
[2] An email message referring to these notes had been produced, but not the notes attached to the email.

This exhibit shows three things relevant to issues before this Court. First, as early as June 19 of 2017, the Kansas USAO discussed with the Special Master whether an entity other than the Kansas USAO should perform the search of USAO records.



Still need to filter
- Q of who will do it
  • Our office?
  • DOJ?
  • Another district?

Second, the notes demonstrate that EOUSA would need to approve and perform the search of Kansas USAO "data", not just email accounts, and that review would be done by EOUSA rather than by the individual AUSAs within the District of Kansas USAO.



Will need approval from EOUSA Director to "search" people's data under applicable USAP
- Search done by IT staff at EOUSA

Third, as of June 19, 2017, the USAO was on notice that CCA's phone system, administered by Securus, was "messed up", and "CCA doesn't employ it well or correctly." The USAO was relying on a system that was "not working rt."



## Conclusion

The FPD's proposed exhibit is attached for this Court's review. We ask the Court to admit it as relevant to issues pending before the Court.

Respectfully submitted,

s/ Melody Brannon
MELODY BRANNON #17612
Federal Public Defender
for the District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: 785-232-9828
Fax: 785-232-9886
E-mail Address: Melody_Brannon@fd.org

## **CERTIFICATE OF SERVICE**

I certify that on April 1, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the Special Master and all parties, including Movant Parties and Interested Parties .

s/ Melody Brannon
Melody Brannon