6-19    Mtg w/ S.M.
How get what is needed?
- Erin's letter creates complications + potential conflict issues

Adopt search terms
- How about removing "Group 3" terms?

Still need to filter
- Q of who will do it
  • Our office?
  • DOJ?
  • Another district?

Request for Info (Production/Interrogatories)
- Looking for specific information that should get most of the data that is sought through email searching

Will need approval from EOUSA Director to "search" people's data under applicable USAP
- Search done by IT staff at EOUSA

=

Black G.J. transcripts
- Okay to disclose to S.M. or need order under 6(e)?

=

Ever get link to Securus platform & calls?

=

Remediation?
- How broadly share policy of filtering?
- Ability to explain process associated w/ filtering

DEFENDANT'S EXHIBIT
725
16-20032-02-JAR

- When were taint teams utilized?
- A taint team for phone calls?
  No

=

Clarify on fn 7 in S.M. appointment

=

Shared memo of interview w/ Erin & S.M. read it
- Did it, failed to disclose it, remorse

=

Securus has a messed-up system, b/c CCA doesn't employ it well or correctly
- Relying on a system not working rt.