IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF KANSAS

FILED

APR 0 4 2019

TIMOTHY M. O'BRIEN CLERK
By_____Deputy

| | |
|---|---|
| MICHAEL A. GARRETT, individually and interested party, Plaintiff, | ) ) CASE NO's. ) RE: |
| V. | ) 17-CV-02320-JAR-JPO ) and |
| CORE CIVIC, INC., f/k/a CORRECTIONS CORPORATION OF AMERICA, and SECURUS TECHNOLOGIES, INC., Defendants. | ) 16-CR-20032-JAR ) ) UNDER CLERK FILING RULE 25(A)(2)(b) ) ASHLEY HUFF and GREGORY RAPP V. ) CORE CIVIC(CCA) and SECURUS TECH. UNITED STATES V. BLACK |

MOTION FOR DISCOVERY and RETURN OF
SEIZED PROPERTY
under Fed.R.Crim.P.41 (g)

Comes now MICHAEL A. GARRETT, under the penalty of perjury, a Pro-Se litigant that is a inmate in Federal Custody located at United States Penitentiary Lompoc(FCC), in Lompoc, California.
By a declaration and in compliance with 28 USC 1746 are requesting that this court give relief based on Government's procurement and possession of Audio/Video recordings of attorney-client communications, despite the fact that the property is not being held for any means of prosecution.
Under Rule 41(g) because no criminal proceeding is pending, Equitable Civil Action becomes a method of relief.
SEE: United States v. Ortiz, nos.96-6138, 96-6155, 1997 U.S. App. Lexis 6330(10thCir. April 3, 1997)
SUMMARY... The plaintiff has suffered irreparable harm due to the fact that the Government Attorney in question that is and was responsible party at the dates and times in question was employed by the Missourri Western District., Erin Tomasic (SAUSA), but on special asignment to the Kansas District Court for the cases captioned above.
The above captioned cases have been most recently captioned under case United States V. Carter. Mr. Garrett is seeking under Rule 41(g) to join that motion with all similarly related motions and proceedings pending in United States V. Carter.
Mr. Garrett was charged and convicted within the Missourri Western District April thru December of 2016, were SAUSA Erin Tomasic was employed . Due to that fact Garrett is victim of irrebarrable harm because Erin Tomasic had audio/video, and phone recordings of Garrett with out consent of himself or counsel. The audio/video was of Attorney visits on 3 different occassions while housed at C.C.A. f/k/a Core Civic of America along with phone calls to counsel of defense James Spies. At the time that the recordings took place were crucial as to Garrett's defense, and were prior to a plea of guilty.
The visits/calls that Garrett are requesting Discovery on took place in April, mid-May, mid-June, and mid-to late July of 2016. SEE: EXHIBITS-A and B

SCANNED
4/5/18 BW

Upon investigation by the courts it has been proven that C.C.A. did record audio/video of counsel visits and phone calls. With that in conjunction with Government Attorney request for that during 2016 information and disseminating recorded Attorney-Client communications violated Attorney -Client privilege and Sixth Amendment Rights.

In this matter there is shurely an inadequate remedy at law due to the disadvantage that Garrett has suffered that is irreparrable as to Due Process within Criminal Law within his criminal case due to the fact that a Missouri Western District AUSA had possession of recordings from C.C.A. were Garrett was housed wether the Government listened/viewed recordings or not.

Special Assistant United States Attorney Erin Tomasic from Missourri Western District along with Kansas District AUSA Kim Flannigan used video recordings obtained illegally from C.C.A. while Michael A. Garrett was housed there durring Attorney visits, and phone calls that fall under , Wire Tap Interception laws.

CONCLUDING...        Under Fed.R.Crim.P.41(g) Mr.Garrett is requesting the return of information based on information and belief that the Government was in possession of audio/video recordings of the Attorney-Client meeting rooms at C.C.A., intruding into privileged, confidential communications of attorneys and clients housed at C.C.A.

With respect to the court, the extent to which the USAO and or Law Enforcement obtained recordings of audio/video made by inmates and the extent to which the USAO was not entitled to obtain those recordings.

Furthermore Mr.Garrett ask that this court take a liberal approach when considering this motion Pro-Se and if needed or benificial to achieve relief to assume this motion as a Motion To Dismiss The Indictment. If necessary it is sufficient because of the Government's use of the Attorney-Client video recordings obtained in the BLACK, HUFF, and CARTER cases with allegations of Prosecutorial Misconduct.

Michael A. Garrett prays that this court will Grant relief by issuing the Discovery, and or allowing him to join the above captioned motions with all similarly related motions and proceedings pending in United States V. Carter.

RE: United States V.Copeman,458F.3d 1070,1071(10thCir.2006)
    United States V.Rowlette December 1,2016 Judge Julie A.Robinson

RESPECTFULLY SUBMITTED,

SIGNATURE: *Michael Garrett*

DATE: 4-1-2019

# Certificate of Service

I, __MICHAEL A. GARRETT__ hereby certify that I have served a true and correct copy of the following by placement in the inmate mail:

> MOTION FOR DISCOVERY and RETURN
> SEIZED PROPERTY
> under Fed.R.CRIM.P.41 (g)

Under Clerk Filing Rule 25(A)(2)(b)
Furthermore so that this Pro-Se Motion be FORWARDED to necessary personnell.

