

Tywan A. Poole #25194-045
United States Penitentiary Lompoc
3901 Klein Boulevard
Lompoc, California 93436

(LEGAL MAIL)

⇔25194-045⇔
Kansas Us District Court
500 N 5TH ST
Kansas CITY, KS 66101
United States

RECEIVED
APR 16 2019
CLERK U.S. DISTRICT COURT
KANSAS CITY, KANSAS

SANTA BARBARA CA 931
10 APR 2019 PM 2 L