# In the United States District Court for the District of Kansas

---

**United States of America**,

                Plaintiff,

v.

                Case No. **16-cr-20032-JAR-02**

**Karl Carter,**

                Defendant.

---

## Notice of the Parties' Joint Submission of Pending *Black*-Related § 2255 Cases

Pursuant to the Court's Findings of Fact and Conclusions of Law (Doc. 758) filed on August 13, 2019, the Federal Public Defender's Office and the United States Attorney's Office jointly submit the attached list of pending *Black*-related § 2255 cases.

Respectfully submitted:

s/ Melody Brannon
Melody Brannon #17612
Federal Public Defender
for the District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: (785) 232-9828
E-mail: Melody_Brannon@fd.org

s/ Duston Slinkard
Duston Slinkard, #21294
First Assistant United States
Attorney
444 S.E. Quincy
Topeka, KS 66683
Phone: 785-295-2850
Fax: 785-295-2853
Email: duston.slinkard@usdoj.org