# ATTACHMENT 4

| | |
|---|---|
| **From:** | Slinkard, Duston (USAKS) |
| **To:** | "Melody Brannon" |
| **Cc:** | McAllister, Stephen (USAKS); Clymer, Steven D. (USANYN); "Kirk Redmond" |
| **Subject:** | RE: Phone Discovery Project |
| **Date:** | Thursday, November 15, 2018 4:47:00 PM |
| **Attachments:** | Inmate Calls Discovery Project.xlsx |

Also, here is the spreadsheet as it stands as of today.

Duston J. Slinkard, FAUSA
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

---

**From:** Slinkard, Duston (USAKS)
**Sent:** Thursday, November 15, 2018 4:44 PM
**To:** 'Melody Brannon' <Melody_Brannon@fd.org>
**Cc:** McAllister, Stephen (USAKS) <SMcAllister@usa.doj.gov>; Clymer, Steven D. (USANYN) <SClymer@usa.doj.gov>; Kirk Redmond <Kirk_Redmond@fd.org>
**Subject:** RE: Phone Discovery Project

Melody,

Sorry for not getting back to you yesterday on this, I was involved with employee interviews a substantial portion of the day.

As I said in my message to you with the spreadsheet on Monday:

2.      To this stage I have been primarily focused on trying to identify the defendants for which we knew we had calls and identifying what we had, as opposed to collecting anything. For those case where did obtain calls, do have calls, do have calls detail reports, we are willing to get you copies of all such and can discuss how best to do that. That has just not been the initial focus.

As such, we have not moved or collected any calls or derivative information (nor have we to date identified any derivative information of calls between an inmate and attorney beyond the material regarding Michelle Reulet, previously disclosed).  We have discussed your proposal put forth by e-mail on October 22nd, and would respond to it as interlineated in red below:

Specifically, we propose that in each case in which your office identifies attorney-client phone calls in response to our phone discovery motion,

1.      Your office will inform our office in writing:
a.      How the recordings were obtained; Yes, if we know, or confirming that we have been unable to determine.
b.      Whether the recordings (or their contents) were disseminated to any other entity or

individual; Yes, if we know, or confirming that we have been unable to determine.

c.        That the physical media and derivative information is being provided to our office; and Yes as to copies of all such that we can identify and locate.

d.        That you have destroyed any copies. Here we would propose to destroy any copies within the Kansas United States Attorney's Office, but maintain copies segregated and sequestered in the custody of the Executive Office for United States Attorneys at Main Justice in Washington D.C. and not made available to anyone for any purpose. This would maintain the records for any future litigation needs while preserving their privacy. Please note that in most instances any calls that you have identified as being between inmates and attorney phone numbers will be comingled with other calls that could have potential evidentiary value. It is unknown if future litigation needs would ever create need for such calls to be subjected to filter review, but they would remain preserved in the event circumstances ever so required.

2.      Our office will, in turn:
a.      Accept the material; Agreeable
b.      Preserve and maintain it in the event it is needed for future litigation; and
c.       Notify any other attorney involved. Agreeable. You do not specifically say, but if your intent is to provide copies of or access to the materials to any such affected attorney, that is also agreeable to us.
d.      We will not construe the return of phone calls as an admission that the calls or derivative material contained privileged or protected content. Agreeable

3.      Our offices will then jointly file an accounting with the Court in Black/Carter and in the original case. Agreeable

In each case in which your office identifies no attorney-client phone calls in response to our phone discovery motion, we ask that you inform our office in writing of that fact. Agreeable.

Duston J. Slinkard, FAUSA
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

---

**From:** Melody Brannon <Melody_Brannon@fd.org>
**Sent:** Tuesday, November 13, 2018 7:45 PM
**To:** Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>
**Cc:** McAllister, Stephen (USAKS) <SMcAllister@usa.doj.gov>; Clymer, Steven D. (USANYN) <SClymer@usa.doj.gov>; Kirk Redmond <Kirk_Redmond@fd.org>
**Subject:** RE: Phone Discovery Project

Duston,

Thank you, and we have a number of follow-up questions. But for now, the most pressing is whether

you have done anything to preserve and sequester the calls and any derivative evidence that you have identified so far. This is a separate issue from production to us or the Court. Is this material still available to AUSAs or agents? If not, when was it segregated and how?

We proposed a procedure for production once you identified any cases. Perhaps we can discuss that tomorrow.

Thanks.

