**ATTACHMENT 6**

| | |
|---|---|
| **From:** | Slinkard, Duston (USAKS) |
| **To:** | Bonnie_Wiest@ksd.uscourts.gov |
| **Cc:** | Melody J. Brannon |
| **Subject:** | Fwd: list of calls given to court 1/ 7/2019 |
| **Date:** | Monday, January 07, 2019 5:51:24 PM |
| **Attachments:** | CCA Calls Given to Court 1-7-19.pdf |
| | ATT00001.htm |

Here's the same list from the box in electronic form.

Sent from my iPhone

Begin forwarded message:

> **From:** "Slinkard, Duston (USAKS)" <DSlinkard@usa.doj.gov>
> **Date:** January 7, 2019 at 5:43:52 PM CST
> **To:** "Melody J. Brannon" <Melody_Brannon@fd.org>, Kirk Redmond <Kirk_Redmond@fd.org>
> **Subject: Fwd: list of calls given to court 1/ 7/2019**
>
> FYI
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** "Smith, Linda (USAKS) 1" <LSmith1@usa.doj.gov>
>> **Date:** January 7, 2019 at 5:28:41 PM CST
>> **To:** "Slinkard, Duston (USAKS)" <DSlinkard@usa.doj.gov>
>> **Subject: list of calls given to court 1/ 7/2019**
>>
>> Here is the list in PDF format.
>>
>> Thanks.
>>
>> *Linda R. Smith*
>> USA Secretary/Sprvsy. Legal Assistant
>> District of Kansas
>> 500 State Ave., Suite 360
>> Kansas City, KS  66101
>> E-mail:  Linda.smith2@usdoj.gov
>> Tele:  913-551-6747

# CCA Call Information
# Provided to Court
# 01/07/2019

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|---|---|---|---|---|
| Clark, Enoch (Dixon) | 14-20130-02-JAR | Morehead, Sommer, Wood | Yes | 1 CD; 1 DVD; |
| Clifton, Julie (Griffin) | 14-20014-02-KHV | Brown, Capwell, Catania, Gurney, Tomasic, Ward | Yes | 1 DVD; |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|---|---|---|---|---|
| Dixon, Dalevon | 14-20130-JAR | Morehead, Sommer, Wood | Yes | 2 DVDs; court exh. Return receipt; |
| Fondren, Kevin (McNary) | 14-20011-02-KHV | Brown, Maag, Morehead | Yes | 1 CD; |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|---|---|---|---|---|
| Forbes, Mendy | 13-20041-KHV | Gurney, Oakley, Wamble | Yes | Email; 30 CD/DVDs |
| Giannukos, Jay | 15-20016-CM | Gurney, Morehead | Yes | 4 DVDs; CCA Acknowledgment; |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|---|---|---|---|---|
| Griffin, Damon | 14-20014-KHV | Brown, Capwell, Catania, Gurney, Tomasic, Ward | Yes | 2 DVDs; <br> - - - - - - <br> 4 CD/DVD; <br> initial CCA Disiplinary Rpt; <br> - - - - - - <br> 1 DVD; |
| Harssfell, Tyrssverd | 14-20134-CM | Morehead, Brown, Wood | Yes | 1 DVD/CD; |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|---|---|---|---|---|
| Hayes, Dominic N. | 12-20016-CM; 03-20149 | Brown, Gurney, Maag, Morehead | Yes | 1 CD; |
| Hohn, Steven (Baitey) | 12-20003-03-CM | Gurney, Morehead | Yes | 3 DVD/CDs (1 marked as exh. & 2 broken) |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|---|---|---|---|---|
| Irvin, Tony (Anthony Freeman) | 13-20070-05-CM | Capwell, Gurney, Krug, Zabel | Yes | 1 CD; |
| Knox, Jemel | 14-20022-JAR 15-20103-JAR | Morehead, Sommer, Gurney, Brown | Yes | 4 DVD/CDS; |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|---|---|---|---|---|
| Lawton | 16-40036 | | Yes | 2 DVD/CDs;<br>CCA ltr. Re: Calls;<br>USMS field Rpt.;<br>GJ Subpoena for LV Det. Center |
| Mays, Damian (Moore) | 12-20141-KHV | Catania, Alford, Krug, Maag, Brown, Grissom, Gurney | Yes | 1 DVD |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|---|---|---|---|---|
| Mozingo, Troyton (Hayes) | 12-20016-02-CM; 03-20149 | Brown, Gurney, Maag, Morehead | Yes | 1 CD; |
| Ortega-Flores, Luis | 12-20069-KHV | Catania, Gurney | Yes | 2 CDs |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|---|---|---|---|---|
| Phommaseng, Petsami (Griffin & Sifuentes) | 14-20014-13-JAR 15-20006-JAR 15-20020-JAR | Catania, Tomasic, Ward Capwell, Brown, Gurney, Sommer, Wood | Yes | 1 DVD; |
| Picanso | Topeka/TJT | | Yes | Group Flash Drive |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|---|---|---|---|---|
| Rapp, Gregory | 14-20067-CM | Rask, Brown, Flannigan, Tomasic, Wood | Yes | |
| Read-Forbes, Mendy | 12-20099-KHV | Gurney, Oakley, Wamble, Wilson | Yes | Combined with Forbes Envelope |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|---|---|---|---|---|
| Reulet | 14-4005-03-DDC | | Yes | Emails;<br>Adm. Subpoena;<br>11 CD/DVDs; |
| Roark, Jeffery | 15-20042-CM | Ward, Brown, Capwell, Gurney | yes | See Felix-Gamez Env. |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|---|---|---|---|---|
| Robertson, Antonio | See note | Tomasic | Yes | 1 DVD |
| Robinson, Robert (Williamson) | 14-20059-JAR 16-20013-JAR | Flannigan, Wamble, Brown, Capwell | Yes | Group Flash Drive 1 DVD; |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|---|---|---|---|---|
| Rockers, Tracy (Baitey) | 12-20003-CM | Morehead, Gurney | Yes | 1 DVD |
| Sneed, Shawn | 13-40112-JAR | | Yes | 1 Flash Drive |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|---|---|---|---|---|
| Tillman, Terry (Freeman) | 13-20070-04-CM | Capwell, Gurney, Krug, Tomasic, Zabel | Yes | 2 CD/DVDS; |
| True, David (Anderson) | 14-20068-03-CM | Gurney, Morehead, Patton, Sommer, Ward | Yes | 10 DVD/CDs; Ltr from Bell Acknowledging Receipt of Calls; |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|---|---|---|---|---|
| Villa-Valencia, Luis (Cortez-Morales) | 16-20008-CM | Krug, Gurney | Yes | 1 CD;<br>email for calls;<br>Call Transcript |
| Warren, Arrick | 13-20081-CM | Tomasic, Warner, Zabel | Yes | 1 DVD |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|---|---|---|---|---|
| Williamson, Brett | 13-20011-KHV | Flannigan | Yes | 1 DVD/CD;<br>Subpoena to USMS;<br>emails;<br>2 DVDs Marked as Exhibits;<br>2 Jail Transcripts marked as exhibits |
| Huff, Ashley | 14-20067-CM | Scott Rask | Yes | 1 CD;<br>Email; |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|---|---|---|---|---|
| Group Flash Drive: | | | Yes | 1 Flash Drive |
| Phommaseng Griffin; Forbes; Griffin; Picanso; Williasmson/ Robinson | | | | |