# ATTACHMENT 21

| | |
|---|---|
| From: | Slinkard, Duston (USAKS) |
| To: | "Lauren Lowry"; "Bonnie Wiest" |
| Cc: | "Melody Brannon"; "Kirk Redmond"; Clymer, Steven D. (USANYN); McAllister, Stephen (USAKS); Smith, Linda (USAKS) 1 |
| Subject: | Additional Calls and Materials related to both FPD"s First (In Custody) List and Second (Out of Custody) List |
| Date: | Thursday, July 11, 2019 4:21:00 PM |
| Attachments: | Set 1 additional call info Robinson to ct 7-11-19.pdf<br>Inmate Calls Discovery Project 7-11-2019.xlsx<br>7-11-2019 KC CCA Non-Custody Call Info Provided to Court.pdf |

Lauren / Bonnie

You will no doubt recall that we have been searching for and providing calls and materials to the Court, with the understanding that they could be accessed and copied by FPD, in response to a review of two overall lists of individuals provided to us by FPD – the original list of individuals who were still in some form of custody (First List) and a subsequent list of individuals who were no longer in custody (Second List).

We made our last submission to the Court regarding the First List on March 1, 2019, and believed we had completed the review of that list at that time. However, while reviewing individuals on the Second List, we found, within the file of a co-defendant, additional materials related to an individual from the First List, Robert Robinson. Accordingly, today Linda Smith is delivering these materials to the Court to be shared with FPD and placed with the other materials submitted with respect to the First list. An inventory report will be submitted along with those materials. A copy of that inventory report is attached to this e-mail, as is an updated summary spreadsheet related to our overall review of the First List reflecting this additional submission.

Also this afternoon, Linda is delivering additional materials for submission with respect to FPD's Second List. An inventory report will be submitted along with those materials. A copy of that inventory report is also attached to this e-mail.

Thank you,
Duston J. Slinkard
First Assistant U.S. Attorney
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

| Name | Case No | AUSA | CCA Calls Obtained in CCA Invest. | CCA Calls Obtained Otherwise by, through, or known to USAO | Calls & Materials Submitted to Court | Notes |
|---|---|---|---|---|---|---|
| Alvarez, Joshua | 14-20096-JAR | Zabel, Brown, Capwell, Gurney, Tomasic, Wood | No | No | | |
| Bauman, Chad | 12-20083--22-KHV | Barnett, Brown, Maag, Capwell, Guerney, Morehead | No | No | | |
| Benton, Wayne | 15-20075-CM | Morehead, Brown, Wood | No | No | | |
| Blackburn, Stephen | 09-20133-12-JWL | D. Smith, Rask, Maag, Gurney, Flannigan, Allman | No | No | | |
| Blakney, Martez | 15-20086-CM | Brown, Capwell, Morehead, A. Smith | No | No | | Pre-charging calls from WyCo Jail Rec'd |
| Booker, John Booker | 15-40030-CM | Mattivi, Corlett, Maag, Magnone, Parecki, D. Smith | No | See note | | Calls obtained by Mark Thomason post-plea, not by government |
| Brown, Vernon | 12-20066-KHV | Morehead, Brown, Maag, Zabel, Gurney, Capwell | No | See note | | A call request form was found, but no evidence of calls being received was found |
| Burres, Robert | 14-40023-DDC | Hendershot, Gurney, Slinkard, Sommer | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 |
| Cartwright, James | 16-20033-CM | Catania, A. Smith | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 |

| Name | Case | Attorneys | | | Date | Notes |
|---|---|---|---|---|---|---|
| Catrell, Ronald | 11-20125-CM | Oakley, Brown, Gurney | No | Yes, see note | 3/1/2019 | E-mail shows calls rec'd but no calls found. File requested from Federal Records Center. Calls found in returned file & submitted to the Court. |
| Catrell, Ronald | 13-20102-CM | Oakley, Brown, Gurney | No | No | | |
| Chirinos, Juan | 12-20112-CM | Krug, Maag, Brown, Gurney | No | No | | |
| Clark, Enoch | 14-20130-02-JAR | Morehead, Sommer, Wood | Yes | Yes | 1/7/2019 | CCA Invest. calls and materials given to the Court in 08/2016 |
| Clifton, Julie | 14-20014-02-KHV | Brown, Capwell, Catania, Gurney, Tomasic, Ward | No | Yes | 1/7/2019 | |
| Collins, Charles E. II | 13-40095-JAR | Hough | No | No | | |
| Contreras, Milton | 15-mj-08037 | Flannigan | No | No | | First Appearance on out of District Case; disregard per FPD |
| Davis, Henry | 13-40115-02-JAR | Brown, Maag | No | No | | |
| Dillow, Stephen | 14-20028-CM | Zabel, Oakley, Tomasic, Brown, Capwell | No | Yes | | E-mail shows calls rec'd but no calls found. |
| Dixon, Dalevon | 14-20130-JAR | Morehead, Sommer, Wood | No | Yes | 1/7/2019 | |
| Ewing, Robert Benjamin Isaac | 13-40005-JAR | Slinkard, Hendershot, Wood | No | No | | |

