# ATTACHMENT 23

| | |
|---|---|
| **From:** | Slinkard, Duston (USAKS) |
| **To:** | Melody Brannon |
| **Cc:** | Jennifer Wilson; Kirk Redmond |
| **Subject:** | RE: Three cases |
| **Date:** | Wednesday, April 24, 2019 11:16:00 AM |

With have completed review with the following three cases:

Connie Edwards, 12-20015-CM – We examined the physical case files and relevant network directories and did not find any CCA call requests or call recordings for Ms. Edwards. We found a subpoena where the Ms. Edwards name was listed, along with her co-defendant, Tamara Ledom, as the subjects of the investigation; however, the calls requested were only those of inmate #21851031, Tamara Ledom.

Justin Alcorn, 13-20099-02-CM – We examined the physical case files and relevant network directories and did not find any CCA call requests or call recordings for Justin Alcorn.

Clark Sloan, 13-40025-02-JAR - We examined the relevant network directories and did not find any CCA call requests or call recordings for Clark Sloan. The physical case file was already closed and been sent to the Federal Records Center. As we've previously discussed, no information of this type would have been sent to the Federal Records Center when the file was closed, but we will order it back to physically review and confirm.

Thanks,
Duston

**From:** Melody Brannon <Melody_Brannon@fd.org>
**Sent:** Tuesday, April 23, 2019 8:23 PM
**To:** Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>
**Cc:** Jennifer Wilson <Jennifer_Wilson@fd.org>; Kirk Redmond <Kirk_Redmond@fd.org>
**Subject:** Three cases

Duston,

This is a reminder that we need something in writing about your review of the three cases that I asked you to prioritize for review of phone calls.

Thanks.

Melody Brannon
Federal Public Defender
District of Kansas
117 S.W. 6th Street, Suite 200
Topeka, Kansas 66603
785.232.9828
785.246.6012