# Non Custody CCA Calls Inquiry
# Status Report
# Provided to Court 08/27/2019
# (Topeka Only)

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| **Completed** | | Total: 31 | | | | | | |
| BANKS | Albert Dewayne | 5:13-40060 | Gurney, Maag, Mattivi | NO CCA | NO CCA | 05/14/2019 05/15/2019 | n/a | |
| CERVANTES | Roberto | 5:14-40129; 5:14-40116 | Brown, Capwell, Hough, Wood | NO CCA | NO CCA | 08/27/2019 | Emails located in file | |
| COLLINS | Charles Edward | 5:13-40095; 2:04-20153 | Hough, Flannigan | NO CCA NO CCA | NO CCA NO CCA | 08/27/2019 | n/a n/a KC - No action since 11/28/2005 | |
| GROSS | William | 5:15-40012 | Slinkard | NO CCA | NO CCA | 05/14/2019 05/15/2019 | n/a | |
| IVORY | Johnny | 5:13-40060 | Gurney, Maag, Mattivi | NO CCA | NO CCA | 05/14/2019 05/15/2019 | n/a | |
| KEEGAN | Robert | 5:12-40126 | Gurney, Hough | NO CCA | NO CCA | 08/27/2019 | n/a | |
| LEE-SPEIGHT | Dion | 5:10-40035 | Brown, Gurney, Slinkard | NO CCA | NO CCA | 05/14/2019 05/15/2019 | n/a | |
| LOPEZ, Adrienne | Adrienne | 5:13-40065 | Mattivi | YES CCA | YES CCA | 05/14/2019 05/15/2019 | CCA Calls Copied to Thumb Drive | 05/09/2019 by D. Steeby |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| LOPEZ, Angela Marie | Angela | 5:13-40065 | Mattivi | YES CCA | YES CCA | 05/14/2019 05/15/2019 | CCA Calls Copied to Thumb Drive | 05/09/2019 by D. Steeby |
| LOVGREN | Robert | 5:13-40087 | Hough | NO CCA | NO CCA | 08/27/2019 | n/a | |
| MADKINS | Martye | 5:13-40060 | Gurney, Maag, Mattivi | NO CCA | NO CCA | 05/14/2019 05/15/2019 | n/a | |
| MARTINEZ | Javier | 5:14-40120 | Hough | NO CCA | NO CCA | 08/27/2019 | Emails located in file | |
| MITCHELL | Julian | 5:13-40055 | Warner | NO CCA | NO CCA | 08/27/2019 | n/a | |
| Mitchell | Michael David Wichita Case - Michael F. | 5:17-40053; 6:16-10112 | Gurney, Kenney, Hatfield, A. Smith, Treaster | NO; Wichita case - No Folder | Wichita case - NO; NO | 05/14/2019 05/15/2019 | n/a | |
| MOJICA-CRUZ | Marcos | 5:11-40057 | Barnett, Brown, Hough | NO CCA | NO CCA | 08/27/2019 | Emails located in file | |
| NELSON | Shannon | 5:15-40086 | Hathaway, Jacobs, Kenney, Wilson | YES CCA | YES CCA | 05/14/2019 05/15/2019 | CCA Calls Copied to Flash Drive | 05/09/2019 by D. Steeby |
| PANTOJA-JUAREZ | Salvador | 5:12-40077 | Slinkard | NO CCA | NO CCA | 08/27/2019 | n/a | |
| PENNINGTON | Shamar | 5:11-40046 | Maag, Slinkard | NO CCA | NO CCA | 05/14/2019 05/15/2019 | n/a | |
| PEREZ-GERARDO | Fermin | 5:11-40047 | Brown, Gurney, Maag, Slinkard | NO CCA | NO CCA | 05/14/2019 05/15/2019 | n/a | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| PLASENCIO | Ricardo | 5:14-40124 | Hough | NO CCA | NO CCA | 08/27/2019 | Emails located in file | |
| PURUCKER | James | 5:13-40093 | Gurney, Hathaway, Slinkard | NO CCA | NO CCA | 05/14/2019 05/15/2019 | n/a | |
| RAHMAN | Rafeeq | 5:13-40055 | Warner | NO Folder | NO CCA | 08/27/2019 | n/a | |
| RAMIREZ | Miguel | 5:15-40059 | Hough | NO Folder | NO CCA | 08/27/2019 | n/a | |
| RHOINEY | Andre | 5:15-40086 | Hathaway, Jacobs, Kenney, Wilson | YES CCA | YES CCA | 05/14/2019 05/15/2019 | CCA Calls Copied to Flash Drive | 05/09/2019 by D. Steeby |
| SMITH | Brannon | 5:15-40064 | Brown, Capwell, Maag, Slinkard, Wood | NO CCA | NO CCA | 05/14/2019 05/15/2019 | n/a | |
| SMITH | Joshua David | 5:09-05054 | Hendershot | NO CCA | NO CCA | 08/27/2019 | n/a | |
| SOTO-MERAZ | Hugo | 5:09-40035 | Gurney, Hough | NO CCA | NO CCA | 08/27/2019 | n/a | |
| STEELE | Lamar | 5:14-40071 | Maag | NO CCA | NO CCA | 05/14/2019 05/15/2019 | n/a | |
