

Tywana Poole #25194-045
F.C.C. Forrest City Low
P.O. Box #9000
Forrest City, Arkansas 72336

( LEGAL MAIL )

◇ 25194-045 ◇
Kansas US District Court
500 N 10TH ST
Kansas City, KS 66101
United States

FEDERAL CORRECTIONAL INSTITUTION MEDIUM
DATE 9/3/19

"THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS."

RECEIVED
SEP 09 2019