# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**United States of America,**
        **Plaintiff,**

v.                                            Case No. 16-20032-JAR

**LORENZO BLACK,**
**KARL CARTER,**
**ANTHON AIONO,**
**ALICIA TACKETT,**
**CATHERINE ROWLETTE, and**
**DAVID BISHOP,**
        **Defendants,**

## ENTRY OF APPEARANCE AS CO-COUNSEL

James A. Brown, Assistant United States Attorney, hereby enters his appearance as co-counsel for the United States. Copies of all pleadings and correspondence should also be served on James A. Brown, at the office of the United States Attorney shown below.

                                                    Respectfully submitted,

                                                    STEPHEN R. MCALLISTER
                                                    United States Attorney

s/<u>James A. Brown</u>
James A. Brown
Assistant United States Attorney
444 SE Quincy, Suite 290
Topeka, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 13th day of September, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send an electronic copy to counsel of record.

s/<u>James A. Brown</u>
James A. Brown
Assistant United States Attorney
