1 OF 2

# THE UNITED STATES DISTRICT COURT OF KANSAS

ATTACHMENT-B

ATTENTION:  November 17, 2017
CLERK OF COURT,

RE: Case No. 16-20032-JAR (KANSAS)
Interested Party of Class ACTION, Tywan A. Poole
Affected Case No. 15-00985-CV-W-FJG and
Crim. No. 13-00031-CR-W-FJG

TYWAN A. POOLE,
  Movant,                    MISSOURI
V.                           WESTERN
UNITED STATES OF AMERICA,    DISTRICT COURT
  Respondent.

## Docket Entery REQUEST and Distruction of Evidence Motion Ruling

Comes now Tywan A. Poole a pro se litigant under penalty of perjury, by a declaration and in Compliance with 28 USC 1746 are requesting a copy of current Docket Enteryes for the months of Oct. and Nov. 2017, of above mentioned Case No. 16-20032-JAR. On or about October 31, 2017 I motioned this Court with Attachments and Exhibits to support my interest in this claim of ACTION against C.C.A. LEAVENWORTH currently CORE CIVIC, The claim is in relation to Attorney Visits beening recorded by Aud/Vid and Securus Telephone Service I also submitted a motion about Evidence to support claim being Destroyed by C.C.A. On or about November 3, 2017 that motion was Filled along with previous Class Action Claim Filed October 31, 2017. Respectfully Submitted,

November 17, 2017    Tywan A. Poole