# Amendment to 09/30/2019 Report
# Non Custody CCA Calls Inquiry
# Calls/Requests/Summaries/Acknowledgements
# Amended Report Provided to Court 10/01/2019
# (Kansas City Only)

ATTACHMENT 4

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT | |
|---|---|---|---|---|---|---|
| | | Files Copied to Media and Deleted | | | | |
| ABERCROMBIE | Gregory E. | 2:08-20023 | Hare, Hunt | NO CCA | n/a | |
| | | n/a | | | | |
| AGUILERA (See Urate, Domingo et al) (See KC Don) | Oscar | 2:15-20043 | Gurney, Krug | YES CCA | 1 flash drive CCA calls copied from Computer and deleted; 13 CDs containing CCA Calls; Emails; Letters; USMS Request for CCA Calls; CCA Summary Reports; CCA Acknowledgment; CCA Call Summaries; Return of Discovery | Gmail and attachments from Cornwell; Envelope from Bath returning Rd 5 discovery, some attachments |
| | | Copied to Media and Deleted on 09/20/2019 by David Steeby | | | | |
| ALARCON (See Los Dahda et al) | Phillip Villlereal | 2:12-20083 | Barnett, Brown, Capwell, Gurney, Maag, Morehead, Rask, Warner | NO CCA | n/a | |
| | | n/a | | | | |
| ALVAREZ | DaJuan | 2:12-20030 | Gurney, Morehead | NO CCA | NOTE: Files unable to be located, but computer checked with no information found | |
| | | n/a | | | | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT |
|---|---|---|---|---|---|
| | | **Files Copied to Media and Deleted** | | | |
| BARAJAS | Anthony | 2:13-20121; 2:16-20055 | Gurney, Zabel, Rask | NO CCA | n/a |
| | | n/a | | | |
| BARKER | Ryan | 2:17-20059; 2:16-20010; 2:13-20039; 2:07-20017 | Morehead, Patton, Wamble | NO CCA | Subpoena to CCA for calls 2/13/07-2/28/07 |
| | | n/a | | | |
| BELL (See Hector Cortez-Morales et al) (See KC Don) | Jason | 2:16-20008 | Gurney, Krug | YES CCA | 1 flash drive CCA calls copied from Computer and deleted; 13 CDs containing CCA Calls; Emails; Letters; USMS Request for CCA Calls; CCA Summary Reports; CCA Acknowledgment; CCA Call Summaries; Return of Discovery | Gmail and attachments from Cornwell; Envelope from Bath returning Rd 5 discovery, some attachments |
| | | Copied to Media and Deleted on 09/20/2019 by David Steeby | | | |
| BENIMON, II | James C. | 2:12-20115 | Flannigan | NO CCA | n/a |
| | | n/a | | | |
| BERRY (See Los Dahda et al) | Michael J. | 2:12-20083 | Barnett, Brown, Capwell, Gurney, Maag, Morehead, Rask, Warner | NO CCA | n/a |
| | | n/a | | | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT |
|---|---|---|---|---|---|
| | | **Files Copied to Media and Deleted** | | | |
| BRAY | Carl M. | 2:14-20020<br>2:07-20016 | Gurney, Morehead, Sommer | NO CCA | NOTE: Files unable to be located, but computer checked with no information found |
| | | n/a | | | |
| BROWN | Shanga | 2:13-20018 | D. Smith | NO CCA | Email with Subpoena Attached Requesting CCA Calls for Shanga Brown from 03/22/13-Present;<br>Email 3/27/13 Greeno/Smith/Smith requesting Subpoena for CCA calls be prepared. |
| | | n/a | | | |
| BURGESS | Channing | 2:08-20062 | Flannigan | NO CCA | n/a |
| | | n/a | | | |
| CANNON | Courtney McGee | 2:07-20138 | Rask, Slinkard | NO CCA | n/a |
