IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 16-20032-02-JAR |
| **KARL CARTER**, | ) ) ) |
| Defendant. | ) ) |

## UNOPPOSED MOTION TO UNSEAL CERTAIN EXHIBITS

COMES NOW the United States of America, by and through Steven D. Clymer, Special Attorney, Stephen R. McAllister, United States Attorney for the District of Kansas, and Duston J. Slinkard, First Assistant United States Attorney, and moves the Court to unseal Exhibit Numbers 544, 545, 546, and 547, which were offered by the Federal Public Defender and admitted by the Court under seal during the hearing in this matter in October and November 2018.

The Federal Public Defender was contacted regarding the instant motion and has no objection to it being granted.

WHEREFORE, the United States respectfully requests that the Court enter an order unsealing Exhibit Numbers 544, 545, 546, and 547.

Respectfully submitted,

s/Duston J. Slinkard
Duston J. Slinkard, #21294
First Assistant United States Attorney
444 SE Quincy Street, Room 290
Topeka, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853
duston.slinkard@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of November 2019, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send a notice of the electronic filing to all counsel of record.

                                  s/Duston J. Slinkard
                                  Duston J. Slinkard, #21294
                                  First Assistant United States Attorney