# Additional CCA Custody Call Information Provided to Court (11/08/2019)

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|---|---|---|---|---|
| Rapp, Gregory | 14-20067-CM | Rask, Brown, Flannigan, Tomasic, Wood | Yes | 01/07/2019 Provided:<br><br>45 DVDs/CDs<br>2 Flash Drives;<br><br>11/08/2019 Add'l Info provided:<br><br>1 media containing items copied from Computer and deleted (CCA Calls; Call Snippets and Transcript of Call Snippets);<br><br>Steno Book Notes;<br>List of Exh Call;<br>Review of Calls by Stokes;<br>Summary by SSA Lyons;<br>CDs of Exhibits;<br>Secure Call Platform Reports;<br>CCA Acknowledgement;<br>CD/DVDs w/Calls;<br>CCA Summary Rpts;<br>CCA Call Detail Rpt;<br>Typed/Hand Notes;<br>CCA Call Trans; |

| Name | Case No | AUSA | Calls | Materials Produced to Court |
|---|---|---|---|---|
| | | | | USMS CCA Call Requests; KBI Rpts Submission Slips; Emails; |