| | |
|---|---|
| **From:** | Slinkard, Duston (USAKS) |
| **To:** | Bonnie Wiest; Lauren Lowry |
| **Cc:** | Melody Brannon; Kirk Redmond; Clymer, Steven D. (USANYN); McAllister, Stephen (USAKS) |
| **Subject:** | FW: CCA Call Reports Delivered to Court |
| **Date:** | Friday, November 8, 2019 2:30:00 PM |
| **Attachments:** | 11-08-2019 2nd addl KC CCA Non-Custody Call Info Provided to Court - Neighbors.pdf |
| | 11-08-2019 CCA Custody Call Inquiry Additional Info Provided to Court Williamson.pdf |
| | 11-08-2019 CCA Custody Call Inquiry Additional Info Provided to Court Rapp et al.pdf |

Attached please find electronic copies of the inventory reports for the calls and materials submitted to chambers today. As always, the government has no objection to FPD obtaining and duplicating these materials.

Thanks and have a good weekend,

Duston J. Slinkard
First Assistant U.S. Attorney
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

---

**From:** Smith, Linda (USAKS) 1 <LSmith1@usa.doj.gov>
**Sent:** Friday, November 8, 2019 2:20 PM
**To:** Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>
**Subject:** CCA Call Reports Delivered to Court

Duston,

I have delivered the items and reports to the court regarding the following 3 cases:

Williamson, Brett
Rapp, Gregory et al
Neighbors, Guy

I am attaching the 3 inventory reports for you to forward to the appropriate people.

If you need anything else, please let me know.  Thanks.

Linda

*Linda R. Smith*
USA Secretary/Sprvsy. Legal Assistant
District of Kansas
500 State Ave., Suite 360
Kansas City, KS  66101
E-mail:  Linda.smith2@usdoj.gov
Tele:  913-551-6747

Case 2:16-cr-20032-JAR     Document 799-5     Filed 11/14/19     Page 2 of 2