| | |
|---|---|
| **From:** | Slinkard, Duston (USAKS) |
| **To:** | Melody Brannon |
| **Subject:** | RE: Securus calls in 16 cases |
| **Date:** | Tuesday, January 7, 2020 12:48:00 PM |

Gotcha. Thanks!

Duston J. Slinkard
First Assistant U.S. Attorney
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

---

**From:** Melody Brannon <Melody_Brannon@fd.org>
**Sent:** Tuesday, January 7, 2020 12:35 PM
**To:** Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>
**Subject:** RE: Securus calls in 16 cases

Yes, 11 defendants. And we intend to dismiss Vincent today. I will get back to you on Alvarez.

---

**From:** Slinkard, Duston (USAKS) <Duston.Slinkard@usdoj.gov>
**Sent:** Tuesday, January 7, 2020 12:24 PM
**To:** Melody Brannon <Melody_Brannon@fd.org>
**Subject:** RE: Securus calls in 16 cases

Certainly. Thanks!

Duston J. Slinkard
First Assistant U.S. Attorney
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

---

**From:** Melody Brannon <Melody_Brannon@fd.org>
**Sent:** Monday, January 6, 2020 7:19 PM
**To:** Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>
**Subject:** RE: Securus calls in 16 cases

Let me review with Kirk tomorrow and I'll get back with you.

---

**From:** Slinkard, Duston (USAKS) <Duston.Slinkard@usdoj.gov>

**Sent:** Monday, January 6, 2020 5:08 PM
**To:** Melody Brannon <Melody_Brannon@fd.org>
**Subject:** RE: Securus calls in 16 cases

Melody,

I am taking stock, and want to confirm I have not overlooked something. During and after the last status conference, we discussed sixteen cases for whom we had not provided you any calls recordings and for which you had something specific in the way of a call request or other material that caused you to believe the USAO had obtained calls. You later referred me to your earlier subpoena for the names. It had the following names:

Joshua Alvarez to phone number (913) 652-9800 from September 1, 2014, through May 1, 2016;
Lazaro Garciga to phone number (785) 331-0300 from September 1, 2012, through June 1, 2015;
Nicholas Hurtado to phone number (785) 331-0300 from October 1, 2015, through February 1, 2017;
Booker Johnson to phone numbers (816) 229-8686 and (816) 229-8687 from July 1, 2015, through January 1, 2017;
Frenklyn Piggie to phone numbers (913) 551-6712, (913) 551-6921, (816) 292-7000, (816) 835-8853, (316) 265-5511, (816) 525-8200, (785) 235-1650 and (785) 633-3698 from March 1, 2017, through May 1, 2017;
Shawn Shutts to phone numbers (785) 242-8500, (913) 948-6680 and (913) 948-6682 from September 1, 2015, through April 1, 2016;
Matthew Spaeth to phone numbers (913) 962-9800 and (913) 652-9800 from November 1, 2014, through February 1, 2017;
Charles Steele to phone numbers (316) 264-8700, (913) 551-6712 and (913) 551-6943 from June 1, 2014, through March 1, 2017;
Ataven (Taven) Tatum to phone numbers (785) 224-9204, (913) 233-5887 and (913) 948-9490 from May 1, 2012, through February 1, 2014;
Thomas Vincent to phone numbers (785) 232-9828, (785) 246-6012, (913) 551-6712, (913) 551-6921 from September 1, 2014, through April 1, 2016;
Virok Webb to phone numbers (913) 948-9311, (816) 759-8686, (816) 292-7000 and (816) 753-0800 from September 1, 2011, through October 1, 2015.

Then you sent me the call requests or similar information you had for Booker Johnson, and Jennifer sent me the same for the following 8 names:

1. Lazaro Garciga
2. Nicholas Hurtado
3. Frenklyn Piggie
4. Shawn Shutts
5. Matthew Spaeth
6. Charles Steele
7. Ataven Tatum
8. Virok Webb

So two questions:

1. You said 16 **CASES** in court and in the beginning of this string, but there were only 11 names on your subpoena. Is it that because of multiple cases for some names that these 11 names cover all 16 cases. I just want to make sure. I apologize if I am forgetting something we discussed, but looking back I could not find a reason for the 16 vs. 11 discrepancy.

