ATTACHMENT 2

| | |
|---|---|
| **From:** | Slinkard, Duston (USAKS) |
| **To:** | Jennifer Wilson; Melody Brannon |
| **Cc:** | Capwell, Carrie (USAKS); Clark, Bryan (USAKS); Brown, James (USAKS) 3; Kirk Redmond; Lydia Krebs; McAllister, Stephen (USAKS); Clymer, Steven D. (USANYN) |
| **Subject:** | RE: Securus calls in 16 cases |
| **Date:** | Wednesday, November 27, 2019 3:54:00 PM |
| **Attachments:** | FW task - help please.msg |
| | RE Follow up on the phone discovery.msg |

Melody,

I figured I would stick with same correspondence chain, so that everything is in one place. Thank you for taking a few minutes to speak with me earlier today. First, as I told you on the phone, attached is an e-mail message, which was one of the messages in the ETOMASICBLACKV7_0.pst file that was the fifth flash drive disclosed in response to the Special Master's 8/17/2018 subpoena duces tecum. There is a Word document attached to this e-mail message that provides a list Erin Tomasic describes as being of "each of the 40 inmates whose calls were obtained as part of the *Black* investigation and then impounded by the Court."

Of the 40 individuals listed, 15 are WDMo defendants and 25 are DKan defendants.

Out of the 25 DKan defendants:

- 14 are individuals listed on your In-custody list: Robert Burress, Nicholas Hurtado, David Lougee, Shawn Pavone, Frenklyn Piggie, Gregory Rapp, Jeffrey Roark, Marcus Roberson, Shawn Shutts, Matthew Spaeth, Charles Steele, Arlie Stewart, Andre Wallace, and Virok Webb.

- Of those 14, 10 were already down as cases where we answered "Yes" to their calls being obtained in the CCA investigation. Based upon this document, we would now say "Yes" to the other 4, which were previously "No"s: Nicholas Hurtado, Frenklyn Piggie, Jeffrey Roark, and Marcus Roberson. Because their calls were obtained in the CCA Investigation, their calls and related information would have been given to the Court in August of 2016 in response to the clawback order.

- 4 are individuals listed on your Out-of-custody list: Earnest Crawford, Richard Dertinger, Ricardo Plasencio, and Lamar Steele. We have previously answered "Yes" to calls being obtained in the CCA investigation for Richard Dertinger. Based upon this document, we would now say "Yes" to the other 3. Again, because their calls were obtained in the CCA Investigation, their calls and related information would have been given to the Court in August of 2016 in response to the clawback order.

- 7 are individuals that unless I missed something are not on your lists: Charles Haupt, Philip Krites, Jason Neal, Robert Ransom, Jermaine Rayton, Stephen Rowlette, and Quian Younger.

I had previously provided you with many of these names as persons whose calls were sought in the CCA investigations back when we originally discussing how to handle your discovery motion in October and November of last year.( I am also attaching that e-mail to the extent it is useful to you now.) I had sent you lists of persons whose calls were obtained after asking the agents to review your initial list and let me know whose calls were requested in the CCA

investigation. In looking for the message I sent you, I realized I had failed to recognize the significance of a later follow-up message from the agent that indicated calls were also obtained from Nicholas Hurtado, Frenklyn Piggie, and Marcus Roberson. Therefore, I now know from two different sources that their calls were obtained in the CCA Investigation.

I will eventually file an updated status report, but unless you disagree, I will hold off doing that until after we're finished working on the 16 names you've highlighted.

Thanks and have a great Thanksgiving,
Duston J. Slinkard
First Assistant U.S. Attorney
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

---

**From:** Slinkard, Duston (USAKS)
**Sent:** Wednesday, November 27, 2019 1:16 PM
**To:** Jennifer Wilson <Jennifer_Wilson@fd.org>; Melody Brannon <Melody_Brannon@fd.org>
**Cc:** Capwell, Carrie (USAKS) <ccapwell@usa.doj.gov>; Clark, Bryan (USAKS) <BClark3@usa.doj.gov>; Brown, James (USAKS) 3 <JBrown3@usa.doj.gov>; Kirk Redmond <Kirk_Redmond@fd.org>; Lydia Krebs <Lydia_Krebs@fd.org>
**Subject:** RE: Securus calls in 16 cases

Jennifer,

Was there also supposed to be a file attached concerning Charles Steele? It came through with seven files named for each of the other seven.

