**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**March 31, 2020**

**Christopher M. Wolpert**
**Clerk of Court**

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>KARL CARTER,<br><br>   Defendant.<br><br>------------------------------<br><br>SCOTT C. RASK,<br><br>   Objector - Appellant,<br><br>v.<br><br>FEDERAL PUBLIC DEFENDER,<br><br>   Movant - Appellee. | No. 20-3041<br>(D.C. No. 2:16-CR-20032-JAR-2)<br>(D. Kan.) |

---

## ORDER

---

This matter is before the court on the parties' *Stipulation of Voluntary Dismissal Pursuant to Federal Rule of Appellate Procedure 42(b)*. The stipulation is construed as a motion for voluntary dismissal, and, so construed, the motion is granted. *See* 10th Cir. R.

27.5(A)(9); Fed. R. App. P. Rule 42(b).

    A copy of this order shall stand as and for the mandate of the court.

                                            Entered for the Court
                                            CHRISTOPHER M. WOLPERT, Clerk

                                            by: Lindy Lucero Schaible
                                                Counsel to the Clerk