# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

                Plaintiff,

V.                                               CASE NO. 16-20032-JAR

LORENZO BLACK, ET AL

                Defendants

## RECEIPT

Receipt is hereby acknowledged of ___the Federal Public Defender's office___ for _see below_ in the above entitled case.

Envelope 8 (stored in vault in Clerk's office) containing 4 thumb drives of all CCA calls.

Dated at _Kansas City_ this _29_ day of _April_, _2020_.

_/s/ signature_
Federal Public Defender's office