# Additional Material - CCA Calls Non-Custody Inquiry - Set 2
# Calls/Requests/Summaries/Acknowledgements
# Provided to Court 07/06/2020
# (Kansas City Only)

| LAST NAME | FIRST NAME | KS CASE NO | AUSA(S) | CCA Calls | MATERIALS PRODUCED TO COURT |
|---|---|---|---|---|---|
| BELL<br>(See Hector Cortez-Morales et al)<br>(See KC Don) | Jason | 2:16-20008 | Gurney, Krug | | 2 media (1 original and 1 copy) containing CCA Calls for:<br>Bell  02/26-28/2016<br>Cruz 03/30-31/2016<br>Garcia 02/26-28/2016<br>Sierra 02/26-28/2016<br>Vaka 02/26-27/2016<br>Villa-Valencia 02/26/2016-03/30/2016<br>Zamudio 02/26/2016-03-31-2016 |
| FLORES-SANCHEZ<br>(See Perez-Alcala et al) | Victor Hugo | 2:12-20069;<br>2:12-20066 | Catania, Brown, Capwell, Gurney, Morehead, Maag, Zabel | | 2 media containing CCA Calls for:<br>Victor Flores-Sanchez<br>05/27/2012-07/09/2012 |
| FREEMAN<br>(See Freemen et al) | Joe | 2:13-20070 | Brown, Capwell, Gurney, Krug, Tomasic, Zabel | | 5 media containing CCA Calls for:<br>Joe Freeman<br>11/01/2013-12/19/2013<br>06/06/2013-Present<br>06/06/2013-Present<br>06/07/2013-12/28/2013<br>2 CCA Calls |
| JACKSON<br>(See Freeman et al) | Jeffrey B. | 2:13-20070 | Brown, Capwell, Gurney, Krug, Tomasic, Zabel | | media containing CCA Calls for:<br>Jeffrey Jackson<br>07/24/2013-10/11/2013<br>06/07/2013-07/24/2013 |