| | |
|---|---|
| **From:** | Slinkard, Duston (USAKS) |
| **To:** | Lauren Lowry; Bonnie Wiest |
| **Cc:** | Melody Brannon; Kirk Redmond; Lydia Krebs; McAllister, Stephen (USAKS); Clymer, Steven D. (USANYN); Capwell, Carrie (USAKS); Clark, Bryan (USAKS); Smith, Linda (USAKS) 1 |
| **Subject:** | Additional Materials Subject to the FPD"s Motion for Discovery (Doc. 572) and the Court's Order (Doc. 705) in Black |
| **Date:** | Monday, July 6, 2020 1:19:00 PM |
| **Attachments:** | 7-6-2020 Set 1 addl CCA Calls to ct.pdf  <br>7-6-2020 Set 2 addl CCA Calls to Ct.pdf  <br>7-6-2020 Sneed addl CCA Calls to ct.pdf |

Lauren and Bonnie,

Attached are inventory reports for two batches of additional materials located during the file review for the Black-related 2255 discovery that are also responsive to the FPD's Motion for Discovery (Doc. 572) and the Court's Order (Doc. 705) in Black. I spoke with Bonnie last Wednesday, July 1st, and learned that today would be the best day for us to deliver to the Court. Linda will be making arrangements to do so later today.

The items on the lists entitled "7-6-2020 Set 1 addl CCA Calls to ct" and "7-6-2020 Set 2 addl CCA Calls to ct" have not been duplicated for the FPD, and the government would continue to have no objection to the FPD obtaining them from the Court to copy, as has been the usual procedure.

The items on the list entitled "7-6-2020 Sneed addl CCA Calls to ct " were already duplicated as part of the preparations for the 7/1/2020 Black-related 2255 discovery delivery to FPD, before they were recognized as also being subject to the FPD's Motion for Discovery (Doc. 572) and the Court's Order (Doc. 705) in Black. Therefore, copies of the items on this list were already provided to the FPD as part of the 7/1/2020 discovery in the consolidated 2255 case.

Thank you!

Duston J. Slinkard  
First Assistant U.S. Attorney  
U.S. Attorney's Office - Kansas  
444 SE Quincy, Suite 290  
Topeka, KS 66683  
Voice: (785) 295-7690  
Fax: (785) 295-2853