Attachment 6

## Additional CCA Custody Call Information (Set 1)
## Provided to Court
## (07/6/2020)

| Name | Case No | AUSA | Materials Produced to Court |
|---|---|---|---|
| Sneed, Shawn | 13-40112-JAR | | 11 Media Containing CCA calls and/or Jail calls from Shawnee County Jail for:<br><br>Corey Johnson & Shawn Sneed<br>02/19/2014-03/03/2014 & 302 Rpt<br><br>Shawn Sneed<br>02/10/2014-02/19/2014 & 302 Rpt<br>01/22/2014-02/03/2014 & 302 Rpt<br>02/04/2014-02/10/2014 & 302 Rpt<br>09/17/2013-09/25/2013 & 302 Rpt<br>09/25/2013-10/01/2013<br>09/31/2013-10/15/2013<br>10/15/2013-10/22/2013<br>10/31/2013-11/08/2013<br>01/22/2014-02/03/2014 & 302 Rpt<br>04/23/2014-05/22/2014 & 302 Rpt |