IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-20032-02-JAR |
| ) | |
| **KARL CARTER**, ) | |
| ) | |
| Defendant. ) | |

### SUPPLEMENTAL STATUS REPORT OF RECORDED TELEPHONE CALL DISCOVERY

COMES NOW the United States of America, by and through Steven D. Clymer, Special Attorney, Stephen R. McAllister, United States Attorney for the District of Kansas, and Duston J. Slinkard, First Assistant United States Attorney, and provides the Court with the following report on the status of production of recorded telephone call discovery related to the Federal Public Defender ("FPD")'s Motion for Discovery (Doc. 572) and the Court's Order thereupon (Doc. 705):

1. This report supplements the government's Status Report of Recorded Telephone Call Discovery filed August 27, 2019 (Doc. 764) and Supplemental Status Reports of Recorded Discovery filed on October 10, 2019 (Doc. 787), November 14, 2019 (Doc. 799), February 14, 2020 (Doc. 806), and August 18, 2020 (Doc. 846).

2. Since the filing of the government's last Supplemental Status Report of Recorded Discovery on August 18, 2020 (Doc. 846), the government located additional materials believed to be responsive to the FPD's Phone Discovery Motion.

3. Specifically, on October 28, 2020, while looking through electronic discovery files

related to *United States v. Mendy Read-Forbes*, District of Kansas Case No. 12-20099-01-KHV, during the preparation of its response to the defendant's 28 U.S.C. § 2255 petition therein, the government opened an electronic discovery folder stored under the name of Brian Forbes, a codefendant of Mendy Read-Forbes in another case, *United States v. Mendy Forbes and Brian Forbes*, 13-20041-KHV.   In that folder, the government located a subfolder labeled as containing jail calls, which showed a last modification date of April 17, 2013. (Attachment 1)

4. On October 29, 2020, the government determined through review of call detail sheets, that this subfolder appears to contain jail calls made by Mendy Read-Forbes, an individual listed on the FPD's first, in-custody list, which are likely duplicates of calls that the government has previously disgorged to the Court herein.

5. On October 30, 2020, the government deleted the above-described materials, which had been downloaded to a flash drive for delivery to the Court, from the electronic discovery folder (*see* Attachment 2), informed the Court and the FPD of the materials, and delivered the materials to the Court (*see* Attachment 3), along with an inventory report (Attachment 4).

6. Because prior disclosure had been made with respect to Ms. Read-Forbes previously, the disclosure of these additional materials does not change the totals with respect to individuals for whom materials were found and disclosed previously reported to the Court.

Respectfully submitted,

s/Duston J. Slinkard
Duston J. Slinkard, #21294
First Assistant United States Attorney
444 SE Quincy Street, Room 290
Topeka, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853
duston.slinkard@usdoj.gov

2

**CERTIFICATE OF SERVICE**

I hereby certify that on 30th day of October, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the counsel of record in this case.

    s/Duston J. Slinkard
    Duston J. Slinkard
    First Assistant United States Attorney