Folder Compare

# ATTACHMENT 1

Page 1 of 1

Folder Compare
Produced: 10/29/2020 10:24:29 AM

Mode: All
Base folder: U:\KansasCity\Shared\Discovery\Oakley\Forbes_Oakley\Forbes Brian_Oakley\Brian Forbes Discovery\Jail Phone calls

| Name | Size | Modified | Name | Size | Modified |
|---|---|---|---|---|---|
| 📁 CCA | | 4/17/2013 1:56:55 PM | | | |
| 📁 Dec 17 2012 through March 14 2013 | | 4/17/2013 1:55:47 PM | | | |
| 📁 Disc 11 | | 4/17/2013 1:56:04 PM | | | |
| 📁 Disc 12 | | 4/17/2013 1:56:15 PM | | | |
| 📁 Disc 13 | | 4/17/2013 1:56:19 PM | | | |
| 📁 Disc 14 | | 4/17/2013 1:56:25 PM | | | |
| 📁 Disc 15 | | 4/17/2013 1:56:36 PM | | | |
| 📁 Jan 1 2013 through March 20 2013 | | 4/17/2013 1:56:42 PM | | | |
| 📁 March 20 through March 26 2013 | | 4/17/2013 1:56:42 PM | | | |
| 📁 Nov 6 through Dec 17 2012 | | 4/17/2013 1:56:55 PM | | | |
| 📁 Oct 3 through Nov 6 2012 | | 4/17/2013 1:57:07 PM | | | |
| 📁 Leavenworth County Jail | 16,598,754 | 4/17/2013 1:57:09 PM | | | |