UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert                                                          Jane K. Castro
Clerk of Court                                                              Chief Deputy Clerk

May 26, 2021


Mr. Timothy M. O'Brien (KSkc)
United States District Court for the District of Kansas
Office of the Clerk
500 State Avenue
Robert J. Dole U.S. Courthouse
Room 259
Kansas City, KS 66101-0000


RE:      20-3038, 20-3039, 20-3040, 20-3043, United States v. Carter
         Dist/Ag docket: 2:16-CR-20032-JAR-2

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the
above-referenced appeal issued today. The court's May 4, 2021 judgment takes effect this
date.

Please contact this office if you have questions.


                                        Sincerely,



                                        Christopher M. Wolpert
                                        Clerk of Court



cc:      Counsel of record



CMW/klp