# Exhibits - IE - KANSAS CITY, KS DISTRICT OFFICE (ASAC #3) (40)

## CASE

| | | |
|---|---|---|
| Case Number: ████ | Case Title: BAITEY, Robert | Seizure Date: 03-01-2012 |
| Division: St. Louis Field Division | Office: KANSAS CITY, KS DISTRICT OFFICE (ASAC #3) (40) | Group: Group 45a |
| Fugitive Case: Yes | | |

## EXHIBIT

| | |
|---|---|
| Form Type: 7A | Exhibit Description: CD containing recordings of inmate telephone calls regarding ROCKERS, Tracy along with supporting paper documentation |
| Exhibit Number: N-6 | |
| Exhibit Type: Non Drug | |
| Current Status: Checked Out | |
| Exhibit Value: $0.00 | |
| Is High Value: No | |

Office: KANSAS CITY, KS DISTRICT OFFICE (ASAC #3) (40)

Location: FY 2012

### Exhibit History (2)

| Action | Date/Time | Office | Comment | Agent/TFO/DI | Witness | Custodian/Approver | Details |
|---|---|---|---|---|---|---|---|
| Checked Out | 7/2/2021 9:59:46 AM | IE | | Farkes, Christopher S | Lull, Kaylee D | Lull, Kaylee D | |
| Added To Inventory | 3/6/2012 8:23:26 AM | IE | | Farkes, Christopher S | - | POmalley | 7A |

### Case Attachments (0)