Giannukos > Round 4 > Jail Calls >

Search Jail C

| Name | Date modified | Type | Size |
|---|---|---|---|
| jquery | 4/16/2019 1:16 PM | File folder | |
| Wyco | 7/8/2021 11:14 AM | File folder | |
| 1_1.jpg | 5/5/2015 12:27 PM | JPG File | 3 KB |
| 2_1.jpg | 5/5/2015 12:27 PM | JPG File | 8 KB |
| 3_1.jpg | 5/5/2015 12:27 PM | JPG File | 1 KB |
| 10.61.0.21-0eb936820a3d00154a4fce7645... | 5/5/2015 12:26 PM | CDR File | 3 KB |
| 10.61.0.21-0eb936820a3d00154a4fce7645... | 5/5/2015 12:26 PM | MP3 Format Sound | 1,836 KB |
| 10.61.0.21-8292cb1d0a3d0015647edd3355... | 5/5/2015 12:27 PM | CDR File | 3 KB |
| 10.61.0.21-8292cb1d0a3d0015647edd3355... | 5/5/2015 12:27 PM | MP3 Format Sound | 725 KB |
| 10.61.0.21-112108810a3d00154a4fce76f27... | 5/5/2015 12:26 PM | CDR File | 3 KB |
| 10.61.0.21-112108810a3d00154a4fce76f27... | 5/5/2015 12:26 PM | MP3 Format Sound | 2,796 KB |
| 10.61.0.21-dc3b8acb0a3d00154a4fce768a... | 5/5/2015 12:26 PM | CDR File | 3 KB |
| 10.61.0.21-dc3b8acb0a3d00154a4fce768a... | 5/5/2015 12:26 PM | MP3 Format Sound | 558 KB |
| 10.62.0.21-1ecd99a40a3e001571cc23687a... | 5/5/2015 12:26 PM | CDR File | 3 KB |
| 10.62.0.21-1ecd99a40a3e001571cc23687a... | 5/5/2015 12:26 PM | MP3 Format Sound | 196 KB |
| 10.62.0.21-1ecf6ab10a3e001571cc2368757... | 5/5/2015 12:27 PM | CDR File | 3 KB |
| 10.62.0.21-1ecf6ab10a3e001571cc2368757... | 5/5/2015 12:27 PM | MP3 Format Sound | 342 KB |
| 10.62.0.21-8b4d5ddf0a3e00152fddcf4e33... | 5/5/2015 12:25 PM | CDR File | 3 KB |
| 10.62.0.21-8b4d5ddf0a3e00152fddcf4e33... | 5/5/2015 12:25 PM | MP3 Format Sound | 229 KB |
| 10.62.0.21-82976b920a3e0015353e531e8fa... | 5/5/2015 12:27 PM | CDR File | 3 KB |
| 10.62.0.21-82976b920a3e0015353e531e8fa... | 5/5/2015 12:27 PM | MP3 Format Sound | 2,679 KB |
| 10.62.0.21-970954f30a3e0015353e531eca5... | 5/5/2015 12:27 PM | CDR File | 3 KB |
| 10.62.0.21-970954f30a3e0015353e531eca5... | 5/5/2015 12:27 PM | MP3 Format Sound | 2,498 KB |
| 10.62.0.21-a4ffd23f0a3e001571cc2368715... | 5/5/2015 12:25 PM | CDR File | 3 KB |
| 10.62.0.21-a4ffd23f0a3e001571cc2368715... | 5/5/2015 12:25 PM | MP3 Format Sound | 2,089 KB |
| 10.62.0.21-a9ecaa330a3e001571cc2368ca... | 5/5/2015 12:25 PM | CDR File | 3 KB |
| 10.62.0.21-a9ecaa330a3e001571cc2368ca... | 5/5/2015 12:25 PM | MP3 Format Sound | 1,281 KB |
| 10.62.0.21-dda11e390a3e001571cc2368c4... | 5/5/2015 12:26 PM | CDR File | 3 KB |
| 10.62.0.21-dda11e390a3e001571cc2368c4... | 5/5/2015 12:26 PM | MP3 Format Sound | 225 KB |
| 10.62.0.21-fadf9ff80a3e001571cc2368ac4f... | 5/5/2015 12:26 PM | CDR File | 3 KB |
| 10.62.0.21-fadf9ff80a3e001571cc2368ac4f... | 5/5/2015 12:26 PM | MP3 Format Sound | 325 KB |
| 10.62.0.21-fc764ca90a3e001571cc2368c99... | 5/5/2015 12:26 PM | CDR File | 3 KB |
| 10.62.0.21-fc764ca90a3e001571cc2368c99... | 5/5/2015 12:26 PM | MP3 Format Sound | 2,674 KB |
| 10.63.0.21-06c075020a3f00151bce570036e... | 5/5/2015 12:26 PM | CDR File | 3 KB |
| 10.63.0.21-06c075020a3f00151bce570036e... | 5/5/2015 12:26 PM | MP3 Format Sound | 2,705 KB |
| 10.63.0.21-9e3e711d0a3f00151bce5700b2... | 5/5/2015 12:25 PM | CDR File | 3 KB |

Tooltip: Type: File folder / Date modified: 4/16/2019 1:16 PM / Size: 410 KB / Folders: css, external, ui / Files: jquery-1.7.2.js