| | |
|---|---|
| **From:** | Capwell, Carrie (USAKS) |
| **To:** | "Melody Brannon"; "kirk_redmond@fd.org"; "Lydia Krebs"; Jennifer Wilson (Jennifer_Wilson@fd.org); "David Guastello" |
| **Cc:** | Slinkard, Duston (USAKS); Clark, Bryan (USAKS); Linda Smith (LSmith1@usa.doj.gov) |
| **Subject:** | Production logs for 7/1/20 and 7/16/20, and Kaba 5 response |
| **Date:** | Wednesday, July 22, 2020 1:59:00 PM |
| **Attachments:** | 07-01-2020 Discovery Production Log.final.7 22 20.pdf<br>07-16-2020 Replacement Discovery Production Log.final.7 22 20.pdf<br>Kaba"s First RFP.final.pdf |

Dear Melody, Kirk, Lydia, and David,

Attached please find two reports summarizing the materials we produced on July 1, 2020, and July 16, 2020 (the replacement flash drive for the physical file review documents). In addition, in preparing the attached production log for 7/1/20, I realized that we did not provide you with a separate formal response to petitioner Kaba's Request for Production. I'm sorry about that oversight. I have attached our response.

I should also be providing you later this week with a flash drive containing the pictures from July 16, 2020, when we opened the boxes from the CCIPS lab, resealed the 20 AUSA hard drives, and sealed the laptop chassis.

Please let me know if you have any questions.

Thank you,

Carrie

Carrie N. Capwell
Criminal Division Chief
USAO - District of Kansas
500 State Avenue, Rm. 360
Kansas City, KS 66101
Tel. (913) 551-6908

# In re: CCA Recordings 2255 Litigation (19-cv-2491-JAR-JPO)
## 07/01/2020 Discovery Production Log

By: United States Attorney's Office  
To: Melody Brannon (FPD) and David Guastello

Ver. 7/22/2020

| Description of Items Produced | Media Label and/or File Name | Bates Range | Provided Via | Additional Media |
|---|---|---|---|---|
| Emails and attachments reviewed and produced by PAE | PAE Emails, 7/1/20, 19-cv-2491 | EMAIL REVIEW_00000001 - EMAIL REVIEW_00157282 | 1 External Hard Drive, Seagate 500GB (Hand Delivered) | None |
| Physical File Review Documents[1] and media: | PHY FILE REV DOCS and MISC 2255 Consolidated Case 19-CV-2491 07/01/2020 Production | See bates chart (provided on flash drive) for petitioner-specific bates numbers. | 1 Flash Drive (Hand Delivered) | |
|    Kansas City File Review Docs; | Folder: Kansas City File Review Documents | PHY FILE REV: 00000001 – 00002605; | | 47 media |
|    Topeka File Review Docs; | Folder: Topeka File Review Documents | PHY FILE REV: 00002606-00002744; | | 28 media |
|    Discarded Media Spreadsheet; | Discarded Media.pdf | Discarded Media 000001 - 000062; | | 7 media |
|    Phy File Rev Bates Chart; | PHY FILE REV - 2255 Consolidated List - Report 7-1-20.pdf | No Bates # | | (Hand Delivered) |
|    Admin User Account Forms Doc. 109-1, RFP 17 | RFP 17.User Account Forms.Network Admin Priv.Bates stamped.pdf | Doc. 109-1, RFP_17: 000001 - 000024 | | |

---

[1] These were the items that were supposed to be on the flash drive provided to Petitioners on July 1, 2020. However, counsel for the FPD alerted the government that the flash drive appeared to contain responsive materials only for petitioners whose last names start with "A" through "F." On July 16, 2020, the government provided counsel with a replacement flash drive that contains all materials listed above.

