| | |
|---|---|
| **From:** | Capwell, Carrie (USAKS) |
| **To:** | Lydia Krebs |
| **Cc:** | Melody Brannon; Kirk Redmond; Slinkard, Duston (USAKS); Brown, James (USAKS) 3; Clymer, Steven D. (USANYN); Jennifer Wilson |
| **Subject:** | RE: [EXTERNAL] RE: Black/Carter - order on motion to compel |
| **Date:** | Friday, May 27, 2022 16:00:06 |

Lydia,

We will add the following 5 names from your list to our list of defendants, as they arguably meet the criteria set out by the Court in its April 11, 2022 M&O:

Kevin Fondren
William Mitchell
Luis Ortega Flores
Mendy Read Forbes
Brenda Wood

We also agree to your request to expand the definition of "derivative information." We will define the term as follows in our letter to agencies:

- ***Derivative information*** refers to any information related to CCA telephone call recordings, their content, their procurement, <mark>or their distribution/transfer</mark>, including reports, subpoenas, written requests, emails, or other documents containing a reference to the request, acquisition, review, <mark>distribution/transfer (internal or external)</mark>, or disposal of such recordings.

We are ready to start sending letters to the agencies on Wednesday, June 1. We do not plan to include video-only defendants because we are of the opinion that defendants who filed video-only claims do not meet the Court's criteria. If you would like us to consider any information on that point, please contact us by Tuesday, May 31, before we send out the letters.

Thank you,
Carrie

---

**From:** Capwell, Carrie (USAKS)
**Sent:** Wednesday, May 25, 2022 6:21 PM
**To:** Lydia Krebs <Lydia_Krebs@fd.org>
**Cc:** Melody Brannon <Melody_Brannon@fd.org>; Kirk Redmond <Kirk_Redmond@fd.org>; Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>; Brown, James (USAKS) 3 <JBrown3@usa.doj.gov>; Clymer, Steven D. (USANYN) <SClymer@usa.doj.gov>; Jennifer Wilson <Jennifer_Wilson@fd.org>
**Subject:** RE: [EXTERNAL] RE: Black/Carter - order on motion to compel

Lydia,

The issue I'm having with the video-only petitioners is that Judge Robinson's order granted your motion "in limited part to cases where the USAO has previously identified and surrendered CCA recordings to the Court *that resulted in* § 2255 motions alleging Sixth Amendment claims regarding attorney-client communications…." Doc. 868 at 8 (emphasis added).  For a § 2255 case to fall under this definition, the recordings the government surrendered must have been the basis of the § 2255 motion.  None of the video-only § 2255 petitions were a result of jail calls we provided during the Set 1/Set 2 phone discovery project.

How do you read the judge's order?

Thanks,
Carrie

---

**From:** Lydia Krebs <Lydia_Krebs@fd.org>
**Sent:** Wednesday, May 25, 2022 10:19 AM
**To:** Capwell, Carrie (USAKS) <ccapwell@usa.doj.gov>
**Cc:** Melody Brannon <Melody_Brannon@fd.org>; Kirk Redmond <Kirk_Redmond@fd.org>; Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>; Brown, James (USAKS) 3 <JBrown3@usa.doj.gov>; Clymer, Steven D. (USANYN) <SClymer@usa.doj.gov>; Jennifer Wilson <Jennifer_Wilson@fd.org>
**Subject:** RE: [EXTERNAL] RE: Black/Carter - order on motion to compel

Carrie,

I can't say off the top of my head. I only know that at least some of them did, and that all of the video-only petitioners on our list appeared in the government's earlier telephone status reports.

If the government is amenable to adding those video-only petitioners who placed accessed calls to their defense teams (or to any other defense attorney) I'd be happy to make a list of those specific petitioners.

