Attachment 4

| | |
|---|---|
| **From:** | Slinkard, Duston (USAKS) |
| **To:** | Winston, Frederic D. |
| **Subject:** | Request for Assistance in Complying with Court Order Requiring Disclosure and Disgorgement of Materials |
| **Date:** | Thursday, June 2, 2022 16:01:00 |
| **Attachments:** | ATF - Letter to Agencies re Compliance with April 11 2022 Order.pdf |
| | 868-M&O Disclose & Disgorge Agency Materials.pdf |
| | ATF Case List.pdf |

Fred,

Please see the attached letter and related court order and list of cases. Feel free to share with your agency's counsel and whomever you think necessary within your agency. In the case list we have tried to identify relevant agents from the time of the various prosecutions as best we were able to determine. I am sure you or your folks may have questions, which we would ask you to please direct to myself and Carrie, as we are the only ones in our office who have full visibility on this project. Carrie will be on leave through next week, so I will be your best contact during that time.

Thank you,
Duston J. Slinkard
United States Attorney
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853



# U.S. Department of Justice

## Duston J. Slinkard
United States Attorney
District of Kansas

| | |
|---|---|
| Kansas City Office<br>500 State Avenue<br>Suite 360<br>Kansas City, Kansas 66101-2433 | Wichita Office<br>1200 Epic Center<br>301 N. Main<br>Wichita, Kansas 67202-4812 |
| TEL: (913) 551-6730<br>FAX: (913) 551-6541 | Topeka Office<br>444 SE Quincy<br>Suite 290<br>Topeka, Kansas 66683-3592 |

June 2, 2022

*Sent electronically*

Frederic D. Winston
Special Agent in Charge
Bureau of Alcohol, Tobacco, Firearms, and Explosives
1251 NW Briarcliff Parkway, Suite 600
Kansas City, Missouri 64116

Re:   **Compliance with court order requiring disgorgement of CCA telephone call recordings and derivative information with respect to certain defendants**

Dear SAC Winston:

On April 11, 2022, the U.S. District Court for the District of Kansas entered an order that requires prompt action by your agency. The Court ordered that any recordings of telephone calls placed from Corrections Corporation of America, in Leavenworth, Kansas (CCA, now CoreCivic) by certain defendants, and any "derivative information," must be turned over to the Court. The order applies to CCA telephone call recordings and derivative information in the possession of law enforcement agencies that have worked with the U.S. Attorney's Office for the District of Kansas (USAO). A copy of the order is attached.

**DEADLINE – June 24, 2022**

The Order states that all CCA telephone call recordings and derivative material must be turned over to the Court by May 11, 2022. The government has obtained an extension of that deadline to July 11, 2022. For the USAO to have time to coordinate delivery of the items you locate to the Court, the USAO asks that you complete all searching for all defendants on the attached list and provide an inventory to the USAO, as described in more detail below, no later than **June 24, 2022**.

**DEFENDANTS AND DEFINITIONS**

Page 2

Attached is a list of defendants for whom your agency is required to search for and turn over any **CCA telephone call recordings** and **derivative information**. Please note, if any other Federal Investigative Agencies or the Kansas Bureau of Investigation are listed as being involved in the case, they are being contacted separately in this same manner to search their files and records for the listed case. Where any other state or local agencies are listed as being involved, they are not being contacted separately, and we request that your agency contact the relevant individuals with those agencies who assisted with the case to determine whether they have, and obtain, any responsive information.

- ***CCA telephone call recordings*** are any recordings of any telephone calls one of the defendants listed in the attachment placed from CCA.

- ***Derivative information*** refers to any information related to CCA telephone call recordings, their content, their procurement, or their distribution/transfer, including reports, subpoenas, written requests, emails, or other documents containing a reference to the request, acquisition, review, distribution/transfer (internal or external), or disposal of such recordings.

**GUIDELINES FOR SEARCHING**

The USAO asks the agency to follow the guidelines set forth below in searching for CCA telephone call recordings and derivative information:

1. Searching for CCA telephone call recordings and derivative information requires searching for such items in the agency's evidence vault, paper files, electronic files and systems, paper and electronic archives, and anywhere else the agency might possess such items. Please be thorough in your searching.

2. As you search for CCA telephone call recordings and derivative information, do not review the materials any more than necessary to determine whether they constitute CCA telephone call recordings or derivative information. For instance, if you locate a disk of CCA jail calls, do not listen to the recordings.

3. If you find CCA telephone call recordings or derivative information for one or more of the defendants on the attached list, compile the items for each defendant separately and store them in a safe location until your search is complete.

4. If you have any doubt about whether an item is or contains a CCA telephone call recording or derivative information, err on the side of turning it over to the Court. If you have any questions about your obligations under the Court's April 11, 2022 order, please contact your agency counsel who is also receiving this letter.

5. When your search is complete, please e-mail an inventory of the items you found for each defendant to carrie.capwell@usdoj.gov. The inventory should include a general description of the items you intend to turn over to the Court. **Do not send any of the CCA telephone call recordings or derivative information itself.** Once First

Page 3

    Assistant U.S. Attorney/Criminal Chief Capwell receives your inventory, she will coordinate with the Court regarding how materials will be delivered to the Court.

