| | |
|---|---|
| **From:** | Slinkard, Duston (USAKS) |
| **To:** | JOHN SEUBERT (KCM |
| **Subject:** | Request for Assistance in Complying with Court Order Requiring Disclosure and Disgorgement of Materials |
| **Date:** | Thursday, June 2, 2022 17:02:00 |
| **Attachments:** | USSS - Letter to Agencies re Compliance with April 11 2022 Order.pdf |
| | 868-M&O Disclose & Disgorge Agency Materials.pdf |
| | USSS Case List.pdf |

John,

This is the project I spoke with you about by phone yesterday. Please see the attached letter and related court order and list of cases. Feel free to share with your agency's counsel and whomever you think necessary within your agency. In the case list we have tried to identify relevant agents from the time of the various prosecutions as best we were able to determine. With respect to individuals whose calls were obtained in the investigation relate to U.S. v. Black, my understanding was that all calls and derivative materials were disgorged to the court back in 2016, however, please verify that to be accurate. I am sure you or your folks may have questions, which we would ask you to please direct to myself and Carrie, as we are the only ones in our office who have full visibility on this project. Carrie will be on leave through next week, so I will be your best contact during that time.

Thanks,
Duston J. Slinkard
United States Attorney
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Fax: (785) 295-2853



# U.S. Department of Justice

### Duston J. Slinkard
United States Attorney
District of Kansas

| | |
|---|---|
| Kansas City Office<br>500 State Avenue<br>Suite 360<br>Kansas City, Kansas 66101-2433 | Wichita Office<br>1200 Epic Center<br>301 N. Main<br>Wichita, Kansas 67202-4812 |
| TEL:  (913) 551-6730<br>FAX:  (913) 551-6541 | Topeka Office<br>444 SE Quincy<br>Suite 290<br>Topeka, Kansas 66683-3592 |

June 2, 2022

*Sent electronically*

John Seubert
Special Agent
United States Secret Service

Re:   Compliance with court order requiring disgorgement of CCA telephone call recordings and derivative information with respect to certain defendants

Dear SA Seubert:

On April 11, 2022, the U.S. District Court for the District of Kansas entered an order that requires prompt action by your agency. The Court ordered that any recordings of telephone calls placed from Corrections Corporation of America, in Leavenworth, Kansas (CCA, now CoreCivic) by certain defendants, and any "derivative information," must be turned over to the Court. The order applies to CCA telephone call recordings and derivative information in the possession of law enforcement agencies that have worked with the U.S. Attorney's Office for the District of Kansas (USAO). A copy of the order is attached.

**DEADLINE – June 24, 2022**

The Order states that all CCA telephone call recordings and derivative material must be turned over to the Court by May 11, 2022. The government has obtained an extension of that deadline to July 11, 2022. For the USAO to have time to coordinate delivery of the items you locate to the Court, the USAO asks that you complete all searching for all defendants on the attached list and provide an inventory to the USAO, as described in more detail below, no later than **June 24, 2022**.

**DEFENDANTS AND DEFINITIONS**

Attached is a list of defendants for whom your agency is required to search for and turn over any ***CCA telephone call recordings*** and ***derivative information***.  Please note, knowing that

Page 2

way your agency works its cases through its task force we are only contacting you with respect to these cases and request that your agency contact the relevant individuals with any other agencies who assisted with the case to determine whether they have, and obtain, any responsive information. If that will not be possible and we need to reach out directly to any other agencies involved in these cases, please let us know.

- ***CCA telephone call recordings*** are any recordings of any telephone calls one of the defendants listed in the attachment placed from CCA.

- ***Derivative information*** refers to any information related to CCA telephone call recordings, their content, their procurement, or their distribution/transfer, including reports, subpoenas, written requests, emails, or other documents containing a reference to the request, acquisition, review, distribution/transfer (internal or external), or disposal of such recordings.

### GUIDELINES FOR SEARCHING

The USAO asks the agency to follow the guidelines set forth below in searching for CCA telephone call recordings and derivative information:

1. Searching for CCA telephone call recordings and derivative information requires searching for such items in the agency's evidence vault, paper files, electronic files and systems, paper and electronic archives, and anywhere else the agency might possess such items. Please be thorough in your searching.

2. As you search for CCA telephone call recordings and derivative information, do not review the materials any more than necessary to determine whether they constitute CCA telephone call recordings or derivative information.  For instance, if you locate a disk of CCA jail calls, do not listen to the recordings.

3. If you find CCA telephone call recordings or derivative information for one or more of the defendants on the attached list, compile the items for each defendant separately and store them in a safe location until your search is complete.

4. If you have any doubt about whether an item is or contains a CCA telephone call recording or derivative information, err on the side of turning it over to the Court. If you have any questions about your obligations under the Court's April 11, 2022 order, please contact your agency counsel who is also receiving this letter.

5. When your search is complete, please e-mail an inventory of the items you found for each defendant to carrie.capwell@usdoj.gov. The inventory should include a general description of the items you intend to turn over to the Court. **Do not send any of the CCA telephone call recordings or derivative information itself.**  Once First Assistant U.S. Attorney/Criminal Chief Capwell receives your inventory, she will coordinate with the Court regarding how materials will be delivered to the Court.

Page 3

      Best regards,

      Duston J. Slinkard
      United States Attorney
      District of Kansas

| Case Name | Case Nos. | AUSAs | Agency | Agency File # | Lead Case Agents |
|---|---|---|---|---|---|
| **Any calls from the investigation related to U.S. v. Black, 16-20032-JAR** | | Chris Oakley<br>Erin Tomasic | USMS<br>Secret Service | J-208-708-20140 | Matt Cahill, Deputy U.S. Marshal<br>John Seubert, USSS Special Agent |
| **Rapp, Gregory** | 14-cr-20067-JAR-01;<br>18-cv-02117 | Kim Flannigan<br>Erin Tomasic | Secret Service<br>KBI | 208-777-20063-S<br>33173912 | John Seubert, USSS Special Agent<br>Micky Rantz, KBI Special Agent |
| **Read-Forbes, Mendy** | 12-cr-20099-KHV   13-cr-20041-KHV | Chris Oakley<br>Jabari Wamble | IRS<br>KBI<br>USSS<br>HUD - OIG<br>Johnson Co. Sherriff's Off. | 1000257774<br>KBI12-202/62<br>208-813-19760-S<br>2010GP001139I | IRS Henry Herron<br>Micky Rantz<br>SA ohn Seubert, SA Virgil Reichle<br>SA Chris Conn<br>Det. Kent Leiker |

| Notes |
|---|
|  |
|  |
|  |
| Co-defendants Laura Shoop and Brian Forbes |