| | |
|---|---|
| **From:** | Slinkard, Duston (USAKS) |
| **To:** | heffley@lkpd.org |
| **Subject:** | Request for Assistance in Complying with Court Order Requiring Disclosure and Disgorgement of Materials |
| **Date:** | Thursday, June 9, 2022 16:45:00 |
| **Attachments:** | LPD - Letter to Agencies re Compliance with April 11 2022 Order.pdf |
| | 868-M&O Disclose & Disgorge Agency Materials.pdf |

Captain Heffley,

Thank you for speaking with me a few minutes ago. As I said, recently the court has entered an order requiring that we contact the investigating agencies for certain past cases to have them review any files they have to determine if those files contain any jail call recordings for the defendant obtained from the former Corrections Corporation of America (now Core Civic) Leavenworth Detention Center, or any derivative information related to such calls, and if so to arrange for those materials to be delivered to the court. The two cases where we need to see what the Lawrence Police Department may have are:

| Case Name | Case Nos. | Agency | Agency File # | Lead Case Agents | | |
|---|---|---|---|---|---|---|
| Mitchell, William | 17-CV-2380<br>13-CR-20051 | Lawrence Police Department<br>Douglas County Sheriff's Office<br>Drug Enforcement Unit | 02-11-013433(LPD)  211011823<br>11-0059 (DEU) | Det. Chris Thomas | | |
| Piggie, Frenklyn | 10-cr-20145-JAR-01;<br>19-cv-02414 | ATF (only for nexus)<br>Lawrence Police Department | None found | Mike McAtee, Lawrence PD Detective | | Mike McAtee, Lawrence PD Detective |

Attached are a letter outlining the material sought and a copy of the court's order.  If you could put me in contact with someone who could assist me by reviewing any files you may still have for these cases, it would be greatly appreciated. I would be happy to answer any questions. Thank you in advance for any assistance you may be able to provide.

Thank you,
Duston J. Slinkard
United States Attorney
U.S. Attorney's Office - Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Voice: (785) 295-7690
Cell: (785) 633-8059
Fax: (785) 295-2853



# U.S. Department of Justice

**Duston J. Slinkard**
United States Attorney
District of Kansas

| | |
|---|---|
| Kansas City Office<br>500 State Avenue<br>Suite 360<br>Kansas City, Kansas 66101-2433 | Wichita Office<br>1200 Epic Center<br>301 N. Main<br>Wichita, Kansas 67202-4812 |
| TEL: (913) 551-6730<br>FAX: (913) 551-6541 | Topeka Office<br>444 SE Quincy<br>Suite 290<br>Topeka, Kansas 66683-3592 |

June 9, 2022

*Sent electronically*

Captain Adam Heffley
Lawrence Police Department

    Re:    **Compliance with court order requiring disgorgement of CCA telephone call recordings and derivative information with respect to certain defendants**

Dear Captain Heffley:

On April 11, 2022, the U.S. District Court for the District of Kansas entered an order that requires prompt action by your agency. The Court ordered that any recordings of telephone calls placed from Corrections Corporation of America, in Leavenworth, Kansas (CCA, now CoreCivic) by certain defendants, and any "derivative information," must be turned over to the Court. The order applies to CCA telephone call recordings and derivative information in the possession of law enforcement agencies that have worked with the U.S. Attorney's Office for the District of Kansas (USAO). A copy of the order is attached.

    **DEADLINE – June 24, 2022**

The Order states that all CCA telephone call recordings and derivative material must be turned over to the Court by May 11, 2022. The government has obtained an extension of that deadline to July 11, 2022. For the USAO to have time to coordinate delivery of the items you locate to the Court, the USAO asks that you complete all searching for all defendants on the attached list and provide an inventory to the USAO, as described in more detail below, no later than **June 24, 2022**.

    **DEFENDANTS AND DEFINITIONS**

Attached is a list of defendants for whom your agency is required to search for and turn over any ***CCA telephone call recordings*** and ***derivative information***.

Page 2

- ***CCA telephone call recordings*** are any recordings of any telephone calls one of the defendants listed in the attachment placed from CCA.

- ***Derivative information*** refers to any information related to CCA telephone call recordings, their content, their procurement, or their distribution/transfer, including reports, subpoenas, written requests, emails, or other documents containing a reference to the request, acquisition, review, distribution/transfer (internal or external), or disposal of such recordings.

**GUIDELINES FOR SEARCHING**

The USAO asks the agency to follow the guidelines set forth below in searching for CCA telephone call recordings and derivative information:

1. Searching for CCA telephone call recordings and derivative information requires searching for such items in the agency's evidence vault, paper files, electronic files and systems, paper and electronic archives, and anywhere else the agency might possess such items. Please be thorough in your searching.

2. As you search for CCA telephone call recordings and derivative information, do not review the materials any more than necessary to determine whether they constitute CCA telephone call recordings or derivative information. For instance, if you locate a disk of CCA jail calls, do not listen to the recordings.

3. If you find CCA telephone call recordings or derivative information for one or more of the defendants on the attached list, compile the items for each defendant separately and store them in a safe location until your search is complete.

4. If you have any doubt about whether an item is or contains a CCA telephone call recording or derivative information, err on the side of turning it over to the Court. If you have any questions about your obligations under the Court's April 11, 2022 order, please contact your agency counsel who is also receiving this letter.

5. When your search is complete, please e-mail an inventory of the items you found for each defendant to carrie.capwell@usdoj.gov. The inventory should include a general description of the items you intend to turn over to the Court. **Do not send any of the CCA telephone call recordings or derivative information itself.** Once First Assistant U.S. Attorney/Criminal Chief Capwell receives your inventory, she will coordinate with the Court regarding how materials will be delivered to the Court.

Best regards,

Duston J. Slinkard
United States Attorney
District of Kansas