Attachment 12

## July 11, 2022 Production to the Court by the United States Attorney's Office

Pursuant to Court Order (Doc. 868) in
*United States v. Karl Carter*, 16-cr-20032-JAR

| Defendant Name | D. Kan. Crim. Case No. | Materials Produced to Court on 07/11/2022 by USAO | Agency Providing the Materials | Agency Case No. |
|---|---|---|---|---|
| Catrell, Ronald | 11-20125 | 11 groups of documents, titled:<br><br>• CCA Calls 8/9-9/7/12<br>• CCA Calls from 9/6 – 9/25/12<br>• CCA Calls from 9/25 – 10/09/12<br>• CCA Calls from 10/10 – 10/29/12<br>• CCA Calls from 10/30 – 11/20/12<br>• CCA Calls from 11/21 – 12/15/12<br>• CCA Calls from 12/16/12 – 1/14/13<br>• Catrell CCA calls 01.16.13 – 03.11.13<br>• CCA call log for calls from 5.24 – 6.19.13<br>• CCA calls from 3.11 – 5.24.13<br>• CCA call log from 6.19-7.29.13<br><br>(Audio files not included; FBI has requested case file from off-site storage.)<br><br>(Documents hand-delivered to Carrie Capwell, USAO Criminal Division Chief, on 07/11/22 by Erin Curtis, FBI Associate Division Counsel) | Federal Bureau of Investigation (FBI) | 29P-KC-93473; 318B-KC-93473 |

| Clark, Enoch | 14-20130 | 1 disk labeled "Clark"<br><br>(Receipt for Property and Other Items, dated 07/07/22, received and signed by Carrie Capwell, USAO Criminal Division Chief, transferred and signed by SA Brandon Fletcher, ATF) | Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) | 779015-15-0005 |
|---|---|---|---|---|
| Clifton, Julie | 14-20014 | 3 disks, labeled:<br><br>- Reports 68, 109, 180<br>- Proffer Interview with Julie Clifton<br>- Interview of Julie Clifton<br><br>(Contained within a FedEx envelope sent by the KBI to Carrie Capwell at the USAO, with delivery date of 07/07/22) | Kansas Bureau of Investigation (KBI) | KBI13-595 |
| Felix-Gamez, Ricardo | 15-20042 | 1 Report of Investigation (ROI-4)<br><br>(Custody receipt, dated 07/01/22, signed by Carrie Capwell, USAO Criminal Division Chief, witnessed and signed by SA Joshua Owenby, HSI) | Department of Homeland Security, Homeland Security Investigations (HSI) | KC09LS15KC0010 |
| Irvin, Anthony | 13-20070 | 1 disk, labeled "Tony Ivin #23247031; Search Dates: 6/6/2013 – 7/26/2013"<br><br>(Receipt for Property and Other Items, dated 07/08/22, received and signed by Carrie Capwell, USAO Criminal Division Chief, transferred and signed by SA Brandon Fletcher, ATF) | Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) | 779015-13-0148 |

| Ortega-Flores, Luis | 12-20066; 12-20069 | 1 disk labeled "22132031 Luis Ortega-Flores"<br><br>CCA Records Summary Report, Ortega-Flores, 05-25-2012 to 06-24-2012.<br><br>2 Reports of Investigation (ROI-27, ROI-28)<br><br>(Custody receipt, dated 07/01/22, signed by Carrie Capwell, USAO Criminal Division Chief, witnessed and signed by SA Joshua Owenby, HSI) | Department of Homeland Security, Homeland Security Investigations (HSI) | KC19NR12KC0013 |
| --- | --- | --- | --- | --- |
| Rapp, Gregory | 14-20067 | 8 disks, labeled:<br><br>- Reports 152, 153, 181, 205, 216<br>- 913-636-2585 Gregory Rapp 07/11/2014-07/14/2014<br>- Gregory Rapp #24534031 07/16/14 to 12/05/14<br>- Gregory Rapp #24534031 07/15/14 – 07/23/2014<br>- Gregory Rapp #24534031 07/23/14 – Present<br>- Rapp CCA calls from 12-6-14 to 7-23-15 | Kansas Bureau of Investigation (KBI) | KBI13-614 |

| | | | | |
|---|---|---|---|---|
| | | • Greg Rapp CCA calls from 7-24-2015 to 10-18-2015<br><br>• CCA Calls for Greg Rapp from 10-22-2015 to 01-07-2016<br><br>(Contained within a FedEx envelope sent by the KBI to Carrie Capwell at the USAO, with delivery date of 07/07/22) | | |
| Read-Forbes, Mendy | 12-20099; 13-20041 | 2 disks, labeled:<br><br>• Report 62<br><br>• Interview with Amber Dieckhoff at CCA on 4-4-13<br><br>(Contained within a FedEx envelope sent by the KBI to Carrie Capwell at the USAO, with delivery date of 07/07/22) | Kansas Bureau of Investigation (KBI) | |
| Sneed, Shawn | 13-40123-JAR | Reports and attached documents, dated:<br><br>• 10/04/2013<br>• 10/24/2013<br>• 11/08/2013<br>• 11/21/2013<br>• 12/02/2013<br>• 01/03/2014<br>• 01/22/2014<br>• 01/23/2014<br>• 01/29/2014<br>• 02/14/2014<br>• 02/24/2014<br>• 03/02/2014<br>• 03/10/2014<br>• 04/03/2014 | Federal Bureau of Investigation (FBI) | 192B-KC-3026160 |

| | | | | |
|---|---|---|---|---|
| | | <ul><li>05/20/2014</li><li>06/11/2014</li><li>06/13/2014</li><li>06/18/2014</li><li>07/16/2014</li></ul>(Audio files not included; FBI has requested case file from off-site storage.)<br><br>(Documents hand-delivered to Carrie Capwell, USAO Criminal Division Chief, on 07/11/22 by Erin Curtis, FBI Associate Division Counsel) | | |
| Tillman, Terry | 13-20070 | 1 disk, labeled "Terry Tillman #23246031; Search Dates: 6/6/2013 – 7/26/2013"<br><br>(Receipt for Property and Other Items, dated 7/8/22, received and signed by Carrie Capwell, USAO Criminal Division Chief, transferred and signed by SA Brandon Fletcher, ATF) | Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) | 779015-13-0148 |
| Wood, Brenda | 14-20065 | 2 emails<ul><li>05/03/2017; Subject Line: BW Team Meeting – 3 MAY 2017; with attachment</li><li>05/04/2017; Subject Line: Wood</li></ul> | Federal Bureau of Investigation (FBI) | 318A-KC-2620924 |