Service of process is deemed complete at the time of delivery to the United States Postal Service for forwarding to the Court. **Houston v. Lack 101 L.Ed.2d 245 (1988)** confirms that by such service upon the parties to litigation and or his/her attorney of record, by placement in a sealed, postage prepaid envelope addressed to:

> Clerk of Court c/o
> The United States District Court Of Kansas
> 500 North 5th Street
> KANSAS CITY, KANSAS 66101

and deposited in the United States Mail maintained by the United States Penitentiary Lompoc; Lompoc, California, all requirements of service of process required by law have been fulfilled this:

____1____ day of __April__ 20__19__

MICHAEL GARRETT #
United States Penitentiary
3901 Klein Boulevard
Lompoc, CA 93436-2706

(Name) _Michael Garrett_

06202-045
Bureau of Prisons Register Number

# UNITED STATES PROBATION AND PRETRIAL SERVICES OFFICE
WESTERN DISTRICT OF MISSOURI

KEVIN F. LYON
CHIEF U.S. PROBATION OFFICER

Gary L. Broyles
DEPUTY CHIEF U.S. PROBATION OFFICER

400 E. 9th STREET, SUITE 4510
KANSAS CITY, MO 64106
816-512-1300
1-888-609-7664 (TOLL FREE)
816-512-1313 (FAX)

80 LAFAYETTE STREET, SUITE 1230
JEFFERSON CITY, MO 65101
573-634-3253
1-800-550-8012 (TOLL FREE)
573-634-4908 (FAX)

222 N. JOHN Q. HAMMONS PARKWAY,
SUITE 1200
SPRINGFIELD, MO 65806
417-831-4494
1-800-333-3770 (TOLL FREE)
417-864-6583 (FAX)

REPLY TO: KANSAS CITY

October 21, 2016

Mr. James L. Spies
Attorney at Law
753 State Avenue, Suite 654
Kansas City, KS 66101

            **Re: Garrett, Michael**
            **Case No. 16-00137-01-CR-W-HFS**

Dear Mr. Spies:

Enclosed is the preliminary Presentence Investigation Report, a copy of which has been forwarded to your client and government counsel. Please review the report with your client. (If your client is in custody, we suggest you contact the U.S. Marshals Service to determine where he is being held.)

Information regarding Local Rule 99.8 governing guideline sentencing, can be located on Western District of Missouri's website at http://www.mow.uscourts.gov/district/rules.html (click "Local Rules").

Any objections by either defendant or the government to the preliminary Presentence Investigation Report should be submitted, in writing, to the Probation Office, with a copy to opposing counsel, **no later than November 4, 2016.**

The Probation Officer will conduct any necessary additional investigation and make revisions to the Presentence Investigation Report as may be appropriate. The officer may request you to meet with him/her to discuss any unresolved factual or guideline issues.

After the Probation Officer has completed the Presentence Investigation Report, it will be submitted to the Court. That report will be accompanied by an addendum, which shall set forth (1) any objections that counsel or defendant have raised in writing which remain unresolved, and (2) the comments of the Probation Officer. Sentencing will then be set no less than 7 working days from the date of transmittal, unless that time frame is waived by defendant and counsel.

                   Sincerely,

                   Bradley A. Cox
                   U.S. Probation Officer

BAC:skj
Enclosures
cc: Mr. Justin Davids, Assistant U.S. Attorney
  →Mr. Michael Garrett, CCA-Leavenworth Detention Center, 100 Highway Terrace,
   Leavenworth, KS 66048

EX-B

# THE LAW OFFICE OF
# JAMES L. SPIES, P.A.



BARNETT BUILDING
816 ANN AVENUE
KANSAS CITY, KANSAS 66101

June 22, 2016

Michael A. Garrett, INMATE #06202-045
C.C.A.
100 Highway Terr.
Leavenworth, KS 66048

    Re:    **United States of America v. Michael Garrett**
             **Case No.:    16-00137-01-HFS**
             **My File No.:  1125.01**

Dear Michael:

    As requested, please find enclosed with this letter a memorandum of law regarding the pending sentencing reform bills in the U.S. Congress. I trust this answers your questions. As for the plea agreement, specifically a provision that you will not have to pay a fine, I am still waiting for the U.S. Attorney's office to forward me their proposed document. As soon as I get it I will forward a copy to you. In the meantime, please do not hesitate to call me if you have any questions or concerns.

                                          Sincerely,

                                          James L. Spies
                                          Attorney at Law

---

(913) 371-9595 - Office   •   (913) 488-7100 - Mobile   •   (913) 342-2016 - Fax
*Licensed in Kansas & Oklahoma*   •   JLSpies@att.net   •   *www.aggressivecriminallaw.com*

Mr. Mich
Reg. 06202
United States Penitentiary Lompoc
3901 Klein Blvd
Lompoc, CA. 93436

7016 0910 0002 3095 6489



RECEIVED
APR 04 2019
CLERK, U.S. DISTRICT
KANSAS CITY, KS

⇔06202-045⇔
Clerk Of Court
500 North 5TH Street.
U.S. District Court KCK.
Kansas CITY, KS 66101
United States

LEGAL
Mail