Melody

---

**From:** Duston Slinkard
**Sent:** Monday, November 12, 2018 3:23 PM
**To:** Melody Brannon <Melody_Brannon@fd.org>
**Cc:** Stephen McAllister <Stephen.McAllister@usdoj.gov>; Clymer, Steven D. (USANYN) <Steven.D.Clymer@usdoj.gov>
**Subject:** Phone Discovery Project

Melody,

Attached is the spreadsheet where I have been collating information. A couple of explanations:

1. All affirmative answers as firm, but I consider all negative answers to be tentative. By that I mean, the only way we know a negative answer is when we have not found any evidence that we obtained calls or knew about calls being obtained. As I continue to search, speak with agents, and the like, if I find evidence we did get something for which I had previously not been able to find anything, I will of course update and correct any nos' to yes's
2. To this stage I have been primarily focused on trying to identify the defendants for which we knew we had calls and identifying what we had, as opposed to collecting anything. For those case where did obtain calls, do have calls, do have calls detail reports, we are willing to get you copies of all such and can discuss how best to do that. That has just not been the initial focus.
3. This remains a work in progress, and due to conflicting time commitments some of my inquiries on your second batch of names went out recently and I have no obtained responses. As such, while I wanted to get this to you now, I will continue to update and hope to have more filled-in and to you before this week's hearing.

Thank you,
Duston J. Slinkard, FAUSA
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

| Name | Case No | AUSA | Obtained in CCA Invest. | Obtained in Case by, through, or known to USAO | Have Request | Have Call Detail | Have Calls | Notes / Derivative Information |
|---|---|---|---|---|---|---|---|---|
| Alvarez, Joshua | 14-20096-JAR | Zabel, Brown, Capwell, Gurney, Tomasic, Wood | No | No | | | | Nothing found, but calls on Olea-Monarez were to investigate possible threats to this def. |
| Bauman, Chad | 12-20083--22-KHV | Barnett, Brown, Maag, Capwell, Guerney, Morehead | No | Yes | | | | Yes |
| Benton, Wayne | 15-20075-CM | Morehead, Brown, Wood | No | No | | | | |
| Blackburn, Stephen | 09-20133-12-JWL | D. Smith, Rask, Maag, Gurney, Flannigan, Allman | No | No | | | | |
| Blakney, Martez | 15-20086-CM | Brown, Capwell, Morehead, A. Smith | No | Wyco pre-charge | | | | |
| Booker, John Booker | 15-40030-CM | Mattivi, Corlett, Maag, Magnone, Parecki, D. Smith | No | Yes, but see note | No | No | No | Calls obtained by Mark Thomason post-plea, not by government |
| Brown, Vernon | 12-20066-KHV | Morehead, Brown, Maag, Zabel, Gurney, Capwell | No | Yes | Yes | | | |
| Burres, Robert | 14-40023-DDC | Hendershot, Gurney, Slinkard, Sommer | Yes | No | | | | Calls and materials from CCA Investigation given to the Court |
| Cartwright, James | 16-20033-CM | Catania, A. Smith | Yes | No | | | | Calls and materials from CCA Investigation given to the Court |
| Catrell, Ronald | 11-20125-CM | Oakley, Brown, Gurney | No | | | | | |