| Name | Case | Attorneys | | | Date |
|---|---|---|---|---|---|
| Faulkner, Lee | 14-20096-JAR | Zabel, Tomasic, Brown, Capwell, Gurney, Sommer, Wood | No | No | |
| Felix-Gamez, Ricardo | 15-20042-CM | Ward, Brown, Capwell, Gurney | No | Yes | 1/7/2019 |
| Fitzpatrick, Vashawn | 10-40085-RDR 12-40089-JAR | Hendershot, Gurney | No | No | |
| Fondren, Kevin | 14-20011-02-KHV | Brown, Maag, Morehead | No | Yes | 1/7/2019 |
| Forbes, Mendy | 13-20041-KHV | Gurney, Oakley, Wamble | No | Yes | 1/7/2019 |
| Read-Forbes, Mendy | 12-20099-KHV | Gurney, Oakley, Wamble, Wilson | No | Yes | 1/7/2019 |
| Garciga, Lazaro | 12-20066-KHV | Morehead, Maag, Zabel, Brown, Capwell, Gurney | No | No | |
| Giannukos, Jay | 15-20016-CM | Gurney, Morehead | No | Yes | 1/7/2019 |
| Griffin, Damon | 14-20014-KHV | Brown, Capwell, Catania, Gurney, Tomasic, Ward | No | Yes | 1/7/2019 |
| Harssfell, Tyrssverd | 14-20134-CM | Morehead, Brown, Wood | No | Yes | 1/7/2019 |
| Hayes, Dominic N. | 12-20016-CM | Brown, Gurney, Maag, Morehead | No | Yes | 1/7/2019 |
| Hernandez-Hernandez, Jose Luis | 14-20101-JAR | Oakley | No | No | |
| Hohn, Steven | 12-20003-03-CM | Gurney, Morehead | No | Yes | 1/7/2019 |

| Name | Case No. | Attorneys | | | | |
|---|---|---|---|---|---|---|
| Hurtado, Nicholas | 15-20032-CM | Ward, Brown, Capwell, Gurney | No | No | | |
| Huske, Roy | 14-40037-EFM | Slinkard, Maag, Wood | No | No | | |
| Irvin, Tony (Anthony) | 13-20070-05-CM | Capwell, Gurney, Krug, Zabel | No | Yes | 1/7/2019 | |
| Johnson, Booker | 15-40064-DDC | Maag, Wood | No | No | | |
| Kearn, Jonathan | 13-40057-JAR | Kenney | No | No | | Only detained 3 days pre-deten. hrg and then post-sentencing |
| Kleppin, Chad | 16-40031-DDC | Slinkard, Jacobs, A. Smith | No | No | | DEA found Admin. Subpoena for calls, but did not find any calls. |
| Knox, Jemel | 14-20022-JAR  15-20103-JAR | Morehead, Sommer, Gurney, Brown | Yes | Yes | 1/7/2019 | CCA Invest. calls and materials given to the Court in 08/2016 |
| Lamas, Rogelio | 12-20119-CM | Rask, Wilhoft, Brown, Gurney | No | No | | Gov't received partial Call Log from FPD in 2255 hearing in 2017 |
| Lawton, Quentin | 16-40036-DDC | Maag | No | Yes | 1/7/2019 | USMS obtained calls on their own as part of investigation |
| Leonard, Kyser | 13-20065-CM | Tomasic, Capwell, Gurney | No | No | | |
| Lopez-Lopez, Migel | 15-20008-JAR | Zabel, Tomasic, Brown, Capwell | No | No | | Only calls were for def. & Daniel Rivera from Wyco Jail 1-23-15 - 1/25/15 |
| Lougee, David | 14-20068-CM | Morehead, Ward, Patton, Sommer, Gurney | Yes | No, See note | | CCA Invest. Calls and materials given to Court in 08/2016. May be in calls for co-def True. |