| TOLBERT | Brian | 5:15-40053 | Slinkard | NO CCA | NO CCA | 05/14/2019 05/15/2019 | n/a | |
| WADE | Kenneth Lee | 5:18-40029 | Hatfield, Maag, A. Smith | NO CCA | NO CCA | 05/14/2019 05/15/2019 | n/a | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| WHEELER | Jaiquan Jahai | 5:17-40037 | Hatfield, Maag, A. Smith | YES CCA | YES CCA | 05/14/2019 05/15/2019 | CCA Calls Copied to Thumb Drive | 05/09/2019 by D. Steeby |
| **Completed No File** | | Total: 1 | | | | | | |
| REED | Jerome | 5:17-05008 (removed to SDNY) | Maag | NO Folder | NO CCA | 08/27/2019 | n/a | |
| **FPD Review Copies for Documents** | | Total: 1 | | | | | | |
| WOMACK | Don Alvin | 5:16-40014 | Maag | YES CCA | YES CCA | 05/15/2019 | CCA Calls Copied to Thumb Drive | 05/09/2019 by D. Steeby |
| **FRC File Reviewed/NO CCA** | | Total: 62 | | | | | | |
| ALLEN | Travis | 5:15-40015 | Slinkard | NO CCA | NO CCA | 08/27/2019 | n/a | |
| AMUNDSEN | Andrew Michael | 5:11-40088 | Warner | NO CCA | NO CCA | 08/27/2019 | n/a | |
| ANDERSON | Chad | 5:12-40004 | Gurney, Hendershot | NO CCA | NO CCA | 08/27/2019 | n/a | |
| ARMAY | Kemal | 5:16-40024 | Slinkard, A. Smith | NO CCA | NO CCA | 08/27/2019 | n/a | |
| ASHCRAFT | Kevin | 5:12-40006 | Hendershot | NO CCA | NO CCA | 08/27/2019 | n/a | |
| BANUELOS | Alondra | 5:14-40153 | Slinkard | NO CCA | NO CCA | 08/27/2019 | n/a | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| Barefield | Boisey | 5:09-40069 | Hendershot, Slinkard | NO CCA | NO CCA | 08/27/2019 | n/a | |
| BLACKWELL | Robert Howard | 5:09-40047 | Hendershot, Slinkard | NO CCA | NO CCA | 08/27/2019 | n/a | |
| BOWSER | Nick | 5:08-40082 | Slinkard, Warner | NO CCA | NO CCA | 08/27/2019 | n/a | |
| BOYLES | Dominique | 5:12-40127 | Brown, Gurney, Maag, Wood | NO CCA | NO CCA | 08/27/2019 | n/a | |
| BROWN | Jermaine | 5:08-40036 | Hendershot | NO CCA | NO CCA | 08/27/2019 | n/a | |
| BUCHANAN | Jon | 5:07-40029 | Hendershot, Slinkard | NO CCA | NO CCA | 08/27/2019 | n/a | |
| CHAPMAN | Devin | 5:06-40032 | Hendershot | NO CCA | NO CCA | 08/27/2019 | n/a | |
| CLARK | Joseph | 5:08-40079 | Slinkard | NO CCA | NO CCA | 08/27/2019 | n/a | |
| CORONA | Erick | 5:14-40009 | Gurney, Hough | NO CCA | NO CCA | 08/27/2019 | n/a | |
| CURLEE | Jerry Dean | 5:11-40096 | Gurney, Hendershot, Slinkard | NO CCA | NO CCA | 08/27/2019 | n/a | |
| DILLARD | Shane William | 5:12-40023 | Hendershot, Slinkard | NO CCA | NO CCA | 08/27/2019 | n/a | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| DIX | Joseph Eugene | 5:13-40122 | Hendershot, Slinkard | NO CCA | NO CCA | 08/27/2019 | n/a | |
| DUGAN | Damon | 5:12-40015 | Gurney, Slinkard | NO CCA | NO CCA | 08/27/2019 | n/a | |
| FISHER | Jerold | 5:14-40110; 5:13-40035; 5:12-40071 | Hathaway, Brown | NO CCA | NO CCA | 08/27/2019 | n/a | |
| FLOYD | James Daniel | 5:12-40055 | Gurney, Hough | NO CCA | NO CCA | 08/27/2019 | n/a | |
| FORD | Hasheim Jamil | 5:12-40039 | Gurney, Hendershot | NO CCA | NO CCA | 08/27/2019 | n/a | |
| FOSTER | Chanel | 5:14-40014 | Gurney, Kenney | NO CCA | NO CCA | 08/27/2019 | n/a | |
| GARCIA-RODRIGUEZ | Guiber Javier | 5:15-40097 | Slinkard | NO CCA | NO CCA | 08/27/2019 | n/a | |
| GAXIOLA | Gerardo | 5:06-40057 | Hough | NO CCA | NO CCA | 08/27/2019 | n/a | |
| GOBA | Gayah C | 5:06-40048 | Jacobs, Mattivi, Zabel | NO CCA | NO CCA | 08/27/2019 | n/a | |
| HARGIS | John Patrick | 5:04-40069 | Brown, Hough | NO CCA | NO CCA | 08/27/2019 | n/a | |