| | | n/a | | | |
| CARLSON | Jeff | 2:12-20095 | Brown, Gurney, Maag, Morehead | NO CCA | n/a |
| | | n/a | | | |
| CECIL | Sean | 2:06-20074 | Morehead | NO CCA | n/a |
| | | n/a | | | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT | |
|---|---|---|---|---|---|---|
| | | | | | **Files Copied to Media and Deleted** | |
| CHAUDHRY | Sajjad | 2:14-20045<br><br>Copied to Media and Deleted on 09/04/2019 by David Steeby | Gurney, Oakley, Tomasic | YES CCA | CCA Call  cloud copied to media;<br>1 CD CCA Calls 5/16/14-5/21/14;<br>2 Trans CCA Calls-1 highlighted/notes;<br>Exh 1 CCA Trans 00063-83; Exh 2 CCA Trans 000176-192;<br>CCA Call Rec Sum 5/16/14-5/15/2014;<br>CCA Call Rec Sum 5/19/14-8/23/14 (# 03762-03766); | Disc. Ltr. 11/12/14;<br>USMS CCA Call Req;<br>emails |
| CHAVEZ, Sr. et al | Ramon | 2:12-20039<br><br>n/a | Gurney, Morehead, Sommer | NO CCA | NOTE:  Files unable to be located, but computer checked with no information found | |
| CLARK | Stephen L. | 2:14-20114<br>2:10-80017<br><br>n/a | Flannigan; Krug | NO CCA | n/a | |
| CONTRERAS | Roberto | 2:11-20093<br><br>n/a | Wamble | NO CCA | n/a | |
| COPP<br>(See Mounir Elmarrakchi, et al) | Courtney | 2:11-20099<br><br>n/a | Catania | NO CCA | n/a | |
| DeJesus | Preston | 2:10-20146<br><br>n/a | Morehead, Wilson | NO CCA | n/a | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT |
|---|---|---|---|---|---|
| | | Files Copied to Media and Deleted | | | |
| DERTINGER (See Rapp et al) | Richard | 2:14-20067 | Brown, Capwell, Flannigan, Rask, Tomasic, Wood | YES CCA | Previously provided to the court on 1/7/19 with Rapp |
| | | n/a | | | |
| DODDS | Larry | 2:03-20112 | Morehead | NO CCA | n/a FRC Destruction Date 05/10/2014 |
| | | n/a | | | |
| DORAN (See Perez-Alcala et al) | John | 2:12-20066 | Brown, Capwell, Gurney, Morehead, Maag, Zabel | NO CCA | n/a |
| | | n/a | | | |
| DUARTE-TELLO (See Aaron Nunez) | Juan | 2:16-20016 | Gurney, Hunt, Rask, Ward | NO CCA | n/a |
| | | n/a | | | |
| EDWARDS (See Connie Edwards et al) | Florence | 2:12-20015 | Catania, Gurney, Maag, Zabel | NO CCA | n/a |
| | | n/a | | | |
| ELLIS | Kansas | 2:05-20122 | Morehead | NO CCA | n/a |
| | | n/a | | | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT |
|---|---|---|---|---|---|
| | | | | | **Files Copied to Media and Deleted** |
| ELLIS (See Perez-Alcala et al) | Marvin Lee | 2:12-20066; 2:06-20180 | Brown, Capwell, Gurney, Maag, Morehead, Zabel | NO CCA | n/a |
| | | n/a | | | |
| ELLIS (See Perez-Alcala et al) | Theoplis | 2:12-20066 | Brown, Capwell, Gurney, Morehead, Maag, Zabel | NO CCA | n/a |
| | | n/a | | | |
| FAGAN | Joseph | 2:06-20150 | Morehead, Patton, Rask | NO CCA | NOTE: Files unable to be located, but computer checked with no information found |
| | | n/a | | | |
| FAGAN | Patrick | 2:11-20057 | Gurney, Morehead | NO CCA | n/a |
| | | n/a | | | |
| Felipe-CRUZ (See Perez-Alcala et al) | Luis | 2:12-20066 | Brown, Capwell, Gurney, Morehead, Maag, Zabel | NO CCA | n/a |
| | | n/a | | | |
| FIERRO-DE CARLOS (See Perez-Alcala et al) | Adriana | 2:12-20066 | Brown, Capwell, Gurney, Maag, Morehead, Zabel | NO CCA | n/a |