2. You gave me Johnson and had Jennifer give me the 8 listed immediately above, that leaves 2: Joshua Alvarez and Thomas Vincent. You said in the first message below that you were still looking into Alvarez, but did you have anything to share with me on him yet or on Vincent.  Again, if I am overlooking something we discussed or you provided, just let me know or point me to it.

Thanks,
Duston J. Slinkard
First Assistant U.S. Attorney
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

---

**From:** Jennifer Wilson <Jennifer_Wilson@fd.org>
**Sent:** Monday, December 2, 2019 4:12 PM
**To:** Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>; Melody Brannon <Melody_Brannon@fd.org>
**Cc:** Capwell, Carrie (USAKS) <ccapwell@usa.doj.gov>; Clark, Bryan (USAKS) <BClark3@usa.doj.gov>; Brown, James (USAKS) 3 <JBrown3@usa.doj.gov>; Kirk Redmond <Kirk_Redmond@fd.org>; Lydia Krebs <Lydia_Krebs@fd.org>
**Subject:** RE: Securus calls in 16 cases

Yes, I'm so sorry about that – looks like I forgot to attach that one. Here are the requests/notices/etc. for Charles Steele.

I believe that should be everyone. Please let me know if I've missed anyone else.

---

**From:** Slinkard, Duston (USAKS) <Duston.Slinkard@usdoj.gov>
**Sent:** Wednesday, November 27, 2019 1:16 PM
**To:** Jennifer Wilson <Jennifer_Wilson@fd.org>; Melody Brannon <Melody_Brannon@fd.org>
**Cc:** Carrie Capwell <Carrie.Capwell@usdoj.gov>; Clark, Bryan (USAKS) <Bryan.Clark@usdoj.gov>; Brown, James (USAKS) 3 <James.Brown2@usdoj.gov>; Kirk Redmond <Kirk_Redmond@fd.org>; Lydia Krebs <Lydia_Krebs@fd.org>
**Subject:** RE: Securus calls in 16 cases

Jennifer,

Was there also supposed to be a file attached concerning Charles Steele? It came through with seven files named for each of the other seven.

Thanks and have a great Thanksgiving,

Duston J. Slinkard
First Assistant U.S. Attorney
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

---

**From:** Jennifer Wilson <Jennifer_Wilson@fd.org>
**Sent:** Monday, November 25, 2019 4:59 PM
**To:** Melody Brannon <Melody_Brannon@fd.org>; Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>
**Cc:** Capwell, Carrie (USAKS) <ccapwell@usa.doj.gov>; Clark, Bryan (USAKS) <BClark3@usa.doj.gov>; Brown, James (USAKS) 3 <JBrown3@usa.doj.gov>; Kirk Redmond <Kirk_Redmond@fd.org>; Lydia Krebs <Lydia_Krebs@fd.org>
**Subject:** RE: Securus calls in 16 cases

Good afternoon,

Please find attached the requests/notices regarding call recordings for the following individuals:

1. Lazaro Garciga
2. Nicholas Hurtado
3. Frenklyn Piggie
4. Shawn Shutts
5. Matthew Spaeth
6. Charles Steele
7. Ataven Tatum
8. Virok Webb

---

**From:** Melody Brannon <Melody_Brannon@fd.org>
**Sent:** Thursday, November 21, 2019 7:55 PM
**To:** Duston Slinkard <Duston.Slinkard@usdoj.gov>
**Cc:** Carrie Capwell <Carrie.Capwell@usdoj.gov>; Clark, Bryan (USAKS) <Bryan.Clark@usdoj.gov>; Brown, James (USAKS) 3 <James.Brown2@usdoj.gov>; Kirk Redmond <Kirk_Redmond@fd.org>; Lydia Krebs <Lydia_Krebs@fd.org>; Jennifer Wilson <Jennifer_Wilson@fd.org>
**Subject:** RE: Securus calls in 16 cases

Thanks for the additional information, Duston. I'll send the other call request documents tomorrow, and copy everyone listed here.