Thanks and have a great Thanksgiving,
Duston J. Slinkard
First Assistant U.S. Attorney
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

---

**From:** Jennifer Wilson <Jennifer_Wilson@fd.org>
**Sent:** Monday, November 25, 2019 4:59 PM
**To:** Melody Brannon <Melody_Brannon@fd.org>; Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>
**Cc:** Capwell, Carrie (USAKS) <ccapwell@usa.doj.gov>; Clark, Bryan (USAKS) <BClark3@usa.doj.gov>; Brown, James (USAKS) 3 <JBrown3@usa.doj.gov>; Kirk Redmond <Kirk_Redmond@fd.org>; Lydia Krebs <Lydia_Krebs@fd.org>
**Subject:** RE: Securus calls in 16 cases

Good afternoon,

Please find attached the requests/notices regarding call recordings for the following individuals:

1. Lazaro Garciga
2. Nicholas Hurtado
3. Frenklyn Piggie
4. Shawn Shutts
5. Matthew Spaeth
6. Charles Steele
7. Ataven Tatum
8. Virok Webb

---

**From:** Melody Brannon <Melody_Brannon@fd.org>
**Sent:** Thursday, November 21, 2019 7:55 PM
**To:** Duston Slinkard <Duston.Slinkard@usdoj.gov>
**Cc:** Carrie Capwell <Carrie.Capwell@usdoj.gov>; Clark, Bryan (USAKS) <Bryan.Clark@usdoj.gov>; Brown, James (USAKS) 3 <James.Brown2@usdoj.gov>; Kirk Redmond <Kirk_Redmond@fd.org>; Lydia Krebs <Lydia_Krebs@fd.org>; Jennifer Wilson <Jennifer_Wilson@fd.org>
**Subject:** RE: Securus calls in 16 cases

Thanks for the additional information, Duston. I'll send the other call request documents tomorrow, and copy everyone listed here.

---

**From:** Slinkard, Duston (USAKS) <Duston.Slinkard@usdoj.gov>
**Sent:** Thursday, November 21, 2019 4:55 PM
**To:** Melody Brannon <Melody_Brannon@fd.org>
**Cc:** Carrie Capwell <Carrie.Capwell@usdoj.gov>; Clark, Bryan (USAKS) <Bryan.Clark@usdoj.gov>; Brown, James (USAKS) 3 <James.Brown2@usdoj.gov>; Kirk Redmond <Kirk_Redmond@fd.org>; Lydia Krebs <Lydia_Krebs@fd.org>; Jennifer Wilson <Jennifer_Wilson@fd.org>
**Subject:** RE: Securus calls in 16 cases

Melody,

Thank you for taking time to speak with me earlier about your list of sixteen. I also very much appreciate you sharing the two e-mails you sent me after that showed requests for calls made by a then DEA Task Force Officer with respect to Booker Johnson, D. Kan. Case No. 15-40064-DDC. I have attached those e-mails here for the benefit of the others.

As I told you when we spoke, I was curious about Mr. Johnson because his was a case I personally prosecuted, along with Jared Maag, and Jared an I both knew that neither of us had sought, or directed anyone to seek, jail calls, and did not know any were obtained in the case.

Immediately after speaking with you and receiving the attached, I spoke with the supervisor for the

DEA Topeka Post of Duty, shared the attached, and asked that they review their files on the Johnson et al. matter. A short time ago he reported back to me that he had reviewed the DEA's file and did not find any jail call recordings, reports or materials that contained information derived from jail call recordings, or reports or materials that concerned jail calls in the case in anyway. Therefore, while the e-mails you provided demonstrate that then TFO Hanika requested and received calls concerning defendants in the case, it does not appear that she added them to the DEA's case file.

We will continue to look into your list of sixteen, but I wanted to update you on this one.

Thanks,

Duston J. Slinkard
First Assistant U.S. Attorney
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853

---

**From:** Slinkard, Duston (USAKS)
**Sent:** Wednesday, November 20, 2019 10:31 AM
**To:** Melody Brannon <Melody_Brannon@fd.org>
**Cc:** Capwell, Carrie (USAKS) <ccapwell@usa.doj.gov>; Clark, Bryan (USAKS) <BClark3@usa.doj.gov>; Kirk Redmond <Kirk_Redmond@fd.org>; Lydia Krebs <Lydia_Krebs@fd.org>; Jennifer Wilson <Jennifer_Wilson@fd.org>
**Subject:** Re: Securus calls in 16 cases

Thanks. We will give them further attention and let you know if we find additional information.

Duston J. Slinkard
First Assistant U.S. Attorney
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853


Sent from my iPhone

On Nov 20, 2019, at 10:19 AM, Melody Brannon <Melody_Brannon@fd.org> wrote:

> Counsel,
>
> On Monday, we briefly discussed the 16 cases where CCA calls were accessed but no calls were found or produced by the government in response to our motion. We understand that there are various reasons or explanations for

this. We have asked Securus to provide those calls to us.

Duston, these 16 names were on the subpoena that I provided you a couple of weeks ago. And you should already have all of the USAO/USMS documents requesting calls from earlier discovery, with the exception of Joshua Alverez. We are still looking into that case.


Melody Brannon
Federal Public Defender, District of Kansas
117 S.W. 6th Street, Suite 200
Topeka, Kansas 66603
785.232.9828
melody_brannon@fd.org
*pronouns: she/her/hers [(why I share my pronouns)](#)*



<30 17c Motion (Securus).pdf>