| Description of Items Produced | Media Label and/or File Name | Bates Range | Provided VIA | Additional Media |
|---|---|---|---|---|
| CCA Handbooks; Emails/documents[2] responsive to: Doc 50 RFP 1(c); Doc. 50, RFP 1(f), (g); Doc. 109-1, RFP 1; Doc. 109-1, RFP 8-11; Doc. 109-1, RFP 12; Doc. 109-1, RFP 13; Doc. 109-1, RFP 14; Doc. 109-1, RFP 15; Doc. 109-1, RFP 16; Doc. 109-1, RFP 18; Doc. 109-1, RFP 19; Doc. 109-1, RFP 21; Doc. 109-1, RFP 22; Doc. 109-1, RFP 24; Doc. 109-1, RFP 25, 26; Doc. 109-1, RFP 32; | RFP, 19-2491, 7/1/20 | CCA Handbook_ 000001 - 000010[3]  Doc 50 RFP 1(c)_000001; Doc. 50, RFP 1(f), (g): RFP0000000141-50 Doc. 109-1, RFP 1_000001 - 000843; Doc. 109-1, RFP 8-11_000001; Doc. 109-1, RFP 12_000001 - 000005; Doc. 109-1, RFP 13_000001 - 000003; Doc. 109-1, RFP 14_000001 - 000004; Doc. 109-1, RFP 15_000001 - 000015; Doc. 109-1, RFP 16_000001 - 000002; Doc. 109-1, RFP 18_000001 - 000004; Doc. 109-1, RFP 19_000001 - 000003; Doc. 109-1, RFP 12_000001 - 000003; Doc. 109-1, RFP 22_000001 - 001449; Doc. 109-1, RFP 24_000001 - 000006; Doc. 109-1, RFP 25, 26_000001 - 000021; Doc. 109-1, RFP 32_000001 – 000103 | 1 Flash Drive (Hand Delivered) | None |

---

[2] These emails and documents were located by USAO employees, separate and apart from the email review and production handled by outside vendor PAE.

[3] All bates-numbering for these materials, except for materials responsive to Doc. 50, RFP 1(f), (g), reflect the number of documents produced for each RFP. Each subsequent page within each document is bates-numbered .02, .03, etc. As noted below, the bates chart for all of these documents was provided by email from AUSA Capwell on 7/1/20.

| Description of Items Produced | Media Label and/or File Name | Bates Range | Provided VIA | Media |
|---|---|---|---|---|
| Government's Responses to Petitioner Phommaseng's First Requests for Production (Compilation of *Phommaseng* Doc. 584 and Consol. Doc. 50.) | 7 1 20 Gov Resp Phommaseng's First RFPs (584 50).FINAL.pdf | No Bates # | Email from AUSA Capwell | None |
| Government's Responses to Petitioner Phommaseng's Second Requests for Production of Documents (Doc. 109-1) | 7 1 20 Gov Resp Phommaseng Second Requests for Production (Doc. 109-1).FINAL.pdf | No Bates # | Email from AUSA Capwell | None |
| Government's Answers to Petitioner Phommaseng's First Set of Interrogatories (Doc. 108-1)<br><br>ATTACHMENT A (ROG 2)<br><br>ATTACHMENT B Spreadsheet Inventory Removed PC Drives (ROG 11)<br><br>ATTACHMENT C Consolidated 2255 Case List (Kansas City – Closing Dates) Report (ROG 12)<br><br>Attachment D Consolidated 2255 Case List (Topeka – Closing Dates) Report (ROG 12) | Gov. Resp. Phommaseng First Interrogatories.7 1 20.FINAL.pdf<br><br>Attachment A ROGS 108.pdf<br><br>Attachment B.ROGS.PC_Removed_Drives_Detail_Inventory.xlsx<br><br>Attach. C.KC File closing Info – 2255 Consolidated List – Report 7-1-20.pdf<br><br>Attach. D.Topeka File Closing Info – 2255 Consolidated List – Report.pdf | No Bates # | Email from AUSA Capwell | None |

| Description of Items Produced | Media Label and/or File Name | Bates Range | Provided VIA | Media |
|---|---|---|---|---|
| Bates Chart for CCA Handbooks and Documents Responsive to Various RFPs | BATES CHARTS.in house RFP.pdf | No Bates # | Email from AUSA Capwell | None |
| Passwords for July 1, 2020 Production by USA 19-cv-2491-JAR-JPO | Passwords for July 1 2020 Production.pdf | No Bates # | Email from AUSA Capwell | None |
| Privilege Log | Privilege Log for Docs Withheld RE Physical File Review and Email 7-1-2020.pdf | No Bates # | Email from AUSA Capwell | None |

# In re: CCA Recordings 2255 Litigation (19-cv-2491-JAR-JPO)
# 07/16/2020 Discovery Production Log
# (Replacement Flash Drive)