Thanks,

Lydia

Lydia Krebs
Assistant Federal Public Defender
Office of the Federal Public Defender, District of Kansas
            th

117 SW 6 Avenue
Suite 200
Topeka, Kansas 66603
(785) 393-8711
lydia_krebs@fd.org
she/her/hers

---

**From:** Capwell, Carrie (USAKS) <Carrie.Capwell@usdoj.gov>
**Sent:** Wednesday, May 25, 2022 9:35 AM
**To:** Lydia Krebs <Lydia_Krebs@fd.org>
**Cc:** Melody Brannon <Melody_Brannon@fd.org>; Kirk Redmond <Kirk_Redmond@fd.org>; Duston Slinkard <Duston.Slinkard@usdoj.gov>; James Brown <James.Brown2@usdoj.gov>; Clymer, Steven D. (USANYN) <Steven.D.Clymer@usdoj.gov>; Jennifer Wilson <Jennifer_Wilson@fd.org>
**Subject:** RE: [EXTERNAL] RE: Black/Carter - order on motion to compel

So, for clarification, are you saying that all of the defendants on your list had calls to their defense team or another defense attorney accessed?

---

**From:** Lydia Krebs <Lydia_Krebs@fd.org>
**Sent:** Wednesday, May 25, 2022 8:51 AM
**To:** Capwell, Carrie (USAKS) <ccapwell@usa.doj.gov>
**Cc:** Melody Brannon <Melody_Brannon@fd.org>; Kirk Redmond <Kirk_Redmond@fd.org>; Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>; Brown, James (USAKS) 3 <JBrown3@usa.doj.gov>; Clymer, Steven D. (USANYN) <SClymer@usa.doj.gov>; Jennifer Wilson <Jennifer_Wilson@fd.org>
**Subject:** RE: [EXTERNAL] RE: Black/Carter - order on motion to compel

Carrie,

Although some of the listed defendants didn't ultimately bring phone-based claims, this wasn't necessarily because the government didn't possess recordings of calls between those defendants and the relevant defense teams (or between those defendants and other defense attorneys). In an abundance of caution, we would therefore prefer to see the government disgorge all the listed defendants' CCA calls.

Thanks,

Lydia


Lydia Krebs
Assistant Federal Public Defender
Office of the Federal Public Defender, District of Kansas
117 SW 6th Avenue
Suite 200

Topeka, Kansas 66603
(785) 393-8711
lydia_krebs@fd.org
she/her/hers

---

**From:** Capwell, Carrie (USAKS) <Carrie.Capwell@usdoj.gov>
**Sent:** Tuesday, May 24, 2022 4:13 PM
**To:** Lydia Krebs <Lydia_Krebs@fd.org>
**Cc:** Melody Brannon <Melody_Brannon@fd.org>; Kirk Redmond <Kirk_Redmond@fd.org>; Duston Slinkard <Duston.Slinkard@usdoj.gov>; James Brown <James.Brown2@usdoj.gov>; Clymer, Steven D. (USANYN) <Steven.D.Clymer@usdoj.gov>; Jennifer Wilson <Jennifer_Wilson@fd.org>
**Subject:** RE: [EXTERNAL] RE: Black/Carter - order on motion to compel

Lydia,

We are working through the list of defendants you provided and noticed that a number of them alleged Sixth Amendment violations based only on video recordings.  Can you explain why they are included.

Thanks,
Carrie

---

**From:** Lydia Krebs <Lydia_Krebs@fd.org>
**Sent:** Monday, May 23, 2022 12:04 PM
**To:** Capwell, Carrie (USAKS) <ccapwell@usa.doj.gov>
**Cc:** Melody Brannon <Melody_Brannon@fd.org>; Kirk Redmond <Kirk_Redmond@fd.org>; Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>; Brown, James (USAKS) 3 <JBrown3@usa.doj.gov>; Clymer, Steven D. (USANYN) <SClymer@usa.doj.gov>; Jennifer Wilson <Jennifer_Wilson@fd.org>
**Subject:** RE: [EXTERNAL] RE: Black/Carter - order on motion to compel

Carrie,

We have two requests.

First, we ask that the government add the following individuals to its list:

- Oscar Aguilera
- Jason Bell
- Nohemy Bobadilla-Oliva
- Kevin Fondren
- Fernando Guevara-Guevara
- Tyrssverd Harssfell
- Nicholas Hurtado

David Lougee
- William Mitchell
- Vicencio Olea-Monarez
- Luis Ortega-Flores
- Shawn Pavone
- Mendy Read-Forbes
- Robert Robinson
- Charles Lamar Steele
- Mendy Read-Forbes
- Jose Torres-Ayala
- Brenda Wood

Second, we ask that the government define "derivative information" to include information related to the internal or external transfer or distribution of CCA call recordings.