    Best regards,

    Duston J. Slinkard
    United States Attorney
    District of Kansas

| Case Name | Case Nos. | AUSAs | Agency | Agency File # | Lead Case Agents | Notes |
|---|---|---|---|---|---|---|
| **Clark, Enoch** | 14-cr-20130-JAR-2; 19-cv-02410 | Terra Morehead | ATF | 779015-14-0066 | Patrick Greeno, ATF TFO, KCKPD | U.S. v. Dalevon Dixon, et al., 14-cr-20130 |
| **Clifton, Julie** | 14-cr-20014-KHV-2; 19-cv-02411 | Sheri Catania James Ward Erin Tomasic | DEA ATF (JUAF) KBI Lawrence PD | 779015-13-0174 13-595 L15005435 | Jon Rankin, DEA TFO, KBI Kirk Steward, ATF Senior Investigator Micky Rantz and Jeff Stokes, KBI Special Agent Micky Rantz, Lawrence PD | U.S. v. Damon Griffin, et al.   Co-defendant of Damon Griffin, Shawn Shutts, and Petsamai Phommaseng |
| **Dixon, Dalevon** | 14-cr-20130-JAR-2; 19-cv-02412 | Terra Morehead | ATF | 779015-14-0066 | Patrick Greeno, ATF TFO, KCKPD | Co-defendant of Enoch Clark |
| **Fondren, Kevin** | 14-cr-20011-JWL | Terra Morehead Chris Oakley Dave Zabel | ATF | 779015-13-0152 | ATF Brandon Fletcher | U.S. v. McNary, et al. |
| **Griffin, Damon Douglas** | 14-cr-20014-KHV-1; 19-cv-02781 | Sheri Catania James Ward Erin Tomasic | DEA ATF (JUAF) KBI Lawrence PD Franklin County DEU | 779015-13-0174 13-595 L15005435 2013-00000051 | Jon Rankin, DEA TFO, KBI Kirk Steward, ATF Senior Investigator Micky Rantz and Jeff Stokes, KBI Special Agent Micky Rantz, Lawrence PD J.W. Hawkins, Franklin County Detective | U.S. v. Damon Griffin, et al.   Co-defendant of Julie Clifton, Shawn Shutts, and Petsamai Phommaseng |
| **Hohn, Steven** | 12-cr-20003-JAR-2; 19-cv-02082 | Terra Morehead | DEA | IE-12-2207 | Perry Williams, JCSO, Deputy Chris Farkes, DEA, TFO, JCSO, Deputy Nate Denton, JSCO, Deputy | U.S. v. Robert Baitey, et al. |
| **Irvin, Anthony** | 13-cr-20070-JAR-5; 19-cv-02046 | Dave Zabel Trent Krug Erin Tomasic | ATF (JUAF) KCK PD KCK PD KBI | 779015-13-0148 2013051377 2013062965 2013052965 | Patrick Greeno, ATF TFO, KCKPD William Bais, Officer, KCKPD R. Fincher, KBI Detective | U.S. v Derrick Freeman, et al. Co-defendant of Terry Tillman |
| **Phommaseng, Petsamai** | 14-cr-20014-JAR-13; 15-cr-20006-JAR-01; 15-cr-20020-JAR-05; 18-cv-02477; 18-cv-02478; 18-cv-02479 | Sheri Catania James Ward Erin Tomasic | 14-cr-20014 - DEA 14-cr-20014 - ATF (JUAF) 14-cr-20014 - KBI 14-cr-20014 - Lawrence PD 15-cr-20006 - DEA 15-cr-20020 - FBI (JUFB) | 779015-13-0174 13-595 L15005435 245C-KC-2512470 | Jon Rankin, DEA TFO, KBI Kirk Steward, ATF Senior Investigator Micky Rantz, Lawrence PD Mike McAtee, DEA TFO, Lawrence PD Detective Michael Powell, FBI Special Agent | |

| Name | Case No. | Prosecutor | Agencies | Case/Investigation Nos. | Agents | Related Case |
|---|---|---|---|---|---|---|
| **Piggie, Frenklyn** | 10-cr-20145-JAR-01; 19-cv-02414 | Terra Morehead | ATF (only for nexus) Lawrence Police Department | | Mike McAtee, Lawrence PD Detective | |
| **Shutts, Shawn** | 14-cr-20014-KHV-11; 18-cv-02453 | Sheri Catania James Ward Erin Tomasic | DEA ATF (JUAF) KBI Lawrence PD Franklin County Sheriff's Office | 779015-13-0174 13-595 L15005435 2015-00000037 | Jon Rankin, DEA TFO, KBI Kirk Steward, ATF Senior Investigator Kelly Ralston, SAC, KBI Micky Rantz, Lawrence PD Jeremi Thompson | U.S. v. Damon Griffin, et al. Co-defendant of Damon Griffin, Julie Clifton, and Petsamai Phommaseng |
| **Spaeth, Matthew** | 14-cr-20068-JAR-6; 19-cv-02413 | Terra Morehead James Ward Leon Patton | ATF (JUAF) DEA KBI Johnson County Sheriff's Office | 779015-14-0103 IE-13-0083 14-280 | Brandon Fletcher, ATF Special Agent Micky Rantz, KBI Special Agent Perry Williams, DEA TFO, JoCo SO Deputy | U.S. v. Leroy Anderson, et al. |
| **Tillman, Terry** | 13-cr-20070-DDC-4; 19-cv-02083 | Trent Krug Dave Zabel | ATF (JUAF) KCK PD KCK PD KBI | 779015-13-0148 2013051377 2013062965 2013052965 | Patrick Greeno, ATF TFO, KCKPD William Bais, Officer, KCKPD R. Fincher, KBI Investigator | U.S. v Derrick Freeman, et al. Co-defendant of Anthony Irvin |
| **Warren, Arrick** | 13-cr-20081-JAR-1; 19-cv-02220 | Dave Zabel Erin Tomasic | ATF (JUAF) | 779015-13-0147 | Bill Johnson, ATF TFO, KCKPD Detective | |