| Name | Case | Attorneys | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Catrell, Ronald | 13-20102-CM | Oakley | No | | | | | |
| Chirinos, Juan | 12-20112-CM | Krug, Maag, Brown, Gurney | No | | | | | |
| Clark, Enoch | 14-20130-02-JAR | Morehead, Sommer, Wood | Yes | Yes | Yes | Yes | Yes | Calls and materials from CCA Investigation given to the Court |
| Clifton, Julie | 14-20014-02-KHV | Brown, Capwell, Catania, Gurney, Tomasic, Ward | No | Yes | Yes | Yes | Yes | |
| Collins, Charles E. II | 13-40095-JAR | Hough | No | No | | | | |
| Contreras, Milton | 15-mj-08037 | Flannigan | No | | | | | |
| Davis, Henry | 13-40115-02-JAR | Brown, Maag | No | No | | | | |
| Dillow, Stephen | 14-20028-CM | Zabel, Oakley, Tomasic, Brown, Capwell | No | Yes | Yes | | | |
| Dixon, Dalevon | 14-20130-JAR | Morehead, Sommer, Wood | No | Yes | Yes | Yes | Yes | |
| Ewing, Robert Benjamin Isaac | 13-40005-JAR | Slinkard, Hendershot, Wood | No | No | | | | |
| Faulkner, Lee | 14-20096-JAR | Zabel, Tomasic, Brown, Capwell, Gurney, Sommer, Wood | No | No | | | | |
| Felix-Gamez, Ricardo | 15-20042-CM | Ward, Brown, Capwell, Gurney | No | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Fitzpatrick, Vashawn | 10-40085-RDR   12-40089-JAR | Hendershot, Gurney | No | | | | | |
| Fondren, Kevin | 14-20011-02-KHV | Brown, Maag, Morehead | No | Yes | Yes | Yes | Yes | |
| Forbes, Mendy | 13-20041-KHV | Gurney, Oakley, Wamble | No | Yes | Yes, e-mails to USMS | Yes | Yes | Played at Sent. |
| Read-Forbes, Mendy | 12-20099-KHV | Gurney, Oakley, Wamble, Wilson | No | Yes | Yes, e-mails to USMS | Yes | Yes | Played at Sent. |
| Garciga, Lazaro | 12-20066-KHV | Morehead, Maag, Zabel, Brown, Capwell, Gurney | No | No | | | | |
| Giannukos, Jay | 15-20016-CM | Gurney, Morehead | No | Yes | Yes | Yes | Yes | |
| Griffin, Damon | 14-20014-KHV | Brown, Capwell, Catania, Gurney, Tomasic, Ward | No | Yes | Yes | Yes | Yes | |
| Harssfell, Tyrssverd | 14-20134-CM | Morehead, Brown, Wood | No | Yes | Yes | Yes | Yes | |
| Hayes, Dominic N. | 12-20016-CM | Brown, Gurney, Maag, Morehead | No | Yes | | | Yes | |
| Hernandez-Hernandez, Jose Luis | 14-20101-JAR | Oakley | No | | | | | |
| Hohn, Steven | 12-20003-03-CM | Gurney, Morehead | No | Yes | Yes, subpoena | Yes | Yes | |
| Hurtado, Nicholas | 15-20032-CM | Ward, Brown, Capwell, Gurney | No | | | | | |
| Huske, Roy | 14-40037-EFM | Slinkard, Maag, Wood | No | No | | | | |

| Name | Case | Attorneys | | | | | | Notes |
|---|---|---|---|---|---|---|---|---|
| Irvin, Tony (Anthony) | 13-20070-05-CM | Capwell, Gurney, Krug, Zabel | No | Yes | Yes | Yes | Yes | in disseminated discovery |
| Johnson, Booker | 15-40064-DDC | Maag, Wood | No | No | | | | |
| Kearn, Jonathan | 13-40057-JAR | Kenney | No | No | | | | Only detained 3 days pre-deten. hrg and then post-sentencing |
| Kleppin, Chad | 16-40031-DDC | Slinkard, Jacobs, A. Smith | No | No | Yes | No | No | DEA found Admin. Subpoena for calls, but did not find any calls. |
| Knox, Jemel | 14-20022-JAR  15-20103-JAR | Morehead, Sommer, Gurney, Brown | Yes | Yes | Yes | Yes | Yes | Calls and materials from CCA Investigation given to the Court |
| Lamas, Rogelio | 12-20119-CM | Rask, Wilhoft, Brown, Gurney | No | No | | | | We did receive partial Call Log from FPD in 2255 hearing in 2017 |
| Lawton, Quentin | 16-40036-DDC | Maag | No | Yes | None | Yes | Yes | USMS obtained calls on their own as part of investigation |
| Leonard, Kyser | 13-20065-CM | Tomasic, Capwell, Gurney | No | No | | | | |
| Lopez-Lopez, Migel | 15-20008-JAR | Zabel, Tomasic, Brown, Capwell | No | | | | | |
| Lougee, David | 14-20068-CM | Morehead, Ward, Patton, Sommer, Gurney | Yes | No | | | | Calls and materials from CCA Investigation given to the Court |
| Mays, Damian | 12-20141-KHV | Catania, Alford, Krug, Maag, Brown, Grissom, Gurney | No | Yes | No | Yes | Yes | |
| McCall, Johnnie | 10-40005-JAR  13-40018-DDC | Hendershot, Maag, Brown, Wood | No | | | | | |