| | | | | | | |
|---|---|---|---|---|---|---|
| Mays, Damian | 12-20141-KHV | Catania, Alford, Krug, Maag, Brown, Grissom, Gurney | No | Yes | 1/7/2019 | |
| McCall, Johnnie | 10-40005-JAR  13-40018-DDC | Hendershot, Maag, Brown, Wood | No | No | | |
| McCarty, John | 14-40129-DDC  14-40121-DDC | Hough, Brown, Capwell, Wood | No | No | | |
| McDowell, Gladstone | 09-20133-JWL | Flannigan, Allman, Gurney, Maag, Rask, D. Smith | No | No | | |
| McPeters, Douglas | 15-20071-CM | Flannigan | No | No | | |
| Mebane, Darus | 16-20041-JAR | Oakley, Brown, Capwell, Clymer, Davids, Kavanaugh, | No | No | | D. Kan recused. Handled by WDMO |
| Mendez-Razo, Luis | 11-20115-CM | Zabel | No | No | | File obtained from Federal Records Center -- no calls found. |
| Miller, Bradley | 13-40025-JAR | Gurney, Mattivi, Maag, Treadway | No | No | | |
| Mitchell, William D | 13-20051-CM | Capwell, Tomasic, Zabel | No | Yes | 2/14/2019 | |
| Molina, Adan | 09-40041-DDC | Hough, Brown, Capwell, Wood | No | No | | |
| Mozingo, Troyton | 12-20016-02-CM | Brown, Gurney, Maag, Morehead | No | Yes | 1/7/2019 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Mumford, Cortez | 15-20069-JAR | Morehead, A. Smith | No | No | | |
| Muth, Dacco | 14-20063-JAR | Gurney, Tomasic | No | No | | |
| Olea-Monarez, Vicencio | 14-20096-JAR | Zabel, Tomasic, Brown, Capwell, Gurney, Sommer, Wood | No | Yes | 2/14/2019 | |
| Orr, Christian Robert | 16-20009-CM | Hunt, Morehead | No | No | | |
| Ortega-Flores, Luis | 12-20066-KHV | Morehead, Maag, Zabel, Brown, Capwell, Gurney | No | Yes | 2/14/2019 | May be duplicates of calls given to Court in 12-20069-KHV |
| Ortega-Flores, Luis | 12-20069-KHV | Catania, Gurney | No | Yes | 1/7/2019 | |
| Pavone, Shawn | 09-20142-JWL | Zabel | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016. File obtained from Federal Records Center -- no calls found. |
| Pavone, Shawn | 15-20019-JAR | Catania, Brown, Capwell, Wood | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 |
| Phillips, Scott | 14-20001-KHV | Krug | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 |
| Phommaseng, Petsami | 14-20014-13-JAR 15-20006-JAR 15-20020-JAR | Catania, Tomasic, Ward Capwell, Brown, Gurney, Sommer, Wood | No | Yes | 1/7/2019 | |
| Piggie, Frenklyn | 10-20145-CM | Morehead, Gurney | No | No | | On SRV in DKAN w/ new drug case in WDMO, so possibly WDMO obtained |