| Harris | Charles | 5:08-40048; 6:00-10123 | Hendershot, Hunting, Maag, Slinkard, Watson | NO CCA NO CCA | NO CCA NO Folder | 08/27/2019 | n/a | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| HOLUB | Jamey | 5:12-40008 | Hendershot | NO CCA | NO CCA | 08/27/2019 | n/a | |
| HOPPENS | Brandon | 5:13-40056; 5:11-40037; 5:07-40141 | Maag, Wood, Hendershot | NO CCA | NO CCA | 08/27/2019 | n/a | |
| HOPPER | Adrian | 5:12-40002; 5:06-40136 | Brown, Maag, Slinkard, Hendershot | NO CCA | NO CCA | 08/27/2019 | n/a | |
| HOWERTON | Jeremy | 5:12-40125 | Brown, Maag, Slinkard | NO CCA | NO CCA | 08/27/2019 | n/a | |
| HUDSON | Ian Dominique | 5:13-40117 | Brown, Maag, Wood | NO CCA | NO CCA | 08/27/2019 | n/a | |
| JOHNSON | Vondel Shamar | 5:12-40090; 5:16-40027 | Hendershot, Slinkard, Wood | NO CCA | NO CCA | 08/27/2019 | n/a | |
| KITCHEN | George | 5:14-40012 | Hough | NO CCA | NO CCA | 08/27/2019 | n/a | |
| KNAPP | Rachael | 5:10-40086 | Slinkard | NO CCA | NO CCA | 08/27/2019 | n/a | |
| KURTTI | Troy | 5:13-40091 | Gurney, Hathaway, Slinkard | NO CCA | NO CCA | 08/27/2019 | n/a | |
| MARTIN | Christopher Alan | 5:12-40112 | Gurney, Hendershot | NO CCA | NO CCA | 08/27/2019 | n/a | |
| MARTINEZ | Maria DeSocorro | 5:13-40024 | Hough | NO CCA | NO CCA | 08/27/2019 | n/a | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| MCCOY | Dwayne | 5:12-40009 | Brown, Gurney, Maag, Slinkard | NO CCA | NO CCA | 08/27/2019 | n/a | |
| MOFFAT | John | 5:13-40092 | Maag, Slinkard | NO CCA | NO CCA | 08/27/2019 | n/a | |
| MORENO | Trevor | 5:13-40145 | Hendershot, Slinkard, Wood | NO CCA | NO CCA | 08/27/2019 | n/a | |
| NORWOOD | Darryl | 5:11-40094 | Gurney, Slinkard | NO CCA | NO CCA | 08/27/2019 | n/a | |
| PEOPLES | Vincent | 5:12-40135 | Gurney, Slinkard | NO CCA | NO CCA | 08/27/2019 | n/a | |
| ROSS | John Frederick; John Alvin for Wichita case | 5:10-40038; 6:08-10181 | Gurney, Kenney, Barnett, Furst, Watson | NO; Wichita case - No Folder | NO CCA | 08/27/2019 | n/a | |
| SERAFIN | Richard | 5:13-40106 | Maag, Wood | NO CCA | NO CCA | 08/27/2019 | n/a | |
| SHERRILL | Tommy | 5:11-40027 | Gurney, Hendershot, Slinkard | NO CCA | NO CCA | 08/27/2019 | n/a | |
| SMITH | Patrick | 5:12-40051 | Hendershot | NO CCA | NO CCA | 08/27/2019 | n/a | |
| SMULL | Justin Lee | 5:14-40081 | Hendershot, Slinkard | NO CCA | NO CCA | 08/27/2019 | n/a | |
| SOTO | Michael A | 5:10-40082 | Brwon, Gurney, Slinkard | NO CCA | NO CCA | 08/27/2019 | n/a | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| STEINERT | Ryan | 5:13-40041 | Maag | NO CCA | NO CCA | 08/27/2019 | n/a | |
| THOMPSON | Dametric | 5:14-40004 | Gurney, Mattivi | NO CCA | NO CCA | 08/27/2019 | n/a | |
| TORRES | Pedro Antonio | 5:14-40015 | Hendershot | NO CCA | NO CCA | 08/27/2019 | n/a | |
| TOWNER | Pattrick | 5:14-40112 | Maag, Wilson | NO CCA | NO CCA | 08/27/2019 | n/a | |
| TYREE | Delron | 5:13-40112 | Maag | NO CCA | NO CCA | 08/27/2019 | n/a | |
| VALDIVIA | Joshua | 5:13-40094 | Hendershot, Slinkard, Wood | NO CCA | NO CCA | 08/27/2019 | n/a | |
| VELAZQUEZ | Jose H | 5:07-40019 | Brown, Hendershot | NO CCA | NO CCA | 08/27/2019 | n/a | |
| VETAW | Jerome | 5:11-40107; 5:05-40050 | Maag, Slinkard, Brown | NO CCA | NO CCA | 08/27/2019 | n/a | |
| WARD | Lamont Alfonzo | 5:13-40066 | Maag, Mattivi | NO CCA | NO CCA | 08/27/2019 | n/a | |
| WILLIAMS | Loran Wade | 5:15-40079 | Kenney | NO CCA | NO CCA | 08/27/2019 | n/a | |
| WILSON | Anthony | 5:08-40039 | Coody, Hough, Slinkard | NO CCA | NO CCA | 08/27/2019 | n/a | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| WYCHE | Mark Stanton | 5:11-40106 | Maag, Warner, Wilson | NO CCA | NO CCA | 08/27/2019 | n/a | |