| | | n/a | | | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT | |
|---|---|---|---|---|---|---|
| | | | Files Copied to Media and Deleted | | | |
| FLORES-AVILA (See Perez-Alcala et al) | Gerardo | 2:12-20066 | Brown, Capwell, Gurney, Morehead, Maag, Zabel | NO CCA | n/a | |
| | | n/a | | | | |
| FLORES-SANCHEZ (See Perez-Alcala et al) | Victor Hugo | 2:12-20069; 2:12-20066 | Catania, Brown, Capwell, Gurney, Morehead, Maag, Zabel | YES CCA | Disc. Ltr 1/4/13; Disc. Ltr 9/19/12; 1 email re cca calls; 2 CCA Rec Summary Rpt 5/27/12-7/9/12 (May be duplicates); | 6 CDs CCA Calls (May be duplicates); 1 Flash drive containing perez case doc from Ostrando including Ortega-Flores and Flores-Sanchez CCA Calls |
| | | n/a | | | | |
| Fonseca | Scott | 2:10-20093 | Gurney, Morehead | NO CCA | n/a | |
| | | n/a | | | | |
| FREEMAN (See Freemen et al) | Joe | 2:13-20070 | Brown, Capwell, Gurney, Krug, Tomasic,  Zabel | YES CCA | Media Containing CCA Calls from Cloud; CCA Call Records Summary Report 12/19/13-1/7/14 (#00910-00911); CCA Call Records Summary Report 6/7/13-12/28/13 (#00889-00902); CCA Call Records Summary Report 6/7/13-10/10/13 (#00880-00888); | 1/6/14 email with 2 1/6/14 email USMS w/2 Req for cca calls 12/11/13-Present, 12/16-Present; 1/6/14 email to USMS Re: Req for CCA Calls; 1/10/14 Email to Clarke Ref CCA Calls; 12/19/13 email to ET from BK; 1/15/14 Disc Ltr; 1/7/14 Disc Ltr; USMS Req CCA Call 5/15/13-Present, 11/1/13-Present, 12/16-Present |
| | | Copied to Media and Deleted on 09/19/2019 by David Steeby | | | | |
| FULTON | Christopher | 2:10-20002 | Gurney, Morehead | NO CCA | n/a | |
| | | n/a | | | | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT | |
|---|---|---|---|---|---|---|
| | | | | | **Files Copied to Media and Deleted** | |
| GARCIA | William | 2:08-20109 | Morehead | NO CCA | n/a | |
| | | n/a | | | | |
| GARCIA, Jr. (See Hector Cortez-Morales) (See KC Don) | Gabino | 2:16-20008 | Gurney, Krug | YES CCA | 1 flash drive CCA calls copied from Computer and deleted; 13 CDs containing CCA Calls; Emails; Letters; USMS Request for CCA Calls; CCA Summary Reports; CCA Acknowledgment; CCA Call Summaries; Return of Discovery | Gmail and attachments from Cornwell; Envelope from Bath returning Rd 5 discovery, some attachments |
| | | Copied to Media and Deleted on 09/20/2019 by David Steeby | | | | |
| GARCIA-NIEVES (See Aaron Nunez) | Alejandro | 2:16-20016 | Gurney, Hatfield, Hunt, Rask, Ward | NO CCA | n/a | |
| | | n/a | | | | |
| GARRETT (See Moore et al) | Joe | 2:04-20039 | Flannigan, Patton | YES CCA | CCA calls on the cloud - copied to media and deleted; 4 CDs containing cca calls (Govt Exh 9, 10, 11); 4/7/15 discovery letter referencing cca calls; 4/7/15 email to defense counsel referencing cca calls; 1 exhibit sheet listing 3 cds with cca calls | |
| | | 09/19/2019 by D. Steeby | | | | |
| GRAHAM (See Marcus Edwards et al) | Charles | 2:11-20065 | Brown, Gurney, Maag, Morehead, Wamble | NO CCA | n/a | |
| | | n/a | | | | |