**From:** Slinkard, Duston (USAKS) <Duston.Slinkard@usdoj.gov>
**Sent:** Thursday, November 21, 2019 4:55 PM
**To:** Melody Brannon <Melody_Brannon@fd.org>
**Cc:** Carrie Capwell <Carrie.Capwell@usdoj.gov>; Clark, Bryan (USAKS) <Bryan.Clark@usdoj.gov>; Brown, James (USAKS) 3 <James.Brown2@usdoj.gov>; Kirk Redmond <Kirk_Redmond@fd.org>; Lydia Krebs <Lydia_Krebs@fd.org>; Jennifer Wilson <Jennifer_Wilson@fd.org>
**Subject:** RE: Securus calls in 16 cases

Melody,

Thank you for taking time to speak with me earlier about your list of sixteen. I also very much appreciate you sharing the two e-mails you sent me after that showed requests for calls made by a then DEA Task Force Officer with respect to Booker Johnson, D. Kan. Case No. 15-40064-DDC. I have attached those e-mails here for the benefit of the others.

As I told you when we spoke, I was curious about Mr. Johnson because his was a case I personally prosecuted, along with Jared Maag, and Jared an I both knew that neither of us had sought, or directed anyone to seek, jail calls, and did not know any were obtained in the case.

Immediately after speaking with you and receiving the attached, I spoke with the supervisor for the DEA Topeka Post of Duty, shared the attached, and asked that they review their files on the Johnson et al. matter. A short time ago he reported back to me that he had reviewed the DEA's file and did not find any jail call recordings, reports or materials that contained information derived from jail call recordings, or reports or materials that concerned jail calls in the case in anyway. Therefore, while the e-mails you provided demonstrate that then TFO Hanika requested and received calls concerning defendants in the case, it does not appear that she added them to the DEA's case file.

We will continue to look into your list of sixteen, but I wanted to update you on this one.

Thanks,
Duston J. Slinkard
First Assistant U.S. Attorney
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

---

**From:** Slinkard, Duston (USAKS)
**Sent:** Wednesday, November 20, 2019 10:31 AM
**To:** Melody Brannon <Melody_Brannon@fd.org>
**Cc:** Capwell, Carrie (USAKS) <ccapwell@usa.doj.gov>; Clark, Bryan (USAKS) <BClark3@usa.doj.gov>; Kirk Redmond <Kirk_Redmond@fd.org>; Lydia Krebs <Lydia_Krebs@fd.org>; Jennifer Wilson <Jennifer_Wilson@fd.org>

**Subject:** Re: Securus calls in 16 cases

Thanks. We will give them further attention and let you know if we find additional information.

Duston J. Slinkard
First Assistant U.S. Attorney
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853


Sent from my iPhone

On Nov 20, 2019, at 10:19 AM, Melody Brannon <Melody_Brannon@fd.org> wrote:

> Counsel,
>
> On Monday, we briefly discussed the 16 cases where CCA calls were accessed but no calls were found or produced by the government in response to our motion. We understand that there are various reasons or explanations for this. We have asked Securus to provide those calls to us.
>
> Duston, these 16 names were on the subpoena that I provided you a couple of weeks ago. And you should already have all of the USAO/USMS documents requesting calls from earlier discovery, with the exception of Joshua Alverez. We are still looking into that case.
>
>
> Melody Brannon
> Federal Public Defender, District of Kansas
> 117 S.W. 6th Street, Suite 200
> Topeka, Kansas 66603
> 785.232.9828
> melody_brannon@fd.org
> *pronouns: she/her/hers (why I share my pronouns)*
>
>
>
> <30 17c Motion (Securus).pdf>