By: United States Attorney's Office  
To: Melody Brannon and David Guastello

Ver. 7/22/2020

| Description of Items Produced | Media Label and/or File Name | Bates Range | Provided VIA | Media |
|---|---|---|---|---|
| Physical File Review documents:[1] | PHY FILE REV DOCS and MISC 2255 CONSOLIDATED CASE 19-CV-2491 07/16/2020 Replacement for 07/01/2020 Production | See bates chart (provided on flash drive) for petitioner-specific bates numbers: | 1 Flash Drive (Hand Delivered to FPD) 1 Flash Drive (Fed-Ex to D. Guastello) | None |
| Kansas City File Review Docs; | Folder: Kansas City File Review Documents | PHY FILE REV: 00000001 – 00002605; | | |
| Topeka File Review Docs; | Folder: Topeka File Review Documents | PHY FILE REV: 00002606-00002744; | | |
| Discarded Media Spreadsheet; | Discarded Media.pdf | Discarded Media 000001 - 000062; | | |
| Physical File Review Bates Chart; | PHY FILE REV - 2255 Consolidated List - Report 7-1-20.pdf | No Bates # | | |
| Admin User Account Forms Doc. 109-1, RFP 17 | RFP 17.User Account Forms.Network Admin Priv.Bates stamped.pdf | Doc. 109-1, RFP_17: 000001 - 000024 | | |

---

[1] All of these items were provided on the replacement flash drive on 7/16/20.

**In the United States District Court**
**For the District of Kansas**

**In re: CCA Recordings 2255 Litigation,**
    Petitioner,                               **Case No. 2:19-cv-2491**

v.                                            **(This Document Relates to Case Nos. 2:15-cr-20092-JAR-1,** *United States v. Kaba***, and 2:19-cv-02372-JAR-JPO,** *Kaba v. United States*)

**United States of America,**
    Respondent.

**Government's Response to Petitioner Mamoudou**
**Kaba's First Request for Production**

        The United States of America, through counsel of record, and pursuant to Rule 34(b)(2) of the Federal Rules of Civil Procedure, hereby provides the following response to Petitioner Mamoudou Kaba's First Request for Production of Documents. Pursuant to an agreement among the parties, as to the emails that have been reviewed by an outside vendor hired by the United States, the government will have 45 days from July 1, 2020, to internally review certain potentially privileged documents and to supplement its response to Kaba's First Request for Production of Documents with additional responsive documents and/or a privilege log.

**Request for Production**

1. Any "information relating to . . . allegations the USAO requested, obtained, reviewed, disseminated, received summaries/reports of, or relied on recordings of attorney-client communications, and the identities of anyone who took such action or directed or permitted the same."

**RESPONSE:**

Please refer to the documents produced by the Respondent on July 1, 2020 and July 16, 2020.[1]

Respectfully submitted,

s/ Stephen R. McAllister
Stephen R. McAllister, #15845
United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
Tel: (913) 551-6730
stephen.mcallister@usdoj.gov

s/ Duston J. Slinkard
Duston J. Slinkard, #21294
First Assistant United States Attorney
District of Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683-3592
Tel: (785) 295-2850
Fax: (785) 295-2853
duston.slinkard@usdoj.gov

s/ Carrie N. Capwell
Carrie N. Capwell, #78677
Assistant United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
Tel: (913) 551-6730
Fax: (913) 551-6541
carrie.capwell@usdoj.gov

---

[1] On July 16, 2020, the government provided petitioners' counsel with a replacement flash drive for the flash drive originally provided on July 1, 2020, which was labeled "PHY FILE REV DOCS and MISC, 2255 Consolidated Case, 19-CV-2491, 07/01/2020 Production," after the FPD advised the government that the flash drive contained responsive materials only as to petitioners with last names starting with "A" through "F."

3

                    s/ Bryan C. Clark
                    Bryan C. Clark, #24717
                    Assistant United States Attorney
                    District of Kansas
                    500 State Ave., Suite 360
                    Kansas City, KS 66101
                    Tel: (913) 551-6730
                    Fax: (913) 551-6541
                    bryan.clark@usdoj.gov

                    Attorneys for the United States in the
                    consolidated cases except for
                    *DeHaven v. United States*, No. 18-cv-2474,
                    Mebane v. United *States*, No. 18-cv-2413,
                    *Wright v. United States*, No. 19-cv-2400