Thanks,

Lydia

Lydia Krebs
Assistant Federal Public Defender
Office of the Federal Public Defender, District of Kansas

117 SW 6th Avenue
Suite 200
Topeka, Kansas 66603
(785) 393-8711
lydia_krebs@fd.org
she/her/hers

**From:** Capwell, Carrie (USAKS) <Carrie.Capwell@usdoj.gov>
**Sent:** Monday, May 16, 2022 2:39 PM
**To:** Lydia Krebs <Lydia_Krebs@fd.org>
**Cc:** Melody Brannon <Melody_Brannon@fd.org>; Kirk Redmond <Kirk_Redmond@fd.org>; Duston Slinkard <Duston.Slinkard@usdoj.gov>; James Brown <James.Brown2@usdoj.gov>; Clymer, Steven D. (USANYN) <Steven.D.Clymer@usdoj.gov>; Jennifer Wilson <Jennifer_Wilson@fd.org>
**Subject:** RE: [EXTERNAL] RE: Black/Carter - order on motion to compel

Lydia,

An additional week is fine.

Thanks,
Carrie

**From:** Lydia Krebs <Lydia_Krebs@fd.org>
**Sent:** Monday, May 16, 2022 2:01 PM
**To:** Capwell, Carrie (USAKS) <ccapwell@usa.doj.gov>
**Cc:** Melody Brannon <Melody_Brannon@fd.org>; Kirk Redmond <Kirk_Redmond@fd.org>; Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>; Brown, James (USAKS) 3 <JBrown3@usa.doj.gov>; Clymer, Steven D. (USANYN) <SClymer@usa.doj.gov>; Jennifer Wilson <Jennifer_Wilson@fd.org>
**Subject:** RE: [EXTERNAL] RE: Black/Carter - order on motion to compel

Carrie,

We anticipate asking the government to add some additional defendants to its list. To that end, we'd like another week to evaluate the government's proposed list, as well as the government's proposed letter. Please let us know if that's not agreeable.

Thanks,

Lydia

Lydia Krebs
Assistant Federal Public Defender
Office of the Federal Public Defender, District of Kansas
117 SW 6th Avenue
Suite 200
Topeka, Kansas 66603
(785) 393-8711
lydia_krebs@fd.org
she/her/hers

---

**From:** Capwell, Carrie (USAKS) <Carrie.Capwell@usdoj.gov>
**Sent:** Friday, May 13, 2022 1:21 PM
**To:** Lydia Krebs <Lydia_Krebs@fd.org>
**Cc:** Melody Brannon <Melody_Brannon@fd.org>; Kirk Redmond <Kirk_Redmond@fd.org>; Duston Slinkard <Duston.Slinkard@usdoj.gov>; James Brown <James.Brown2@usdoj.gov>; Clymer, Steven D. (USANYN) <Steven.D.Clymer@usdoj.gov>
**Subject:** RE: [EXTERNAL] RE: Black/Carter - order on motion to compel

Lydia,

As you know, the Court granted the government's motion for an extension of time to July 11, 2022 to comply with the Court's order on the FPD's motion to compel. As of now, we intend to reach out to law enforcement agencies on **Wednesday, May 18**, so they may begin the process of searching for CCA jail calls and derivative materials. I'm circling back with you to see if you've

reviewed our list of 21 defendants, whether you have any additions to our list, and what your thoughts are on the procedure for complying with the Court's order.

I'm attaching a draft of a letter we have prepared to send to each law enforcement agency that substantially participated in the federal investigation of the 21 defendants. As you'll see, the letter informs the agencies of the Court's order, requests that they complete all their searching by June 24, and provides applicable definitions and guidelines for searching.

Please let us know, prior to May 18, if you agree with our list of 21 defendants and the information and instructions we provide in the draft letter to agencies. If you need more time to evaluate our list of 21 defendants and/or the draft letter, please let us know how much longer you need. If, however, you do not intend to respond, then please let us know that, so that we can go ahead and send out the letter to the agencies on or before May 18.

We welcome any suggestions you have regarding the procedure, but we are particularly interested in knowing if you do *not* agree with the scope of the inquiry, as we have defined it. That is, 21 defendants and a search for CCA jail call recordings and derivative materials (as defined in the attached letter).