| Name | Case | Attorneys | | | | | | |
|---|---|---|---|---|---|---|---|---|
| McCarty, John | 14-40129-DDC  14-40121-DDC | Hough, Brown, Capwell, Wood | No | No | | | | |
| McDowell, Gladstone | 09-20133-JWL | Flannigan, Allman, Gurney, Maag, Rask, D. Smith | No | | | | | |
| McPeters, Douglas | 15-20071-CM | Flannigan | No | | | | | |
| Mebane, Darus | 16-20041-JAR | Oakley, Brown, Capwell, Clymer, Davids, Kavanaugh, | No | | | | | D. Kan recused. Handled by WDMO |
| Mendez-Razo, Luis | 11-20115-CM | Zabel | No | No | | | | |
| Miller, Bradley | 13-40025-JAR | Gurney, Mattivi, Maag, Treadway | No | | | | | |
| Mitchell, William D | 13-20051-CM | Capwell, Tomasic, Zabel | No | Yes | Yes | | | |
| Molina, Adan | 09-40041-DDC | Hough, Brown, Capwell, Wood | No | No | | | | |
| Mozingo, Troyton | 12-20016-02-CM | Brown, Gurney, Maag, Morehead | No | Yes | Yes, subpoena | Yes | Yes | |
| Mumford, Cortez | 15-20069-JAR | Morehead, A. Smith | No | No | | | | |
| Muth, Dacco | 14-20063-JAR | Gurney, Tomasic | No | No | | | | |

| Name | Case No. | Attorneys | | | | | | Notes |
|---|---|---|---|---|---|---|---|---|
| Olea-Monarez, Vicencio | 14-20096-JAR | Zabel, Tomasic, Brown, Capwell, Gurney, Sommer, Wood | No | Yes | Yes | | | |
| Orr, Christian Robert | 16-20009-CM | Hunt, Morehead | No | No | | | | |
| Ortega-Flores, Luis | 12-20066-KHV | Morehead, Maag, Zabel, Brown, Capwell, Gurney | No | Yes | | | | |
| Ortega-Flores, Luis | 12-20069-KHV | Catania, Gurney | No | No | | | | |
| Pavone, Shawn | 09-20142-JWL | Zabel | Yes | NO | | | | Calls and materials from CCA Investigation given to the Court |
| Pavone, Shawn | 15-20019-JAR | Catania, Brown, Capwell, Wood | Yes | No | | | | Calls and materials from CCA Investigation given to the Court |
| Phillips, Scott | 14-20001-KHV | Krug | Yes | | | | | Calls and materials from CCA Investigation given to the Court |
| Phommaseng, Petsami | 14-20014-13-JAR 15-20006-JAR 15-20020-JAR | Catania, Tomasic, Ward Capwell, Brown, Gurney, Sommer, Wood | No | Yes | Yes, Ex. 626 | Yes | Yes | |
| Piggie, Frenklyn | 10-20145-CM | Morehead, Gurney | No | No | | | | ON SRV in DKAN w/ new drug case in WDMO, so possibly WDMO |
| Rapp, Gregory | 14-20067-CM | Rask, Brown, Flannigan, Tomasic, Wood | Yes | Yes | Yes | Yes | Yes | Calls and materials from CCA Investigation given to the Court |
| Reulet, Michelle | 14-40005-03-DDC | Gurney, Maag, Mattivi, A. Smith, Treadway | No | Yes | Yes, Admin. Subpoenae | Yes | Yes | Notes, filings |
| Rippey, Chrystal | 14-20019-KHV 18-20057-DDC | Oakley, Wamble | No | Yes | Yes, e-mails to USMS | No | No | Believed turned over in discovery to Tom Bartee |

| Roark, Jeffery | 15-20042-CM | Ward, Brown, Capwell, Gurney | No | | | | | |
| Roberson, Marcus | 06-40066-JAR  11-40078-JAR | Coody, Maag, Zabel, Brown, Mattivi, Warner, | No | No | | | | Suspected of organizing CCA ring but was at BOP by time of investigation |
| Robertson, Antonio | See note | Tomasic | No | Yes | Yes | | | While in on WDMo Case# 13-cr-00084 re: Herrera-Zamora |
| Robinson, Robert | 14-20059-JAR  16-20013-JAR | Flannigan, Wamble, Brown, Capwell | No | Yes | No | Yes | Yes | |
| Robinson, Sarah | 15-20089-CM  15-20077-02-CM | Morehead, Wood | No | No | | | | USMS may have been investigating new crimes at CCA |
| Rockers, Tracy | 12-20003-CM | Morehead, Gurney | No | Yes | | | Yes | |
| Sanders, Brenda | 16-40004-DDC | Jacobs, Mattivi, A. Smith | No | No | | | | |
| Shutts, Shawn | 14-20014-JAR | Catania, Gurney, Brown, Capwell, Tomasic, Ward | Yes | No | | | | Calls and materials from CCA Investigation given to the Court |
| Simons, Lawrence M. | 09-10032-JTM  13-10080-JTM | Metzger | No | Yes | By ATF from Jail | Probably | Yes | Used in pleadings & evid in court |
| Sloan, Clark | 13-40025-02-JAR | Gurney, Maag, Mattivi, Treadway | No | | | | | |
| Smith, Juvon | 12-20066-KHV | Morehead, Maag, Gurney, Brown, Capwell, Zabel | No | FPD did in 2255 | | From FPD from hrg | | |
| Sneed, Shawn | 13-40112-JAR | Maag | No | Yes | Oral - FBI to USMS | Yes | Yes | Yes |