| Name | Case # | Attorneys | | | Date | Notes |
|---|---|---|---|---|---|---|
| Rapp, Gregory | 14-20067-CM | Rask, Brown, Flannigan, Tomasic, Wood | Yes | Yes | 1/7/2019 | CCA Invest. calls and materials given to the Court in 08/2016. Co-d Huff's calls also to Court 1/7/19 |
| Reulet, Michelle | 14-40005-03-DDC | Gurney, Maag, Mattivi, A. Smith, Treadway | No | Yes | 1/7/2019 | |
| Rippey, Chrystal | 14-20019-KHV   18-20057-DDC | Oakley, Wamble | No | Yes, see note | | No calls found; e-mail suggests calls obtained and turned over in discovery to Tom Bartee |
| Roark, Jeffery | 15-20042-CM | Ward, Brown, Capwell, Gurney | No | Yes | 1/7/2019 | |
| Roberson, Marcus | 06-40066-JAR   11-40078-JAR | Coody, Maag, Zabel, Brown, Mattivi, Warner, | No | No | | Investigated in CCA ring but was at BOP by time of investigation |
| Robertson, Antonio | See note | Tomasic | No | Yes | 1/7/2019 | While in on WDMo Case# 13-cr-00084 re: Herrera-Zamora |
| Robinson, Robert | 14-20059-JAR   16-20013-JAR | Flannigan, Wamble, Brown, Capwell | No | Yes | 1/7/2019 & 7/11/2019 | Add'l calls & materials found during review of FPD's 2nd List submitted to Court on 7/11/2019 |
| Robinson, Sarah | 15-20089-CM   15-20077-02-CM | Morehead, Wood | No | No | | USMS may have obtained in investigating new crimes at CCA |
| Rockers, Tracy | 12-20003-CM | Morehead, Gurney | No | Yes | 1/7/2019 | |
| Sanders, Brenda | 16-40004-DDC | Jacobs, Mattivi, A. Smith | No | No | | |
| Shutts, Shawn | 14-20014-JAR | Catania, Gurney, Brown, Capwell, Tomasic, Ward | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 |
| Simons, Lawrence M. | 09-10032-JTM   13-10080-JTM | Metzger | No | No | | |

| Name | Case | Attorneys | | | | |
|---|---|---|---|---|---|---|
| Sloan, Clark | 13-40025-02-JAR | Gurney, Maag, Mattivi, Treadway | No | No | | |
| Smith, Juvon | 12-20066-KHV | Morehead, Maag, Gurney, Brown, Capwell, Zabel | No | No | | FPD obtained and admitted call detail report in 2255 hearing |
| Sneed, Shawn | 13-40112-JAR  13-40123-02-JAR | Maag | No | Yes | 1/7/2019 | |
| Soriano, Tino | 12-20072-CM | Catania | No | No | | |
| Soto-Areola, Nicholas | 04-40016-JAR | Hendershot | No | No | | |
| Soto-Camargo, Paola | 14-40128-DDC | Hough, Brown, Capwell, Wood | No | No | | |
| Spaeth, Matthew | 14-20068-CM | Morehead, Gurney, Patton, Sommer, Ward | Yes | See note | | A call request form was found, but no evidence of calls being received |
| Steele, Charles | 14-40077-DDC | Brown, Capwell, Maag, Wood | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 |
| Stewart, Arlie | 14-20054-JAR | Catania, Tomasic, Gurney | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 |
| Stewart, Janaya | 12-40044-DDC | Hendershot, Brown, Slinkard | No | No | | |
| Tanner, Donta | 16-20043-CM | Morehead, A. Smith | No | No | | |
| Tatum, Ataven | 12-20066-29-KHV | Brown, Capwell, Gurney, Maag, Morehead, Zabel | No | No | | |

| Name | Case Number | Attorneys | | | Date | Notes |
|---|---|---|---|---|---|---|
| Thompson, Anthony | 13-40060-10-DDC | Gurney, Maag, Mattivi | No | No | | |
| Tillman, Terry | 13-20070-04-CM | Capwell, Gurney, Krug, Tomasic, Zabel | No | Yes | 1/7/2019 | |
| True, David | 14-20068-03-CM | Gurney, Morehead, Patton, Sommer, Ward | No | Yes | 1/7/2019 | Call report shows four dial out numbers checked and may have included Co-d Lougee |
| Valdez, Hector | 14-20096-JAR | Zabel, Brown, Capwell, Gurney, Sommer, Tomasic, Zabel, Wood | No | No | | |
| Villa-Valencia, Luis | 16-20008-CM | Krug, Gurney | No | Yes | 1/7/2019 | |
| Vincent, Thomas | 03-20003-CM | Flannigan, Maag, Brown, | No | No | | File obtained from Federal Records Center -- no calls found. |
| Wakol, Gregory | 14-40146-EFM | Maag, Wood | No | No | | |
| Wallace, Andre | 16-40008-DDC | Slinkard, A. Smith | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 |
| Warren, Arrick | 13-20081-CM | Tomasic, Warner, Zabel | No | Yes | 1/7/2019 | |
| Webb, Virock | 11-40078-JAR | Maag, Brown, Mattivi, Warner, | Yes | No | | CCA Invest. calls and materials given to the Court in 08/2016 |
| Williams, Anthony Davon | 14-40094-DDC | Hough | No | No | | |
| Williamson, Brett | 13-20011-KHV | Flannigan | No | Yes | 1/7/2019 | Additonal disc of calls and three derivative reports given to the Court 2/14/2019 |