**FRC CCA Material** — Total: 2

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| GIGGER | Steven Michael | 5:13-40054 | Gurney, Hough | NO CCA | NO CCA | 07/11/2019 | Emails located in file | |
| SCHUSTER | Michael | 5:13-40048 | Maag, A. Smith, Treadway | YES CCA | YES CCA | 07/11/2019 | Transcripts of Calls Copied to Thumb Drive; Emails located in file | 05/09/2019 by D. Steeby |

**FRC Unable to Locate** — Total: 3

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| HOLLIS | Perry | 5:11-40104 | Gurney, Hendeshot, Slinkard, Warner | NO CCA | | 08/27/2019 | n/a | |
| STEWART | Janaya | 5:12-40044 | Brown, Hendershot, Slinkard | NO CCA | NO CCA | 08/27/2019 | n/a | |
| WILLIAMS | Secundo | 5:11-40022 | Gurney, Hunt, Rask, Warner | NO CCA | | 08/27/2019 | n/a | |

**FRC/In-Office Completed** — Total: 5

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| CRABLE | Audley | 5:12-40038; 5:16-40101 | Gurney, Hendershot, Maag | NO CCA | NO CCA | 05/14/2019 05/15/2019 | n/a | |
| DENNIS | Angela | 5:10-40003; 5:14-40024; 5:18-40033 | Hendershot, Slinkard, Hough, A.Smith | NO CCA | NO CCA | 08/27/2019 | n/a | |
| KENT | Thomas | 5:15-40048, 5:18-40056 | Gurney, Slinkard, Sommer | NO CCA | NO CCA | 05/14/2019 05/15/2019 | n/a | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CLOUD SEARCH | CCA CALLS | DATE PROVIDED TO COURT | MATERIALS PRODUCED TO COURT | FILES COPIED TO MEDIA AND DELETED |
|---|---|---|---|---|---|---|---|---|
| SCOTT | Tremain | 5:15-40010; 5:17-40115 | Maag, Wood | NO CCA | NO CCA | 05/14/2019 05/15/2019 | n/a | |
| SMITH | Shawn Lee | 5:13-40007; 5:13-40039 | Hendershot, Brown, Capwell | YES CCA | YES CCA | 05/15/2019 | CCA Calls Copied to Thumb Drive | 05/09/2019 by D. Steeby |

Total: 105