| GREEN | Brandon | 2:12-20010 | Morehead | NO CCA | NOTE: Files unable to be located, but computer checked with no information found | |
| | | n/a | | | | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT |
|---|---|---|---|---|---|
| | | Files Copied to Media and Deleted | | | |
| HALBIN (See James Webb et al) | Eric | 2:12-20084 | Krug, Sommer | NO CCA | n/a |
| | | n/a | | | |
| HARRIS (See Perez-Alcala et al) | Thomas | 2:12-20066 | Brown, Capwell, Gurney, Morehead, Maag, Zabel | NO CCA | n/a |
| | | n/a | | | |
| HEARD | Kevin Thomas | 2:11-80043 (transferred to SDIowa) | Morehead, Rask | NO CCA | n/a |
| | | n/a | | | |
| HERRERA-ZAMORA, et al | Juan Antonio | 2:14-20049 | Rask, Tomasic, Zabel | YES CCA | CCA Calls copied to Flash Drive from Computer & Deleted; CCA Records Summary Reports; Transcripts of CCA Calls; Summaries of CCA Calls; DVD CCA Calls Govt Exh 1; Transcripts of CCA Calls Marked as Exhibits; Emails Ref. CCA (Some w/attachments); |
| | | Copied to Media and Deleted on 09/20/2019 by David Steeby | | | USMS Req for CCA Calls; Hand Written Notes; DEA Reports; Subpoenas for CCA Calls; Letters ref CCA Calls; Exhibit Sheet & Exhibits (Defense Exhibits); CCA Acknowledgment; Hearing Sheet; CD CCA Calls 10/1/14-10/6/14; 10/2/14-10/15/14;10/01/14-12/10/14 |
| HOLGUIN-GALLEGOS (See Aaron Nunez) | Diana Aurora | 2:16-20016 | Gurney, Hatfield, Hunt, Rask, Ward | NO CCA | n/a |
| | | n/a | | | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT | |
|---|---|---|---|---|---|---|
| | | | Files Copied to Media and Deleted | | | |
| HOLT (see Don Marcus Gibler) | John Burke | 2:06-20048 | Rask | NO CCA | n/a | |
| | | n/a | | | | |
| HOOK | Jarred | 2:14-20024 | Wamble | NO CCA | n/a | |
| | | n/a | | | | |
| HURST (See Los Dahda) | Amos Moses | 2:12-20083 | Barnett, Brown, Capwell, Gurney, Maag, Morehead, Rask, Warner | NO CCA | n/a | |
| | | n/a | | | | |
| JACKSON (See Freeman et al) | Jeffrey B. | 2:13-20070 | Brown, Capwell, Gurney, Krug, Tomasic,  Zabel | YES CCA | Media Containing CCA Calls from Cloud; CCA Call Records Summary Report 6/7/13-7/24/13 (#00855-00865); CCA Call Records Summary Report 8/5/13-10/11/13 (#00866-00879); CCA Call Records Summary Report 12/13/13-1/8/14 (#00914-00919); | 1/6/14 email w/2 req for CCA calls12/11/13-Present, 12/16-Present; 1/6/14 Email to USMS re CCA call Req; 12/19/13 email re CCA call request from BK to ET; 2 Discovery Letters Ref. CCA Calls; 1/10/14 email to Defense Counsel Ref. CCA calls;  1 USMS CCA call Req 12/11/13-present |
| | | Copied to Media and Deleted on 09/19/2019 by David Steeby | | | | |
| JOHNSON (See Chavoris Neal et al) | Marion Bruce | 2:04-20049 | Rask | NO CCA | n/a | |
| | | n/a | | | | |
| LIMAS-CARMONA (See Perez-Alcala et al) | Javier | 2:12-20066 | Brown, Capwell, Gurney, Maag, Morehead, Zabel | NO CCA | n/a | |
| | | n/a | | | | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT |
|---|---|---|---|---|---|
| | | | **Files Copied to Media and Deleted** | | |
| LOPEZ-DEHARO (See Eliser Lopez) | Manuel | 2:13-20125 | Brown, Capwell, Gurney, Hunt, Tomasic | NO CCA | n/a |
| | | n/a | | | |