Thank you,
Carrie

---

**From:** Capwell, Carrie (USAKS)
**Sent:** Friday, April 29, 2022 12:58 PM
**To:** Lydia Krebs <Lydia_Krebs@fd.org>
**Cc:** Melody Brannon <Melody_Brannon@fd.org>; Kirk Redmond <Kirk_Redmond@fd.org>; Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>; Brown, James (USAKS) 3 <JBrown3@usa.doj.gov>; Clymer, Steven D. (USANYN) <SClymer@usa.doj.gov>
**Subject:** Re: [EXTERNAL] RE: Black/Carter - order on motion to compel

Great, thanks very much Lydia.

Sent from my iPhone

> On Apr 29, 2022, at 1:15 PM, Lydia Krebs <Lydia_Krebs@fd.org> wrote:
>
> Carrie,

We don't object to the government's request for a 60-day extension. We are discussing the rest of the government's request and will get back to you as soon as we can.

Thank you,

Lydia

Lydia Krebs
Assistant Federal Public Defender
Office of the Federal Public Defender, District of Kansas
117 SW 6th Avenue
Suite 200
Topeka, Kansas 66603
(785) 393-8711
lydia_krebs@fd.org
she/her/hers

---

**From:** Capwell, Carrie (USAKS) <Carrie.Capwell@usdoj.gov>
**Sent:** Thursday, April 28, 2022 11:18 PM
**To:** Melody Brannon <Melody_Brannon@fd.org>
**Cc:** Lydia Krebs <Lydia_Krebs@fd.org>; Kirk Redmond <Kirk_Redmond@fd.org>; Duston Slinkard <Duston.Slinkard@usdoj.gov>; James Brown <James.Brown2@usdoj.gov>; Clymer, Steven D. (USANYN) <Steven.D.Clymer@usdoj.gov>
**Subject:** RE: Black/Carter - order on motion to compel

Melody,

By Wednesday, May 4, the government intends to file a motion with the court requesting a 60-day extension of time to comply with the Court's order on your motion to compel.  What is your position on our request?   I have not heard back from you on my below email of 4/22/22, but I hope you are considering my request to attempt to work toward an agreement on the list of defendants, as well as a procedure for complying.

Thanks,
Carrie

---

**From:** Capwell, Carrie (USAKS)
**Sent:** Friday, April 22, 2022 1:56 PM
**To:** melody_brannon@fd.org

**Cc:** lydia_krebs@fd.org; kirk_redmond@fd.org; Slinkard, Duston (USAKS) <DSlinkard@usa.doj.gov>; Brown, James (USAKS) (JBrown3@usa.doj.gov) <JBrown3@usa.doj.gov>; Clymer, Steven D. (USANYN) <SClymer@usa.doj.gov>
**Subject:** Black/Carter - order on motion to compel

Melody,

The government intends to comply with Judge Robinson's order, subject to our ability to reach agreement with each other on a limited list of defendants and a procedure for complying. We will also need more than 30 days and would like your agreement on a longer time period.

In its M&O, the Court set out criteria to identify the cases in which the government must take steps to determine whether law enforcement agencies remain in possession of jail calls between a defendant and his/her attorney and to deliver such recordings and/or derivative information to the Court. Using the Court's criteria —"cases where the USAO has previously identified and surrendered CCA recordings to the Court that resulted in § 2255 motions alleging Sixth Amendment claims regarding attorney-client communications" (M&O at 8)—the government has identified 21 defendants.

Please review the attached list of 21 defendants and advise us whether you agree that this list is complete. If you think a defendant should be added to the list, please provide your reasoning. Once we have agreed on the list of applicable defendants, we would like to discuss with you a procedure that will satisfy both parties. We would like to have your input, not only because we value your thoughts, but also because we would like to resolve this matter as efficiently as possible.

We did not include in the list cases which we resolved by agreement and/or where the Court granted the defendant's motion to voluntarily dismiss his § 2255 motion. These are: William Mitchell, Vernon Brown, and Luis Ortega-Flores.

Thank you,
Carrie

Carrie N. Capwell
First Assistant U.S. Attorney &
Chief, Criminal Division
U.S. Attorney's Office, District of Kansas
500 State Ave., Rm. 360
Kansas City, KS  66101
(913) 551-6908
carrie.capwell@usdoj.gov