| Name | Case | Attorneys | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sneed, Shawn | 13-40123-02-JAR | Dustin Curry, Maag | No | Yes | Oral-FBI to USMS | Yes | Yes | Yes |
| Soriano, Tino | 12-20072-CM | Catania | No | No | | | | |
| Soto-Areola, Nicholas | 04-40016-JAR | Hendershot | No | | | | | |
| Soto-Camargo, Paola | 14-40128-DDC | Hough, Brown, Capwell, Wood | No | No | | | | |
| Spaeth, Matthew | 14-20068-CM | Morehead, Gurney, Patton, Sommer, Ward | Yes | No | | | | Calls and materials from CCA Investigation given to the Court |
| Steele, Charles | 14-40077-DDC | Brown, Capwell, Maag, Wood | Yes | No | | | | Calls and materials from CCA Investigation given to the Court |
| Stewart, Arlie | 14-20054-JAR | Catania, Tomasic, Gurney | Yes | No | | | | Calls and materials from CCA Investigation given to the Court |
| Stewart, Janaya | 12-40044-DDC | Hendershot, Brown, Slinkard | No | | | | | |
| Tanner, Donta | 16-20043-CM | Morehead, A. Smith | No | | | | | |
| Tatum, Ataven | 12-20066-29-KHV | Brown, Capwell, Gurney, Maag, Morehead, Zabel | No | | | | | |
| Thompson, Anthony | 13-40060-10-DDC | Gurney, Maag, Mattivi | No | No | No | No | No | |
| Tillman, Terry | 13-20070-04-CM | Capwell, Gurney, Krug, Tomasic, Zabel | No | Yes | Yes | Yes | Yes | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| True, David | 14-20068-03-CM | Gurney, Morehead, Patton, Sommer, Ward | No | Yes | Yes | Yes | Yes | |
| Valdez, Hector | 14-20096-JAR | Zabel, Brown, Capwell, Gurney, Sommer, Tomasic, Zabel, Wood | No | No | No | | | |
| Villa-Valencia, Luis | 16-20008-CM | Krug, Gurney | No | Yes | Yes | | | |
| Vincent, Thomas | 03-20003-CM | Flannigan, Maag, Brown, | No | | | | | |
| Wakol, Gregory | 14-40146-EFM | Maag, Wood | No | No | | | | |
| Wallace, Andre | 16-40008-DDC | Slinkard, A. Smith | Yes | No | | | | Calls and materials from CCA Investigation given to the Court |
| Warren, Arrick | 13-20081-CM | Tomasic, Warner, Zabel | No | Yes | Yes | | | |
| Webb, Virock | 11-40078-JAR | Maag, Brown, Mattivi, Warner, | Yes | No | | | | Calls and materials from CCA Investigation given to the Court |
| Williams, Anthony Davon | 14-40094-DDC | Hough | No | No | | | | |
| Williamson, Brett | 13-20011-KHV | Flannigan | No | Yes | Yes | Yes | Yes | Reports |
| Wilson, Timothy | 07-20072-JWL | Catania, Maag | No | No | | | | |
| Wilson, Timothy | 11-20120-CM | Catania | No | No | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Wilson, Timothy | 15-20081-CM | Ward, Brown, Capwell, Gurney | No | | | | | |
| Woods, James Justin | 11-40046-JWL | Slinkard, Maag | No | No | | | | |
| Wright, Eric | 09-20117-KHV | Krug | No | | | | | JoCO Pre-charge calls in investigative reports |
| Yan, Wengui | 13-20134-CM | Rask, Resler, D. Smith, Walczewski, Williams | No | Yes | | | | |