| Wilson, Timothy | 07-20072-JWL | Catania, Maag | No | No | | File obtained from Federal Records Center -- no calls found. |
|---|---|---|---|---|---|---|
| Wilson, Timothy | 11-20120-CM | Catania | No | No | | File obtained from Federal Records Center -- no calls found. |
| Wilson, Timothy | 15-20081-CM | Ward, Brown, Capwell, Gurney | No | No | | |
| Woods, James Justin | 11-40046-JWL | Slinkard, Maag | No | No | | |
| Wright, Eric | 09-20117-KHV | Krug | No | Yes, see note | | No calls found, but found photo copy of call disc believed to have been given to defense |
| Yan, Wengui | 13-20134-CM | Rask, Resler, D. Smith, Walczewski, Williams | No | No | | |

# CCA ADDITIONAL Call Information
# Provided to Court
# (Updated 07/11/2019)

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|---|---|---|---|---|
| Robinson, Robert (Williamson) | 14-20059-JAR<br>16-20013-JAR | Flannigan, Wamble, Brown, Capwell | Yes | 1 DVD CCA calls 6/16/14-7/17/2014;<br>1 DVD 7/17/2014-Present;<br>1 DVD 8/20/14-11/25/2014;<br>Record Summary 8/21/2014-11/24/2014;<br>Acknowledgement of 1 CD 11/25/2014;<br>Record Summary 7/18/2014-9/17/2014;<br>Record Summary 6/17/2014-7/15/2014 |

# Non Custody CCA Calls Inquiry Query
# Calls/Requests/Summaries/Acknowledgements
# Provided to Court 07/11/2019
# (Kansas City Only)

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT | Files Copied to Media and Deleted |
|---|---|---|---|---|---|---|
| BELLAMY | Storm | 2:17-20020 | Ward | NO | n/a | n/a |
| BROWN (See Los Dahda et al) | Sadie Jolynn | 2:12-20083 | Barnett, Brown, Capwell, Gurney, Maag, Morehead, Rask, Warner | YES | 1 DVD CCA Calls 1/1/14-4/8/14; CCA Recs Sum Rpt. 1/3/14-2/19/14; Email sending Req for CCA Call to USMS; Req CCA Call 12/26/14-Present | n/a |
| CAMPBELL | Damien D. | 2:16-20011 | Brown, Capwell, Ward | NO | n/a | n/a |
| HUCKABY | Joshua | 2:16-20116 | Wamble | NO | n/a | n/a |
| HUFF (See Rapp et al) | Ashley | 2:14-20067; 2:14-20141 | Brown, Capwell, Flannigan, Rask, Tomasic, Wood | n/a | previously provided on 1/7/19 & 1/11/19 | |
| JACKSON | Brandon | 2:09-20013 | Morehead | YES | 1 DVD CCA Calls; CCA Rec Sum Rpt 10/15/15-10/19/15; Req for CCA calls 10/14/15-present; Req for CCA calls 10/19/2015-10/23/2015; Req for CCA calls 10/19/15 to current; Memo to Tim Burdick giving CCA calls and telephone logs; Emails ref CCA calls | n/a |
| LLOYD | Lorenzo | 2:09-20065 | Morehead | NO | n/a | n/a |
| MOORE | James | 2:16-20112 (Venue changed) | Rask | NO | n/a | n/a |
| NAJAR-ESPERIQUETA | Adalberto | 2:05-20055 | Hunt, Krug | NO | n/a | n/a |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT | Files Copied to Media and Deleted |
|---|---|---|---|---|---|---|
| PRINCE | Brian C. | 2:98-20005 | Brown, Flannigan, Maag, Patton | NO | n/a | n/a |
| SKINNER | John Lee | 2:13-80122 | Flannigan | NO | n/a | n/a |
| TAMEZ | Pedro Jesus | 2:16-20005 | Ward | NO | n/a | n/a |