| LOZANO-LARA | Luis | 2:13-20009; 2:11-20084 | Wamble | NO CCA | n/a |
| | | n/a | | | |
| MARTINEZ (See Griffin et al) | Anthony | 2:14-20014 | Brown, Capwell, Catania, Gurney, Tomasic, Ward | NO CCA | n/a |
| | | n/a | | | |
| MARTINEZ-BEJARANO (See Perez-Alcala et al) | Hiram | 2:12-20066 | Brown, Capwell, Gurney, Maag, Morehead, Zabel | NO CCA | n/a |
| | | n/a | | | |
| MAYO (See Perez-Alcala et al) | Ralph | 2:12-20066 | Brown, Capwell, Gurney, Maag, Morehead, Zabel | NO CCA | n/a |
| | | n/a | | | |
| MCCONNELL | Jason C. | 2:07-20029 | Morehead | NO CCA | n/a |
| | | n/a | | | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT | |
|---|---|---|---|---|---|---|
| | | Files Copied to Media and Deleted | | | | |
| MCCUISTON | Eric | 2:09-20137; 2:15-80135 | Hunt, Flannigan | NO CCA | n/a | |
| | | n/a | | | | |
| MCCUSKER (See Los Dahda) | Henry | 2:12-20083 | Barnett, Brown, Capwell, Gurney, Maag, Morehead, Rask, Warner | NO CCA | n/a | |
| | | n/a | | | | |
| MCLINN | Edward | 2:14-20098 | Capwell, Morehead | YES CCA | Media containing CCA calls from Cloud Provided on 10/1/2019; USMS Request for CCA Calls; CDs Containing CCA Calls; CCA Records Summary Report 3/14/19 Letter from Defense Counsel regarding Discovery; | NOTE:  Media containing CCA Calls from Cloud submitted 10/1/2019 |
| | | Copied to Media and Deleted on 10/01/2019 by David Steeby | | | | |
| MENDOZA-MENDEZ | Macrino | 2:12-20048 | Rask | NO CCA | n/a | |
| | | n/a | | | | |
| MICK (See Los Dahda) | Damien J. | 2:12-20083 | Barnett, Brown, Capwell, Gurney, Maag, Morehead, Rask, Warner | NO CCA | n/a | |
| | | n/a | | | | |
| MILLER | Clifford L. | 2:14-20023 | Morehead | NO CCA | n/a | |
| | | n/a | | | | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT | |
|---|---|---|---|---|---|---|
| | | **Files Copied to Media and Deleted** | | | | |
| Mills | Steven | 2:10-20157 | Rask | NO CCA | n/a | |
| | | n/a | | | | |
| MONTOYA-VALENZUELA (See Herrera-Zamora et al) | Jose Guadalupe | 2:14-20049; 2:14-08078 | Catinia, Tomasic | YES CCA | CCA Calls copied to Flash Drive from Computer & Deleted; CCA Calls 6/6/14-8/2/14 on cloud copied to media and deleted; Summary; emails; USMS request for CCA Calls; Letters ref CCA calls; Hand Written Notes | |
| | | Copied to Media and Deleted on 09/20/2019 by David Steeby | | | | |
| MORGAN | Lamar | 2:04-20016 | Hunt | NO CCA | n/a | |
| | | n/a | | | | |
| MURPHY (See Darryl Bagley et al) | Charles | 2:03-20003 | Brown, Flannigan, Maag | NO CCA | n/a | |
| | | n/a | | | | |
| NEIGHBORS (See Neighbors et al) | Guy | 2:08-20105; 2:07-20124; 2:07-20073; 2:06-20171 | Morehead, Oakley, Parker | YES CCA | CD calls 5/20/09-7/20/09 CD calls 5/20/09-6/30/09; CD Calls 7/27/09; CD Calls 7/20/09-7/27/09; CD calls 5/20/09-7/14/09 (Exh 10A); Fax Cover and Subp for CCA Calls 7/27/09-8/5/09; | Fax Cover and Subp for cca calls 5/20/09-current; Fax Cover & Subp cca calls 5/20/09-6/30/09; LPD Invest. Rpt. Review CCA Calls; 3/13/14 Disc Ltr with list; 9/10/09 Ltr ref CCA calls; emails ref cca calls; hand note review of material from Gary Hart |
| | | n/a | | | | |
| NELSON | Stephen M. | 2:15-20080; 2:10-20107 | Gurney, Ward, Krug | YES CCA | CCA Calls Copied to Flash Drive and Deleted from Computer; CD CCA Calls; Memorandum of CCA Call from USMS | |
| | | 09/17/2019 by D. Steeby | | | | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT |
|---|---|---|---|---|---|
| | | | | | Files Copied to Media and Deleted |
| ORTEGA-SAUCEDO | Ricardo | 2:11-20050 | Rask | NO CCA | n/a |
| | | n/a | | | |
| PABLO-SOLIS | Pedro | 2:12-20061 | Alford | NO CCA | NOTE:  Files unable to be located, but computer checked with no information found |
| | | n/a | | | |
| POLLARD (See Los Dahda) | Chad William | 2:12-20083 | Barnett, Brown, Capwell, Gurney, Maag, Morehead, Rask, Warner | NO CCA | n/a |
| | | n/a | | | |
| RANDALL | Ronald E. | 2:05-20061 | D. Smith | NO CCA | n/a |
| | | n/a | | | |
| RAY (See James Webb et al) | Larry Lee | 2:12-20084 | Krug, Sommer | NO CCA | n/a |
| | | n/a | | | |
| RECTOR (See Los Dahda) | Stephen Mallsion | 2:12-20083 | Barnett, Brown, Capwell, Gurney, Maag, Morehead, Rask, Warner | NO CCA | n/a |
| | | n/a | | | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT | |
|---|---|---|---|---|---|---|
| | | Files Copied to Media and Deleted | | | | |
| REED, Jr. | Eric A. | 2:12-20018; 6:98-10027 | Hunt, Welch | NO CCA | 10/10/12 Email ref CCA calls; Receipt ref calls; --- n/a | |
| | | n/a | | | | |
| RICE | Adam | 2:07-20037 | Morehead | NO CCA | n/a | |
| | | n/a | | | | |
| RICHARDSON | Warren | 2:99-20081 | Anderson, Patton, Ward | NO CCA | NOTE: Files unable to be located, but computer checked with no information found | |
| | | n/a | | | | |
| ROCHA (See Chavez et al) | Homero | 2:12-20039 | Gurney, Morehead, Sommer | NO CCA | NOTE: Files unable to be located, but computer checked with no information found | |
| | | n/a | | | | |
| ROCHA-TAPIA (See KC Don) | Luis | 2:15-20037 | Krug | YES CCA | 1 flash drive CCA calls copied from Computer and deleted; 13 CDs containing CCA Calls; Emails; Letters; USMS Request for CCA Calls; CCA Summary Reports; CCA Acknowledgment; CCA Call Summaries; Return of Discovery | Gmail and attachments from Cornwell; Envelope from Bath returning Rd 5 discovery, some attachments |
| | | Copied to Media and Deleted on 09/20/2019 by David Steeby | | | | |
| ROMERO (See Los Dahda) | Mark Lee | 2:12-20083 | Barnett, Brown, Capwell, Gurney, Maag, Morehead, Rask, Warner | NO CCA | n/a | |
| | | n/a | | | | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT |
|---|---|---|---|---|---|
| | | | | | Files Copied to Media and Deleted |
| Sanders | Roderick | 2:10-20034 | Gurney, Morehead | NO CCA | n/a |
| | | n/a | | | |
| SANTOS-VALDERAMA (See Lopez) | Alejandro | 2:13-20125 | Brown, Capwell, Gurney, Hunt, Tomasic | NO CCA | n/a |
| | | n/a | | | |
| SCIMECA (See James Webb et al) | Phil | 2:12-20084 | Krug, Sommer | NO CCA | n/a |
| | | n/a | | | |
| SCOTT (See Perez-Alcala et al) | Lucinda | 2:12-20066 | Brown, Capwell, Gurney, Maag, Morehead, Zabel | NO CCA | n/a |
| | | n/a | | | |
| SHELDON | William | 2:12-20125 | Flannigan, Wamble | NO CCA | n/a |
| | | n/a | | | |
| SMILEY | Brett | 2:11-20063 | Grissom, Hunt, Tomasic | NO CCA | n/a |
| | | n/a | | | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT |
|-----------|------------|------------|---------|-----------|-----------------------------|
| | | | | | Files Copied to Media and Deleted |
| SMITH | Carl Dean; | 2:05-20104; | Christensen, Rask, Wilson, Zabel, Cassell | NO CCA | n/a<br>FRC File destruction date 2016 |
| | | n/a | | | |
| SMITH, Sr. | Ronnell | 2:14-20013 | Tomasic | NO CCA | n/a |
| | | n/a | | | |
| SODERLING (See Dahda et al) | James Micahel | 2:12-20083 | Barnett, Brown, Capwell, Gurney, Maag, Morehead, Rask, Warner | NO CCA | n/a |
| | | n/a | | | |
| STEGALL (See Los Dahda) | Steven | 2:12-20083 | Barnett, Brown, Capwell, Gurney, Maag, Morehead, Rask, Warner | NO CCA | Emails referencing CCA Calls;<br>Discovery Letter 2/14/2014 regarding cca calls and record summary |
| | | n/a | | | |
| TIMM (See Griffin et al) | Leslie | 2:14-20014 | Brown, Capwell, Catania, Gurney, Tomasic, Ward | NO CCA | n/a |
| | | n/a | | | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT | |
|---|---|---|---|---|---|---|
| | | Files Copied to Media and Deleted | | | | |
| TORRES-AYALA (See Hector Cortez-Morales) (See KC Don) | Jose | 2:16-20008  Copied to Media and Deleted on 09/20/2019 by David Steeby | Gurney, Krug | YES CCA | 1 flash drive CCA calls copied from Computer and deleted; 13 CDs containing CCA Calls; Emails; Letters; USMS Request for CCA Calls; CCA Summary Reports; CCA Acknowledgment; CCA Call Summaries; Return of Discovery | Gmail and attachments from Cornwell; Envelope from Bath returning Rd 5 discovery, some attachments |
| TORRES-GONZALEZ (Gerardo Casas-Tarim et al) (See KC Don) | Edna | 2:15-20038  Copied to Media and Deleted on 09/20/2019 by David Steeby | Brown, Capwell, Krug | YES CCA | 1 flash drive CCA calls copied from Computer and deleted; 13 CDs containing CCA Calls; Emails; Letters; USMS Request for CCA Calls; CCA Summary Reports; CCA Acknowledgment; CCA Call Summaries; Return of Discovery | Gmail and attachments from Cornwell; Envelope from Bath returning Rd 5 discovery, some attachments |
| URIARTE (See KC Don) | Domingo | 2:15-20043  Copied to Media and Deleted on 09/20/2019 by David Steeby | Gurney, Krug | YES CCA | 1 flash drive CCA calls copied from Computer and deleted; 13 CDs containing CCA Calls; Emails; Letters; USMS Request for CCA Calls; CCA Summary Reports; CCA Acknowledgment; CCA Call Summaries; Return of Discovery | Gmail and attachments from Cornwell; Envelope from Bath returning Rd 5 discovery, some attachments |
| VAKA (See Hector Cortez-Morales) (See KC Don) | Sean | 2:16-20008  Copied to Media and Deleted on 09/20/2019 by David Steeby | Gurney, Krug | YES CCA | 1 flash drive CCA calls copied from Computer and deleted; 13 CDs containing CCA Calls; Emails; Letters; USMS Request for CCA Calls; CCA Summary Reports; CCA Acknowledgment; CCA Call Summaries; Return of Discovery | Gmail and attachments from Cornwell; Envelope from Bath returning Rd 5 discovery, some attachments |
| VALASCO-VEYRO (See Chavez et al | Jose | 2:12-20039  n/a | Gurney, Morehead, Sommer | NO CCA | NOTE:  Files unable to be located, but computer checked with no information found | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT |
|---|---|---|---|---|---|
| | | Files Copied to Media and Deleted | | | |
| WATTREE | Michael | 2:15-20010 2:07-20151 | Morehead, Oakley | NO CCA | Fax cover sheet and Subpoena for CCA calls from 12/19/07-1/6/08; Fax cover sheet and Subpoena for CCA calls from 1/11/08-2/20/08; |
| | | n/a | | | |
| WEBB | Cedric Alexander | 2:04-20148 | Rask | NO CCA | n/a |
| | | n/a | | | |
| WEBB | Dennis | 2:04-20152 | Flannigan | NO CCA | NOTE: Files unable to be located, but computer checked with no information found |
| | | n/a | | | |
| WILBURN | Lancelot Joshua | 2:13-08203 (moved to CDCal) | Warner, smith D | NO CCA | NOTE: Files unable to be located, but computer checked with no information found |
| | | n/a | | | |
| WILLIAMS | Cameron | 2:11-20030 | Patton | NO CCA | n/a |
| | | n/a | | | |
| WILLIAMS (See Double "D") | Michael; Wichita case - | 2:03-20147; 2:93-20072; 2:09-20133; 2:92-20035; | Catania, Allman, Flannigan, Gurney, Maag, Rask, D. Smith, Patton, Furst | NO CCA | n/a |
| | | n/a | | | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT | |
|---|---|---|---|---|---|---|
| | | | **Files Copied to Media and Deleted** | | | |
| WILLMING (See Los Dahda) | Carey Lynn | 2:12-20083 | Barnett, Brown, Capwell, Gurney, Maag, Morehead, Rask, Warner | NO CCA | n/a | |
| WILLS | Antonio | 2:03-20148 | Catania | NO CCA | NOTE: Files unable to be located, but computer checked with no information found | |
| WILSON (See Brandon Floyd et al) | Wesley | 2:10-20114 | Morehead | NO CCA | NOTE: Files unable to be located, but computer checked with no information found | |
| WOOD (See Packel et al) | Brenda | 2:14-20065 | Capwell, A. Smith, Wamble | YES CCA | CD CCA Calls 1/26/16-1/27/16; CD CCA Calls 12/16/15-present; CD CCA Calls 4/18/15-6/18/15; CD CCA Calls 1/16-present; CD CCA Calls 11/2/15-present; CCA Acknowledgments; Emails ref CCA Calls (Some w/attachments); USMS Request for CCA Calls; | CCA Rec Summary Rpt 12/16/15-1/5/16; CCA Rec Summary Rpt 12/16/15-1/25/16; CCA Rec Summary Rpt 11/27/14-12/19/14; CCA Rec Summary Rpt 1/26/16-1/27/16; CCA Rec Summary Rpt 4/18/15-6/17/15; CCA Rec Summary Rpt; 1/15/15-4/19/15; CCA Rec Summary Rpt 11/2/15-12/3/15; |
| WRIGHT | Rodney E. | 2:00-20125 n/a | Flannigan, Fowler | NO CCA | n/a | |

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT |
|-----------|-----------|-----------|---------|-----------|----------------------------|
| | | | | | **Files Copied to Media and Deleted** |
| YAN (See Zhang et al) | Wengui | 2:13-20134 | Rask, D. Smith, Resler, Walczewski, Williams (DOJCRM) | NO CCA | FBI 302 re: CCA Calls (Bates # Reports 002429); CCA Records Summary Report 1/10/14-2/17/14 (Bates # Reports 002430); 9/23/16 Discovery letter |
| | | n/a | | | |
| ZERR | Thomas | 2:11-20097 | Maag, Warner, Wilson | NO CCA | NOTE:  Files unable to be located, but computer checked with no information found |